# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| | |
|---|---|
| HON. CHARLES S. COODY | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED: October 28, 2005 | AT 10:00 a.m. |
| DATE COMPLETED: October 28, 2005 | AT 10:20 a.m. |

UNITED STATES OF AMERICA        *

vs                              *        2:05cr119-F

RICHARD M. SCRUSHY              *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Louis Franklin | * | Lewis H. Gillis |
| J. B. Perrine | * | Art Leach (to file m/pro hac vice) |
| Richard Pilger | * | Les Moore |

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Risa Entrekin, Court Reporter

---

### PROCEEDINGS:

( ) NON-JURY TRIAL
( √ ) OTHER PROCEEDINGS:        IN CHAMBERS CONFERENCE


10:00 a.m.   Conference convenes.

   Mr. Gillis states that Attorney Art Leach will be filing a motion pro hac vice. Court will allow Mr. Leach to appear as counsel for defendant.

   Mr. Gillis states that defendant has a license to carry a firearm and wants to keep the firearm in his possession. Discussions regarding reason for wanting to keep possession of firearm.

   Government has no objections to request.

   Court discussions regarding concern about defendant retaining possession of firearm.

CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 10:10 a.m. | Court explains that defendant will be arraigned today and that a scheduling conference will be set for November 16, 2005 before Judge Mark E. Fuller. Judge Coody states that he will handle all pretrial matters and at the scheduling conference management of case will also be discussed. Discovery is due two weeks from October 27, 2005. Deadlines for filing motions will also be set and discussions as to whether or not hearings will be necessary. Trial date will be discussed also and defendants are to sign speedy trial waivers. |
| 10:15 a.m. | Judge Coody discusses his participation in this case and informs counsel about two instances, one regarding Mr. Marcato mentioned in the indictment and the other regarding the fact that Judge Coody's son-in-law, David Brandt, works for Health South. Counsel are to file motions to recuse within 7 days if they feel these are reasons for Judge Coody to recuse himself from this case. |
| 10:19 a.m. | Judge Coody's statements to counsel regarding professional conduct during this case. |
| 10:20 a.m. | Conference concluded. |