| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| ☑ INITIAL APPEARANCE | DATE: October 28, 2005 |
| ☐ BOND HEARING | Court Reporter: Risa Entrekin |
| ☐ DETENTION HEARING | Digital Recording 11:20  11:27 |
| ☐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ☐ REMOVAL HEARING (R.40) | |
| ☑ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Charles S. Coody        **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05cr119-F        **DEFENDANT NAME:** Richard M. Scrushy

**AUSA:** Louis Franklin/J. B. Perrine    **DEFT. ATTY:** Lewis H. Gillis/Art Leach/Les Moore

Richard Pilger    Type Counsel: (☑)Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

Interpreter needed: ( ☑ ) NO; (  )YES   Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☑ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☑ | Deft. Advises he will retain counsel. Has retained Lewis Gillis/Art Leach/Les Moore |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☑ | Release order entered. Deft advised of conditions of release |
| ☑ | ☑BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☑ | ARRAIGNMENT ☑HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE:  11/10/05 |
| ☐ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

** Attorney Art Leach to file motion pro hac vice - Court will grant motion

***Scheduling Conference to be set before Judge Mark E. Fuller on November 16, 2005.