IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| RICHARD M. SCRUSHY, | Case No. 2:05-CR-119-F |
| Defendant. | |

## NOTICE OF APPEARANCE

**COMES NOW,** Leslie V. Moore, with notice to this Honorable Court and all interested parties of my appearance in the above-styled cause. The undersigned requests service of all discovery, documents, pleadings and other things in accordance with Federal law.

Respectfully submitted this the 28th day of October, 2005.

_____
Leslie V. Moore (ASB-7306-L74M)
Attorney for Richard M. Scrushy

Moore & Associates, LLC
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: 205-790-1062
Fax: 205-824-0321

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore

Leslie V. Moore
Moore & Associates, LLC
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205)790-1062
Fax:     (205)824-0321
Email: les.moore@lvmlaw.com