IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD M. SCRUSHY,<br><br>　　　　　　Defendant. | Case No. 2:05-CR-119-MEF-CSC |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Leslie V. Moore of the law firm Moore & Associates, LLC, Birmingham, Shelby County, Alabama and hereby files this motion pro hac vice, respectfully requesting that Arthur W. Leach be permitted to practice before this Honorable Court in the above-styled case and as grounds therefore would show as follows:

1.  Arthur W. Leach is an individual who is admitted to practice in the Courts of the State of Georgia, and is a member in good standing in the Courts of that State, as evidenced by the Certificates of Good Standing attached hereto.

2.  Arthur W. Leach is an attorney in private practice in Norcross, Georgia and is an attorney for RICHARD M. SCRUSHY in the above-styled case. Mr. Leach will appear as co-counsel in the above-styled action with the other attorneys of record.

3.  Request is hereby made for permission for Mr. Leach to practice before this Honorable Court in the above-styled case to represent RICHARD M. SCRUSHY. He is qualified to handle such representation.

4.  Also, a check in the amount of $20.00, representing the appropriate filing fee for the consideration of such motion, will be delivered to the Clerk of the Court on Thursday, November 3, 2005.

Respectfully submitted this 2nd day of November, 2005.

Leslie V. Moore
Bar Number: ASB-7306-L74M
Attorney for Defendant Richard M. Scrushy
Moore & Associates, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Phone: (205)790-1062
Fax:   (205)824-0321
Email: les.moore@lvmlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of November, 2005, the foregoing motion was filed with the Clerk of the Court utilizing the CM/ECF system that will send notification of such filing to all counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
Moore & Associates, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Phone: (205)790-1062
Fax:   (205)824-0321