**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

v.

RICHARD M. SCRUSHY,

Defendant.

Case No. 2:05-CR-119-MEF-CSC

## APPLICATION FOR ATTORNEY ADMISSION PRO HAC VICE

In accordance with Local Rule 83.1 of the United States District Court for the Middle District of Alabama, the undersigned, Arthur W. Leach, respectfully moves for pro hac vice admission in the above referenced matter and in support of this application states as follows:

1. I am an attorney in private practice in Norcross, Georgia at 4371 Quail Ridge Way, Norcross, GA 30092 (205) 822-4224 (Birmingham Number) and an active member in good standing of the bars of the State of Georgia and the Federal Bar of Georgia. I hereby apply for admission to practice in the Middle District of Alabama on a pro hac vice basis representing the defendant in the above-entitled action.

2. I have been retained by Richard Scrushy to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Middle District of Alabama.

3. I have been admitted to practice and I am presently a member in good standing of the highest Court of the State of Georgia where I regularly practice law.

4. I agree to abide by the Local Rules of the Middle District of Alabama.

5. My Certificates of Good Standing are attached hereto.

6. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of Alabama has been designated co-counsel in the above entitled action. The name, address, and telephone number of that attorney is:

Leslie V. Moore
Moore & Associates, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35243
Phone: (205)790-1062
Fax: (205)824-0321
Email: les.moore@lvmlaw.com

WHEREFORE, I respectfully request permission to appear of record and participate pro hac vice before the United States District Court, Middle District of Alabama, in this matter.

Respectfully submitted this the 2nd day of November, 2005.

Arthur W. Leach

Leslie V. Moore-Sponsoring Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2005, the foregoing motion was filed with the Clerk of the Court utilizing the CM/ECF system that will send notification of such filing to all counsel of record.

Leslie V. Moore
Moore & Associates,LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Phone: (205)790-1062
Fax: (205)824-0321




# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} **ss.**
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ARTHUR W. LEACH, State Bar No. 442025,** was duly admitted to practice in said Court on January 4, 1993, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of July, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: ______________________
Luis Perez
Deputy Clerk



Supreme Court
State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

NORMAN S. FLETCHER, CHIEF JUSTICE
LEAH WARD SEARS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
JUSTICES

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

July 6, 2005

I hereby certify that Arthur W. Leach, Esq., was admitted on the 10th day of June, 2002, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

Sherie M. Welch

Clerk, Supreme Court of Georgia