**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| Plaintiff, | § | CR.2:05-cr-00119-MEF |
| | § | |
| vs. | § | |
| | § | |
| **DON EUGENE SIEGELMAN, ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

**COMES NOW,** H. Lewis Gillis, the undersigned counsel, and gives notice to the Court of his appearance as additional counsel of record for Defendant Richard Scrushy in the above-referenced matter.

The undersigned counsel request that all further correspondence, pleadings, notices, documents and/or inquiries should also be directed to him on behalf of the Defendant.

Respectfully submitted this the 8th day of November, 2005.

/s/ H. Lewis Gillis
**H. LEWIS GILLIS**
**ASB No.: ASB-7361-L56H**

OF COUNSEL:

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama 36106**
**(334) 270-1033**
**(334) 260-9396 (fax)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2005, the foregoing document was filed with the Court via CM/ECF that will send notification of such filing to all counsel of record.

Leslie Vernon Moore
Moore & Associates, LLC
4000 Eagle Point Corp. Drive
Birmingham, Alabama 35242

James B. Perrinie
Louis V. Franklin, Sr.
Stephen P. Feaga
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

Russell Jackson Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, Alabama 35203

/s/ H. Lewis Gillis
**OF COUNSEL**