IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

Upon consideration of the motion for Attorney Arthur W. Leach to appear *pro hac vice* (doc. # 30) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 14th day of November, 2005.

　　　　　　　　　　　　　／s／Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE