IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                                    Case No. 2:05cr119-F

RICHARD M. SCRUSHY,
      Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW James K. Jenkins, pursuant to Local Rule 83.1(a)(1)(B) of the United States District Court for the Middle District of Alabama, and hereby files this motion for admission pro hac vice respectfully requesting that James K. Jenkins be permitted to practice before this Honorable Court in the above-styled action. In support of this request, Movant respectfully shows this Court the following:

1. I am an attorney in private practice in Atlanta, Georgia with offices located at 75 Fourteenth Street, 25th Floor, Atlanta, Georgia 30309.

2. I am an active member in good standing of the Bar of the State of Georgia (Ga. Bar No. 390650). I was admitted to the Bar of the United States District Court for the Northern District of Georgia, where I reside and regularly practice law, on July 24, 1975, and am in good standing as a member of that bar. Attached to this motion is a Certificate of Good Standing from the Clerk of the United States District Court for the Northern District of Georgia.

3. I have never been subject to disciplinary proceedings by the State Bar of Georgia, or any bar. I have never been held in contempt or otherwise disciplined by any court in any jurisdiction.

4. I have been retained by Richard M. Scrushy to represent him in the above-styled action, subject to this Court's approval of this application.

5. I have reviewed the Local Rules of the Middle District of Alabama and agree to abide and be bound by these rules.

5. A check in the amount of $20.00 for the appropriate fee for application to appear pro hac vice has been submitted with this application.

WHEREFORE, Movant respectfully submits that he has all of the requirements of Local Rule 83.1(a)(1)(B), and respectfully requests permission of this Court to be admitted pro hac vice to represent Defendant in the above-styled action, and such other and further relief as this Court may deem just and proper.

This 11th day of November, 2005.

Respectfully submitted,

James K. Jenkins

MALOY & JENKINS
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
404-874-2700
Fax  404-875-8757

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2005, duly served a copy of the foregoing by U.S. Mail on:

> Louis V. Franklin, Sr.
> Chief Assistant United States Attorney
> U.S. Attorney's Office
> PO Box 197
> Montgomery, Alabama  36101-0197
>
> Stephen P. Feaga
> Assistant United States Attorney
> U.S. Attorney's Office
> PO Box 197
> Montgomery, Alabama  36101-0197

This 11th day of November, 2005.

/s/ James K. Jenkins
James K. Jenkins