

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                       } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES K. JENKINS, State Bar No. 390650,** was duly admitted to practice in said Court on July 24, 1975, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of November, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

