

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **W. BRUCE MALOY, State Bar No. 468525,** was duly admitted to practice in said Court on June 26, 1978, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of November, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

