IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

Upon consideration of the motion for Attorney W. Bruce Maloy to appear *pro hac vice* (doc. # 46) filed by the defendant, it is

ORDERED that the motion for Attorney W. Bruce Maloy to appear *pro hac vice* (doc. # 46) be and is hereby GRANTED.

Done this 21st day of November, 2005.

                                               /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE