IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

Upon consideration of the motion for Attorney James K. Jenkins to appear *pro hac vice* (doc. # 44) filed by the defendant, it is

ORDERED that the motion for Attorney James K. Jenkins to appear *pro hac vice* (doc. # 44) be and is hereby GRANTED.

Done this 21st day of November, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE