IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| RICHARD M. SCRUSHY, | Case No. 2:05-CR-119-F |
| Defendant. | |

**NOTICE OF COURT CONFLICTS FOR
THE MONTHS OF JANUARY AND APRIL, 2006**

COMES NOW Arthur W. Leach and Leslie V. Moore, attorneys for Defendant Richard M. Scrushy, and pursuant to this Honorable Court's instructions, hereby give notice of their Court conflicts for the months of January and April, 2006:

1. On January 3, 2006 Leslie V. Moore has a Trial scheduled before the Honorable R. David Proctor, styled *United States v. Isaac Glasper*, case number CR-05-P-297-S.

2. On April 2, 2006 Arthur W. Leach and Leslie V. Moore have a Trial scheduled before the Honorable Robert B. Propst, styled *United States v. Jack W. Swann, et al.*, case number CR-05-00061-RBP-TMP.

RESPECTFULLY SUBMITTED this 22 day of Nov, 2005.

Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Telephone: 404-786-6443
Fax: 205-824-0321

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

Leslie V. Moore
Moore & Associates, LLC
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205)790-1062
Fax:   (205)824-0321
Email: les.moore@lvmlaw.com