IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff, | § | CR.2:05-cr-00119-MEF |
| | § § | |
| vs. | § § | |
| DON EUGENE SIEGELMAN, ET AL. | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

**COMES NOW,** Christopher K. Whitehead, the undersigned counsel, and gives notice to the Court of his appearance as additional counsel of record for Defendant Richard Scrushy in the above-referenced matter.

The undersigned counsel request that all further correspondence, pleadings, notices, documents and/or inquiries should also be directed to him on behalf of the Defendant.

Respectfully submitted this the 22nd day of November, 2005.

   /s/ Christopher K. Whitehead
**CHRISTOPHER K. WHITEHEAD**
**Attorney for Defendant Richard M. Scrushy**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama 36106**
**(334) 270-1033**
**(334) 260-9396 (fax)**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of November, 2005, the foregoing document was filed with the Court via CM/ECF that will send notification of such filing to all counsel of record.

Leslie Vernon Moore
Moore & Associates, LLC
4000 Eagle Point Corp. Drive
Birmingham, Alabama 35242

James B. Perrinie
Louis V. Franklin, Sr.
Stephen P. Feaga
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

Russell Jackson Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, Alabama 35203


        /s/ Christopher K. Whitehead
        **OF COUNSEL**