IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **Plaintiff,** § § | CR.2:05-CR-119-F |
| vs. § § | |
| **RICHARD M. SCRUSHY** § § | |
| **Defendants.** § | |

**NOTICE OF COURT CONFLICT FOR
THE MONTHS OF JANUARY AND APRIL, 2006**

**COMES NOW** H. Lewis Gillis and Christopher K. Whitehead, attorneys for Defendant Richard M. Scrushy, and pursuant to this Honorable Court's instruction, hereby give notice of their Court conflict for the months of January and March, 2006.

1. On January 9, 2006 H. Lewis Gillis and Christopher K. Whitehead have a trial scheduled before the Honorable Myron Thompson, styled *K.M., et al. v. Alabama Department of Youth Services, et al.,* case number CV-02:02-CV-320 in the Middle District of Alabama.

2. Although not formally scheduled by the court at this time, it is anticipated by counsel that in March of 2006, H. Lewis Gillis and Christopher K. Whitehead will have a trial scheduled before the Honorable T. Scott Coogler, styled *LaShanda Campbell, et al. v. Alabama Department of Youth Services, et al.*, case number CV-01-CO-1433 in the Northern District of Alabama.

Respectfully submitted this 22nd day of November, 2005.

    /s/ Christopher K. Whitehead
**H. LEWIS GILLIS**
**CHRISTOPHER K. WHITEHEAD**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama 36106**
**(334) 270-1033**
**(334) 260-9396 (fax)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronically filing with the Clerk of the Court using CM/EF system which will send notification of such to counsel of record.

    /s/ Christopher K. Whitehead
**OF COUNSEL**