United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT A

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  09/19/2003

On September 9, 2003, MICHAEL D. MARTIN with a date of birth of July 12, 1960, participated in a telephonic interview with SA D. Keith Baker, SA James Murray and SA William Long of the Alabama Attorney General's Office. Also participating in the conference call with MARTIN were MARTIN's attorneys, John Cooper of Birmingham, Alabama, John Cavanaugh and Mark Hokehauer both of Washington D.C.

Martin advised that in approximately early 1999, after the election of DON SIEGELMAN as Governor of Alabama, RICHARD SCRUSHY and SIEGELMAN became friends. MARTIN noted that SCRUSHY did not support SIEGELMAN during the campaign. MARTIN advised that RICHARD SCRUSHY made the point to MARTIN that you have to be close to the governor because of the CON Board appointments because the CON Board was important to HealthSouth's hospital interest.

MARTIN advised that in the later part of the first quarter of 1999 or early in the second quarter of 1999, he was advised by JABO WAGNER of the efforts being made to raise as much as one million dollars for the Alabama Lottery Campaign. According to MARTIN, both RICHARD SCRUSHY and JABO WAGNER advised him that the million dollars was needed to help pay the advertisement campaign for the lottery. MARTIN specifically recalls a telephone call from JABO WAGNER in which WAGNER advised MARTIN that they needed to help the governor raise one million dollars for the lottery. MARTIN noted that he was at his office at HealthSouth when he spoke with WAGNER. Subsequent to learning of the need to raise the campaign donation, MARTIN was advised by RICHARD SCRUSHY to have UBS make a significant contribution to the lottery campaign. SCRUSHY advised MARTIN to remind UBS of the longstanding relationship between UBS and HealthSouth and that UBS owed the favor to HealthSouth. After speaking with SCRUSHY, MARTIN telephonically contacted BILL MCGAHAN of UBS. MARTIN advised MCGAHAN of the need of the contribution and instructed MCGAHAN to write a check from UBS for the one million dollars. MCGAHAN advised MARTIN that it was against UBS' policy to make political contributions. During a second phone call between MARTIN and MCGAHAN, MCGAHAN advised MARTIN that he had an idea how UBS could help HealthSouth with the donation. According to MARTIN, MCGAHAN offered up the idea to use fees owed to UBS by a company doing business as Integrated Health Services (IHS). MCGAHAN advised

---

Investigation on  09/09/2003  at  Montgomery, Alabama  (telephonically)

File # 194A-MO-42984  Date dictated  09/19/2003

by  SA D. Keith Baker; SA James K. Murray
    SA William Long, Alabama Attorney General

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to it and its contents are not to be distributed outside your agency.

United States v. Richard M. Scrushy
2:05cr119-F

Exhibit A

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __MICHAEL D. MARTIN__ , On __09/09/2003__ , Page __2__

MARTIN that UBS was owed a fee for the banking transaction that UBS handled during a transaction between IHS and HealthSouth.

MARTIN noted that IHS had purchased some nursing home facilities from HealthSouth and as a result of the purchase by IHS, IHS owed HealthSouth additional funds. MARTIN was unsure as to whether or not HealthSouth may have forgiven the debt owed to HealthSouth by IHS in return for the contribution to the lottery.

With regard to the sensitive nature of the lottery donation, MARTIN noted that SCRUSHY advised him that no one could find out about what they were doing. MARTIN was told by SCRUSHY that the contribution needed to be made without HealthSouth's or SCRUSHY's fingerprint on the transaction. In addition, SCRUSHY agave the impression that the lottery donation may have been unethical as well as possibly illegal. MARTIN opined that the donation was both unethical and illegal. MARTIN advised that he minimized any conversations about the lottery to as few people as possible.

MARTIN was advised by SCRUSHY that neither HealthSouth nor SCRUSHY could make the lottery contribution because it would not look right and SCRUSHY's wife was against the lottery.

MARTIN advised that the contact point at IHS for the lottery donation was TAYLOR PICKETT. According to MARTIN, PICKETT was instructed to write the check to the lottery campaign. MARTIN was unsure as to how exactly PICKETT was instructed, but MARTIN noted that he personally did not tell PICKETT who to write the check to. MARTIN surmised that BILL MCGAHAN may have had conversations with PICKETT and instructed PICKETT who to make the check payable to and where to send the check. MARTIN noted that at some point in time the dollar amount of the check came to be $250,000 instead of one million dollars.

