United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT B

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/30/2004

  On June 30, 2004, WILLIAM C. McGAHAN, was telephonically interviewed in the presence of counsel, Attorneys HELEN GREDD and LAUREN FREUNDLICH, 500 Fifth Avenue, New York, New York, 10110-3398, telephone (212) 921-8399. McGAHAN is a white male with a date of birth of April 23, 1962. Conducting the interview were Special Agent JAMES K. MURRAY of the Federal Bureau of Investigation (FBI), and Chief Investigator JOHN E. BRENNAN of the Alabama Attorney General's Office. After being advised of the identity of the interviewing persons and the purpose of the interview, McGAHAN provided the following information:

  McGAHAN stated that he Until May of 2003, McGAHAN was a managing director at UBS Warburg (formerly UBS Warburg, Dillon and Reed). McGAHAN joined UBS Warburg(UBS) in March of 1999 and worked for Solomon Smith Barney(SSB) prior to that time. McGAHAN was previously interviewed in New York on September 11, 2003 by investigators. Since that interview, McGAHAN advised that he has reviewed telephone records and other items which led him to believe that he was somewhat confused regarding the dates he furnished during the first interview. McGAHAN explained that he was solicited for political contributions in Alabama while he was at SSB in 1997, and again while he was employed with UBS in 1999. The following recollections are linked to a request from HealthSouth Corporation (HSC) executives for McGAHAN to arrange a $250,000 payment to the Alabama Education Lottery Foundation (AELF) during 1999.

  McGAHAN advised that he has known MIKE MARTIN, Chief Financial Officer at HSC since 1993 or 1994. One of McGAHAN responsibilities at UBS was to be coverage officer for HSC, and thus he worked with MARTIN. McGAHAN was asked whether he recalled a conversation with MARTIN in the Summer of 1999 regarding a donation requested by HSC. McGAHAN had recently switched over from SSB to UBS and was trying to cultivate clients. McGAHAN advised that he recalled receiving a strange telephone call from MARTIN at that time. MARTIN told McGAHAN that he would be calling back in a few moments with the President of HSC, RICHARD SCRUSHY. MARTIN wanted McGAHAN to donate $250,000 or $300,000 to a cause which he named in Alabama. McGAHAN stated that MARTIN was very direct and forceful about the matter. MARTIN told McGAHAN that he expected him to "come up with the contribution, or "you're gonna be fucked."

| | | | |
|---|---|---|---|
| Investigation on | 06/30/2004 | at New York, New York | telephonic |
| File # 194A-MO-42984 -242 | | Date dictated | 06/30/2004 |
| by SA JAMES K. MURRAY | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is l
it and its contents are not to be distributed outside your agency.

United States v. Richard M. Scrushy
2:05cr119-F

**Exhibit B**

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __WILLIAM C. McGAHAN__ , On __06/30/2004__ , Page __2__

McGAHAN explained that the HSC business account was critical to him. McGAHAN recalled that HSC was responsible for approximately $10,000,000 dollars worth of business in one year when he worked for SSB, and as a fairly new addition to UBS he desired to keep HSC as a client. McGAHAN advised that the potential loss of HSC business would have major repercussions for him, and that he took MARTIN's threat as "quite significant and real."

After hanging up with MARTIN, McGAHAN was recalled in a few moments by SCRUSHY and MARTIN. During this call SCRUSHY pressed McGAHAN for the contribution, saying that it was for a good cause and that other corporations had agreed to contribute as well. SCRUSHY told McGAHAN that he needed to "step up" and make the contribution. McGAHAN advised that he did not commit to make the payment at that time and advised he would look into the matter, secretly hoping it would go away. McGAHAN stated that he had made smaller $20,000-$25,000 contributions in the past, but the large size of this demand was a major problem for him.

McGAHAN advised that MARTIN followed up the initial phone calls and continued to press him for the contribution, calling a total of four or five times over several days. McGAHAN told MARTIN he was working on the request. MARTIN remained adamant that the contribution would be made or McGAHAN could expect consequences. Lobbyist ERIC HANSEN of U.S. Strategies began to call McGAHAN also and told McGAHAN that SCRUSHY was expecting the contribution. HANSEN told McGAHAN that he was following up for SCRUSHY. Telephone Records reflect that on July 7, 1999, HANSEN left the message that he had just spoken to SCRUSHY and wanted a call from McGAHAN. HANSEN assisted in keeping up the pressure for the payment. In retrospect, McGAHAN advised that it may have been HANSEN that suggested that McGAHAN get Integrated Health Services (IHS) to make the contribution. HANSEN was a lobbyist for HSC and IHS. McGAHAN explained that he had an outstanding fee of one million out of a total of two million dollars due from IHS on transaction involving a company called NOVA Care dating back to early 1999. The finals on the deal were worked out via an agreement dated May 28, 1999. After HANSEN ended the telephone conversation, he called back and advised McGAHAN that he had spoken to BOB ELKANDS, CEO if IHS, and that IHS had agreed to make the contribution in return for a fee reduction from UBS.

McGAHAN dealt with Taylor PICKETT of IHS on the transaction. McGAHAN spoke to PICKETT who confirmed that ELKANDS was amenable to IHS making the payment to Alabama in return for a

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __WILLIAM C. McGAHAN__ , On _06/30/2004_ , Page __3__

fee reduction from UBS. McGAHAN explained that the outstanding NOVA Care deal fee was a point of contention anyway to PICKETT as it represented a doubling of UBS fee in the first place and was insisted upon by McGAHAN's superiors at UBS. McGAHAN explained that his superiors believed that he had undervalued his services on the transaction.

McGAHAN stated that by reconstructing his telephone records, he believes that a series of telephone calls on July 13, 1999 from MARTIN, PICKETT and bankers at UBS worked out the particulars of the fee reduction. The fee reduction from UBS took the form of an amended fee arrangement between UBS and IHS that was signed on July 14, 1999. The fee was reduced from $2,000,000 to approximately $1,733,000 to cover the Alabama payment demanded by MARTIN. McGAHAN also tried to speed up his reduced payment of 700,000 plus expenses from IHS. McGAHAN noted that several years ago, SCRUSHY was on the Board of Directors at IHS.

McGAHAN stated that in the fall of 1999, he received a telephone call from SCRUSHY about an un-recalled matter of business. During the conversation, McGAHAN commented that SCRUSHY was wise to sell off the long term care assets of Horizon to IHS previously, due to the fact that many long term care companies were then failing. McGAHAN noted that stock prices of IHS had fallen drastically. In August IHS stock was selling at $5.50 a share, and by October 15, the stock had fallen to .30 cents. Near the end of October of 1999 IHS publicly announced that it would not be making an interest payment that was due. SCRUSHY commented to McGAHAN that the people in Alabama had never cashed the IHS donation check. SCRUSHY asked McGAHAN when he thought IHS would go bankrupt, to which McGAHAN noted that one could not be sure except to say the long term care industry was collapsing rapidly. McGAHAN recalled SCRUSHY saying that he "would get on it" referring to the uncashed donation check. McGAHAN stated that the fact that the check had not been negotiated was strange. McGAHAN stated that the entire circumstances behind the Alabama payment were uncomfortable.