United States v. Richard M. Scrushy
2:05cr119-F
**EXHIBIT C**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/13/2004

    On December 6, 2004, FORREST "MAC" MARCATO, President, Rainline Corporation, Post Office Box 210818, Montgomery, Alabama 36121, 334/277-0237, was interviewed. The interview was conducted at the law office of Capell & Howard in Montgomery, Alabama. MARCATO was accompanied by Attorneys JEFFREY C. DUFFEY, 334/834-4100, and DAVID BYRNE of Capell & Howard. Investigators assigned to the interview were SA JAMES K. MURRAY of the FBI and Chief Investigator JOHN E. BRENNAN of the Alabama Attorney General's Office. After being advised of the identities of the interviewing Agents and the purpose of the interview, MARCATO provided the following information:

    MARCATO explained that he primarily considered himself an inventor. MARCATO explained that he had formed the Marcato & Son traffic striping business in the early 1980s. MARCATO advised the he had been working on a concept of a high visibility traffic stripe which would be easily seen in wet weather conditions for several years. MARCATO stated that he filed for a U. S. patent regarding a high profile traffic stripe known as Rainline. He stated that the patent application was on file in 1993 and that the patent was issued in 1995 or 1996. MARCATO explained that he has four patents regarding the high profile traffic stripe at this time. MARCATO stated that in 1993, he took a product to the Alabama Department of Transportation (ALDOT) New Products Evaluation Board which met monthly at ALDOT. MARCATO stated that he has worked hard to extol the benefits of his products to ALDOT and the he conducted a demonstration in Troy, Alabama in 1993 for ALDOT officials. Following a demonstration, a project was let on U. S. Highway 431, south of Phenix City, using he Rainline product. MARCATO also became involved in building striping truckers through an entity known as Mac Stripers.

    As MARCATO was demonstrating the superiority of Rainline in regards to wet visibility in the mid-1990s, stated that other stripers started to become afraid that the product might put them out of business. MARCATO state that he has no solid proof but he believed that other traditional striping companies were putting pressure on the ALDOT to block the utilization of Rainline. During the administration of Alabama Governor FOB JAMES, MARCATO hired Montgomery Consultant FRANK EVANS to attempt to advance his product with ALDOT. MARCATO stated that EVANS had claimed that he was well

| | | |
|---|---|---|
| Investigation on  12/6/04 | at Montgomery, Alabama | |
| File # 194A-MO-42984 | | Date dictated  12/6/04 |
| by  SA JAMES K. MURRAY /jkm | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

United States v. Richard M. Scrushy
2:05cr119-F

Exhibit C

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of   FORREST "MAC" MARCATO   , On 12/6/04   , Page   2

connected to Alabama Governor FOB JAMES and ALDOT Director JIMMY BUTTS. MARCATO drew up a contract with EVANS which included Alabama Lobbyist JOHN TEAGUE.

While JAMES was governor, MARCATO advised that he met JIM ALLEN at a social function in Montgomery. MARCATO explained that his daughter, JENNIFER, was a close friend of ALLEN's daughter. MARCATO commented that when ALLEN found out that MARCATO was the owner of the Rainline Company he became very interested in forming a business venture with MARCATO. Following the chance meeting with ALLEN, MARCATO was visited at his office a few days later by ALLEN. At the accompanying visit, ALLEN was joined by MACK ROBERTS and CRUM FOSHEE. MARCATO advised that he had known MACK ROBERTS since the 1980s when he was a division engineer in Birmingham, Alabama. MARCATO had also related that MACK ROBERTS was a former director of ALDOT during the FOLSOM administration. MARCATO stated that he learned that that MACK ROBERTS had met JIM ALLEN while ROBERTS worked at ALDOT and ALLEN was building bridges. MACK ROBERTS left his ALDOT position at the inauguration of the JAMES administration. ROBERTS then joined ALLEN's toll bridge building company. MARCATO commented that he had not met CRUM FOSHEE before the meeting. At the meeting, MARCATO stated that he showed the trio a video regarding Rainline and they seemed excited at the business prospects of the product. MARCATO stated that ALLEN told him that he had checked at ALDOT and he knew there were people interested in the Rainline striping product. MARCATO also mentioned at the time there was a national initiative to improve high visibility. MARCATO also recalled at the meeting ALLEN told him that there were many people at ALDOT who did not like MARCATO, but ALLEN and FOSHEE were viewed in a more favorable light there.

