1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5

6

7

8    * * * * * * * * *    *    COPY

9    GRAND JURY TESTIMONY    *

10   IN THE MATTER OF:    *    DOCKET NUMBER
     DON SIEGELMAN    *    CRC-03-0233

11                      *

12   * * * * * * * * *    *

13

14

15       The testimony of JIM ALLEN, taken on the

16   22nd day of August 2005.

17

18

19

20

21

22

23

24

25

2

1

2

3

    A P P E A R A N C E S

4

5

CASE PRESENTED BY:   STEVE FEAGA, ESQ.
                     J. B. PERRINE, ESQ.
                     JOSEPH FITZPATRICK, JR., ESQ.
                     Assistant U.S. Attorneys
                     One Court Square
                     Suite 201
                     Montgomery, Alabama  36104

6

7

8

9

10

11

12

13

14

                     JULIA S. ISENHOWER, CSR, RPR
                     COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

3

1            JIM ALLEN

2            The witness, having been duly sworn to speak

3    the truth, the whole truth and nothing but the truth,

4    testified as follows:

5                    EXAMINATION

6    BY MR. FEAGA:

7    Q        Sir, would you tell the ladies and gentlemen

8    of the grand jury your name?

9    A        Jim Allen.

10    Q        And where do you live, Mr. Allen?

11    A        I live on Peace Church Road in Elmore

12    County.

13    Q        How long have you been living in Elmore

14    County?

15    A        Roughly 30 years.

16    Q        Would you tell the ladies and gentlemen of

17    the grand jury what you do for a living?

18    A        I own toll roads.  I provide revenue

19    collection systems for government.  I own real

20    estate, and I have other real estate investments.

21    Q        I want to direct your attention, Mr. Allen,

22    to a time frame in approximately the middle of

23    October 1998 and ask you if at or near that time you

24    had occasion to talk to somebody named Don Siegelman?

25    A        Yes, sir, I did.

4

1   Q        Would you tell the ladies and gentlemen of

2   the grand jury at that time in your life who did you

3   know Don Siegelman to be?

4   A        He was a prior lieutenant governor and he

5   was running for the office of governor.

6   Q        And what, if anything, did you and Mr.

7   Siegelman talk about at or near that -- do you

8   remember the day that it was that y'all spoke?

9   A        Yes, sir.  He called our office, my office

10  on the 15th.

11  Q        Of?

12  A        Of October 1998.

13  Q        Okay.

14  A        And asked me to come to Birmingham, Mac

15  Roberts and myself to come to Birmingham to meet with

16  him on the 16th.

17  Q        Okay.  Now, tell the ladies and gentlemen of

18  the grand jury who Mac Roberts was at that time in

19  terms of your life.

20  A        Mac Roberts was an employee of mine who had

21  worked with me for a number of years.

22  THE FOREMAN:

23          Sir, at the end of your statements you kind

24  of trail off.  Could you -- people in the back.

25  THE WITNESS:

1          I'm sorry.

2     THE FOREMAN:

3          Thank you.

4     BY MR. FEAGA:

5     Q          He was an employee of yours at that time?

6     A          Yes, sir.

7     Q          What do you -- can you tell the ladies and

8     gentlemen of the grand jury what his duties and

9     responsibilities were with your companies or your

10    business endeavors?

11    A          He was responsible for building my --

12    building the toll roads and the infrastructure.  He

13    was also responsible for operations, managing those

14    toll roads.

15    Q          What, if anything, do you know about his

16    background that qualified him to do that sort of work

17    for you?

