IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| RICHARD M. SCRUSHY, | Case No. 2:05-CR-119-F |
| Defendant. | |

## NOTICE OF APPEARANCE

**COMES NOW**, Terry Lucas Butts, the undersigned counsel, and gives notice to this Honorable Court and all interested parties of his appearance as co-counsel for Richard M. Scrushy in the above-styled cause. The undersigned counsel requests service of all discovery, documents, pleadings and other things in accordance with Federal law.

Respectfully submitted this the 27th day of December, 2005.

/s/Terry Butts
Terry Lucas Butts (ASB-6929-S82T)
Co-counsel for Richard M. Scrushy

Terry Lucas Butts
Six South Glenwood Avenue
P.O. Drawer 272
Luverne, Alabama 36049
Phone: 334-335-2262
Fax: 334-335-2529

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/Terry Lucas Butts
Terry Lucas Butts
Of Counsel
P.O. Drawer 272
Luverne, Alabama 36049
Phone: 334-335-2262
Fax: 334-335-2529