| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 12/28/05 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:18 – 10:20 | |
| | **COURT REPORTER:** Risa Entrekin | |
| x ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ CONSENT PLEA |
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>    **DEPUTY CLERK:** <u>Wanda A. Robinson</u>

**CASE NUMBER:** 2:05cr119-F    **DEFENDANT NAME:** Richard Scrushy

**AUSA:** James B. Perrine    **DEFENDANT ATTORNEY:** Arthur Leach, Henry Gillis,
Joseph L. Fitzpatrick, Jr.    Terry Butts, Leslie Moore, Christopher Whitehead
Louis V. Franklin, Sr.

Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (✓)NO; ( )YES    Name:

**DISCOVERY DISCLOSURE DATE:**    1/6/06

---

☐ This is defendant's **FIRST APPEARANCE.**

☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*

☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☑ **Not Guilty**    ☐ **Nol Contendere**

☐ **Not Guilty by reason of insanity**

☐ **Guilty as to:**

☐ **Count(s):**

☐ **Count(s):**    ☐ dismissed on oral motion of USA

☐ to be dismissed at sentencing

☐ Written plea agreement filed    ☐ **ORDERED SEALED**

☐ _____ Days to file pretrial motions    ☐ _____ Trial date or term

☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:

☐ Trial on _____; ☐ Sentencing on _____

☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

☐ Posting a $_____ bond;

☐ Trial on _____; or ☐ Sentencing on _____

☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed

☐ Defendant requests time to secure new counsel

☐ **WAIVER** of Speedy Trial. **CRIMINAL TERM:**