IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DON EUGENE SIEGELMAN and<br>RICHARD M. SCRUSHY,<br>    Defendants. | Case No. 2:05cr119-F |

## MOTION FOR SCHEDULING ORDER

COME NOW Defendants Don Eugene Siegelman and Richard M. Scrushy, by and through undersigned counsel of record, and move this Court for entry of an Order pursuant to F. R. Crim. P. 12(c) setting a schedule for the filing of pretrial motions in the above-captioned case. In support of this request, Defendants respectfully show this Court the following:

1.  Defendants Siegelman and Scrushy were initially arraigned on the first superseding indictment, (Doc 9), on October 27, 2005 and October 28, 2005, respectively. (Docs 15, 25).

2. Both Defendants filed motions to recuse the United States Magistrate Judge on November 3, 2005, (Doc 33), and November 4, 2005, (Doc 34), respectively. The Magistrate Judge entered an Order and Memorandum Opinion denying Defendants' motions on November 10, 2005. (Doc 41.) Pursuant to this Court's November 16, 2005 scheduling Order, both Defendants filed motions for reconsideration on November 23, 2005. (Docs 56, 58.) On January 6, 2006, the Magistrate Judge entered an Order denying

reconsideration. (Doc 84.) Both Defendants plan to file timely motions appealing this determination in the District Court, at which time the recusal issue will be pending before this Court.

3. Pursuant to this Court's scheduling Order at the pretrial conference on November 16, 2005, later modified due to the return of a second superseding indictment in a written Order on December 13, 2005, (Doc 68), Defendant Scrushy filed a motion for severance on December 21, 2005. (Doc 69). The Government filed a response on January 11, 2006, (Doc 86), and Defendant Scrushy anticipates filing a timely reply on January 18, 2005, pursuant to the schedule set by this Court in its December 13, 2005 Order. That motion is still pending before this Court.

4. A second superseding indictment was returned on December 12, 2005. (Doc 61.) Defendants were arraigned on this second superseding indictment on December 28, 2005. (Docs 76, 77.)

5. Defendants anticipate filing additional pretrial motions, *inter alia*: motions to dismiss the indictment based on the composition of the grand jury; motions challenging the composition of the petit jury wheel from which Defendants' jury will be selected; motions for discovery relating to the challenges to the grand and petit juries; motions for bills of particulars; motions to dismiss for prosecutorial misconduct; motions relating to the procedures for voir dire and jury selection; motions in limine; motions for *James* hearings: and motions for *Daubert* hearings relating to Government expert witnesses. Defendant Scrushy is also investigating the basis for a possible motion for change of venue.

6. To date, the only scheduling Orders relating to pretrial motions issued by this Court have been related to the motions to recuse and motion for severance. On January 10, 2006, this Court has entered an Order setting a status conference for January 20, 2006. (Doc 85.) This Order provided: "At the conference, counsel for the parties should be prepared to discuss all pending motions and a schedule for a trial date."

7. Rule 12(c) of the Federal Rules of Criminal Procedure provides:

> (c) Motion Deadline. The court may, at the arraignment or as soon afterward as practicable, set a deadline for the parties to make pretrial motions and may also schedule a motion hearing.

8. Defendants respectfully submit that the status conference currently scheduled for January 20, 2006 would be an opportune time for the Court to discuss with all parties the pretrial motions that each party anticipates filing, and set an appropriate schedule for the filing of such motions, responses by the opposing party or parties, and replies.

WHEREFORE, Defendants respectfully pray that this Court, after appropriate discussion with the parties on January 20, 2006, enter an Order scheduling dates for the filing of pretrial motions, responses and replies in the above-styled case, and for such other and further relief as this Court may deem just and proper.

This 12th day of January, 2006.

Respectfully submitted,

/s/_____
G. Douglas Jones
OF COUNSEL:
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, Alabama 35203
Phone: 205-328-9576

*/s/ Arthur W. Leach*
Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321

Henry Lewis Gillis
Thomas Means Gillis & Seay
PO Drawer 5058
Montgomery, Alabama
Phone: 334-270-1033
Fax: 334-260-9393

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
Phone: 404-875-2700

Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, I electronically filed the foregoing "Motion for Scheduling Order" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

_____\/s\/_____
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail: les.moore@lvmlaw.com