IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-F |
| RICHARD M. SCRUSHY,<br>Defendant. | |

**MOTION TO PUBLICLY FILE OBJECTIONS TO
ORDER AND MEMORANDUM OPINION OF MAGISTRATE
JUDGE DENYING DEFENDANTS' MOTIONS FOR RECUSAL**

COMES NOW Richard M. Scrushy, by and through his undersigned counsel and moves this Honorable Court to allow the public filing of Defendant's Objections To Order And Memorandum Opinion Of Magistrate Judge Denying Defendants' Motion For Recusal. In support thereof, Defendant respectfully shows this Court the following:

1. Defendants Siegleman and Scrushy initially filed motions to recuse Judge Coody on November 3, 2005, (Doc 33) and November 4, 2005, (Doc 34), respectively. These motions were not filed under seal, and are a part of the public record in this case.

2. On November 9, 2005, the Government filed its response to these motions. (Doc 38.) This response was likewise not filed under seal.

3. On November 10, 2005, Judge Coody filed a 20-page "Order and Memorandum Opinion on Recusal." (Doc 41.) This Order was not filed under seal.

4. A status conference was held before the District Court on November 16, 2005. During that status conference, Defendants requested only that they be permitted to file

certain exhibits under seal in support of their appeal from Judge Coody's Order. This Court directed Defendants to file a motion for reconsideration of Judge Coody's Order, and further directed that all motions relating to recusal be filed under seal.

5. On November 23, 2006, both Defendants filed motions for reconsideration, which included certain exhibits (FBI 302s) in support of their motions. (Docs 56, 58.) As directed, these motions and attached exhibits were filed under seal.

6. On December 21, 2005, the Government filed its response to Defendants' motions for reconsideration. (Doc 73)  Attached to this response as exhibits were extensive excerpts from grand jury testimony of a number of potential Government witnesses in this matter. (*Id.*) As directed by this Court, the Government also filed its response and exhibits under seal.

7. On January 6, 2006, Judge Coody entered an Order denying Defendants' motions for reconsideration. (Doc 84.) This Order was not filed under seal.

8. On January 12, 2006, Defendants Siegleman and Scrushy filed a Motion to Unseal (doc. # 87) all pleadings filed by any party relating to the recusal of United States Magistrate Judge Charles S. Coody, with the exception of exhibits filed by any party in support of these pleadings.

9. On January 13, 2006, United States Magistrate Judge Charles S. Coody issued an Order (doc. #92) ordering the United States to show cause why the Motion To Unseal should not be granted.

10. The Defendant's Objections To Order And Memorandum Opinion Of Magistrate Judge Denying Defendants' Motion For Recusal cites documents that are under seal but has no attachments that would require sealing.

Wherefore, Defendant respectfully moves this Court to enter an Order allowing Defendant's Objections To Order And Memorandum Opinion Of Magistrate Judge Denying Defendants' Motion For Recusal to be publicly filed.

This 17th day of January, 2006.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321


Henry Lewis Gillis
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, Alabama
Phone: 334-270-1033
Fax: 334-260-9393

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
Phone: 404-875-2700


Attorneys for Richard M. Scrushy

## CERTIFICATE OF SEVICE

I hereby certify that on the 17th day of January, 2006, I electronically filed the foregoing "Objection to Order and Memorandum Opinion of Magistrate Judge Denying Defendants' Motions for Recusal" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail: les.moore@lvmlaw.com