IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD SCRUSHY ) | |
| GARY MACK ROBERTS ) | |
| PAUL MICHAEL HAMRICK ) | |

## **ORDER**

This cause is before the Court on Defendant Scrushy's Motion to Publicly File Objections to Order and Memorandum Opinion of Magistrate Judge Denying Defendants' Motions for Recusal (Doc. # 93). While the Court has stated that the parties *may* file any motions and/or supporting evidence under seal, the Court has never *ordered* anything to be filed under seal. Thus, it is hereby ORDERED that Defendant Scrushy's Motion to Publicly File Objections is GRANTED.

DONE this 17th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE