IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Upon consideration of the motion to dismiss and challenge to the composition of petit jury pools in the Middle District of Alabama (doc. # 104) and motion for discovery of jury records (doc. # 105) filed by the defendant on January 24, 2006, it is

ORDERED that on or before **12:00 noon on February 1, 2006,** the United States shall show cause in writing why the motions should not be granted. It is further

ORDERED that oral argument on the motions be and is hereby SET for **10:00 a.m.** on **February 2, 2006**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 25th day of January, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE