IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-F |
| RICHARD M. SCRUSHY,<br>      Defendant. | |

### DEFENDANT RICHARD M. SCRUSHY'S MOTION TO PRESERVE ROUGH NOTES AND OTHER EVIDENCE

COMES NOW Defendant Richard M. Scrushy, by and though his undersigned counsel, and moves this Court for entry of an Order directing the Government[1] to preserve and maintain intact and not to destroy or alter any files, handwritten or rough notes (interviews, surveillance, otherwise), investigative reports (including rough drafts), witness statements, documents, papers, tapes, video recordings, films, or any other documentation of any kind in the Government's possession, custody, or control, and that is in any way related to any contacts with any witness or potential witness in any way related to the investigation in this matter. In support of this, Defendant respectfully shows this Court the following:

1. This motion seeks no disclosure, discovery, inspection, or production at this time. It merely seeks to preserve evidence, directly admissible or otherwise, which may at some future stage of the proceedings be necessary or helpful to a proper resolution of

---

[1] "Government" includes all federal, state, and local agencies and agents thereof who have participated in any way in the investigation or prosecution (including scientific experiments and tests) of this case, and all United States attorneys or other prosecutors who have worked on this case.

this case. An Order to preserve evidence is necessary because of the administrative practice of alleged good-faith destruction of records by the Government, *see, e.g., United States v. Pacheco*, 489 F.2d 554, 556 (5th Cir. 1974), and out of the caution that experience teaches, *see, e.g., Sharpe v. United States*, 660 F.2d 967, 972-73 n.5 (4th Cir. 1981), *rev'd on other grounds*, 470 U.S. 675, 105 S.Ct. 1568 (1985); *United States v. Bufalino*, 576 F.2d 446, 448 (2d Cir. 1978); *United States v. Banks*, 383 F. Supp. 389, 395 (D.S.D. 1974); *see also United States v. Rudolph*, 224 F.R.D. 503, 504 (N.D. Ala. 2004) (approving magistrate's order to preserve evidence).

2. Paragraph 2(B) of this Court's "Standing Order on Criminal Discovery" (hereinafter "Standing Order") recognizes the importance of the preservation of evidence when it states that the "government shall advise all government agents and officers involved in the case to preserve all rough notes." Defendant Scrushy is filing this motion out of an abundance of caution despite that directive, because the Standing Order also specifically directs a defendant not to file a motion "unless the party making the request desires to preserve the discovery matter for appeal." *Id.* at 2.

3. Unlike many cases, Defendant Scrushy has reason to believe that the rough notes and other documentation of witness contacts in this case may come to have particular significance. One indication of why these materials may be important is that FBI agents in this case have, in at least one significant instance, summarized a series of interviews occurring over an extended period in a single FBI 302, without specifying what information the FBI received in which interview. An FBI 302 attributed to "SA D. Keith Baker and SA William Long, Attorney General's Office," dictated and transcribed on July 30, 2003, purports to memorialize interviews of key Government witness

Nicholas D. Bailey on June 30, 2003, July 8, 2003, July 10, 2003, July 15, 2003, July 22, 2003, and July 29, 2003.

4. Defendant believes that in such circumstances, what information the agents learned in which interviews will be relevant to subsequent specific requests for additional discovery regarding, among other things, promises or threats to witnesses to obtain testimony favorable to the Government. In such circumstances, the underlying notes or other documentation which would be interview specific would be highly relevant and, on proper showing, Defendant would be entitled to request an *in camera* review and/or production of such notes or documents.

5. Defendant respectfully submits that the appropriate standard by which to gauge Defendant's motion is a simple balancing test. We submit that the Government has no interest in the alteration or suppression of documents or other items and little or no interest in their destruction. Defendant's substantial interest in a fair trial manifestly outweighs any incidental and slight burden that requiring the Government to preserve evidence might impose upon the Government agencies involved.

6. Pursuant to the requirement of this Court's Standing Order, Defendant certifies that on February 13, 2006 undersigned counsel Arthur W. Leach and Leslie V. Moore consulted with AUSA Louis Franklin, counsel for the Government. AUSA Franklin indicated that the Government has and would comply with the provisions of paragraph 2(B) of the Standing Order with regard to the FBI. He further indicated that he would check with the other agencies involved in the case, that being investigators from the Attorney General's office and an investigator with the Alabama Department of

Transportation. In a call approximately ten minutes after the initial call AUSA Franklin indicated that both state agencies also retain their rough notes.

WHEREFORE, Defendant respectfully prays that this Court issue an Order requiring the Government to preserve the previously-described notes and evidence, and for such other and further relief as this Court may deem just and proper.

This 13th day of February, 2006.

Respectfully submitted,

*/s/ Arthur W. Leach*
Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321

Henry Lewis Gillis
Christopher K. Whitehead
Thomas Means Gillis & Seay
PO Drawer 5058
Montgomery, Alabama
Phone: 334-270-1033
Fax: 334-260-9393

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Attorneys for Richard M. Scrushy

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Motion to Preserve Rough Notes and Other Evidence" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                              Leslie V. Moore
                                              2310 Marin Drive
                                              Birmingham, Alabama 35243
                                              Phone: (205) 822-4224
                                              Fax:   (205) 824-0321
                                              E-Mail: les.moore@lvmlaw.com