United States v. Richard M. Scrushy
2:05cr119-F

# ATTACHMENT 1

**Curriculum Vita**
February 2006

Edward J. Bronson                    Professor Emeritus, Public Law
2086 Vallombrosa Ave.                   Political Science Department
Chico, CA 95926                      California State University, Chico 95929
(530) 343-6653                       e-mail: ebronson@csuchico.edu


EDUCATION    Ph.D., Political Science (Public Law), University of Colorado, 1972
             LL.M., New York University, 1961
             B.S., J.D., University of Denver, 1957, 1959


ACADEMIC EXPERIENCE

   Professor of Political Science, Public Law, California State University, Chico,
     since 1969 (now Emeritus)
     Courses: Constitutional Law, Administration of Justice, Legal Analysis

   University of Colorado
     Visiting Assistant Professor, Spring 1972. Teaching Associate/Instructor, 1965-69

   University of Alaska, Anchorage
     Visiting Scholar, Spring 1981

   College of Micronesia
     Visiting Scholar, Spring and Summer 1978

   Center for Judiciary Studies, Ministry of Justice, Lisbon
     Fulbright Scholar, Researcher and Lecturer, Spring 1992

OTHER TEACHING  (including summer teaching and other programs)

   School of Law, University of Santa Clara, 1991, 1983, 1979, 1975, 1974
     Constitutional Law, Jurisprudence, Legal Analysis (CLEO)

   School of Law, Univ of San Francisco, 1990, 1982.  Jurisprudence, Legal Analysis (CLEO)

   Hastings College of Law, University of California, 1989.  Legal Writing (CLEO)
     La Raza LEOP, 1976. Constitutional Law, Legal Analysis

   School of Law, University of San Diego, 1988, 1987.  Jurisprudence, Legal
     Analysis (CLEO)

 Boalt Hall School of Law, University of California, Berkeley, 1986, 1984
   Jurisprudence, Legal Analysis (CLEO)

California Western School of Law, 1985.  Jurisprudence, Legal Analysis (CLEO)

Saipan, Commonwealth of the Northern Mariana Islands; Trust Territory of the Pacific Islands; and Ponape, Federated States of Micronesia; 2002, 2000, 1994, 1987, 1979, 1978, 1977.  Program Director; taught Constitutional Law, Legal Writing and Analysis

Justice Center, University of Alaska, Anchorage, 1982, 1981, 1980
   Program Director; Constitutional Law

School of Law, University of Puget Sound (now Seattle), 1981.  Constitutional Law, Jurisprudence (CLEO)

School of Law, University of California, Los Angeles, 1977.  Legal Analysis (CLEO)

Third World Studies Institute. New College of Law, 1977.  Constitutional Law, Legal Analysis

California Northern School of Law.  Former Academic Advisor to Board of Directors; taught Constitutional Law

## PUBLICATIONS AND CONFERENCE PAPERS

Severance, in W. Rountree (Ed.), Jurywork: Systematic Techniques  (3d ed.)  New York: Clark  Boardman, 2006 ed. (in press)

Change of Venue, with J. Philipsborn, Ch. 15, in California Criminal Law: Procedure & Practice, 3rd-7th eds. (1995-2005), 2006 ed. (in press); Berkeley: Continuing   Education of the Bar, California

Pretrial and Trial Publicity  with J. Philipsborn, Ch. 14, in California Criminal Law: Procedure & Practice, 3rd-7th eds. (1995-2005), 2006 ed. (in press); Berkeley: Continuing Education of the Bar, California

Strength of Opinion in Death Penalty Decisions, with R. Ross, presented at American Association for Public Opinion Research, Montreal, 2006

Severance of Defendants in Capital Trials. 2006 Capital Case Defense Seminar Syllabus  Sacramento: California Attorneys for Criminal Justice and California Public Defenders Association (in press)

Death Penalty, in E. Krauss & B. Bonora (Eds.), with D. Logan. Jurywork: Systematic  Techniques  (2nd ed.) New York: Clark  Boardman, 1987-2005 ed., (3d ed.) (2006)  W. Rountree (Ed.) (in press)

<u>The Effects of Race on the Prejudgment of Guilt and Penalty in 60 Venue Surveys</u>, with R. Ross, presented at American Association for Public Opinion Research, Nashville, 2003

<u>The Media and Pre-Trial Prejudice</u>, presented at national meeting of American Society of Trial Consultants, Reno (2003)

