IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Upon consideration of defendant Richard Scrushy's second motion to for discovery of jury records (doc. # 147) filed on February 22, 2006, it is

ORDERED that on or before **March 1, 2006,** the United States shall show cause why the motion should not be granted.

Done this 22nd day of February, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE