IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 2:05-CR-119-F |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY ) | |

### UNITED STATES' RESPONSE TO DEFENDANT SCRUSHY'S MOTION TO PRESERVE ROUGH NOTES AND OTHER EVIDENCE

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and hereby files its Response to Defendant Scrushy's Motion to Preserve Rough Notes and Other Evidence (hereinafter, the "Motion"). Multiple reasons compel the Court's denial of the Motion.

First, the United States has complied and will continue to comply with this Court's Standing Order on Criminal Discovery which requires the government to advise all government agents and officers to preserve all rough notes. Standing Order on Criminal Discovery at ¶ 2(B). The United States has already provided Defendant with ample assurance of its adherence to the requirements of ¶ 2(B) of the Standing Order. Scrushy Mot. at 3-4. Defendant's requested relief is entirely duplicative of the directives of the Standing Order and wholly unnecessary.

Second, Defendant's Motion is overly broad in that Defendant seeks access to and control over the work product and privileged information of the government's attorneys and agents. Scrushy Mot. at 1 n.1 (defining "government" to include "all United States attorneys or other prosecutors who have worked on this case"). Once again, in this Motion, like in many of his other pre-trial motions, Defendant is seeking to obtain indirectly what he cannot obtain directly – the government's

trial theories, strategies, and evidence – prior to the commencement of the trial. See United States v. Barrentine, 591 F.2d 1069, 1077 (5th Cir.), cert. denied, 444 U.S. 990 (1979) (noting the lack of a requirement that "'the prosecution must reveal before trial the names of all witnesses who will testify unfavorably'") (quoting Weatherford v. Bursey, 429 U.S. 545, 559-61 (1977))[1]; United States v. Kilrain, 566 F.2d 979, 985 (5th Cir.) (holding that "defendants are not entitled to discover all the overt acts that might be proved at trial"), cert. denied, 439 U.S. 819 (1978); United States v. Pena, 542 F.2d 292, 294 (5th Cir. 1976) (recognizing that a defendant has "no right" to a list of the government's possible witnesses at trial). Federal Rule Criminal Procedure 16(a)(2) expressly precludes Defendant's attempt to obtain or control the internal documents or information of the government's attorneys. Fed. R. Crim. P. 16(a)(2) (generally precluding "the discovery or inspection of reports, memoranda, or other internal government documents made by an attorney for the government or other government agent in connection with investigating or prosecuting the case"). Defendant is simply not entitled to obtain or control the work product and privileged information in any form of the government's attorneys or its agents.

Finally, the United States has complied with its discovery obligations regarding Giglio information. Other than the speculation and conjecture in his Motion, Scrushy Mot. at 3, Defendant has not notified the United States of any deficiencies in its production of Giglio information regarding any witness. The United States has already produced Giglio information to Defendant in accordance with the Standing Order. Defendant must do much more than make veiled allegations of government wrongdoing to justify the relief he seeks.

---

[1]See Bonner v. City of Pritchard, 661 F.2d 1206 (11th Cir. 1981) (adopting as binding precedent all decisions of the Fifth Circuit handed down prior to the close of business on September 30, 1981).

Based on the foregoing, this Court should deny the Motion because this Court has already provided for Defendant's concerns through the Standing Order, with which the United States has complied.

Respectfully submitted this the 27th day of February, 2006

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

ANDREW C. LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/ Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 2:05-CR-119-F |
| DON EUGENE SIEGELMAN ) | |
| PAUL MICHAEL HAMRICK ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY


/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB-9077-E31J