IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:05cr119-F |
| | ) | |
| RICHARD M. SCRUSHY, | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES TO FILE UNDER SEAL
A SUPPLEMENTAL AFFIDAVIT TO THE RESPONSE TO
DEFENDANT'S MOTION TO DISMISS THE INDICTMENT**

Comes now the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and moves this Court to file under seal the attached supplemental affidavits of Louis V. Franklin, Sr., and Richard C. Pilger, filed in support of the United States' response to Defendant Scrushy's motion to dismiss the indictment (Doc. No. 132). For cause the government states that Defendant Scrushy has suggested that the subject of these filings should be reviewed in camera. Motion to Dismiss, p. 3 n.1. While, the government does not agree with this suggestion, and, in fact, submits that the Court should unseal these filings and address them publicly as soon as practicable, nevertheless the government makes this motion to seal to preserve that decision for the Court.

The United States further asks leave to submit a facsimile of the signature of Richard C. Pilger on the attached supplemental affidavit, as well as the affidavit attached as Exhibit B to the United States' Response to Defendant's Motion to Dismiss the Indictment on Grounds of

Prosecutorial Misconduct and Delay in Unsealing the Indictment, until March 1, 2006, when the United States will substitute an original signature of Richard C. Pilger on the respective affidavits.

Respectfully submitted this the 27th day of February, 2006

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

*/s/ Louis V. Franklin, Sr.*
Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

ANDREW C. LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

Richard A. Friedman
Attorney
Appellate Section
Criminal Division
United States Department of Justice

Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:05-CR-119-F |
| DON EUGENE SIEGELMAN | ) | |
| PAUL MICHAEL HAMRICK | ) | |
| GARY MACK ROBERTS, and | ) | |
| RICHARD M. SCRUSHY. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2006, I sent by first-class mail a copy of the foregoing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ J.B. Perrine
J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB-9077-E31J