# FILED UNDER SEAL

## EXHIBIT A SUPPLEMENT UNDER SEAL

## DECLARATION UNDER PENALTY OF PERJURY OF LOUIS V. FRANKLIN, SR. IN SUPPORT OF RESPONSE TO MOTION TO DISMISS INDICTMENT

I, Louis V. Franklin, Sr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney and have been assigned to the Criminal Division of the United States Attorney's Office for the Middle District of Alabama since joining the United States Department of Justice in 1990, with one period of private practice from May 1996 to March 1998. I have been Chief of the Criminal Division since September 2001 and Acting United States Attorney for the case of United States v. Siegelman, et. al., No. 2:05cr119-F since January 2003.

2. At the October 4, 2005, meeting with defense counsel, at defense counsel's request we told them why we believed Mr. Scrushy had committed a crime. Mr. Pilger asked Mr. Leach whether he had any information to share on behalf of his client and told Mr. Leach that the government could not hold his client to anything he told us. Mr. Leach replied that he had not had the chance to discuss these matters in depth with Mr. Scrushy, but understood his client's

1

position to be that he had not committed a crime. Although prefaced by the caveat that he did not want this statement to be taken as Mr. Scrushy's final position, Mr. Leach stated that if the government was to ask Mr. Scrushy he would reply that he had been "shaken down" by Mr. Siegelman.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27th, 2006, at Washington, D.C.

Louis V. Franklin, Sr.
Acting United States Attorney
United States Attorney's Office
Middle District of Alabama
334-223-7280

2