# FILED UNDER SEAL

## EXHIBIT B SUPPLEMENT UNDER SEAL

## DECLARATION UNDER PENALTY OF PERJURY OF RICHARD C. PILGER IN SUPPORT OF RESPONSE TO MOTION TO DISMISS INDICTMENT

I, Richard C. Pilger, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a Trial Attorney in the Public Integrity Section of the Criminal Division of the United States Department of Justice. Since approximately April 2005, I have participated in the investigation and prosecution reflected in <u>United States</u> v. <u>Siegelman et al.</u>, No. 2:05cr119-F in the United States District Court for the Middle District of Alabama.

2. At the October 4, 2005 meeting with defense counsel, after we outlined, at defense counsel's request, the reasons why we believed Mr. Scrushy had committed criminal offenses, I asked whether Mr. Leach would indicate any information Mr. Scrushy had to offer. After I acknowledged that Mr. Scrushy could not be held to anything Mr. Leach might say, Mr. Leach said that, while he had not spoken to his client in detail, he believed that Mr. Scrushy would not agree that he had committed any crime and would deny having the intent to commit any crime. He further said that Mr. Scrushy would likely state that he had been "shaken down" by defendant Siegelman.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2006, at Washington, D.C.

*Richard C. Pilger*
Richard C. Pilger
Trial Attorney
Public Integrity Section
Criminal Division
United States Department of Justice
202-514-1178