IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR NO. 2:05CR119-MEF |
| ) | |
| RICHARD SCRUSHY ) | |

ORDER

Upon consideration of the United States' motion to file under seal (doc. # 174), it is

ORDERED that the motion be and is hereby GRANTED. The court will review the affidavits and determine whether the seal should be maintained.[1] It is further

ORDERED that defendant Scrushy shall show cause on or before March 6, 2006, why the seal should not be lifted.

Done this 1st day of March, 2006.

                 /s/Charles S. Coody
                 CHARLES S. COODY
                 CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The government may submit a facsimile of signatures but shall make proper filings as soon as possible.