IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| Plaintiff, | § | CR.2:05-CR-00119-MEF |
| | § | |
| vs. | § | |
| | § | |
| **RICHARD M. SCRUSHY, ET AL.** | § | |
| | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW

**COMES NOW** H. Lewis Gillis attorney for defendant Richard M. Scrushy, and files herein his Motion to Withdraw as counsel for defendant Richard M. Scrushy and for grounds would show as follows:

1. That defendant Richard M. Scrushy has retained counsel to-wit:  Attorney Arthur Leach, Attorney Les Moore, Attorney Jimmy Jinkins, Attorney Bruce Malloy and others.

2. Withdrawal by the undersigned will no way affect the scheduling or trial of this case.

3. That due to a conflict, the below signed attorney and law firm (Thomas, Means, Gillis & Seay, P.C.) will not be able to represent the defendant at trial currently scheduled for May, 2006.

**WHEREFORE PREMISES CONSIDERED,** the below signed attorney pray that the court will allow him to withdraw as counsel for defendant Richard M. Scrushy in the above-styled mater.

Respectfully submitted this the 1st day of March, 2006.

/s/H. LEWIS GILLIS (GIL011)
3121 Zelda Court
Montgomery, Alabama 36106
Telephone: (334) 270-1033
Fax: (334) 260-9396
E-Mail: hlgillis@tmgslaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on Mach 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ H. Lewis Gillis