IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

## **ORDER**

Richard Scrushy filed a motion to preserve rough notes and other evidence (doc. # 131) on February 13, 2006. At the time the defendants were arraigned on the first indictment in this case, the court, as the defendant recognizes in his motion, ordered that all discovery in this case be conducted in accordance with the court's Standing Order on Criminal Discovery. One of the obligations imposed on the government by the standing order is that the "government shall advise all government agents and officers involved in the case to preserve all rough notes."

The arraignment order containing the requirement of conducting discovery according to the standing order was entered on October 28, 2005. Scrushy's motion further recites that the government represented to defendant's counsel that it would comply with the standing order and that state agencies would also preserve their notes. The government's response (doc. # 167) to Scrushy's motion recognizes its continuing duty of compliance with that order.

Nonetheless, the defendant requests that the court grant his motion. The last paragraph of the standing order unequivocally states that "[n]o discovery motions shall be

filed for information or material within the scope of this Rule (FED.R.CRIM.P. 16) unless it is a motion to compel, a motion for protective order or a motion for an order modifying discovery." The last sentence of the discovery paragraph of the October 28, 2005 order on arraignment states, "**The court will summarily deny any motion which is inconsistent with the Standing Order.**" Accordingly, it is

ORDERED that the motion be and is hereby DENIED.

Done this 1st day of March, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE