IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD SCRUSHY | ) | |
| GARY MACK ROBERTS | ) | |
| PAUL MICHAEL HAMRICK | ) | |

ORDER

For good cause, it is

ORDERED that a telephone conference concerning the defendants' jury challenge be and is hereby set on March 6, 2006, at 11:00 a.m. The United States shall set up this conference call. It is further

ORDERED that the Clerk of the Court and appropriate staff shall participate in this conference call.

During this conference, counsel, subject to control by the court, will be allowed to discuss with the Clerk what data is available with regard to defendant Scrushy's second discovery request.

Done this 2nd day of March, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE