## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 3/2/06 | AT | 9:03 a.m. to 9:50 a.m. |
| DATE COMPLETED: 3/2/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.                                 CASE NO.: 2:05CR119-MEF-CSC

DON SIEGELMAN, ET AL

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Louis V. Franklin, Sr. | | Atty. Redding Pitt (Siegelman) |
| Atty. J. B. Perrine | | Atty. Doug Jones (Siegelman) |
| Atty. Stephen P. Feaga | | Atty. David McDonald (Siegelman) |
| Atty. Jennifer Garrett | | Atty. James Jenkins (Scrushy) |
| Atty. Joseph Fitzpatrick | | Atty. Arthur W. Leach (Scrushy) |
| | | Atty. Leslie V. Moore (Scrushy) |
| | | Atty. David McKnight (Roberts) |
| | | Atty. Jeff Deen (Hamrick) |

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson      Court Reporter: Risa Entrekin
Law Clerk: Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Telephone Status Conf - 05cr119-F-CSC
**Date:** 3/2/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:03:45 AM | Court | Conf. begins; parties on line as noted; Discussions as to the jury composition; Discussions as to the question whether to defer consideration of motion after trial of case; |
| 9:06:14 AM | Atty. Jenkins | Response - oppose process; Feels the court must hear motion prior to trial; |
| 9:07:25 AM | Court | Agrees; Don't have a problem with proceeding a head; Court will move ahead as quickly as possible; |
| 9:08:23 AM | Atty. Jones | Response to issue |
| 9:08:35 AM | Court | Just wanted to raise that issue; |
| 9:08:48 AM | Atty. Perrine | States government's position - to delay issue until after the trial; |
| 9:09:03 AM | court | Response - will move ahead; Discussion re: pending motion of Deft Scrushy second motion for discovery ; Discussion as to the request for statistical information about the process of deferred or excused jurors; |
| 9:10:33 AM | Atty. Jenkins | Response; |
| 9:12:07 AM | Court | For clarification - I'm speaking of the 2001 qualified jury wheel and the grand jury, your requesting data related to the composition of all of the pools; What does the petit jury venires have to do with the questions of the grand jury venires? |
| 9:12:33 AM | Atty. Jenkins | Response - they come out of the qualified wheel; |
| 9:13:28 AM | Court | What part of information you do not have? |
| 9:13:35 AM | Atty. Jenkins | Jury history files of those summoned for each panel; |
| 9:14:03 AM | Court | What information contained |
| 9:14:11 AM | Atty. Jenkins | The deferral and excusal history of each juror; |
| 9:14:31 AM | Court | You want to know whether a juror has been deferred or excused and when were they called and if they'd been called ? |
| 9:14:38 AM | Atty. Jenkins | Including the information for the basis of the deferral or excusal; And when they were put back in the qualified wheel or panel; |
| 9:15:06 AM | Court | Discussions re: the problem identified in Clay and the treatment of deferred jurors; Why excused jurors? |
| 9:15:32 AM | Atty. Jenkins | Response; to compare grounds on which jurors are excused versus the grounds on which they are deferred.; |
| 9:16:03 AM | Court | Question as to if the grand jury panel contained no excused or deferred jurors are you entitled to that information? |
| 9:16:13 AM | Atty. Jenkins | Response; |
| 9:16:45 AM | Atty. Perrine | Response - on interviewing the court personnel on what the process is; |
| 9:17:17 AM | Atty. Jenkins | Response re: proving intentional discrimination; |
| 9:17:31 AM | Court | You do as to the equal protection challenge; |

| Time | Speaker | Description |
|---|---|---|
| 9:17:33 AM | Atty. Jenkins | Yes. Response; |
| 9:17:47 AM | Court | Addresses problem with 6th Amendment challenge - the failure to show a desparity of 10%; |
| 9:18:17 AM | Atty. Jenkins | Response; |
| 9:19:02 AM | Court | Response as to desparity being less than 10 %; |
| 9:20:25 AM | Atty. Jenkins | Response re: the merits; |
| 9:21:56 AM | Court | Response; |
| 9:23:26 AM | Atty. Jenkins | Continued response as to the 10% desparity; |
| 9:26:34 AM | Court | Response to hypothetical example; |
| 9:27:53 AM | Atty. Jenkins | Response; |
| 9:32:31 AM | Court | What records are you entitled to?; |
| 9:32:36 AM | Atty. Jenkins | Response; |
| 9:33:40 AM | Court | Discussion as to the continued composition of the wheel in regarding to paragraphs nos. 10, 11, 12; |
| 9:35:12 AM | Atty. Jenkins | Response regarding request re: the qualified wheel; |
| 9:35:57 AM | Court | Discussion re: question as to the clerk as to what the clerk does when questionnaires are returned undeliverable; |
| 9:36:28 AM | Atty. Jenkins | Response; |
| 9:38:41 AM | Court | Response to argument; |
| 9:39:15 AM | Atty. Jenkins | Response; |
| 9:39:23 AM | Court | Discussion as what happened in Duran; |
| 9:39:29 AM | Atty. Jenkins | Response; |
| 9:39:38 AM | Court | Response re: facts of that case; |
| 9:40:22 AM | Atty. Jenkins | Response as to the random process; |
| 9:40:42 AM | Court | Response; |
| 9:40:54 AM | Atty. Jenins | Response as to the deferral process; |
| 9:41:09 AM | Court | Discussions when would counsel be ready to have hearing this issue; |
| 9:41:20 AM | Atty. Jenkins | Would have to talk with Dr. Dunlap; |
| 9:41:39 AM | Court | Addresses problem; Discussion as to resolving this issue prior to trial; |
| 9:42:53 AM | Atty. Jenkins | Response as to right to records' |
| 9:43:08 AM | Atty. Perrine | Disagrees with that; |
| 9:43:16 AM | Atty. Jenkins | Response; |
| 9:43:41 AM | Atty. Perrine | Response; |
| 9:44:11 AM | Court | Response; |
| 9:44:46 AM | Atty. Jenkins | Response to issues; |
| 9:46:05 AM | Court | Discussion regarding developing the data and being ready for hearing ; |
| 9:46:45 AM | Atty. Jenkins | Response; |
| 9:47:58 AM | Court | Discussions of the petite jury; |
| 9:48:40 AM | Atty. Jenkins | Response; |
| 9:49:35 AM | Court | Understands the U.S. position |
| 9:49:50 AM | Atty. Perrine | Response to issue of composition of the wheel; |
| 9:50:16 AM | Atty. Jenkins | Response; |
| 9:50:25 AM | Court | Will take motion under advisement; |
| 9:50:37 AM | Court | Court is recessed. |