IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Upon consideration of the Motions to Withdraw as Attorney (Doc. #177 & #178) filed on March 1, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this 3rd day of March, 2006.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE