IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

### DEFENDANT RICHARD M. SCRUSHY'S THIRD MOTION FOR DISCOVERY OF JURY RECORDS

COMES NOW Richard M. Scrushy, by and through his undersigned counsel of record, and pursuant to the Jury Selection and Service Act of 1968, 21 U.S.C. § 1867(f), and the Fifth and Sixth Amendments to the United States Constitution, moves this Court for entry of an Order allowing him discovery of additional records related to the selection of the petit jury that will be selected to try this matter and the implementation of the "United States District Court Middle District of Alabama Plan for the Random Selection of Grand and Petit Jurors" (hereinafter "M.D. Jury Plan").  In support of this request, Defendant respectfully shows this Court the following:

    1. In preparation for a telephone conference with United States Magistrate Judge Coody scheduled for March 6, 2006, undersigned counsel James K. Jenkins, in consultation with Defendant's retained expert, Dr. James Gundlach, reviewed "Defendant Richard M. Scrushy's Second Motion for Discovery of Jury Records."  (Doc 147) (hereinafter "Second Discovery Motion").  The purpose of this review was to obtain from

Dr. Gundlach an accurate estimate of the time necessary to analyze the data requested in Defendant's Second Discovery Motion once that data is produced.

2. In discussing these estimates with Dr. Gundlach, counsel and Dr. Gundlach recognized that ¶ 11 of the Second Discovery Motion inadvertently omitted a portion of the data necessary to analyze the "presence, number, and effect of previously deferred jurors in each pool and panel" as requested in that paragraph of the motion. As indicated in the request found in ¶ 6 of the Second Discovery Motion, such an analysis of previously deferred and excused jurors requires access to the juror history file of each juror in the panel or pool in question. The same information was also requested in ¶ 7 of the Second Discovery Motion as to all other grand juries selected from the 2001 Qualified Jury Wheel.

3. In drafting ¶ 11 of the Second Discovery Motion counsel inadvertently omitted that portion of the request relating to juror history information in regard to the pools and panels drawn from the 2005 Qualified Jury Wheel. As set out in Defendant's previously filed Second Discovery Motion, the juror history file is necessary to determine "every occasion (by date) that each of these jurors received a deferral or an excuse," (*id.* at ¶ 6), so that Defendant can analyze the rate in which deferred were included in pools or panels, and the distribution of those jurors within the pool or panel, and any racially discriminatory effect of that process, for the reasons set out in Defendant's Second Discovery Motion. (*Id.*)

4. In order to cure this oversight, Defendant is filing this Third Motion for Discovery, and specifically requesting the full juror history file for each of the jurors previously described in ¶ 11 of Defendant's Second Discovery Motion. Again,

Defendant is not asking for any jurors' names or other private information, and speicifically requests that the juror history files be furnished in a format where individual jurors are identified only by Participant Number.

5. Defendant relies on the authorities cited in his previous motions and during the telephone conferences with the Magistrate Judge on February 23, 2006, and March 2, 2006, in support of his right to access to the previously-described jury records.

WHEREFORE, Defendant respectfully prays that this Court issue an Order authorizing the previously described additional discovery in this case, and for such other and further relief as this Court may deem just and proper.

This 5th day of March, 2006.

Respectfully submitted,

_/s/ Arthur W. Leach_
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Attorneys for Richard M. Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Third Motion for Discovery of Jury Records" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                                                                        /s/ ARTHUR W. LEACH
Arthur W. Leach
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail: Art@ArthurWLeach.com