IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD SCRUSHY | ) | |
| GARY MACK ROBERTS | ) | |
| PAUL MICHAEL HAMRICK | ) | |

ORDER

For good cause, it is

ORDERED that a hearing on the defendants' motions challenging the jury composition and selection processes be and is hereby set on April 3, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED as follows:

1. On or before March 27, 2006, each party shall exchange the names, addresses and telephone numbers of all witnesses they expect to call at this hearing including the names of any witnesses who may present evidence under FED. R. EVID. 702, 703, or 705.

2. On or before March 27, 2006, the parties shall furnish opposing counsel for copying and inspection all exhibits or tangible evidence to be used at the hearing, and proffering counsel shall have such evidence marked for identification prior to the hearing. All exhibits must be premarked prior to the hearing.

3. Prior to the hearing, counsel are authorized to depose the Clerk of the Court and members of her staff who are or have been directly involved in the jury process.

4. Prior to the hearing, counsel are authorized to depose expert witnesses of the opposing parties. Expert witness reports shall be exchanged not later than March 27, 2006, but in any event not later than three days prior to the expert depositions.

5. Depositions shall last no longer than 7 hours for both direct and cross-examination and shall be taken consistent with the provisions of FED.R.CIV.P. 30(b)(c) and 30(b)(d)(1).

Done this 6th day of March, 2006.

　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE