IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S RESPONSE TO
ORDER TO SHOW CAUSE DATED MARCH 3, 2006**

COMES NOW Defendant Richard M. Scrushy, by and through undersigned counsel, and files this Response the United States Magistrate Judge's Order to Show Cause entered on March 3, 2006:

1. On March 3, 2006, United States Magistrate Judge Coody entered an Order, (Doc 175), granting the Government's "Motion to File Under Seal," (Doc 174), certain affidavits attached to the Government's "Response of the United States to Defendant's Motion to Dismiss the Indictment on Grounds of Prosecutorial Misconduct and Delay in Unsealing the Indictment." (Doc 160.)

2. In that same Order, the Court ordered "that defendant Scrushy shall show cause on or before March 6, 2006, why the seal should not be lifted." (Doc 175.)

3. In support of its request for sealing, the Government represented to this Court that "Defendant Scrushy has suggested that the subject of these filings should be reviewed *in camera*." (Doc 174 (citing Defendant's Motion to Dismiss, p.3 n.1)).

4. A review of that portion of Defendant's Motion to Dismiss demonstrates that it only suggested that Defendant did not include the details of the discussions in which counsel revealed facts and legal theories pertinent to Defendant Scrushy's defense out of an abundance of caution until any attorney-client privilege issues are resolved. (Doc 132 at 3, n.1.) Indeed, Defendant filed a detailed affidavit as Exhibit A to the Motion to Dismiss, and did not ask this Court to file it under seal. As a consequence, the Government's Motion to Seal filed with this Court on February 27, 2006, (Doc 174), was based on an entirely false premise, *i.e.*, that Defendant Scrushy was suggesting that these matters should be filed under seal.

5. In light of these corrected facts, Defendant Scrushy does not object to this Court entering an Order lifting the previously-entered Order sealing the Government's affidavits.

This 6th day of March, 2006.

Respectfully submitted,

Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309

Phone: 404-875-2700

Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Response to Order to Show Cause Dated March 3, 2006" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

*/s/ Arthur W. Leach*
Arthur W. Leach
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:   (205) 824-0321