IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
          )
v.           )     CR NO. 2:05CR119-F
          )
RICHARD SCRUSHY      )

## ORDER

For good cause, it is

ORDERED that an evidentiary hearing and oral argument on the defendant's

motion to dismiss because of prosecutorial misconduct (doc. # 132) be and is hereby set

on March 14, 2006, commencing at 10:30 a.m. in Courtroom 2F, United States

Courthouse Complex, One Church Street, Montgomery, Alabama.  All exhibits which any

party desires to offer in evidence at this hearing shall be premarked.

Done this 7th day of March, 2006.


           /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE