IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S
MOTION TO TRAVEL OUT OF COUNTRY**

COMES NOW Defendant Richard M. Scrushy, by and through his undersigned counsel of record, and moves this Court for entry of an Order permitting Mr. Scrushy to travel to Nassau in the Bahamas during Spring Break, from March 18th through March 26th, 2006. In support of this request, Defendant respectfully shows this Court the following:

1. The Defendant is presently released pending the trial of this matter.

2. Mr. Scrushy requests to travel to Nassau in the Bahamas to attend a Pastor's leadership meeting. Additionally, Mr. Scrushy's children will be out of school for spring break during this time period and five of his nine children will accompany him on this trip along with his wife. Mr. Scrushy plans to depart Birmingham, Alabama on March 18, 2006 and return to Birmingham on March 26, 2006.

3. This trip will have the dual purpose of allowing Mr. Scrushy to attend this Pastor's leadership conference as well as provide spring break time for five of his children.

4. This motion is made pursuant to 18 U.S.C. § 3142 which provides that the defendant should be subjected to the "least restrictive" conditions which will "reasonably assure"

the appearance of the defendant. Given the defendant's character, family and community ties, length of residence in the community, lack of any criminal history, the fact that he is not a threat to the safety of any person and his record concerning his appearances at court proceedings, this motion is due to be granted.

5.     Mr. Scrushy was required to relinquish his passport to U.S. Probation as a condition of his release, therefore, it is further requested that upon the granting of this motion, that Mr. Scrushy's passport be temporarily returned to him for this travel.

WHEREFORE, Defendant respectfully prays that this Court enter an Order permitting the Defendant to travel to Nassau in the Bahamas during Spring Break, from March 18th through March 26th, 2006 and for U.S. Probation to temporarily return his passport for this travel.

This 7th day of March, 2006.

Respectfully submitted,

Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321

Attorneys for Richard M. Scrushy

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th[th] day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

*/s/ Leslie V. Moore*
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205)822-4224
Fax:    (205)824-0321
Email: les.moore@lvmlaw.com