IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

ORDER

Upon consideration of the defendant's motion to travel out of country, in which he requests that the conditions of pretrial release be modified to permit him to travel "to Nassau in the Bahamas during Spring Break, from March 18th through March 26th, 2006," it is

ORDERED that the motion be and is hereby GRANTED. The defendant's Pretrial Services Officer may return the defendant's passport to him for the purpose of this trip. It is further

ORDERED that the defendant shall notify his Pretrial Services Officer upon his leaving the United States and not later than 24 hours after his return the defendant shall notify his Pretrial Services Officer of his return and shall return his passport to the Pretrial Services Officer.

Done this 8th day of March, 2006.

                                                  /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE