## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )          CR NO. 2:05CR119-F
                               )
RICHARD SCRUSHY                )

## ORDER

On February 27, 2006, the United States filed a motion to file under seal a supplemental affidavit relating to defendant Scrushy's motion to dismiss the indictment. (doc. # 174).  The court entered an order granting the United States' motion subject to review by the court and defendant Scrushy's response to a show cause order.  Defendant Scrushy responded on March 6, 2006, that he does not object to the court lifting the seal relating to the United States' affidavit.  Accordingly, it is

ORDERED that the March 1, 2006 order (doc. # 175) granting the motion to seal of the United States be and is hereby VACATED and that the United States' motion to seal be and is hereby DENIED.  The affidavit shall become part of the public records of the court.

Done this 8th day of March, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE