IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:05cr119-MEF |
| | ) |
| RICHARD M. SCRUSHY, et al | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE AND UNITED STATES' RESPONSE TO DEFENDANT SCRUSHY'S REPLY TO RESPONSE OF THE UNITED STATES TO DEFENDANT SCRUSHY'S MOTION TO DISMISS INDICTMENT BECAUSE OF PROSECUTORIAL MISCONDUCT AND UNDUE DELAY IN UNSEALING THE INDICTMENT

COMES NOW the United States and moves this Court for leave to file this Response to Defendant Scrushy's Reply to Response of the United States to Defendant Scrushy's Motion to Dismiss Indictment because of Prosecutorial Misconduct and Undue Delay in Unsealing the Indictment (hereinafter the "Reply") filed with this Court through Defendant Scrushy's counsel, Art Leach. In particular, the United States seeks leave to submit the following:

In response to Defendant's original motion containing unsubstantiated and unfounded claims of prosecutorial misconduct, the United States set forth, in detail, extensive evidence of the altogether proper and responsible conduct of this investigation. Having previously failed in his meritless attack on the impartiality of the Court, and rather than reply to the Government's demonstration that he failed to establish either prosecutorial misconduct or prejudice, Defendant chose to engage in insults, lacing his eighteen-page Reply with the words "mislead, lie, incredible, pretextual, misused, subvert, duplicitous, not true, trick, improperly, pretense, conceal, threatened, pressured, and intimidate." Indeed, there is only one page in the Reply where these words, or some

combination thereof, do not appear. Defendant's childish, ad hominem language is highly unprofessional and amounts to nothing more than name-calling. Most importantly, and the reason for this Response, Defendant Scrushy chooses this tactic over addressing the Government's showing that the defendant has no plausible theory of government misconduct, let alone intentional government misconduct causing him prejudice.

Rather than engage in the same game of hurling pointless insults, which are patently for public consumption and of no assistance to the Court in its work resolving the motion, the Government seeks instead to bring to the Court's attention evidence of Defendant's true intent and motive in the present motion. Attached hereto, <u>inter alia</u>, is a recent newspaper article from USA Today in which Defendant Scrushy's former counsel in this case and the first Scrushy trial, Donald Watkins,[1] sets forth what Defendant Scrushy's overall strategy has been in dealing with the charges against him: In criticizing the Enron defense attorneys, Watkins revealed his shocking opinion that defending a case based on the law and the facts is always a losing proposition. Rather, according to Defendant Scrushy's attorney, you must attack the prosecutors or agents to win. He stated:

> "These types of trials involve not only legal issues but political and social issues. You have to address all of that. They [the Enron lawyers] have ignored the political and social angles. <u>When you do that you lose every time</u>. <u>They never put the government on trial.</u>" (Emphasis added).

The comments of Defendant Scrushy's attorney are a transparent way of saying that jury nullification, based on creating prejudice toward the Government by any means necessary, is the only way to win this type of case. Indeed, Watkins went so far as to say that a defense lawyer needs to scare jurors into thinking they themselves could become victims of an evil government. He is quoted

---

[1] Attached hereto is a short video clip of Defendant Scrushy in a recent television appearance in Montgomery, Alabama, discussing Donald Watkins' role in his current defense.

as saying: "Every juror scans the courtroom and wonders privately, 'If I were sitting there would they be coming after me too?' You have to address these thoughts and make them think, "Yes, they would steam-roll me, too.'" These improper, prejudicing tactics are contrary to jury instructions given in every federal criminal case, and an egregious misuse of the Court.

Defendant's original motion and his most recent outburst, which he calls a Reply, should be read in conjunction with the statements above and the prior attack on the Court and seen for what they are: diversions from the fact that Defendant has no prospect of establishing either intentional government misconduct or prejudice to himself. The Court should reject these pre-meditated, sophomoric attempts to put the Government, the Court, and the process on trial in the hopes that the public and its representatives on the jury will be distracted from the compelling evidence that Defendant Scrushy bribed Defendant Siegelman and others.

The United States submits that the present motion, and indeed the trial of this case, can and should be conducted by the Court's officers as a rational and professional determination of the facts and controlling law, without the contrived invective and manufactured animosity that characterize Defendant's inflammatory and unnecessary filing.

Respectfully submitted this the 9th day of March, 2006

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY | ANDREW C. LOURIE<br>ACTING CHIEF, PUBLIC INTEGRITY SECTION |

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:05-CR-119-MEF |
| | ) |
| **RICHARD M. SCRUSHY, et al** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2006, I sent by first-class mail a copy of the foregoing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

*/s/ J.B. Perrine*
J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB-9077-E31J