IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Upon consideration of the motion for leave to file a response to the defendant's reply (doc. # 215) filed by the United States on March 10, 2006, it is

ORDERED that the motion be and is hereby DENIED.

Done this 10th day of March, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE