**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

v.                                                    Case No. 2:05cr119-MEF

RICHARD M. SCRUSHY,
       Defendant.

SUPPLEMENTAL JUROR QUESTIONNAIRE

This juror questionnaire has been prepared for your completion, and has been approved by the Court. Please answer each question as completely and accurately as you reasonably can. Your complete written answers will save a great deal of time for the judge, the lawyers, and for you. Your answers will have the effect of a statement given to the Court under oath. Your very best, honest effort to answer the questions is needed. There are no right or wrong answers to any of the questions, please answer thoughtfully, thoroughly and candidly.

If there is not sufficient space provided for you to write your full answer, there are blank pages at the end of the questionnaire. When you need to do so, continue your answer on one of those pages.

For some of the questions, limited follow up questions by the Court or the attorneys may be necessary. . If there is any question that you would rather not discuss publicly, or would only want to discuss further in private, please place a (*) by that question and/or answer. If it is necessary to discuss that matter further with you, it will not be done in front of other jurors.

1

_____ Juror Number

1.    Name _____

2.    Address _____

      a)    How long have you lived at your present address?_____
      b)    Where else have you lived in the past 10 years?
                _____

      c)    In which county do you live? _____

3.    What is your race or ethnic background? _____
4.    What is your age? _____
5.    Where did you grow up? _____

6.    What is your last grade of school completed? _____
7.    If you attended any schools, colleges or universities past high school, please list the name(s) of the school(s), major area(s) of study, and any degrees received.

      School              Area of Study           Degree
_____
_____
_____

8.    Are you currently enrolled in any classes?  If yes where, and what classes?
      _____
      _____

9.    Do you have difficulty reading, speaking or understanding the written or spoken English language?  If yes, please explain.
      _____

10.   Do you have any significant problems with your hearing or eyesight?  If yes, please explain.
      _____
      _____

11. Do you take any medication that affects your thinking, attention, concentration, or might otherwise affect your service as a juror?  If yes, please explain.
_____

12. Do you have any health, physical, mental, or emotional problems that might affect your ability to see and listen to witnesses, review exhibits, or might otherwise affect your service as a juror?  If yes, please explain._____
_____

13. This trial is scheduled to begin on May 1, 2006 and is expected to last approximately ( ) weeks.  Is there any reason that you could not sit as a juror for that length of time? If yes, please explain.
_____

14. If you are chosen to sit on this jury, will your employer continue to pay you?
_____

15. If you are currently employed, please provide the following information about your job:

   a) How many hours a week do you work? _____
   b) Who is your employer? _____
   c) What are your main job duties? _____
   d) How long have you worked for this employer? _____
   e) Do you supervise others?  If yes, how many? _____
   f) Please describe any other kinds of jobs you have had as an adult: _____
   _____
   _____

16, If you are NOT currently employed, please provide the following information about your most recent job:
   a) Who was your employer?_____
   b) What were your main job duties? _____
   c) How long did you worked for this employer? _____
   d) When did you last work? _____
   e) Did you supervise others?  If yes, how many? _____
   f) Please describe any other kinds of jobs you have had as an adult: _____
   _____
   _____

17. What is your current marital status? _____
   a) If currently married or living with a partner, please list spouse/partner's occupation and employer if employed
   _____

3

b) What other kinds of jobs has your spouse/partner had as an adult? _____

_____

_____

18.    If you are divorced, widowed or separated, please list former spouse/partner's employment when last you were together:

_____

a)    What other kinds of jobs did your former spouse/partner have as an adult? _____

_____

19.    Have you had any education, training, work or volunteer experience in any of the following areas:

[    ] Accounting/Auditing
[    ] Banking
[    ] Bookkeeping
[    ] Business
[    ] Ethics
[    ] Finance
[    ] Government
[    ] Healthcare/Hospitals
[    ] Law
[    ] Law Enforcement
[    ] Management
[    ] Media (for example:  TV, radio, newspapers)
[    ] Medicine
[    ] Physical Rehabilitation
[    ] Politics
[    ] Prisons/Correctional Facilities
[    ] Religion
[    ] Retirement Planning/pension funds
[    ] Shareholders' Rights
[    ] Stock Brokerage/Securities

If you checked yes to any of the above, please explain your experience.

