Montgomery, AL   36101-0197

Joseph L. Fitzpatrick, Jr.
Attorney General's Office
Public Corruption & White Collar
Alabama State House
11 South Union Street
Montgomery, AL   36130

Louis V. Franklin, Sr.
U.S. Attorney's Office
201 One Court Square
P.O. Box 197
Montgomery, AL   36101-0197

Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Bond Building - 12th Floor
Washington, DC   20530

Stephen F. Feaga
U.S. Attorney's Office
201 One Court Square
P.O. Box 197
Montgomery, AL   36101-0197

                                                                                /s/ Frederick G. Helmsing