# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA (Montgomery)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) Case No.: 2:05-cr-00119-MEF-CSC-ALL |
| vs. | ) |
| DON EUGENE SIEGELMAN, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES now FREDERICK G. HELMSING, SR. of the law firm HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C., and hereby gives notice of his appearance as counsel of record for the defendant RICHARD SCRUSHY in the above-styled cause.

Respectfully submitted this 13th day of March, 2006.

    /s/ Frederick G. Helmsing
FREDERICK G. HELMSING - HELMF6416
Attorney for Defendant RICHARD SCRUSHY

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
P. O. BOX 2767
MOBILE, AL 36652
Office: (251) 432-5521
Facsimile: (251) 432-0633
E-mail: fgh@helmsinglaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above Notice of Appearance on the following listed counsel by U.S. District Court, e-mail notification and/or U.S. Mail, properly addressed, as follows:

**Attorneys for Defendant Siegelman**

Charles Redding Pitt
JOHN D. SAXON, P.C.
2119 Third Avenue North, Suite 100
Birmingham, AL   35203

David Allen McDonald
KILBORN ROEBUCK & MCDONALD
203 South Warren Street
P.O. Box 832
Mobile, AL   36602

Gordon "G" Douglas Jones
WHATLEY DRAKE, LLC
2323 2nd Avenue North
P.O. Box 10647
Birmingham, AL   35203

Vincent F. Kilborn, III
KILBORN ROEBUCK & MCDONALD
1810 Old Government Street
P.O. Box 66710
Mobile, AL   36606

Russell J. Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
P.O. Box 10647
Birmingham, AL   35203

W. Perry Hall
KILBORN ROEBUCK & MCDONALD
1810 Old Government Street
P.O. Box 66710
Mobile, AL   36606

**Attorneys for Defendant Scrushy**

Arthur W. Leach
4371 Quail Ridge Way
Norcross, GA   30092

Henry Lewis Gillis
THOMAS MEANS GILLIS & SEAY, P.C.
P.O. Drawer 5058
Montgomery, AL   36103-5058

James Kenneth Jenkins
MALOY & JENKINS
75 Fourteenth St. NW, 25th Floor
Atlanta, GA   30309

Leslie Vernon Moore
MOORE & ASSOCIATES, LLC
4000 Eagle Point Corp. Drive
Birmingham, AL   35242

Terry Lucas Butts
P.O. Drawer 272
Luverne, AL   36049

W. Bruce Maloy
MALOY & JENKINS
75 Fourteenth St. NW, 25th Floor
Atlanta, GA   30309

Christopher Kyle Whitehead
THOMAS MEANS GILLIS & SEAY, P.C.
P.O. Drawer 5058
Montgomery, AL   36103-5058

**Attorneys for Defendant Roberts:**

Joel Evan Dillard
BAXLEY, DILLARD, DAUPHIN & MCKNIGHT
2008 Third Avenue South
Birmingham, AL   35233

Mark D. McKnight
2000 1st Avenue North, Suite 901
Birmingham, AL   35203-4125

Stewart Davidson McKnight, III
BAXLEY, DILLARD, DAUPHIN & MCKNIGHT
2008 Third Avenue South
Birmingham, AL   35233

William Joseph Baxley
BAXLEY, DILLARD, DAUPHIN & MCKNIGHT
2008 Third Avenue South
Birmingham, AL   35233

**Attorneys for Defendant Hamrick:**

Ronald Wayne Wise
LAW OFFICE OF RONALD W. WISE
2000 Interstate Park Drive, Suite 105
Montgomery, AL   36109

Thomas Jefferson Deen, III
T. JEFFERSON DEEN, III, P.C.
P.O. Box 2705
Mobile, AL   36652

Michel Nicrosi
MILLER, HAMILTON, SNIDER & ODOM, LLC
P.O. Box 46
Mobile, AL   36601

**Attorneys for the Plaintiff:**

James B. Perrine
U.S. Attorney's Office
201 One Court Square
P.O. Box 197
Montgomery, AL   36101-0197

Joseph L. Fitzpatrick, Jr.
Attorney General's Office
Public Corruption & White Collar
Alabama State House
11 South Union Street
Montgomery, AL   36130

Louis V. Franklin, Sr.
U.S. Attorney's Office
201 One Court Square
P.O. Box 197
Montgomery, AL   36101-0197

Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Bond Building - 12th Floor
Washington, DC   20530

Stephen F. Feaga
U.S. Attorney's Office
201 One Court Square
P.O. Box 197
Montgomery, AL   36101-0197


                                        /s/ Frederick G. Helmsing