## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. CHARLES S. COODY, JUDGE AT          Montgomery, Alabama

DATE COMMENCED:     3/13/06          AT

DATE COMPLETED:     3/13/06          TO          Digital Recorded

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| V. | * | CASE NO.: 2:05CR119-MEF-CSC |
| RICHARD M. SCRUSHY | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
| --- | --- | --- |
| Atty. Louis Franklin | * | |
| Atty. J. B. Perrine | * | Atty. Fredrick G. Helmsing |
| Atty. Stephen P. Feaga | * | Atty. Arthur W. Leach |
| Atty. Jennifer Garrett | * | Atty. Leslie V. Moore |
| Atty. Joseph Fitzpatrick | * | Atty. Terry L. Butts |
| Atty. Richard C. Pilger | * | |
| Atty. Richard Friedman | | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Court Reporter:** Jimmy Dickens
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **Evidentiary Hearing Re; Motion to Dismiss
           Indictment Because of Prosecutorial Misconduct and
               Delay in Unsealing the Indictment**

| | |
| --- | --- |
| 10:45 a.m. | Court Convenes; parties present as noted; Discussion as to the motion; Court would like to hear evidence first; Question as to any one wish the Rule; Atty. Feaga - Govt. does not wish the Rule: Introduction of other counsel at Govt.'s table; Atty. Helmsing do not with the Rule; Court - Call first witness; Atty. Helmsing - calls Leslie V. Moore; witness is sworn and seated; witness is counsel for Deft. Scrushy; Discussion re: meeting held; |
| 10:53 a.m. | Atty. Feaga - Cross examination; Discussion as to first meeting w/government counsel; |
| 11:22 a.m. | Atty. Helmsing - Redirect; |
| 11:23 a.m. | Court - Witness is excused; Discussion as to the court's need to know what was disclosed by Mr. Leach at the meeting; Will closed courtroom to hear evidence as to that; |
| 11:24 a.m. | Atty. Helmsing calls Attorney Arthur W. Leach; witness is sworn and seated; Discussion re: meeting held w/Mr. Scrushy; Discussion as to the meeting held on Oct. 5, 2005; |

| | |
|---|---|
| 11:30 a.m. | Court - question to witness re: agreement; |
| 11:31 a.m. | Atty. Leach - Response; |
| | Court - Discussion re: knowledge of an indictment had been filed; |
| | Atty. Leach - Response; |
| 11:34 a.m. | Atty. Helmsing cont'd testimony; |
| 11:39 a.m. | Atty. Feaga - Cross -examination - Discussion as to Oct. 4th meeting with Atty. Lewis Gillis; |
| 11:56 a.m. | Court - Question to witness; |
| | Witness - Response; |
| 11:57 a.m. | Atty. Feaga cont'd testimony; |
| 12:09 p.m. | Court - Court will be in RECESS until 1:30 p.m.; Discussion of the closed proceeding regarding the Oct. 4, 2005 meeting; |
| 12:10 p.m. | Court is RECESSED. |
| 1:32 p.m. | Court Reconvenes; |
| | Atty. Dennis Bailey (Montgomery Advertiser) addresses the court as to the closed proceeding; |
| | Court - Response; |
| | Atty. Bailey objects to the closed proceeding; |
| | Court - objection is overruled; All person not a party to this litigation are excused; |
| 1:38 p.m. | Closed proceedings begin; |
| | Atty. Feaga request that Mr. Gibbs and Mr. Ainsworth may remain in the courtroom; |
| | Court - Mr. Gibbs and Mr Ainsworth may remain; |
| 1:40 p.m. | Atty. Feaga - Cont'd testimony of Atty. Leach on statements made in the Oct. 4, 2005 meeting; |
| 2:01 p.m. | Closed proceeding concluded; Court will RECESS for 10 Min.; |
| 2:10 p.m. | Court RECONVENES w/open proceedings; |
| | Atty. Feaga - cont'd testimony of Atty. Leach; |
| 2:13 p.m. | Court - witness is excused; |
| | Atty. Helmsing - No other witnesses for Deft Scrushy; |
| | Atty. Feaga - Calls Attorney Richard Pilger; witness is sworn and seated; Discussions regarding meeting with Counsel for Deft Scrushy; Discussions of the original indictment; |
| 2:22 p.m. | Atty. Leach - Objection; |
| | Atty. Feaga - Response; Cont'd testimony of witness; |
| 2:35 p.m. | Atty. Leach - Cross examination; |
| | Atty. Feaga - Objection; |
| | Court- Response; witness allowed to answer question; |
| | Atty. Leach - Cont'd testimony of witness; |
| 2:38 p.m. | Atty. Feaga - Objection; |
| | Court - response - Objection is sustained; |
| | Atty. Leach - cont'd testimony of witness; |
| 3:09 p.m. | Court - Witness is excused. |
| 3:10 p.m. | Atty. Feaga calls AUSA Louis Franklin; witness is sworn and seated; Discussion of meeting with defense counsel; Discussion and review of Govt. Exh. #1; |
| 3:44 p.m. | Court will take recess until 4:00 p.m.; |
| 4:00 p.m. | Court RECONVENES; |
| | Atty. Helmsing - Cross-examination of witness; Discussions as to the Oct. 4th meeting; |
| 4:05 p.m. | Court witness is excused; |
| | Court will hear arguments; |
| | Atty. Leach addresses the court; |
| 4:21 p.m. | Atty. Friedman addresses the court on behalf of the Govt.; |
| | Court - will look at the Skelton's testimony and determine whether additional briefing is needed; |
| | Atty. Friedman continued arguments to the court; |
| 4:38 p.m. | Court - Addresses Atty. Leach re: the changes in the indictments; |
| | Atty. Leach - Response; |

|  |  |
|---|---|
|  | Court - Govt to provide to the court a copy of testimony of Ms. Skelton and any subpoenas, reports or interviews by Ms. Skelton by Monday of next week; |
| 4:42 p.m. | Court is recessed. |