IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:05CR119-MEF |
| RICHARD SCRUSHY | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                               **DEFENDANT**

1.   Mr. Richard Pilger                                             1.   Mr. Leslie V. Moore
2.   Mr. Louis Frankin, AUSA                                 2.   Mr. Arthur W. Leach