IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

Pending before the court is the defendant's motion to dismiss the indictment because of prosecutorial misconduct and delay in unsealing the indictment (doc. # 132) filed on February 13, 2006. At the evidentiary hearing held in this case on March 14, 2006, both the government and the defendant relied on evidence of particular grand jury witnesses and testimony to support their positions. Consequently, the court concludes that additional evidentiary material is necessary prior to rendering a decision on this matter. Accordingly, it is

ORDERED as follows:

1. That the United States shall produce to the court transcripts of all of Loree Skelton's testimony before the grand jury as well as transcripts of any other witness who testified before the grand jury, prior to and after the October 4, 2005 meeting.

2. That the United States shall provide transcripts of any witness who testified before the grand jury after the October 4, 2005, meeting.

3. That the United States shall provide copies of any and all subpoenas issued after the October 4, 2005 meeting.

It is further

ORDERED the United States shall deliver the requisite documents to undersigned's chambers on or before March 20, 2006. **The United States is specifically directed to not file these documents but shall file a list of the documents produced pursuant to this order.**

Done this 15th day of March, 2006.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE