IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

Pending before the court is the defendant's motion to dismiss the indictment because of prosecutorial misconduct and delay in unsealing the indictment (doc. # 132) filed on February 13, 2006. At the evidentiary hearing held in this case on March 14, 2006, the orally informed the United States that it should produce to the court copies of any statements taken from Loree Skelton, including any statements taken by any law enforcement officer or investigator. However, the court inadvertently failed to include these documents in its order of production entered on March 15, 2006. *See* Doc. # 240. Accordingly, it is

ORDERED that the United States shall deliver the requisite documents described above to the undersigned's chambers on or before March 20, 2006. **The United States is specifically directed to not file these documents but shall file a list of the documents produced pursuant to this order.**

ORDERED   Done this 16th day of March, 2006.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE