IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

ORDER

Upon consideration of the defendant's fourth motion for discovery of jury records (doc. # 242), it is

ORDERED that the motion be and is hereby set for argument by telephone conference on March 20, 2006, at 9:00 a.m. The United States shall set up this conference call. It is further

ORDERED that the Clerk of the Court and any of her staff designated by her shall participate in this proceeding.

Done this 16th day of March, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE