IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:05-CR-119-MEF |
| RICHARD M. SCRUSHY | ) | |

**UNITED STATES' RESPONSE TO COURT'S ORDERS DIRECTING THE FILING OF A LIST OF DOCUMENTS PRODUCED TO THE COURT**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and hereby files its Response to Court's Orders Directing the Filing of a List of Documents Produced to the Court (hereinafter, the "Response"). On March 15 and 16, 2006, this Court directed (doc. ## 240 & 243) the United States to file a list of the documents produced to the Court in chambers to provide it with additional evidentiary material necessary for the Court to render a decision on Defendant Scrushy's Motion to Dismiss the Indictment Because of Prosecutorial Misconduct and Delay in Unsealing the Indictment (doc. # 132). To comply with the Court's Orders, the United States files the following list:

1. Transcripts of all testimony before the grand jury of Loree Skelton and Carlton McCurry – the only two witnesses who testified before the grand jury both prior to and after October 4, 2005.

2. Transcripts of Darrell Fancher, Clayton Lamar Young, and Keith Baker – witnesses, other than those listed in paragraph 1, who testified before the grand jury after October 4, 2005.

3. Copies of subpoenas to the following persons or entities, which were the subpoenas issued after October 4, 2005: BancCorpSouth Bank, Darryl (sic) Fancher, Colonial Bank, Compass Bank, First Lowndes Bank, HealthCare Consulting & Staffing Services, JL McCool Contractors, Inc., Line Drive, Inc., Nurse Bridge Consultants, Regions Bank (2), Southtrust Bank (3), Shelby Contracting Co., Todd Pavement Marking, Inc., and U.S. Nursing Corp.

4. Statements taken from Loree Skelton by any law enforcement officer or investigator.

5. The following information was provided to the Court to assist the Court in making its ruling, given the testimony at the evidentiary hearing of Mr. Richard Pilger, Trial Attorney, Public Integrity Section, United States Department of Justice, that the grand jury was investigating prior to October 4, 2005, criminal offenses committed by Defendants Scrushy and Siegelman relating to their unlawful corruption of another CON Board member: grand jury testimony of Timothy Adams on June 23, 2004, and May 10, 2005; grand jury testimony on September 28, 2005, of Margie Sellers, Herbert Stone, Borden Ray, Carol Giardina, Melissa Galvin Mauser, and Roosevelt McCorvey; and subpoena to HealthSouth Corp. issued on September 6, 2005.

Respectfully submitted this the 20th day of March, 2006

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY | ANDREW C. LOURIE<br>ACTING CHIEF, PUBLIC INTEGRITY SECTION |

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CRIMINAL NO. 2:05-CR-119-MEF** |
| **RICHARD M. SCRUSHY** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J