## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. CHARLES S. COODY, JUDGE AT | Montgomery, Alabama |
| DATE COMMENCED: 3/20/06 AT | 9:03 a.m. to 9:56 a.m. |
| DATE COMPLETED: 3/20/06 TO | Digital Recorded |

UNITED STATES OF AMERICA

V.                                CASE NO.: 2:05CR119-MEF-CSC

RICHARD M. SCRUSHY

**GOVERNMENT**                **APPEARANCES:**              **DEFENDANT**

Atty. Louis Franklin
Atty. J. B. Perrine

* Atty. Redding Pitt (Siegelman)
* Atty. James Jenkins (Scrushy)
* Atty. Arthur W. Leach (scrushy)
* Atty. Leslie V. Moore (Scrushy)
* Atty. David McKnight (Roberts)
* Atty. Jeff Deen (Hamrick)
* Atty. Michel Norosi (Hamrick)

* Mr. Gunlach

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson        Court Reporter: Jimmy Dickens
Law Clerk: Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: <u>**TELEPHONE CONFERENCE: ORAL ARGUMENT RE: DEFT SCRUSHY FORUTH MOTION FOR DISCOVERY FOR JURY RECORDS**</u>

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 05cr119-F-CSC - Telephone conference | | |
|---|---|---|---|
| Date | 3/20/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:03:24 AM | Court | Telephone conference call begins ; parties present on line as noted; Discussions at to Deft Scrushy's Fourth Motion for Discovery Jury records; Noted parties present in the courtroom, the Clerk of Court Debra P. Hackett and two members of her staff; Parties are allowed to direct her pdirectly if need be; Discussions as to questions raised in paragraph 5 of the motion; |
| 9:05:11 AM | Atty. Jenkins | Response |
| 9:05:14 AM | Court | Question to the clerk of court as to status of request; |
| 9:05:20 AM | Mrs. Hackett | Response re: mix up in SQL being done between the Carmichael and Siegelman case; Have provided 5, 6, 7 and 8 to counsel, that went to Les Moore and was sent to the USA office; |
| 9:06:49 AM | Court | Does that resolve the issues raised in paragraphs 5, 6, 7, and 8 of the Fourth discovery request? |
| 9:06:54 AM | Atty. Jenkins | Response - It does not; Received and examined data late Thursday; Discussion as to the confusion of the way ACS wrote the SQL, believe to have an incomplete data set as to paragraphs 5, 6 and 7; |
| 9:07:31 AM | Court | In what way? |
| 9:07:33 AM | Atty. Jenkins | Response; the data sets provided relates to 25,000 jury questionnaires on the 2005 wheel; Other data provided indicates that there are 27,000 plus names on the qualified jury wheel; Data sets do not match up; |
| 9:09:13 AM | Court | Response |
| 9:09:17 AM | Mrs. Hackett | Response - would have to go in and look at the SQL; |
| 9:09:40 AM | Atty. Jenkins | Response regarding time to examine data sets; |
| 9:09:58 AM | Court | Response re: timelelss of responses from ACS and counsel to work with the Clerk of court and her staff to resolve issues; |
| 9:10:50 AM | Atty. Jenkins | Response; |
| 9:11:31 AM | Court | Discussion as to questions raised in motion re: ACS being in Vancuver Canada British Columbia; |
| 9:11:55 AM | Mrs. Hackett | Response as to ACS creating untold numbers of SQL between the Siegelman and Carmichael case; They have responded as quickly as they can; |
| 9:12:26 AM | Court | Counsel advised to work the Mrs. Hackett to resolve issues; |
| 9:12:32 AM | Mrs. Hackett | Questions as to others problems with paragraphs 5, 6, 7 and 8 that it appears to include 25,000 instead of 27, 000? |
| 9:12:37 AM | Atty. Jenkins | Right; Response re: paragraph 8 - which appears to be ok.; Re 5, 6,7 - we suggest to rerun the SQLs on all 3 paragraphs for all data including the original 25,000 to have one complete data set as of one date; |

