**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

**NOTICE OF COMPLIANCE**

COMES NOW Richard M. Scrushy, by and through his undersigned counsel of record, and notifies this Court of compliance with the Order (Doc. 253) filed on March 22, 2006 wherein the Court ordered any party, counsel of record, expert and any other person involved with the prosecution or defense of this case who has access to the information or data provided pursuant to 29 U.S.C. § 1867(f) to file an affidavit with the Court certifying that they have not used this data or information for the purpose of identifying the name or other information about those persons who may be jurors in the trial of this case.

Attached to this notice are affidavits of all persons associated with the defense of this case identified as having had access to any of the data or information described above.  This notice is limited to all persons associated with or employed by Defendant Richard Scrushy who had access to this data or information.

This the 24th day of March, 2006.

Respectfully submitted,

/s/LESLIE V. MOORE
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax:    205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia  30309
Phone:  404-875-2700
Fax:  404-875-7857

Attorneys for Richard M. Scrushy

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2006, I electronically filed the foregoing "Notice of Compliance" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/  LESLIE  V. MOORE
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com