IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>Defendant. | |

## AFFIDAVIT

MIKE MAGRINO, states the following:

1. I am an investigator working under the direction and control of attorneys of record representing Defendant Richard M. Scrushy in the above-styled action.

2. In that capacity, I have had access to certain information or data provided to the parties pursuant to 28 U.S.C. § 1867(f) or the request of any party in connection with the Defendant's pending jury challenge.

3. Pursuant to the Order of the Court dated March 22, 2006, (Doc 253), I am certifying that I have not used the previously described data or information for the purpose of identifying the name or other identifying information about those persons who may be jurors in the trial of this case.

I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 23rd day of March, 2006.

*[signature]*
Mike Magrino
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224