```
04/09/03                                                    ICMIPR01
09:13:29                         FD-192                     Page 19
```

Title and Character of Case:

SCRUSHY, RICHARD, M
-

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/18/2003 | EMERY W. HARRIS, SR. GROUP VICE PRESIDENT<br>HEALTHSOUTH CORP<br>BIRMINGHAM AL |

| Anticipated Disposition: | Acquired By:<br>BROSHEARS R SCOTT | Case Agent:<br>KELLY GERALD W |
|---|---|---|

Description of Property:                                    Date Entered
  1B 19

  1) ITEMS ARE DOCUMENTS ON PAYROLL AND STOCK INFO
  **BOX 4-HARRIS OFFICE-ITEMS LOCATED ON FLOOR NEXT TO
     WINDOW**

  Barcode: E03584165       Location: SAND                   03/19/2003

```
      Case Number:   196C-BH-50510
      Owning Office: BIRMINGHAM
```

**United State v. Richard M. Scrushy**
**Case No. 2:05-CR-119-MEF**
**EXHIBIT A**
**Page 1**

HHEC 76-02154
Confidential Treatment Requested by HealthSouth Corp.

```
04/09/03                                                            ICMIPR01
09:13:29                         FD-192                             Page 18
```

Title and Character of Case:

SCRUSHY, RICHARD, M
-

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/18/2003 | EMERY W. HARRIS, SR. GROUP VICE PRESIDENT    HEALTHSOUTH CORP    BIRMINGHAM AL |

| Anticipated Disposition: | Acquired By:    BROSHEARS R SCOTT | Case Agent:    KELLY GERALD W |
|---|---|---|

Description of Property:                                          Date Entered
  1B 18

  1) ITEMS ARE ANNUAL/QUARTERLY FINANCIAL REPORTS, B OF D
     STATEMENTS, SEC BOOKS, SARBANES-OXLEY BOOK
  **BOX 3-HARRIS OFFICE-ITEMS ON BOOKSHELF**

  Barcode: E03584164      Location: SAND                          03/19/2003

```
     Case Number:   196C-BH-50510
     Owning Office: BIRMINGHAM
```

United State v. Richard M. Scrushy
Case No. 2:05-CR-119-MEF
EXHIBIT A
Page 2

HHEC 76-02152
Confidential Treatment Requested by HealthSouth Corp.

```
04/09/03                                                              ICMIPR01
09:13:29                              FD-192                          Page   2
```

Title and Character of Case:

SCRUSHY, RICHARD, M

---

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/18/2003 | KENNETH LIVESAY- FILE CABINET CLOSEST TO DOOR<br>HEALTH SOUTH PLAZA |

| Anticipated Disposition: | Acquired By:<br>BARTHOLOMEW JAY A | Case Agent:<br>KELLY GERALD W |
|---|---|---|

Description of Property:                                              Date Entered
  1B 2

  1) WHITE BINDER LABLED "SOURCE RAD"
  2) WHITE BINDER LABLED "MCD-BUSINESS MODEL REFINEMENT"

  Barcode: E03584148     Location: SAND                               03/19/2003

```
      Case Number:   196C-BH-50510
      Owning Office: BIRMINGHAM
```

**United State v. Richard M. Scrushy**
**Case No. 2:05-CR-119-MEF**
**EXHIBIT A**
**Page 3**

HHEC 75-00209
Confidential Treatment Requested by HealthSouth Corp.