**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

### DEFENDANT RICHARD M. SCRUSHY'S REQUESTED VOIR DIRE

COMES NOW Defendant Richard M. Scrushy, by and through his undersigned counsel of record, and respectfully requests this Honorable Court to submit the following *voir dire* questions to the jury venire empanelled in this cause:

1.    Did you see anybody you know in the courthouse today?

2.    Are you aware of any person who received a summons for jury duty in this case but who has not shown up here today?

3.    Have any of your answers to the questionnaire changed in any way, for any reason, since you completed the questionnaire?

4.    Since you completed the questionnaire, have you seen or heard anything about this case, or the people or matters involved in the case, in the media, in private conversations or elsewhere?

Defendant Scrushy also requests an opportunity to propose additional *voir dire* to cover areas addressed by any questions included in his proposed juror questionnaire that were omitted

from the questionnaire completed by jurors.

This 3rd day of April, 2006.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700
Fax: 404-875-7857

Frederick G. Helmsing (HELMF6416)
Helmsing, Leach, Herlong, Newman &
Rouse, P.C.
P.O. Box 2767, Mobile, AL 36652
Phone:  251-432-5521
Fax:  251-432-0633
e-mail: fgh@helmsinglaw.com

**Attorneys for Richard M. Scrushy**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Requested Voir Dire" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321
