## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **HON. CHARLES S. COODY, JUDGE AT** | Montgomery, Alabama |
| **DATE COMMENCED:** 4/3/06  AT | 3:02 p.m. to 3:13 p.m. |
| **DATE COMPLETED:** 4/3/06  TO | Digital Recorded |

UNITED STATES OF AMERICA     *
                             *
V.                           *    CASE NO.: 2:05CR119-MEF-CSC
                             *
RICHARD M. SCRUSHY           *
                             *

| GOVERNMENT | **APPEARANCES:** | DEFENDANT |
|---|---|---|
| Atty. Louis Franklin | * | Atty. Redding Pitt (Siegelman) |
| Atty. J. B. Perrine | * | Atty. James Jenkins (Scrushy) |
| | * | Atty. Leslie Moore  (Scrushy) |
| | * | Atty. Michel Nicrosi (Hamrick) |
| | * | Atty. David McKnight (Roberts) |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson       **Court Reporter:** Jimmy Dickens
**Law Clerk:** Corrie Long

**Clerk of Court:** Debra P. Hackett
**Automation:** Corneilus White
**Jury Admin.:** Melissa Myers

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS:  **TELEPHONE CONFERENCE RE: DEFENDANT SCRUSHY'S FIFTH MOTION FOR DISCOVERY OF JURY RECORDS AND MOTION FOR IMMEDIATE COMPULSION ORDER**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Telephone Status Conference -05cr119-F
**Date:** 4/3/2006
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 3:03:27 PM | Court | Conf call begins; Parties on line as noted above; Discussion of Deft Scrushy's Fifth motion for discovery of jury records and motion for immediate compulsion order; Discussion as to how the court can order something that doesn't exist; |
| 3:04:19 PM | Atty. Jenkins | Response - believes it does exist; Information is not preserved on the JMS, but exist on a disk; |
| 3:05:33 PM | Mrs. Hackett | Response; |
| 3:07:19 PM | Court | This relates to the creation of 2005 qualified jurywheel; |
| 3:07:26 PM | Mrs. Hackett | Cont'd response re: questionnaires; |
| 3:08:36 PM | Court | Do we have the disk? |
| 3:08:38 PM | Mrs. Hackett | Yes; |
| 3:08:38 PM | Court | Can we delete the name and the address out? Mr. White is saying "yes". Let's do it and give it to them ASAP; |
| 3:08:49 PM | Court | Discussion as what purpose this information is sought? |
| 3:08:57 PM | Atty. Jenkins | Response; We do not need the names and addresses, only the participant numbers; |
| 3:09:02 PM | Court | Why you the participant numbers or why you want the information relative to too many questionnaires sent; |
| 3:09:16 PM | Atty. Jenkins | Response - In order to measure any racial desparity in the questionnaires that have been sent out; And how to determine how those questionnaires are processed; |
| 3:09:58 PM | Court | Discussion as to how having a bad address from the voter records from the counties constitutes or could constitutes racial problems; You think the clerk has a duty to make sure all the 40,000 questionnaires get delivered; |
| 3:10:26 PM | Atty. Jenkins | Response; |
| 3:10:36 PM | Court | Response - Cannot order data that does not exist; Is there any duty on the part of the clerk to insure that every person who is randomly drawn from the master wheel gets a questionnaire? |
| 3:11:29 PM | Atty. Jenkins | Would like to argue that at the hearing; |
| 3:11:55 PM | Court | Response re: authority for proposition; |
| 3:12:35 PM | Atty. Jenkins | Response; |
| 3:12:51 PM | Court | Ms. Hackett will information as quickly as possible; How soon can you get that to them? |
| 3:13:16 PM | Mr. White | By tomorrow evening; |
| 3:13:17 PM | Court | Mr. White, the computer specialist, indicates he should have that available tomorrow evening; |
| 3:13:27 PM | Atty. Jenkins | Response; |
| 3:13:39 PM | Court | Conference call ends. |