IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

DESIGNATION OF TRANSCRIPT EXCERPTS
DEPOSITIONS OF STEPHEN ANDREWS
MARCH 24, 2006 AND MARCH 31, 2006

1. History of Affiliated Computer Services ("ACS") as background information on creation, installation and maintenance of Jury Management System ("JMS"), in relation to Issues 2, 3, 4, 6 and 9 of Dr. Gundlach's March 27, 2006 Report ("Gundlach Report"):
    a. page 4 line 17 to page 5 line 25;
    b. page 9 line 1 to page 9 line 11;
    c. page 13 line 1 to page 14 line 19;
    d. page 16 line 2 to page 17 line 17;
    e. page 19 line 11 to page 21 line 3.

2. JMS software's implementation of M. D. Ala. Jury Plan, in relation to Issues 3, 4, and 6 of Gundlach Report:
    a. page 21 line 4 to page 22 line 8;
    b. page 23 line 7 to page 25 line 18.

3. Training of M.D. Alabama personnel by ACS, in relation to Issues 3, 4, and 6 of Gundlach Report:
    a. page 25 line 19 to page 13 line 23;
    b. page 160 line 17 to page 162 line 17;
    c. page 164 line 16 to page 167 line 5;
    d. page 168 line 8 to page 170 line 12;
    e, page 248 line 19 to page 249 line 11.

4. ACS did not conduct any quality control or review of functioning of JMS in M. D. Alabama or its operation by M. D. Alabama Clerk's Office, in relation to Issues 3, 4, and 6 of Gundlach Report:
    a. page 31 line 24 to page 33 line 3;
    b. page 24 line 21 to page 35 line 20;
    c. page 170 line 8 to page 170 line 12.

5. Jurors are assigned participant numbers at point the Master Jury Wheel ("MJW") is created, in relation to issues 3, 4, and 6 of Gundlach Report:
    a. page 34 line 3 to page 34 line 20;
    b. page 88 line 22 to page 89 line 19;
    c. page 184 line 13 to page 185 line 14.

6. JMS software does not have a specific randomization function that randomizes jurors after they are selected to a jury pool, in relation to Issue 4 of Gundlach Report:
    a. page 37 line 10 to page 41 line 15;
    b. page 360 line 20 to page 362 line 9.

7. ACS investigation of 15 % violation, in relation to Issue 3 of Gundlach Report:
    a. page 44 line 15 to page 49 line 11;
    b. page 47 line 22 to page 52 line 6;
    c. page 61 line 14 to page 64 line 25;
    d. page 345 line 10 to page 345 line 16;
    e. page 365 line 5 to page 383 line 1;
    f. page 390 line 13 to page 394 line 9.

8. How ACS software in JMS processes deferred jurors, in relation to Issues 3, 4 and 6 of Gundlach Report:
    a. page 66 line 19 to page 68 line 7;
    b. page 102 line 25 to page 104 line 6.

9. JMS does/does not capture data as to when juror becomes a member of the Qualified Jury Wheel ("QJW"), in relation to Issue 2 of Gundlach Report:
    a. page 69 line 2 to page 71 line 7;
    b. page 173 line 5 to page 184 line 12;
    c. page 185 line 23 to page 187 line 14.

10. JMS User Manual instructions on how to process deferred jurors, in relation to Issues 3 and 6 of Gundlach Report:
    a. page 72 line 13 to page 87 line 4.

11. Jurors appearing on both 1997 QJW and 2001 QJW under same participant number, in relation to Issues 3 and 6 of Gundlach Report:
    a. page 94 line 16 to page 100 line 16;
    b. page 109 line 2 to page 111 line 20;
    c. page 389 line 3 to page 390 line 6.

12. How Jury Administrator can use JMS to transfer deferred jurors from deferral maintenance pool to QJW via transaction labeled with DCHG code, in relation to Issues 3 and 6 of Gundlach Report:
    a. page 114 line 2 to page 118 line 12.

13. JMS Manual updates, in relation to Gundlach Report issues 3, 4, 6:
    a. page 167 line 6 to page 168 line 6;
    b. page 170 line 13 to page 172 line 11.

14. JS-12 figures reflect QJW only on date the data is collected and JMS can run race/gender reports on QJW, pools, panels, or individual juries, in relation to Gundlach Report Issue 1:
    a. page 187 line 19 to page 204 line 6;
    b. page 207 line 9 to page 207 line 20.

15. Some jury pools drawn from 2001 QJW were drawn in two separate draws and then combined, in relation to Gundlach Report Issue 4:
    a. page 216 line 20 to page 218 line 1;

16. Jury Administrator can move jurors manually from deferral maintenance wheel by change deferral status function (DCHG) to the QJW, and once this is done, the JMS can no longer control the number of previously deferred that are selected for jury pools, in relation to Gundlach Report Issues 3 and 6:
    a. page 224 line 6 to page 248 line 18;
    b. page 249 line 22 to page 254 line 5;
    c. page 244 line 12 to page 244 line 20;
    d. page 260 line 40 to page 266 line 7.

17. Large numbers of previously deferred jurors were manually transferred from the deferral maintenance pool on August 4, 2003 and March 18, 2004 in DCHG transactions in relation to Gundlach Report Issues 3 and 6:
    a. page 254 line 16 to page 259 line 13.

18. Examination of juror history files illustrating jurors who served on both 1997 and 2001 QJWs under same participant numbers and who were transferred manually from the deferral maintenance pool into the QJW by a DCHG transaction, in relation to Gundlach Report Issues 3 and 6:
    a. page 274 line 10 to page 291 line 10;
    b. page 292 line 10 to page 314 line 19;
    c. pae 314 line 16 to page 323 line 20.

19. Examination of juror history files illustrating jurors who were transferred manually from the deferral maintenance pool into the QJW by a DCHG transaction, in relation to Gundlach Report Issues 3 and 6:
    a. page 330 line 8 to page 331 line 17;

b. page 339 line 12 to page 342 line 1.

This 9th day of April, 2006.

        Respectfully submitted,

        /s/ Leslie V. Moore
        Leslie V. Moore
        Arthur W. Leach
        2310 Marin Drive
        Birmingham, Alabama 35203
        Phone: 205-822-4224
        Fax: 205-824-0321

        James K. Jenkins
        Bruce Maloy
        Maloy & Jenkins
        25th Floor
        75 Fourteenth Street NW
        Atlanta, Georgia 30309
        Phone: 404-875-2700
        Fax: 404-875-7857

        Attorneys for Richard M. Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2006, I electronically filed the foregoing "Designation of Transcript Excerpts Deposition of Steven Andrews March 24, 2006 and March 31, 2006" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com