MARTIN advised that it may have been HealthSouth who forgave a debt owed by IHS to HealthSouth in return for $250,000 lottery donation by IHS. MARTIN referred to a working capital settlement that would have been generated when HealthSouth sold the nursing home facilities to IHS. According to MARTIN, the working capital debt may have been the debt that was forgiven by HealthSouth in return for the donation to the lottery.

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of  MICHAEL D. MARTIN  , On 09/09/2003 , Page 3

In addition, MARTIN noted that UBS was also owed a fee by IHS and the amount owed to UBS would be reflected in an engagement letter between UBS and IHS.

MARTIN was asked to identify all the individuals who were aware of the $250,000 lottery donation being made by IHS on the behalf of HealthSouth. MARTIN advised that RICHARD SCRUSHY, and himself were in the know. Additionally, JABO WAGNER knew of the donation but may not have known all the details or all the mechanics of the transaction. Two addition HealthSouth employees, LEIF MURPHY and BILL OWENS, may or may not have knowledge of the lottery donation transaction.

With regard as to how the IHS check was delivered to Alabama, MARTIN was not sure but surmised that TAYLOR PICKETT was instructed where to send the check.

MARTIN recalled that on one occasion RICHARD SCRUSHY made the comment that "it was ironic that IHS made a $250,000 contribution inasmuch as IHS only has two nursing homes located in the state of Alabama."

With regard to an individual named ERIC HANSON of U.S. Strategies, MARTIN advised that HANSON may in fact have been the conduit between HealthSouth and IHS and the lottery donation. MARTIN noted that HANSON is a lobbyist for HealthSouth and was very close to BOB ELKINS, CEO of IHS. In addition, HANSON was also on retainer with UBS.

MARTIN noted that HANSON and RICHARD SCRUSHY are very close friends. MARTIN opined that HealthSouth was paying HANSON a high retainer which was too high in MARTIN's opinion for what HANSON did for HealthSouth. MARTIN further advised that he was very uncomfortable when it came to dealing with HANSON. MARTIN believed that HANSON was always operating on the edge.

MARTIN advised that he quit HealthSouth in approximately February, 2000. MARTIN attributed his leaving to the fact that he could no longer look at himself in the mirror. MARTIN noted that when he became the CFO in HealthSouth in 1999 he began to learn of all of HealthSouth's problems.

MARTIN became concerned of the legality of the $250,000 contribution via IHS. MARTIN opined that SCRUSHY may have also believed that it was not right to make the contribution.

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of   MICHAEL D. MARTIN   ,On 09/09/2003   ,Page  4

    MARTIN was asked if he was familiar with an individual named LORI ADKISSON, MARTIN advised that ADKISSON is the former Administrative Assistant for RICHARD SCRUSHY. ADKISSON is currently working for the National Rodeo Association located in Montgomery, Alabama.

    With regard to a telephonic conversation between MARTIN and MCGAHAN, MARTIN noted that he spoke to MCGAHAN on a daily basis due to the fact that MCGAHAN was the primary investment banker for HealthSouth.

    With regard to the specific telephone conversation between MARTIN and MCGAHAN in which the donation to the lottery was discussed, MARTIN advised that this conversation probably took place in the Spring of 1999 with the call originating from HealthSouth in Birmingham to UBS' New York office.

    MARTIN advised that it would be impossible for MCGAHAN not to remember the $250,000 lottery donation. MARTIN recalled MCGAHAN making numerous references about UBS doing HealthSouth a favor by orchestrating the contribution. MCGAHAN was proud of the fact that he had put the deal together to provide the governor of Alabama with the donation.

    MARTIN was asked to identify other individuals he dealt with at UBS. MARTIN noted that he also dealt with BEN LORELLO, MCGAHAN's supervisor, ROD O'NEAL, and HOWARD CAPEK. MARTIN was unaware if any of those individuals were aware of the lottery contribution.

    MARTIN noted that he was very leery of the lottery contribution transaction and tried not to talk to anyone about it if he could avoid talking about it.

    MARTIN learned of a second $250,000 donation from HealthSouth to the lottery after MARTIN resigned his position from HealthSouth.

    With regard to other political contributions, MARTIN advised that during the early 1990s HealthSouth employees were required to make political contributions with the understanding that the employees would ultimately be reimbursed through bonuses paid to them by HealthSouth.