Approximately two months after the initial meeting, MARCATO stated that ALLEN returned and put on a "full court press." ALLEN wanted to be the national distributor for the Rainline product. ALLEN told MARCATO that he was a member of the national lobbying group with contacts all over the country. MARCATO stated that negotiations were ongoing in the spring of 1998. MARCATO recalled that MAX ROBERTS returned with ALLEN at this meeting. While ALLEN was negotiating for national distribution rights for Rainline, in April, ALDOT published a specification for inverted profile (which was the generic term for Rainline) traffic stripe. In May of 1998, ALDOT Director JIMMY BUTTS wrote a letter approving the Rainline product. MARCATO did not speak to BUTTS directly and JIM ALLEN took credit for the progress being made on Rainline at ALDOT. Soon after ROBERTS and ALLEN made their pitch to be the

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of   FORREST "MAC" MARCATO   , On 12/6/04   , Page   3

Rainline national distributors, BILL CARR, owner of Ozark Striping Company (OSC), started pressing MARCATO to sell the Rainline striping equipment to him. MARCATO had long believed that BILL CARR and LEE GROSS of OSC had been major opponents to Rainline. OSC did a majority of the striping work for the state and had been upset over the prospect of the Rainline product or Marcato & Sons taking business away from them. MARCATO stated that his family needed the money so he decided to sell the Marcato & Sons striping business to OSC.

MARCATO advised that he sold his striping business to OSC in the summer of 1998. MARCATO held meetings with BILL CARR and LEE GROSS regarding the sale of the company. MARCATO estimated that it received $500,000 to $700,000 plus a $50,000 a year non-compete clause. MARCATO advised that OSC took over the jobs that Marcato & Sons Striping had on the books and bought most of the striping equipment owned by Marcato & Sons. MARCATO advised that he knew that OSC had an inside track while watching television the night before the 1998 gubernatorial election in Alabama. MARCATO advised that he recalled watching a film of Governor FOB JAMES flying around with BILL CARR of OSC on his aircraft. He also recalled that his son, MICHAEL MARCATO, was dining in Montgomery and observed LEE GROSS of OSC eating lunch with ALDOT Director JIMMY BUTTS while JAMES was in office. MARCATO stated that the decision to sell was a practical one based upon OSC's solid position. As part of the deal, LEE GROSS was to receive $150 per ton of Rainline used in Alabama as a "sales consultant".

Soon after OSC acquired Marcato & Sons Striping, the state decided to have another official test. MARCATO was told by ALLEN that he and MACK ROBERTS had successfully pushed the demonstration to ALDOT and federal highway officials. Soon after the test, a job on Taylor Road in Montgomery went to OSC. MARCATO explained that he actually supervised the striping job with Marcato & Sons equipment and joked that "while BILL CARR got the money, we did the work." Another project that received a change order for Rainline at the time was the access roads to JIM ALLEN's Alabama River toll bridge. Following a few small projects in the spring of 1998, negotiations with JIM ALLEN from National Distributorship broke down. MARCATO noted that when negotiations with ALLEN broke down Rainline projects dried up.

MARCATO met with MACK ROBERTS at the Sports Palace Restaurant in Montgomery. ROBERTS stated that he was sorry that MARCATO and ALLEN had not been able to come to an agreement on

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of   FORREST "MAC" MARCATO   , On 12/6/04   , Page   4

    Rainline. Shortly thereafter, MARCATO began speaking to ALLEN again. MARCATO explained that he attended the First Assembly of God church on Bell Road with ALLEN and after a church supper one evening they talked about reinstalling negotiations of Rainline. MARCATO advised that ALLEN finally yielded on several key points of negotiation and that he agreed to a contract in principal a few days later. Once again the agreement lingered in various contractual disputes. MARCATO recalled that the pressure for him to come to an agreement became very intense following the election of DONALD SEIGELMAN. He stated that JIM ALLEN began to press him daily. MARCATO also learned that ALLEN's associate MACK ROBERTS was going to be the director of ALDOT. MARCATO finally conceded to allow ALLEN to have a distributorship for Rainline in four states. One of the conditions of the deal written up by ALLEN was that CRUM FOSHEE would be paid $50 per ton for products sold in Alabama. MARCATO explained that under the terms of the contract with ALLEN, MARCATO was to receive approximately 60% and ALLEN was to receive approximately 40% of the Rainline business with the state. Under other terms of the agreement, once ALLEN had made his first million dollars of work with the state, his percentage would increase to 50/50 with MARCATO. Another provision was that CRUM FOSHEE's $50 per ton was to come off the top. JIM ALLEN's bookkeeper, JOHN BAXLEY, kept a report of the amount of money owed to ALLEN and would check on the payment monthly.