18    A          He had worked for the Department of

19    Transportation for over 30 years, and he had worked

20    himself up through the ranks.  He had been in

21    engineering.  He had been in the bridge bureau.  He

22    had done diving and inspection of bridges and managed

23    construction of them.  He had also been assistant

24    highway director or director under a number of

25    administrations.

```
 1    Q        Was he retired from the state of Alabama --

 2    A        Yes.

 3    Q        -- before he came to work for you?

 4    A        Yes, sir, he was.

 5    Q        Okay.  Now, at the time that you-all got

 6    this call from Lieutenant Governor Siegelman,

 7    candidate-for-governor Siegelman, saying he wanted to

 8    see you and Mr. Roberts in Birmingham, were you

 9    involved in supporting actively or through

10    contributions any of the candidates for governor that

11    were candidates at that time in October of '98?

12    A        Yes, sir.  I was supporting Fob James.

13    Q        Were you supporting him financially?

14    A        I had made contributions to him.

15    Q        Okay.  And do you think it was known amongst

16    people in the know in politics that you were a Fob

17    James supporter?

18    A        Pretty much so.

19    Q        Now, when -- did you go to Birmingham to

20    meet with Governor Siegelman?

21    A        Yes, sir, I did.

22    Q        And what were your expectations, if you

23    would -- would you share them with us -- at the time

24    that you were traveling to Birmingham?  Mr. Roberts

25    was with you, I gather?
```

A        Yes, sir, he was.

Q        What were your expectations about why you were being called to Birmingham, if any?

A        Throughout the year of 1998, early on when the campaign started Don Siegelman asked Mac if he would -- Mac Roberts if he would come and help him in raising funds.  And I had allowed Mac to go and work with the candidate-for-governor Don Siegelman in trying to raise funds.  He had provided him with some names of some people he could get money from.  And I assumed that he was calling me up there to thank me for allowing Mac to do that on my time, on company time.

Q        Okay.  Did you travel up to Birmingham?

A        Yes, sir.

Q        When in relation to the call that you got on the 15th of October, about when would it have been that you went up there?

A        We went up there on the 16th.

Q        .    Okay.  Would you tell the ladies and gentlemen of the grand jury, as best you recall where did you go?

A        It was an old house that had been converted to an antique dealership or it was some type of an interior design place.  It had a lot of antique

8

```
 1    furniture in it and out on the porches and all.
 2    Q         Okay.  And it was in -- was it in a
 3    particular city?
 4    A         It was in Birmingham.
 5    Q         Okay.  And what, if anything, happened after
 6    you arrived there?
 7    A         We walked in.  We were greeted by, I believe
 8    it was Nick Bailey inside.  And then shortly after we
 9    arrived we were taken to the room where the Governor
10    was.
11    Q         This would have been at that time candidate
12    Siegelman, lieutenant governor?
13    A         Correct.
14    Q         Okay.  And I just want to be clear.
15    A         Correct.
16    Q         Well, what, if anything, happened when you
17    got into the room with Governor Siegelman or -- well,
18    we'll just call him Governor Siegelman.
19    A         Walked into the room and he -- we had the
20    normal greetings, shaking hands.  And then Mac and I
21    sat down and he was standing behind his desk.
22    Q         Did you get the thank you that you were
23    expecting?
24    A         No, sir.  It turned out he was very -- he
25    was very upset with me.
```

1    Q        What, if anything, did he do to demonstrate

2    to you that he was upset with you?

3    A        You could see it on his face.  And he

4    pointed his finger at me and made a very strong

5    statement to me.

6    Q        What did he say?

7    A        He said that I hadn't helped him one bit

8    during his campaign and he was going to remember it.

9    Q        Okay.  Now, what did you, sitting there,

10   take that to mean when he said you haven't helped me

11   and I'm going to remember it?

12   A        Well, he was leading in the polls, and my

13   impression was that if I didn't do something to

14   contribute to him to help him, if he took office that

15   I would have a tough time doing business in Alabama.

16   Q        Were you at a particularly vulnerable period

17   of time in the development of your business interests

18   at that time insofar as your interactions with the

19   state of Alabama?

20   A     .  Yes, sir.  I had invested over 20 million

21   dollars in three toll roads in Alabama.  One of them

22   had just opened in April, was still in its buildup

23   phase, and another was due to open in about ten days

24   from this meeting.

25   Q        What would a governor be able to do that

1  could potentially adversely impact your business

2  interests?

3  A        The governor in Alabama has an extreme

4  amount of power in the DOT.  The DOT has over a

5  billion dollars a year in revenue, and the governor

6  is able to direct that.  So he could have easily put

7  a road around my facilities or done things to prevent

8  traffic from getting to my facilities.