<u>Size of the Community As a Factor in Change of Venue: When a Large Community Becomes Small for Purposes of Venue</u>. Originally published in California State University, Chico Discussion Paper Series, 1999. Also published in "Jury Reforms and Innovations, The American Society of Trial Consultants 2003; also in 2000 Capital Case Defense Seminar Syllabus L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

<u>Some Notes on Waiting Until Voir Dire to Decide Whether to Grant a Change of Venue: Bad Law, Bad Social Science</u>. 2003 Capital Case Defense Seminar Syllabus Sacramento: California Attorneys for Criminal Justice and California Public Defenders Association

<u>Exploring the Standards for Prejudice from Pretrial Publicity</u>. 2003, 2002 Capital Case Defense Seminar Syllabus L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

<u>Guidelines for Survey Research in Connection with Motions to Change Venue</u>, updated 2002 from <u>Proposed Minimum Standards for Survey Research in Connection with Motions to Change Venue</u>, with S. Macpherson, E. Krauss, R. Dillehay. Court Call, Journal of the American Society of Trial Consultants, Spring 1998; republished as part of <u>Code of Professional Standards</u>, American Society of Trial Consultants, 2003; also printed in <u>Change of Venue</u>, in E. Krauss & B. Bonora (Eds.), with D. Logan. Jurywork: Systematic Techniques (2nd ed.). Ch. 7. New York: Clark Boardman, 1999 rev.

<u>A Declaration on Sealing the Grand Jury Transcript and on a Possible Change of Venue</u> The 2002 CACJ/CPDA Capital Case Seminar Electronic Syllabus

<u>Survey Data to Support a Change of Venue: How Much Prejudice Does It Take?</u> with R. Ross. California State University, Chico Discussion Paper Series, 1998; also published as <u>How Much Prejudice Does It Take for a Change of Venue</u>? in 2001 Capital Case Defense Seminar Syllabus L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

<u>The Effects of Race on the Prejudgment of Guilt and Penalty in 20 Venue Surveys</u>, with R. Ross, presented at VIIIth Conference of International Society for Justice Research, International Society for Justice Research, Tel Aviv, 2000

<u>A Meta-Analysis of the Effect of the Race of the Defendant and Victim on the Prejudgment of Guilt and Penalty by Whites and Blacks in the Jury Pool</u>, with R. Ross, presented at American Association for Public Opinion Research, Portland, 2000, published as part of California State University, Chico Discussion Paper Series, 2000

Gender and Salience As Factors in Jury Pool Bias: A Preliminary Investigation, with R. Ross, presented at panel at Southwestern Political Science Assn, San Antonio,1999, published as part of California State University, Chico Discussion Paper Series, 1999

Minimum Standards for Venue Surveys, presenter, organizer and chair of panel at American Association for Public Opinion Research, St. Louis,1998

Measuring Prejudice in Venue Surveys: How Much Is Enough? with R. Ross, presented at panel, Surveys and the Courts, at American Association for Public Opinion Research, St. Louis,1998

Chair, Plenary Session, The Death Penalty in America; presenter, The Continuing Impact of Race in the Administration of the Death Penalty, VIIth Conference of International Society for Justice Research, Denver, 1998

Discriminatory Charging of the Death Penalty: A Modest Proposal. 1998 Capital Case Defense Seminar Syllabus  L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

Jury Selection in High-Profile Cases: The Perverse Effects of Voir Dire, with R. Ross. California State University, Chico Discussion Paper Series, 1997

Declaration in Support of a Motion for Discovery on Arbitrary Charging of the Death Penalty. 1997 Capital Case Defense Seminar Syllabus  L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

Developing Standards for Change of Venue Surveys, panel at Midwest Association for Public Opinion Research, Chicago, 1997 (convenor of panel)

Jury Selection in High Profile Cases: The Perverse Effects and Limitations of Voir Dire, with R. Ross, presented at American Association for Public Opinion Research, Norfolk, 1997, organizer of panel: The Change of Venue in High Profile Cases: Measuring Prejudice and Its Impact on the Jury

Political Process and Race in the Administration of the Death Penalty, presented at VIth Conference of International Society for Justice Research, Potsdam, FRG, 1997

Prejudgment in High-Profile Cases: A Preliminary Analysis of the Relative Importance of Print Versus Electronic Sources of Information, and Its Implications, with R. Ross. California State University, Chico Discussion Paper Series, 1996, presented as Prejudgment in High-Profile Cases: A Meta-Analysis of the Relative Importance of Print Versus Electronic Sources of Information, at American Association for Public Opinion Research, Salt Lake City, 1996

Race in the Courtroom: It's More Than the "N" Word.  California Death Penalty Defense Manual  (1996 ed.). L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

Declaration on Discriminatory or Arbitrary Imposition of the Death Penalty. California Death Penalty Defense Manual (1996 ed.). L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

The Meaning of Life: Why Capital Jurors Choose Death. California State University, Chico Discussion Paper Series, 1995

Severance of Co-Defendants in Capital Cases: Some Empirical Evidence. 21 Forum 52 (1994). (Also published in California State University, Chico Discussion Paper Series, 1994.)