_____
_____
_____
_____
_____

4

20.    If you have adult children, stepchildren, or grandchildren, please list their occupations and
       employers, if working:

       child/grandchild                    age                           job/employer

_____
_____
_____
_____
_____
_____

21.    Have you, or has any member of your immediate family or household served in any branch
       of the armed forces of the United States (including military reserve and ROTC)?  If yes,
       please explain listing the person's relationship to you, branch of military, highest rank held,
       and type of discharge, if applicable:

_____
_____
_____
_____

22     Have you ever served as a trial juror? _____ If yes, please answer the following:

       a)      How many times? _____
       b)      When? _____
       c)      Where? _____
       d)      What kind(s) of cases?
               _____
               _____
       e)      Were you ever the foreperson? _____
       f)      In all cases, did the jury reach a verdict? _____

23.    Have you ever served as a grand juror? _____ If yes, when and where?_____
       _____

24.    Have you, or has anyone close to you, ever been employed in local, state or federal law
       enforcement, or worked or volunteered *in any capacity* for a law enforcement
       agency?  If yes, please explain.
       _____
       _____
       _____

5

25.    Have you, or has anyone close to you, ever been employed in a prison, jail, or other
       correctional facility, or volunteered in such a place?  If yes, please explain.
       _____
       _____
       _____

26.    Have you, or has anyone close to you, ever been employed by a prosecutor's office,
       or have you worked or volunteered *in any capacity* for a prosecutorial agency or
       office?  If yes, please explain.
       _____
       _____
       _____

27.    Have you, or has anyone in your immediate family or household ever *applied for a
       job* with law enforcement agency, prosecutorial agency, or a correctional facility?
       If yes, please explain
       _____
       _____
       _____

28.    Do you know anyone who works in a courthouse anywhere, or have you ever worked in a
       courthouse?  If yes, please explain.
       _____
       _____

29.    Do you know anyone who works as a probation officer, or in anyway with persons who have
       plead guilty or been convicted of a crime, or have you ever done such work (volunteer or
       otherwise)?  If yes, please explain.
       _____
       _____

30.    Have you ever worked, volunteered, or given contributions to any organizations that
       assist crime victims, or deal with victim's rights?  If yes, please explain.
       _____
       _____

31.    a)    What is your opinion of lawyers who prosecute individuals charged with crimes?
             _____
             _____

       b)    What is your opinion of criminal defense attorneys?
             _____
             _____

32.   Have you, any member of your immediate family or any close friend ever (check all that apply):

                                                           <u>Self</u>     <u>Relative</u>          <u>Close Friend</u>

a)   Been a victim of a crime?
b)   Been a witness to any crime?
c)   Appeared as a witness before
     any federal, state or municipal
     court, grand jury, or government
     body or agency (including any
     legislative committee)?
d)   Been a plaintiff or defendant
     in any civil case?
e)   Been a defendant in a criminal case?
f)   Been arrested for or accused of
     a crime?
g)   Ever participated in a criminal
     case in any other capacity?

If you checked any of the above, please explain

_____
_____
_____

32.   (a) Please list any professional, political, religious, community, civic, sports or social
      organizations of which you are a member or activities in which you participate: _____
      _____
      _____

      (b) In addition, please list any organizations to which you contribute money or volunteer
      time:   _____
      _____

33.   Have you ever served on a Board of Directors, whether volunteer or paid?  If yes,
      please explain._____
      _____

34.   In general, which of the following categories best describes your political views:

| [ ] Very conservative | | [ ] Liberal |
|---|---|---|
| [ ] Conservative | | [ ] Very Liberal |
| [ ] Middle of the Road | | [ ] Other (specify) |

35    Do you belong to or identify with a political party?  If yes, which party?
      _____

36.   Have you ever worked or volunteered on a political campaign?  If yes, please tell which campaign(s) and the capacity of your work
_____
_____

37.   Have you ever supported a candidate for political office by donating money, collecting signatures, attending rallies, putting a sign in your yard, bumper sticker on your car, etc? If yes, please tell which candidate(s) and campaign(s)?
_____
_____

38.   Have you ever supported or opposed any amendment or referendum that was on a ballot by donating money, collecting signatures, attending rallies, putting a sign in your yard or bumper sticker on your car, etc.?  If yes, please explain.
_____
_____
_____

39.   Do you attend religious services?   _____ Yes                    _____ No

      a.   Please name the  place of worship that you attend: _____
      b.   Please tell us what activities you attend or responsibilities you hold in place of worship and how often you attend services
           _____
           _____
           _____

40.   Do you , or does anyone in your household, have any bumper stickers or decals on your vehicle, or a personalized licence plate?  If yes, what does each say?