| Time | Speaker | Content |
|---|---|---|
| 9:14:32 AM | Court | Will let counsel and the clerk of court work on that to resolve it; Discussions as to No. 9; |
| 9:14:43 AM | Atty. Jenkins | |
| 9:14:57 AM | Mrs. Hackett | The next request is at paragraph 13; |
| 9:15:02 AM | Atty. Jenkins | This is new request that is limited to hard copies of all pool selection reports for the jury summons from the 2001 grand jury wheel and notification from the clerk's office whether or not the pool was summoned in a single draw or multiple draws; |
| 9:15:41 AM | Court | Clarification as to what the motions states; The motion saids all pool selection reports for all juries; |
| 9:15:50 AM | Atty. Jenkins | Meant all juries |
| 9:15:54 AM | Court | Why do you want all juries ? |
| 9:15:56 AM | Atty. Jenkins | Response; Have determined a pattern of violation of paragraph 14 (d )(ii) |
| 9:16:18 AM | Court | Response The only jury concerned about with regard to the 2001 qualified wheel is the grand jury which was selected in this case; Questions as to is there anything in the pool reports related to that grand jury that indicate that that flaw exits? |
| 9:16:44 AM | Atty. Jenkins | Response - there is a definite pattern; |
| 9:17:44 AM | Court | Response ; Discussions as to grand jury selection process in this case; |
| 9:17:59 AM | Atty. Jenkins | Response; |
| 9:18:25 AM | Court | Questions as to the difficulty providing hard copies? |
| 9:18:25 AM | Mrs. Hackett | Response; Discussion that everything in the Carmichael case on on District wide pools; As to #13 your requesting all pools which would be civil and criminal |
| 9:18:57 AM | Court | Response regarding the restriction should be with regard to criminal juries; |
| 9:19:04 AM | Atty. Jenkins | Response; If the criminal pools include all district wide juries; |
| 9:19:35 AM | Mrs. Hackett | Civil is never district wide; |
| 9:19:54 AM | Atty. Jenkins | District wide pools would be sufficient; |
| 9:20:00 AM | Court | Discussion as to #14 wanting access to files indicating excused and deferrals; |
| 9:20:14 AM | Mr. Jenkins | Response; |
| 9:20:56 AM | Court | What is 14(a); |
| 9:21:13 AM | Atty. Jenkins | Response; Deals with individual request for excuse or deferment; |
| 9:22:23 AM | Court | What way is it not being complied with; |
| 9:22:26 AM | Atty. Jenkins | Response - There's a pattern of jurors getting mulitple deferments based on the same reasons and/or sketching reasons ; |
| 9:23:32 AM | Court | Will grant request; Discussions that giving the court numbers is insufficient; The court will need to know on what basis people were deferred or not deferred; |
| 9:23:59 AM | Atty. Jenkins | Response; |
| 9:24:09 AM | Court | Your motion does not request copies, it requests acessess; The court will grant you access; |
| 9:24:25 AM | Atty. Jenkins | Response ; |
| 9:24:51 AM | Court | If you had copies, what would you do? |

| Time | Speaker | Statement |
|---|---|---|
| 9:24:54 AM | Atty. Jenkins | Response - We show them copies of the letters; |
| 9:26:26 AM | Atty. Perrine | Response; |
| 9:26:42 AM | Court | Discussion as to the process intended to follow; |
| 9:26:56 AM | Atty. Jenkins | Response; |
| 9:27:16 AM | Court | Why the need to make whosale copies of all the documents needed to look at; |
| 9:27:27 AM | Atty. Jenkins | Not asking to copy all of them; Just to look at the files of certain jurors whose history files indicate that they have gotten multiple or large numbers of deferrals; |
| 9:28:47 AM | Court | To the extent that you want to make exhibts for the purpose of deposition the court will allow counsel to copy those documents; |
| 9:29:03 AM | Atty. Jenkins | Response - will bring a copier; |
| 9:29:15 AM | Atty. Perrine | Response re: keeping confidential the names and pesonal identifiers of the people on the venire; |
| 9:29:53 AM | Court | Response ; Discussion as to #15; |
| 9:30:41 AM | Atty. Jenkins | Response - Deals with the district wide pools; |
| 9:32:52 AM | Court | Your request is only for the 2005 qualified jury wheel; |
| 9:32:55 AM | Atty. Jenkins | Made in noted to make an oral request to modified that request to include the 2001 wheel |
| 9:33:06 AM | Mrs. Hackett | They did ask about that in #13 about the 2001 wheel; As to #15 they were all a singel draw in the 205 wheel; |
| 9:33:37 AM | Court | What about 2001? |
| 9:33:43 AM | Mrs. Hackett | We think that there are only 2; |
| 9:33:58 AM | Atty. Jenkins | Our request would be to have those 2 identified to us and the number of how many jurors drawn in each and in what order; |
| 9:34:07 AM | Court | Can you provide that information? |
| 9:34:08 AM | Mrs. Hackett | Yes sir; |
| 9:34:12 AM | Atty. Jenkins | Have one other additional oral discovery request - There are 3 divisions in this district; Discussions as to the confusion of District wide juries are all indicated as 02 which is the northern division; We need to know when northern division pool selected from the 2001 and 2005 wheel were district wide and which were division wide; |
| 9:35:28 AM | Mrs. Hackett | Have said you wanted the district wide pool selection reports, that's all we were planning to give ; |
| 9:35:39 AM | Atty. Jenkins | That would be on the 2001 and 2005 wheel; |
| 9:35:41 AM | Mrs. Hackett | Yes sir; |
| 9:35:43 AM | Court | Response regarding criminal juries are selected district wide; |
| 9:36:02 AM | Atty. Jenkins | Response; There are also civil juries selected division wide; |
| 9:36:22 AM | Court | All civil juries are selected division wide, there are not district wide civil juries; |
| 9:36:28 AM | Atty. Jenkins | Response |
| 9:36:30 AM | Court | Not sure what you're asking; |
| 9:36:33 AM | Atty. Jenkins | Response; |
| 9:37:02 AM | Mrs. Hackett | Response; |