    MARCATO recalled that after the agreement was signed, Rainline began to get more jobs. JIM ALLEN met with him at a Waffle House in Montgomery. ALLEN claimed that CRUM FOSHEE wanted more money for his part of the contract. MARCATO decided to increase FOSHEE's cut from $50 to $100 a ton for product used in Alabama. MARCATO explained that all monies went to JIM ALLEN and it was ALLEN who eventually paid CRUM. MARCATO stated that he later spoke to CRUM FOSHEE and FOSHEE told him that he was still receiving $50 per ton well after ALLEN had claimed to be paying him $100 a ton. MARCATO was asked what CRUM FOSHEE did for his cut of the money. MARCATO stated that he was told by JIM ALLEN that FOSHEE had the necessary contacts at ALDOT to advance the use of Rainline. ALLEN insisted that FOSHEE'S cut must be part of the deal.

    After MACK ROBERTS became highway director, MARCATO recalled setting up a demonstration for the division engineers statewide one evening on Taylor Road outside of Montgomery. ALDOT Director MACK ROBERTS and Federal Highway Department Administrator JOE WILKERSON were present at the demonstration. Soon after,

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __FORREST "MAC" MARCATO__, On __12/6/04__, Page __5__

contracts for Rainline increased. Guidelines were posted at ALDOT which set the Average Daily Traffic (ADT) count on roads intended for Rainline use at 1,500 vehicles. Later this ADT was moved up to 5,000 vehicles. In 2001, ALDOT Director MAC ROBERTS resigned. Also in 2001 the ALDOT specification was reissued to allow another type of profiled road striping besides Rainline.

MARCATO provided estimates to DAVID BYRNE which reflected the approximate amount of money paid to ALLEN and FOSHEE as part of their contract cut. MARCATO estimated that in 1999 MARCATO paid JIM ALLEN $243,800 and CRUM FOSHEE $53,800. In 2000, MARCATO paid ALLEN $650,000 and paid $230,000 to CRUM FOSHEE. In the year 2001, MARCATO paid $784,000 to JIM ALLEN and $285,000 to CRUM FOSHEE. In the year 2002, MARCATO paid $1,069,000 to ALLEN and $356,000 to CRUM FOSHEE. In 2003, MARCATO paid CRUM FOSHEE approximately $145,000.

MARCATO explained that in the summer of 2002 following an ongoing dispute with ALLEN, he decided to terminate ALLEN's distributorship agreement. MARCATO advised that ALLEN had written the agreement so that it was extremely difficult to terminate his services. MARCATO explained that his decision to terminate ALLEN's agreement was a purely economic one as he did not believe ALLEN was promoting enough of his effort to advance Rainline. MARCATO explained that even though he terminated ALLEN in the summer of 2002, ALLEN's negotiations "rocked on" until approximately December 2002. ALLEN insisted that MARCATO buy a specialized go-cart for ALLEN's paraplegic son which coast MARCATO $14,000. He also requested that MARCATO build his bridge building company two expensive automated saws. MARCATO advised that he also made the decision to keep paying CRUM FOSHEE for FOSHEE's efforts at ALDOT.

MARCATO stated that ALLEN had not threatened to ruin his company's chances of doing business with ALDOT via MACK ROBERTS. MARCATO did recall ALLEN telling him that he had gotten MACK ROBERTS "set up" in a house on Emerald mountain. MARCATO also recalled seeing MACK ROBERTS driving his green Montero sport utility vehicle six to eight months after he had stopped working for JIM ALLEN. MARCATO advised that he believed the vehicle belonged to ALLEN's company. MARCATO also stated that a neighbor had told him that JIM ALLEN had recently acquired a premiere lot overlooking the golf course at Emerald mountain. MARCATO advised that a builder with ties to JIM ALLEN had constructed MACK ROBERTS' new house on the lot. MARCATO stated that when ROBERTS left his

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __FORREST "MAC" MARCATO__ , On __12/6/04__ , Page __6__

position as director of ALDOT, he then went to work for a company which made asphalt derivatives.