9  Q        And that would cause a corresponding

10  potential reduction in revenue for you?

11  A        Reduction or basically elimination of it.

12  Q        Now, having said these things to you, did he

13  make any request of you at that time?

14  A        Yes, sir.  He said that other people had

15  given him as much as a hundred thousand dollars and

16  he wanted me to give him a hundred thousand dollars.

17  Q        And what, if anything, did you say in

18  response to that?

19  A        Told him that I didn't have a hundred

20  thousand dollars to give him.

21  Q        Okay.  And what, if anything, did he say in

22  response to that?

23  A        He said, would you give me fifty thousand

24  dollars.

25  Q        And what did you say?

1    A         I explained to him that I didn't have fifty

2    thousand dollars to give him; that I had just

3    invested over twenty million dollars in my

4    facilities.  My facilities were not up and running

5    yet and that I couldn't come up with that kind of

6    money.

7    Q         Did any further conversation take place

8    about this?

9    A         He said forty thousand dollars; and if

10   you'll give me the forty thousand dollars, I'll let

11   you pick the next highway director.

12   Q         What, if anything, happened after he said

13   that to you?

14   A         I told him okay, but I would have to go and

15   see if I could borrow the money.

16   Q         Mr. Roberts was present when this

17   conversation between you and Mr. Siegelman was taking

18   place; is that right?

19   A         Yes, sir.

20   Q    .    And what did you say you said back to him?

21   I missed that just a minute ago.  I apologize.

22   A         I told him okay.  That was about all I said.

23   But I made a point to say I'll have to go see if I

24   can borrow this money.

25   Q         And why did you say I'll have to go see if I

1    can borrow it?

2    A        I had seen over the course of the year his

3    tactics of continuing to get revenue from people, and

4    I wanted to make a point to him that I just didn't

5    have this kind of money so he didn't continue to come

6    back for more and more money from me.

7    Q        And that's why you used the terminology

8    going to borrow it?

9    A        Yes, sir.

10   Q        Now, did this meeting at some point, did it

11   conclude shortly after these conversations took place

12   between you and then-candidate Siegelman?

13   A        Yes, sir.  He told us about all of the

14   campaigning he was doing and how the polls looked and

15   how the papers were writing about him across the

16   state, and it did conclude.

17   Q        And did you on your way out of the building,

18   did you actually have to leave the room and walk out

19   of the building?

20   A        .  Yes, sir, I did.

21   Q        Did anything happen while you were on your

22   way out?

23   A        When we got back to the lobby area I wanted

24   to make sure that his staff knew that I was going to

25   have to borrow this money so they didn't continue to

1    come after me for more money as well. So I turned to

2    Mac Roberts -- but I made sure that someone else

3    could hear -- and said that that was going to cost me

4    forty thousand dollars and I was going to have to go

5    borrow the money to do it.

6    Q        Okay. Now -- and then did you and Mr.

7    Roberts depart the area?

8    A        Yes, sir, we did.

9    Q        Okay. And how had you traveled up there?

10   A        We drove up there.

11   Q        Okay. So did you drive home together?

12   A        Yes, sir.

13   Q        Did you talk to Mr. Roberts on the way home

14   about this conversation?

15   A        Yes, sir, I did.

16   Q        Would you share that conversation with the

17   grand jury as best you recall it?

18   A        I asked Mac what he thought about the

19   meeting we just had, and he said that he had never

20   seen anything like it in all of his career; that we

21   were both mistreated and abused, and he just couldn't

22   believe what had just happened.

23   Q        Okay. And did you and he reach sort of an

24   agreement about how you would react to it while you

25   were riding home?

14

1    A        Well, we concluded that we had about two

2    weeks before the election, and we decided that we

3    were going to wait until the two weeks was up before

4    we made a decision, but we were going to monitor the

5    polls.  And Mac indicated to me that the best polls

6    in the state were the ones that Paul Hubbard has, the

7    education polls.  And so we decided that we were

8    going to monitor those every day before we had to

9    make the final decision and see what was going to

10   happen with the race.