Fatal Misconception: Convincing Capital Jurors That LWOP Means Forever, with J. Ramos & J. Sannes-Pond, 21 Forum 42 (1994)

The Effectiveness of Voir Dire in Discovering Prejudice in High-Publicity Cases: An Archival Study of the Minimization Effect. California State University, Chico Discussion Paper Series, 1989. Also published as The Effectiveness of Voir Dire in Discovering Prejudice in High Publicity Cases: A Case Study of the Minimization Effect in 20th Anniversary Celebration Seminar. California Attorneys for Criminal Justice, 1993

A Practical Approach to Researching and Presenting the Basis for a Change of Venue Motion, with J. Philipsborn & Q. Denvir. California Death Penalty Defense Manual (1993 ed.). L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

Change of Venue in the California Courts: What They Say and What They Do, California State University, Chico Discussion Paper Series, 1992. Also published in Proceedings of the Annual Meetings, American Political Science Association 1992. Also published as The California Appellate Courts and the Change of Venue: Politics in Search of Law in 20th Anniversary Celebration Seminar. California Attorneys for Criminal Justice, 1993

Exposing the Capital Defendant to Jurors Biased by Prejudicial Pretrial Publicity: The Fruit of the Poisoned Pen, panel presentation on Pretrial Publicity and the Capital Juror in Symposium, Justice and the Capital Juror, IVth Conference of International Society for Justice Research, University of Trier, FRG, 1993

Change of Venue in the California Courts: What They Say and What They Do¨, presented at national meeting, American Political Science Association, Chicago, 1992

Justice in the Era of the High-Profile Defendant: Will a Change of Venue Help? presented at national meeting, American Political Science Association, Washington, D.C.,1991

Declaration in Support of Motion to Compel Discovery of Death Penalty Charging Practices. California Death Penalty Defense Manual (1992 ed.). L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

<u>Effective Jury Voir Dire</u>, with Hon. M. Virga, J. Morris, Jr., C. Wieckowski. Tapes and materials. Berkeley: Continuing Education of the Bar, 1991

<u>Justice in the Era of the High-Profile Defendant: Will a Change of Venue Help?</u> with R. Ross. California State University, Chico Discussion Paper Series, 1991. Also published as part of Proceedings of the Annual Meetings, American Political Science Association 1991. Nominated by Section on Law and Courts for the Pi Sigma Alpha Award for best paper at annual meeting

<u>California Appellate Decisions Since Maine</u>, in M. Arkelian, Ed., Homicide Defense. Section 2. California Public Defenders Association, 1991

<u>Declaration in Support of a Change of Venue Motion</u>, in E. Krauss & B. Bonora, Eds., Jurywork: Systematic Techniques (2nd ed.) Appendix E-2). New York: Clark Boardman, 1987, 1989 rev. Reprinted as part of Ch. 7, 78-22, 1990 rev., 1998 rev.

<u>Does Prejudicial Pretrial Publicity Affect Jurors?</u> presented at national meeting, Law and Society Association, Madison, 1989

<u>Challenging the Death-Qualifying Voir Dire After Lockhart</u>, in E. Krauss & B. Bonora (Eds.), Jurywork: Systematic Techniques, 2nd ed. Ch. 3. New York: Clark Boardman, 1987

<u>Declaration in Support of Proposed Voir Dire Procedures</u>. California Death Penalty Defense Manual (1987 ed.). L.A.: California Attorneys for Criminal Justice and California Public Defenders Association

<u>Surveys and the Law</u>, panel, American Statistical Association national meeting, Las Vegas, 1985

<u>Does the Exclusion of Scrupled Jurors in Capital Cases Make the Jury More Likely to Convict? Some Evidence from California.</u> Woodrow Wilson Journal of Law, 1981

<u>Measuring the Number of Automatic Death Penalty Jurors: A Response to Hovey</u> (1981). Research monograph submitted to several courts