      _____
      _____
      _____
      _____

41.   Have you, or has any member of your family or household ever worked for the State of Alabama, or one of its agencies, departments or authorities?  If yes, please explain.
      _____
      _____
      _____

42.   Have you, or any member of your family or household ever worked for the U.S. government, or one of its agencies, departments or authorities?  If yes, please explain.
      _____
      _____

8

43    Have you, or has any member of your family or household ever worked for, or *applied for a job* with *any* local, state or federal government?  If yes, please explain._____
_____
_____
_____

44.    Have you, or has anyone close to you ever held an elected office, or been a candidate for an elected office?  If yes, please explain.
_____
_____
_____

45.    a.  Have you, or has anyone close to you, ever been received a political appointment to an office, position or board?  If yes, please explain.
_____
_____

b.  Have you, or has anyone close to you, ever been involved in the process of making political appointments?  If yes, please explain.
_____
_____

c.  Have you ever been considered for a political appointment, but did not receive it?
_____
_____

46.    What is your opinion about elected public officials in the State of Alabama?
_____
_____
_____

47.    What is your opinion on the issue whether the State of Alabama should implement a lottery to assist in educational funding?
_____
_____
_____

48.     a.  Have you, or has anyone close to you, had any dealings with the Alabama Certificate of Need Review Board, or do you know any of its past or present members?  If yes, please explain.

_____
_____

b.  Have you ever, in any way, been involved in the process for obtaining a Certificate of Need?  If yes, please explain.

_____
_____

c.  Have you ever served on, or had any dealings with, any governmental review, licencing or control board, e.g. zoning, etc.  If yes, please explain.

_____
_____
_____

49.     Do you now or have you ever done any work that is subject to regular examinations or supervision by federal, state or local regulatory agencies, such as the FDIC, FEC, SEC, or any other regulatory agency?  If yes, please explain.

_____
_____
_____

50.     Have you ever worked in any way in the area of auditing or compliance?  If yes, please explain.

_____
_____
_____

51.     Have you, or has anyone close to you been affected by the financial problems of a company where there have been allegations of corporate fraud, or wrongdoing on the part of corporate executives?  If yes, please explain.

_____
_____
_____
_____

52.     Have you, or has anyone close to you, been affected by or close to any situation in which public officials accepted bribes, or participated in any other illegal or unethical conduct?  If yes, please explain.

_____
_____
_____

53.     Have followed any case or cases in the news that have to do with "public corruption" or illegal or unethical conduct by public or elected officials?  If yes, which case(s) and what interested you about the case(s)?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

54.     Do you believe that public officials should be held to a greater level of accountability than others by the criminal justice system simply because they are public officials?  Please explain your answer.

_____
_____
_____
_____
_____
_____

55.     Have you followed any case or cases in the news that have to do with corporations or corporate executives charged with wrongdoing?  If yes, please tell us which case(s) and what interested you about the case(s)._____

_____
_____
_____
_____
_____
_____
_____

56.     Do you believe that corporate executives should be held to a greater level of accountability than others by the criminal justice system simply because of they are corporate executives?  Please explain your answer.

_____
_____
_____

11

_____
_____
_____
_____

57.     Do you follow closely news stories about campaign finance reform, or other ethical reform
        for elected officials?  If yes, which stories, and what interests you about these stories?
        _____
        _____
        _____
        _____
        _____
        _____
        _____

58.     What is your opinion about campaign finance reform?
        _____
        _____
        _____
        _____

59.     Please indicate which statement most closely matches your views:

        [ ] Generally, elected officials are no more and no less honest than other people.

        [ ] Generally, elected officials are more honest that other people.

        [ ] Generally, elected officials than other people.

60.     Please indicate which statement most closely matches your views:

        [ ] Generally, corporate executives are no more and no less honest than other people

        [ ] Generally, corporate executives are more honest than other people

        [ ] Generally, corporate executives are less honest than other people

61.     Have you ever expressed your opinion on any topic by:

a.      Writing a "letter to the editor"?  If yes, what was the topic(s)?
        _____
        _____
        _____

12

b.      Calling in to a radio or television talk show?  If yes, what was the topic(s)?
_____
_____
_____

c.      Posting on an internet forum, blog, or other internet site?  If yes, what was the topic(s)?
_____
_____
_____

62.     Have you ever collected names on a petition?  If yes, what was the subject of the petition?
_____
_____
_____

63.     Have you ever attended or participated in a "march", demonstration or similar rally?  If yes, what was the cause or issue?
_____
_____
_____

64.     Please check all sources from which you receive news on a regular basis:

[ ] TV    [ ] Radio    [ ] Newspapers    [ ] News magazines    [ ] Internet

[ ]      Newsletters  [ ] Conversations with others


a.      What newspapers , newsletters or news magazines, if any, do you subscribe to or read on a regular basis?

Title                                        How Frequently Read

_____
_____
_____

b)      What TV stations or programs do you usually watch for news?
_____
_____
_____

c )    What radio stations or radio programs do you listen to for news?

_____
_____
_____

d)    Do you listen to talk radio?  If yes, which program(s)?

_____
_____
_____
_____

e)    What internet site or sites do you visit to read news stories?