| Time | Speaker | Statement |
|---|---|---|
| 9:37:38 AM | Atty. Jenkins | Response; There are a couple of northern division cases that we are not sure of, but we can check with the clerk's office to confirm if it's district wide; |
| 9:38:10 AM | Court | You are authorized to do that, don't think it;s necessary to file another motion; Rather than for the court to enter a written order with regard to the Fourth motion for Discovery, we have effectively resolve the matter with what the court have stated, the court DIRECTS the docket clerk to indicate that to the extent of the discussions in the conference this morning the motion has been GRANTED; |
| 9:38:52 AM | Mrs. Hackett | Addresses the court regarding not releasing names on the 2001 and 2005 wheel; They are going to see the names if they now have access to our files; |
| 9:39:18 AM | Court | Parties are reminded of the statutory requirement that that infomation be kept confidential; |
| 9:39:31 AM | Atty. Perrine | Addressess the court regarding the exchange of exhibits and witness list a week from today and ask that the time the parties to tender their experts reports; |
| 9:40:16 AM | Court | Response; |
| 9:40:20 AM | Atty. Jenkins | Response - refers to court's order #193 regarding the deadline of March 27 the parties to exchange exhibits, witness and expert witness reports; |
| 9:41:48 AM | Court | Questions to counsel as to any objections to continuing the hearing to the April 10th; Have a recommendation not later than the following Monday, the 17th and your objections would be due 3 or 4 days after that |
| 9:42:42 AM | Atty. Jenkins | Response - If we could have at least 3 days after that, the defense would be happy to comply with that; |
| 9:42:51 AM | Court | Jury selections start on the 24th; When does jury selection start? |
| 9:42:58 AM | Atty. Perrine | April 19th; |
| 9:43:07 AM | Court | Does any one object? |
| 9:43:13 AM | Jenkins | For Mr. Scrushy, we do not object; |
| 9:43:17 AM | Atty. Perrine | The Unites States do not object; |
| 9:43:21 AM | Atty. Pitt | Mr. Siegelman, do not object; |
| 9:43:21 AM | Atty. Deen | Mr. Hamrick, do not object; |
| 9:43:23 AM | Atty. McKnight | Mr. Roberts, do not object; |
| 9:43:25 AM | Court | Will continue the evidentiary hrg until the 10th; When would you like the expert reports due, so to have time to take depositions? |
| 9:43:47 AM | Atty. Perrine | Time after next Monday. |
| 9:43:56 AM | Court | You want to see there report first to respond to it; |
| 9:44:07 AM | Atty. Jenkins | Response as to when can have reports ready; |
| 9:44:33 AM | Atty. Perrine | Response; |
| 9:45:00 AM | Court | Response; Deft's expert report is due on the 29th the Government's response will be due on the 3rd with the remainder of the week to take experts depositions; Parties have to consult first with Clerk of the Court regarding any data difficulty to resolve issues before filing a motion; |

| | | |
|---|---|---|
| 9:46:00 AM | Atty. Jenkins | Addresses the court regarding the depositions take on March 6th and 13th of the Jury Administrators, Robinson and Myers and the Clerk of Court, Debbie Hackett; would like to adopt those 3 depositions from the the Carmichael case to the Scrushy case; |
| 9:48:03 AM | Court | You are authorized to di that, but the depositions need to be filed in both cases; |
| 9:48:13 AM | Atty. Jenkins | Filed with clerk's office? |
| 9:48:13 AM | Court | Yes; |
| 9:48:17 AM | Atty. Jenkins | We intend to do so; Would like to furnishe those to the court in electronic form; |
| 9:48:51 AM | Court | Yes. |
| 9:48:59 AM | Atty. Jenkins | Have one additional issue; |
| 9:49:04 AM | Mrs. Hackett | Are you making an oral order that the clerk's office accept the depositions? |
| 9:49:09 AM | Court | Yes, In this case, the court orders that all depositions be filed . |
| 9:49:20 AM | Atty. Jenkins | We intend to file the exhibits that are attached to the depositions also; |
| 9:49:32 AM | Court | The court on the complete deposition including all exhibits filed; |
| 9:49:45 AM | Atty. Jenkins | Addresses the court regarding possible problem with computer glitch and the scheduling of deposition of Steve Andrews of ACS and a computer programmer who is familiar with the jury management system propose to do that by telephone; |
| 9:51:53 AM | Mrs. Hackett | Response; ACS has designated Mr. Andrews as the person to be depose; |
| 9:52:59 AM | Atty. Jenkins | Response; Will take with Mrs. Hackett after this conference ; |
| 9:53:42 AM | Mrs. Hackett | Informs parties that they can come look at files at any time Monday through Friday, 8 to 5; |
| 9:54:04 AM | Atty. Jenkins | Questions as to time we can talk? |
| 9:54:19 AM | Mrs. Hackett | What do we have left to talk about? |
| 9:54:26 AM | Atty. Jenkins | The SQLs for paragraph 5, 6, and &; |
| 9:54:27 AM | Mrs. Hackett | We are going to have to look at those before we can answer anything ; Can call you back this afternoon; Can have pool selection reports ready this afternoon; Who do we need to contact; |
| 9:56:19 AM | Atty. Jenkins | Email Les Moore; |
| 9:56:53 AM | Court | Telephone conference ends; |