MARCATO was asked about political donations which may have been requested of him. MARCATO advised that he gave two approximate $10,000 donations to the DON SEIGELMAN campaign through Lobbyist CRUM FOSHEE. During the 2002 gubernatorial election, MARCATO wrote three checks to different Political Action Committees (PACs) at the instruction of CRUM FOSHEE and gave FOSHEE the checks. MARCATO then made a decision to make another $10,000 donation. In this instance MARCATO advised some advice that an uncle had told him once. MARCATO stated that his uncle told him to always deliver the money to the politician himself so that the politician would know where the money came from. MARCATO then made the decision to deliver the money personally. MARCATO contacted CRUM FOSHEE and asked him to set up a meeting with Governor SEIGELMAN. FOSHEE picked MARCATO up and the two drove together to a house on Perry Street across the street from the governor's mansion in Montgomery. MARCATO recalled walking to the back of the small house and going up wooden steps into the kitchen. There MARCATO waited approximately 15 minutes until SEIGELMAN showed up. At that time MARCATO met with SEIGELMAN and advised that he had brought him a donation. MARCATO advised that he spoke for a few moments with SEIGELMAN and was then instructed to write three checks to three separate PACs. MARCATO advised that either CRUM FOSHEE or an associate of SEIGELMAN told him which PACs to write the checks to. After writing the checks MARCATO left the house on Perry Street. MARCATO recalled that CRUM FOSHEE had spoken to SEIGELMAN when SEIGELMAN first showed up at the house and explained who MARCATO was.

MARCATO recalled approximately two weeks later receiving a personal telephone call from SEIGELMAN. MARCATO stated that SEIGELMAN told him that he knew the nature of MARCATO's business and explained to him that like a business, his election required money. SEIGELMAN mentioned that he was about to go to an important meeting about Rainline but did not go into specific details. SEIGELMAN then asked MARCATO for a $250,000 donation. SEIGELMAN told MARCATO that he knew he was "good for the money." MARCATO balked at the $250,000 figure and SEIGELMAN suggested $100,000 instead. MARCATO told SEIGELMAN that he would think about making the donation. MARCATO advised that he decided not to make the donation in view of the fact that he had already given $20,000. MARCATO also recalled a conversation with BILL CARR in which CARR related that SEIGELMAN frequently pressed companies doing business

FD-302a (Rev. 10-6-95)

194A-MO-42984

Continuation of FD-302 of __FORREST "MAC" MARCATO__ , On __12/6/04__ , Page __7__

with the state for campaign money. MARCATO advised that he had also given $45,000 to the successful gubernatorial campaign of BOB RILEY who defeated republican gubernatorial candidate DON SEIGELMAN in the 2002 statewide election. MARCATO advised that as an owner of aircraft he had also provided air transportation for the candidate BOB RILEY along with candidate BILL ARMISTEAD and Alabama Attorney General BILL PRYOR. MARCATO advised that during the tenure of RILEY's ALDOT Director JOE McINNIS, use of Rainline had stopped. MARCATO took issue with a study done by the University of Alabama that questioned the overall worth of Rainline.

MARCATO was asked to list other state departments of transportation which had approved the use of Rainline and which states the product was currently being used. MARCATO advised that the Rainline product is currently approved and being utilized in California, Oregon, Washington, New Jersey, and Florida. MARCATO stated that he has a licensee in Louisiana that has six states in the southeast currently utilizing Rainline, to include Louisiana, Mississippi, Arkansas, and Texas. In addition, the product is approved for usage in certain provinces in Canada and in Puerto Rico. Additionally, the product is being considered for use in Europe. MARCATO showed a brief video which extolled the safety virtues of the Rainline product. He explained that the product is more expensive than regular traffic striping due to the amount of material utilized, the superiority of the material utilized, and the high technology equipment which puts down the profile markings. MARCATO stated that Alabama actually pays much less for its profile striping than other states. He stated the profile markings continue to grow in popularity because of the high reflective values and durability of the product.