11   Q        And at some point in time did you make a

12   final decision?

13   A        Yes, sir, we did.

14   Q        Okay.  And what was that decision?

15   A        It was November the 2nd, the day before the

16   election, and we concluded that it looked like he was

17   going to win, and I decided that I was going to have

18   to go ahead and give him the forty thousand dollars.

19   Q        All right.  And did you do that in the form

20   of a single check to the Don Siegelman campaign for

21   governor?

22   A        No, sir.  It was nine checks.

23   Q        Okay.  And who were the nine checks written

24   to?

25   A        Different PACs, different political action

15

1    committees.

2    Q        And how did you know what political action

3    committees to write these nine checks to?

4    A        We called back to Governor Siegelman's

5    office, and I'm not sure if it was Paul Hamrick, Nick

6    Bailey or Don himself who gave us the PACs to write

7    it out to.

8    Q        Now, I'm going to digress just briefly.  You

9    said you weren't sure if it was Paul Hamrick or Nick

10   Bailey or Don Siegelman.  Do you know somebody named

11   Paul Hamrick?

12   A        Yes, sir, I do.

13   Q        Who is Paul Hamrick?

14   A        He was one of the Governor's assistants.  I

15   think he was chief of staff or ended up being chief

16   of staff for the Governor.  At that time he was just

17   very active in his campaign.

18   Q        Okay.  Have there been occasions during

19   the -- since that -- both at this time and since then

20   when you've had occasion to talk to Paul Hamrick?

21   A        Yes, sir, there have.

22   Q        And have there been occasions since that

23   time that you've had occasion to make contributions

24   to some political endeavor that Governor Siegelman

25   was involved in?

1    A        The best I can recall, I think there was one

2    additional time that I made contributions.

3    Q        And have you talked with Paul Hamrick?  What

4    I'm getting at, when you say you're not sure if it

5    was any one of the three of them, is the reason why

6    you're not sure is because at different times you've

7    talked to all three of them?

8    A        Yes, sir, I did.

9    Q        About political contributions and how to

10   make them?

11   A        Exactly.

12   Q        Okay.  Now, you just said that you were

13   directed by one of the three of them on how to write

14   these checks out.  Did you actually sign the checks

15   yourself?

16   A        Yes, sir, I did.

17   Q        Why did you sign them yourself?

18   A        I wanted to have my signature on it so he

19   knew this was coming from me.

20   Q     .   Okay.  And did you deliver those checks?

21   A        Yes, sir, I did.

22   Q        And tell the ladies and gentlemen of the

23   grand jury as best you recall how you effectuated the

24   delivery of the checks.

25   A        Took the checks and went to his campaign, I

17

1    believe it was his headquarters.  It was a strip

2    shopping center.  And went in and gave them to Don

3    Siegelman.

4    Q      Was Mac Roberts with you when you did that?

5    A      Yes, sir, I believe he was.

6    Q      Okay.  Now, having delivered the

7    contribution, I think history would bear out that Don

8    Siegelman did in fact win the election that day.

9    A      The next day, yes, sir.

10   Q      The next day.  Okay.

11          And so he became the governor-elect?

12   A      Yes.

13   Q      Did you serve on any part of the transition

14   committee that Governor Siegelman organized to

15   facilitate his taking office in January of '99?

16   A      Yes, sir, I did.

17   Q      What part of the transition did you play a

18   role in?

19   A      I was appointed to the transition team to

20   work with the Highway Department and to make a

21   recommendation to the Governor for the highway

22   director.

23   Q      All right.  And did the transition team

24   ultimately make a recommendation to Governor-elect

25   Siegelman about who should be highway director?

1   A        Yes, sir.  We made two.  We couldn't agree

2   on which candidate so we narrowed it to two

3   candidates, and we went as separate groups to make a

4   recommendation to the Governor.