<u>The Exclusion of Scrupled Jurors in Capital Cases: The California Evidence on Conviction Proneness and Representativeness</u>. California State University, Chico Discussion Paper Series, 1979

<u>Trial by Numbers: The LSAT and Cultural Bias.</u> The Guild Practitioner, 1977

<u>On the Conviction Proneness and Representativeness of the Death-Qualified Jury: An Empirical Study of Colorado Veniremen</u>. University of Colorado Law Review, 1970

## NON-ACADEMIC CONFERENCES & OTHER PROFESSIONAL PRESENTATIONS

The Media and Pre-Trial Prejudice, national meeting of American Society of Trial Consultants, Reno (2003)

Free Press vs. Fair Trial, invited presentation, San Diego Psych-Law Association (2002)

The Role of Juries in a Democratic Society, invited presentation for the NMI Council for Humanities and the Commonwealth, Supreme Court, Saipan (20002).  Also, a separate invited presentation, Public Funding of Private Schools

Social Science in the Courts: Change of Venue in a High-Profile Case, invited presentation at McGeorge School of Law (2002)

Voir Dire Procedure, CLE presentation, Commonwealth of the Northern Mariana, Islands, Saipan, 2002

Exploring the Standards for a Change of Venue Motion, Death Penalty Conference, Monterey (2002)

How Much Prejudice Does It Take for a Change of Venue?  Death Penalty Conference, Monterey (2001)

The Role of the Jury in a Democratic Society, invited presentation at the Public Law Forum, sponsored by the Northern Marianas Council for the Humanities, Saipan (2000)

Change of Venue Motions, Death Penalty Conference, Monterey (2000)

Venue and Social Science, Visiting Scholar Series, Grant Sawyer Center for Justice Studies, and Graduate Program in Social Psychology, University of Nevada, Reno (1999)

Discriminatory Charging of the Death Penalty: A Modest Proposal, presentation at plenary session, Death Penalty Conference, Monterey (1998)

How Size and Nature of the County Affects Venue and Other Issues, presentation in panel, Small County Issues, Death Penalty Conference, Monterey  (1998)

The Anti-Terrorism Act: Can We Rely on a Politicized State Judiciary? presented in Symposium, The Politics of Criminal Prosecution, California State University, Chico (1997)

Effective Jury Voir Dire, presentation, Continuing Education of the Bar, Sacramento (1997)

Race in the Courtroom: It's More Than the "N" Word, presentation at Death Penalty Conference, Monterey  (1996)

From Oklahoma City to Denver: The Change of Venue in a High-Profile Death Penalty Case, Public Lecture at University of Colorado School of Law (1996)

Social Science in High-Profile Death Penalty Cases: Examining Pretrial Publicity, Race, and the Jury, Public Lecture sponsored by Grant Sawyer Center for Justice Studies, University of Nevada, Reno (1996)

Delegate to First National Conference on Eliminating Racial and Ethnic Bias in the Courts, National Center for State Courts, Albuquerque (1995) (appointed by Chief Justice of Supreme Court of the Commonwealth of Northern Mariana Islands); Racial and Ethnic Fairness Subcommittee meeting, California State Team. Los Angeles (1997)

The Meaning of Life: Why Capital Jurors Choose Death, panel presentation on Death Penalty Justice: Social Science Research and Courtroom Practice, Vth Conference of International Society for Justice Research, University of Nevada (1995)

Effective Jury Voir Dire, presentation, Continuing Education of the Bar, McGeorge School of Law, Sacramento (1995)

Presenting Social Science Research in Support of Novel Motions and Other Courtroom Applications, presenter and panel chair, American Society of Trial Consultants, Portland (1994)

The Third Constitutional Convention of the Commonwealth of the Northern Mariana Islands, two public fora sponsored by the Commonwealth Council for the Humanities, Saipan (1994)

Bold Beginnings for the Defense: Venue and Jury Selection Strategy, address to annual meeting, California Attorneys for Criminal Justice, San Francisco (1993)

In Limine and Trial Motions, Death Penalty College, School of Law, University of Santa Clara (1993)

Public Opinion, Media, and Criminal Justice, university lecture, Centro de Estudos Sociais, Faculdade de Economia, Universidade de Coimbra, Coimbro, Portugal (1992); Lisbon, 1992: Social Science Research in the Courts, and The Adversary System of Justice in the United States, lectures to faculty and student body, Centro de Estudos Judiçiários, Ministério da Justiça; The American Justice System, lecture, Faculdade de Direito de Lisboa, Cidade Universitório; Law and Justice in the United States, Juries and Public Opinion, lectures, Instituto Superior de Ciências do Trabalho e da Empresa; The Role of Juries in the Transformation of Society, lecture, Universidade de Psicologia, Instituto Superior de Psicologia Aplicada