_____
_____
_____

f)    Do you read any "bloggers?"  If yes, what are the topics of the "blogs"?

_____
_____
_____
_____

g)    In general, which best describes your opinion on the accuracy of the news media?

[ ] Always accurate                    [ ] Sometimes inaccurate

[ ] Generally accurate                [ ] Generally inaccurate

You are being considered as a potential juror in a case in which the federal government is bringing charges against Don Eugene Siegleman, the former Governor of Alabama; Paul Michael Hamrick, the former Chief of Staff to Governor Siegleman; Gary Mack Roberts, the former Director of the Alabama Department of Transportation; and Richard M. Scrushy, the former CEO of a company called HealthSouth.  There has been a great deal of media coverage about this case, and these individuals.

14

***There is absolutely nothing wrong with you having seen or read news stories about the case, having discussed the case, or having opinions about the case or the individuals charged. We simply need to know what you know, what you have heard and discussed, and what those opinions are.***

***Please answer the following questions thoughtfully and candidly.***

65.    In this case, the Government has charged the four men named above with bribery-related charges.

a)    Have you read, seen or heard any news coverage of this case?  If yes, from which sources?

[ ] Radio    [ ] Newspaper    [ ] Television    [ ] Internet    [ ] Word of mouth    [ ] Other

b)    What do you remember hearing, seeing or reading about the case?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

c)    What kinds of things have you heard others say in conversation about the case?

_____
_____
_____
_____
_____
_____
_____
_____
_____

d)      What kinds of things have you said in conversation about the case?

_____
_____
_____
_____
_____
_____
_____
_____

e)      Whether from news sources or any other source, how would you characterize your knowledge of the case?

[ ] I have followed the case closely

[ ] I have followed the case from time to time

[ ] I have barely followed the case

[ ] I have never heard of the case until reading this questionnaire

66.     Please tell us anything else you may have seen, heard or read about former Governor Siegleman.

_____
_____
_____
_____
_____
_____
_____
_____

        What is your opinion of former Governor Siegleman?

_____
_____
_____
_____
_____
_____
_____

67.     Please tell us anything else you may have seen, heard or read about Paul Hamrick.

_____
_____
_____
_____
_____
_____

16

What is your opinion of Paul Hamrick?

_____
_____
_____
_____
_____
_____
_____

68.    Please tell us anything else you may have seen, heard or read about Mack Roberts.

_____
_____
_____
_____
_____
_____
_____

What is your opinion about Mack Roberts?

_____
_____
_____
_____
_____
_____
_____

69.    Please tell us anything else you may have seen, heard or read about Richard Scrushy?

_____
_____
_____
_____
_____
_____
_____

What is your opinion about Richard Scrushy?

_____
_____
_____
_____
_____
_____
_____

70.     As stated earlier, Richard Scrushy was the CEO of HealthSouth.

a.   Do you know anyone who has ever worked at HealthSouth or for or with Richard Scrushy?  If yes, in what capacity and during what time period?

_____
_____
_____
_____

Did s/he/they ever give an opinion about Richard Scrushy? If yes, what was said?

_____
_____
_____
_____

b.   Have you, or has anyone in your family or household ever owned HealthSouth stock? If yes, during what time period?

_____
_____
_____

c.   Have you, or has anyone close to you ever received treatment at a HealthSouth facility?  If yes, please describe that experience.

_____
_____
_____
_____
_____

d.   Do you, or does anyone in your family or household have pension funds managed by Retirement Systems of Alabama (RSA)?  If yes, who

_____
_____
_____
_____
_____
_____

71.     Do you know, or have you heard or read of any of the people who are prosecuting this case?

Louis Franklin, Steve Feaga, Richard Pilger, J.B. Perrine, Jennifer Garrett and Joseph Fitzpatrick

Do you know anyone who now works or has ever worked for the United States Attorney's Office in any capacity, e.g. clerical, investigator, etc. as well as lawyers?

72.    Do you know, or have you heard of any of the attorneys for the defense?

Art Leach, Les Moore, Terry Butts, Jim Jenkins and Bruce Maloy

73.    The following companies and associations may be mentioned in this trial. Do you know anything about any of them?

HealthSouth Corporation and Integrated Health Services (IHS)

74.    Is there anything else that you think the Court or the parties should know about you? If yes, please tell us what that is:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Respectfully submitted,

 /s/ Arthur W. Leach_____
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321
Attorneys for Richard M. Scrushy

19

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on the 10th[th] day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                     /s/ Leslie V. Moore_____
                     Leslie V. Moore
                     2310 Marin Drive
                     Birmingham, Alabama 35243
                     Phone: (205)822-4224
                     Fax:    (205)824-0321
                     Email: les.moore@lvmlaw.com

20