5   Q        Okay.  Now, when you went as separate groups

6   to make a recommendation to the Governor, you had not

7   shared with the transition team members, the other

8   people, you had not shared with these other folks

9   this conversation that you've told the grand jury

10  about that you had with Governor Siegelman a couple

11  of weeks before the election and you had not told any

12  of them about that; is that right?

13  A        No, sir, I hadn't.

14  Q        Who were the two people -- you said couldn't

15  agree so you recommended more than one?

16  A        Yes, sir.

17  Q        Who are the two people that y'all

18  recommended or decided to recommend?

19  A        It was a Department of Transportation

20  individual named Horsley and another DOT individual

21  named Bass.

22  Q        Okay.  And which one of those two

23  individuals were you supporting at that time?

24  A        Ray Bass.

25  Q        Mr. Bass did not get appointed highway

```
 1    director.  Did something happen during this process
 2    that caused you to become aware of another individual
 3    that would be interested in becoming highway
 4    director?
 5    A        Yes, sir.  Just after I made my
 6    recommendation to the Governor for Ray Bass -- and I
 7    had another individual who recommended the same with
 8    me -- Mac Roberts came to me and told me that Senator
 9    Barron had been talking with him and would like for
10    him to be the highway director.  He said for the
11    first time he thought he would be interested in
12    taking the job.
13    Q        Okay.  And now, in terms of your concerns
14    about making sure that -- were you concerned all
15    through this process that somebody get over there
16    that would not cause problems for your business
17    interests with the state?  Is that something you
18    wanted to see to it didn't happen?
19    A        I wanted to -- I wanted to make sure --
20    after the threat that had been made, I wanted to make
21    sure that somebody would be there that would not harm
22    me.
23    Q        Okay.  And Mac Roberts, was he someone that
24    you viewed as someone that would not harm you?
25    A        Yes, sir.  He was a friend.
```

20

1    Q        Did you have any conversations with Governor

2    Siegelman after you had this conversation with Mac

3    Roberts where he let you know that Senator Barron

4    wanted him to go over there and he was now interested

5    in doing it?

6    A        Yes, sir.  About two weeks after Mac had

7    told me he was interested in it, Don Siegelman called

8    me and asked, said that he would like to appoint Mac

9    Roberts.

10   Q        Okay.  And what did you say to him?

11   A        I told him that would be fine.

12   Q        Okay.  Now, this conversation that you had

13   with the governor, was this conversation his calling

14   you to find out if it would be okay with you pursuant

15   to the agreement you and he had that he appoint Mac?

16   A        Yes, sir.

17   Q        And you told him it would be okay?

18   A        Yes, sir.

19   Q        As far as you were concerned, he had

20   complied with his agreement with you?

21   A        Yes, sir.

22   Q        And did he ultimately appoint Mac Roberts?

23   A        Yes, sir, he did.

24   Q        Now, prior to the time that Mac Roberts

25   actually was appointed to be highway director, and

1    there -- I would just -- I'll suggest a date to you

2    that I think the records bear out.  It was actually

3    inauguration day.  I think the 19th of January is the

4    day that he got appointed to be highway director.

5        Prior to that time -- and I focus on that

6    date because prior to that time did you have an

7    opportunity to have a conversation with Mr. Roberts

8    about a product for painting highway stripes on

9    highways and roads called Rainline?

10   A        Yes, sir, I did.

11   Q        Did Mr. Roberts tell you during this

12   conversation that when he became highway director

13   that he would make sure that the Highway Department

14   started buying Rainline and that he would get it

15   done?

16   A        Yes, sir, he did.

17   Q        During that same conversation you discussed

18   with him, I think, the provision to him of some

19   monies to pay him for -- I don't know.  How would you

20   characterize it?  Is that a bonus that you were

21   paying him for leaving?

22   A        I'm not sure it was the exact same

23   conversation, but around the same time frame we did

24   discuss the closing out of his contract that he had

25   and paying him a bonus for building the toll

1     facilities.

2     Q        So during the same time frame that you're

3     talking with him about he's going to get it done at

4     Rainline, you're talking also with him about these

5     terms and conditions under which he will leave your

6     employment?