Effective Jury Voir Dire, presentation, Continuing Education of the Bar, McGeorge School of Law, Sacramento (1991)

The Change of Venue in California, presentation to California Public Defenders Association meeting, Homicide Defense, Napa (1991)

Analysis of Media Coverage of Capital Cases, presented at national meeting, Amnesty International, Chicago (1989)

Social Science Analysis of Pretrial Publicity, at Death Penalty Conference, Monterey (1988)

Venue Issues and Answers, at Death Penalty Conference, Monterey (1988)

Change of Venue, panel presentation at Death Penalty Conference, Monterey (1986)

A Matrix Remedy Analysis of Solutions to Hovey, in panel, Jury Selection in Capital Cases, Death Penalty Conference, Monterey (1985)


TESTIFYING & CONSULTING

VENUE:  Expert witness on change of venue motions in 114 cases, testifying (18 times by declaration) regarding publicity analyses, public opinion surveys, evaluations of research, and remedies in California (state and federal), Florida (federal), Illinois, Kansas (state and federal court), Missouri (federal court), Montana (federal), Oklahoma (state and federal court), Oregon, and Texas. (Motion granted in 49 of 109 cases decided by trial court.)

Cases have included the Oklahoma bombing case, Enron/Jeff Skilling/Ken Lay case, Unabomber case, Polly Klaas case, American Taliban case, Orange County bankruptcy, San Francisco dog mauling case, Billionaire Boys Club, etc.

Presented evidence on venue by declaration or affidavit in other cases (pretrial and post-trial, criminal and civil) in Alabama, Arizona, California, Florida, Georgia (testified), Illinois, Indiana, Kansas, Kentucky, Nevada, New Mexico, New York, North Carolina, Pennsylvania, Virginia, and Wyoming.  Consulted with attorneys, did publicity analyses, and worked on public opinion surveys on venue in many other cases.  Reviewed and analyzed many transcripts of voir dire in high-publicity cases.  Wrote and/or analyzed juror questionnaires

Recommended and/or testified against change of venue in 147 cases; testified in favor in 105 cases


SEVERANCE:  Testified about, consulted on, and empirically researched issues related to severance and joinder, pretrial and post-trial, particularly in capital cases.  Dealt with severance of co-defendants and of charges.  Research dealt with case-specific problems and general issues

On severance of defendants, testified in New Mexico (federal court), Colorado (federal court), Pennsylvania, California in counties of Fresno, San Diego, San Francisco, San Jose, Trinity.  By declaration in federal courts in Arizona, California, Colorado, Florida, New Mexico, New York, Oklahoma, Virginia, West Virginia; in state courts in California (5), Indiana (2)

On severance of charges, testified in San Diego, San Bernardino, Sacramento. And by declaration in other cases


DISCRIMINATION: Testified, submitted declarations and/or consulted on possible abuse of prosecutorial discretion in death penalty charging in several counties. Presented statistical analyses

Testified, submitted declaration and/or consulted on jury selection and discrimination issues, including compositional challenges to trial and grand juries, cognizability of certain groups; presented statistical analyses of data

Testified on possible effects of community racial discrimination against Indians, as measured by media coverage on Indian and police officer in killing of police officer

Testified and/or consulted on impact of community racial prejudice on fair trial rights

Delegate to First National Conference on Eliminating Racial and Ethnic Bias in the Courts, National Center for State Courts, Albuquerque (1995) (appointed by Chief Justice of Supreme Court of the Commonwealth of Northern Mariana Islands)

Did studies and consulted on community prejudice regarding race, as it affected police, prosecutors, and prospective jurors. Conducted community forum attempting to alleviate racial tension between police and young black males


VOIR DIRE: Testified numerous times as expert witness and submitted many declarations on voir dire conditions and on the efficacy of voir dire in various contexts, including death qualification, pretrial publicity, insanity, and sensitive issues (such as race, gangs, mental issues, and AIDS). Issues included use of questionnaires, attorney-conducted voir dire, individualized and sequestered voir dire, questioning techniques. Also, on ineffectiveness of counsel at voir dire