7     A        Yes, sir.

8     Q        One of those is that you're going to provide

9     him with a bonus or monies totaling what?  How much

10    was it that you gave him?

11    A        The total value was $125,000.  It was

12    $115,000 in cash and a company vehicle worth about

13    $10,000.

14    Q        And then you took some taxes out of that and

15    paid him the difference; is that right?

16    A        Yes, sir.  It had his regular payroll check

17    in it, $115,000 minus the normal taxes.  It ended up

18    around 70-something thousand, I think it was.

19    Q        Now, in fact -- did it in fact happen that

20    after Mac Roberts became highway director that the

21    state of Alabama did begin to make purchases of the

22    Rainline paint striping process?

23    A        Yes, sir.

24    Q        In fact, they began to make substantial

25    purchases of that product; is that right?

23

```
 1   A          Yes, sir, that's correct.

 2   Q          Now, did you have -- after Mr. Roberts

 3   became highway director, did you have occasion to

 4   receive a phone call from the Governor or anyone

 5   associated with him asking you to come over for a

 6   meeting?

 7   A          Yes, sir, I did.

 8   Q          Okay.  Approximately when did that happen?

 9   A          End of February, first part of March of

10   1999.

11   Q          And would you tell us what happened?  How

12   did you know that someone from the Governor was

13   contacting you about getting together?  What

14   happened?

15   A          Paul Hamrick called and asked if I would

16   come over and do a presentation for the Governor of

17   Rainline.

18   Q          Did you go over there and play about a

19   four-minute long videotape for the Governor?

20   A    .     Yes, sir, I did.

21   Q          Did you meet with him in his offices in the

22   old Capitol building?

23   A          Yes, sir.

24   Q          Did you believe, based on your interaction

25   with Siegelman, starting in October when you first
```

1   got the call to come up and you met with him up in

2   Birmingham, through the transition and the

3   conversation that you had with him then and any

4   others and the conversations that you had at that

5   meeting that y'all had -- and you said it was in late

6   February or early March?

7   A       Yes, sir.

8   Q       Was it your belief and understanding based

9   on those contacts between you and he that the reason

10  that he called you over there was to make sure that

11  you knew that he knew that Mac Roberts had started

12  buying Rainline over at the Highway Department?

13  A       Yes, sir.  That was my feeling.

14  Q       Okay.

15  MR. FEAGA:

16          Do any of y'all have any questions for Mr.

17  Allen?

18          (Pause)

19  BY MR. FEAGA:

20  Q       I just want to go back again.  You said

21  earlier that what then-candidate and Lieutenant

22  Governor Siegelman said to you when you spoke with

23  him on or about the 16th of October 1998 after he

24  called you to come to Birmingham, that he said that

25  if you would give him the forty thousand dollars he

1    would let you pick the next highway director?

2    A       Yes, sir, I did.

3    Q       Okay.  It wasn't him saying I'll let you

4    recommend it or participate in it; he told you you

5    could pick it?

6    A       Yes, sir.

7    Q       And your belief is, based on your

8    interaction with him, that that's exactly what he

9    did?

10   A       Yes, sir.

11   MR. FEAGA:

12          Are there any other questions for Mr. Allen?

13          Thank you very much for coming, sir.  You're

14   excused.

15

16                 END OF TESTIMONY

17              *   *   *   *   *   *   *

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2    STATE OF ALABAMA)

 3    COUNTY OF BALDWIN)

 4           I do hereby certify that the above and

 5    foregoing transcript of proceedings in the matter

 6    aforementioned was taken down by me in machine

 7    shorthand and the questions and answers thereto were

 8    reduced to writing under my personal supervision, and

 9    that the foregoing represents a true and correct

10    transcript of the proceedings given by said witness

11    upon said hearing.

12           I further certify that I am neither of

13    counsel nor of kin to the parties to the action, nor

14    am I in anywise interested in the result of said

15    cause.

16

17

18    JULIA S. ISENHOWER
      Registered Professional Reporter
19    and Commissioner
      State of Alabama

20    My commission expires 4-28-07

21

22

23

24

25
```