DEATH QUALIFICATION: Testified in Hovey v. Superior Court (1980) 28 Cal.3d 1, and Lockhart v. McCree (1986) 476 U.S. 162. My research cited in these and many other appellate cases

Testified as expert witness on death-qualified-jury issues over 50 times. In Alabama, Arkansas (federal court), Arizona, California, Colorado, Illinois, Nebraska, New Mexico, and Oregon

Submitted affidavits and/or consulted with attorneys regarding death qualification in dozens of cases throughout U.S. and in Canada, pretrial and post-conviction. Issues included guilt proneness, juror attitudes, voir dire, representativeness, the automatic-death-penalty juror problem, voir dire process effects, and various remedies

OTHER TESTIFYING AND CONSULTING: Testified, consulted, and did empirical research on other jury issues, including compositional challenges (grand and trial juries), closing preliminary and competency hearings, sealing transcripts and other records, meaning of LWOP to jurors and effect on sentencing decision

Consultant to Continuing Education of the Bar, California, for California Criminal Law Procedure & Practice, on venue, voir dire, and death penalty

Court-appointed coordinator to monitor and coordinate implementation of consent decree regarding conditions at Butte County Jail (since 1995)

Consultant, Amnesty International, content analysis of media coverage of the death penalty in the United States (1989)

Consultant, United States Department of the Interior, National Park Service, training on penal history for Alcatraz staff (1989-90); Member, Advisory Board, Alcatraz Exhibit, Federal Bureau of Prisons and United States Department of Interior (1990-91)

Consultant to Justice Improvement Commission, Trust Territory of the Pacific Islands, criminal justice education, training, and practice; also on legal education (1977-1987)

Consultant, Legal Services section, Title I, Higher Education Act (1970-1973)


OTHER: PRIOR CRIMINAL JUSTICE ACTIVITIES:

California Correctional Center, Susanville, California: Taught in-service training for prison correctional staff; taught law classes for prisoners and paralegal classes for Inmate Resource Center program; on Board of Directors. Member, Chavareem, multiracial prisoner group

Founder, advisor to Butte County Own Recognizance Bail Project; advisor for Penal Law Project; faculty advisor, Student-Prisoner Educational Alliance, California State University, Chico

Served on oral boards for court OR program director, probation, and police hiring

Established, coordinated Criminal Justice program; established and taught in off-campus degree programs for criminal justice personnel. California State University, Chico.

Criminal Justice Chair, Law Enforcement Committee, Regional Criminal Justice Planning Board Executive Comm., Training and Education System Project that planned Butte Regional Criminal Justice Training Center, member of advisory board and committees, one-time vice chair; and Chair, Policy Sub-Committee, Butte County Jail Advisory Committee; Project STAR, Teaching Criminal Justice Role Training, Academy of Justice, Riverside, CA

GRANTS AND PROGRAMS:

Legal Services section, Title I, Higher Education Act

Public Law Internship.  Follow-up to Title I grant, from Associated Students, CSU Chico.  Now Community Legal Information Center (CLIC), 12 separate clinical law programs

Chico Area Legal Services grant.  Also, former Chair, Board of Directors, Senior Information and Referral Center grant, now Area Agency on Aging. Project Director, then Vice-Chair of board; Board of Directors, Legal Services of Northern California and predecessor organizations

Other Local Program Development (with starting date, all programs still operating):

| | |
|---|---|
| Butte County Welfare Rights (1970) | Chico Consumer Protection Agency (1974) |
| Own Recognizance Bail Project (1971) | Penal Law Project (1974) |
| Housing Affairs Office (1971) | Women's Law Project (1975) |
| Family Law Program (1972) | Disabled and the Law Project (1976) |
| Environmental Advocates (1973) | |

OTHER:

Served on doctoral committees in psychology and political science at University of California, University of Colorado, University of Nevada

Some additional past activities:  Coordinator and founder, Public Law Program; Paralegal Certificate Program; also campus Pre-Law Advisor; founder and advisor,

Minority Student Law Union; Chair, Speech and Advocacy Committee (all at California State University, Chico)

Vice-Chair, Butte County Personnel Appeals Commission; Clerk to Associate Justice, Colorado Supreme Court

Since 1994, court-appointed Coordinator to monitor, coordinate, and audit implementation of Superior Court consent decree regarding conditions at Butte County Jail

The Outstanding Teacher, 1988, California State University, Chico.  Also, The Meritorious Professional Performance Award, 1990; Professional Achievement Honors Award, 1995

Fulbright Scholar Award, Portugal, 1992