IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>Defendant. | |

DESIGNATION OF TRANSCRIPT EXCERPTS
DEPOSITION OF MELISSA MYERS
MARCH 10, 2006

1.   How Ms. Myers was trained on JMS system, in relation to Issues 3, 4, and 6 of Dr. Gundlach's March 27, 2006 Report ("Gundlach Report"):
   a. page 8 lines 11, to page 10 line 6;
   b. page 14 line 8 to page 16, line 5;
   c. page 171 line 2 to page 171 line 17.

2.   The process of creating jury pools, including how deferred jurors are added to the pools, in relation to Issues 2, 3, 4, 5, 6, and 7 of Gundlach Report:.
   a. page 19, line 17 to page 23 line 5;
   b. page 52 line 6 to page 74 line 12;
   c. page 180 line 19 to page 183 line 6;
   d. page 146 line 7 to page 146 line 20;
   e. page 147 line 5 to page 149 line 10.

3.   How requests for deferral/excuse are handled, in relation to Issues 2, 3, 4, 5, 6, and 7 of Gundlach Report:.
   a. page 23 line 7 to page 27 line 9;
   b. page 161 line 2 to page 171 line 1;
   c. page 151 line 11 to page 154 line 22;
   d. page 104 line 23 to page 115 line 7.

4.   Overuse of deferred jurors, in relation to Issues 2, 3, 5, 6, and 7 of Gundlach Report:
   a. page 75 line 5 to page 130 line 23.

5.  How Ms. Myers complies with plan regarding limit on deferred and excused jurors, in relation to Issues 2, 3, 6, 7 of Gundlach Report:
    a. page 154 line 23 to page 157 line 15.

6.  What participant history files show about the jury selection process, in relation to Issues 3, 5, 6, and 7 of Gundlach Report:
    a. page 183 line 9 to page 189 line 8.

7.  How the Clerk's office handles undeliverable summons and people who do not respond to their summons, in relation to Issue 9 of Gundlach Report:
    a. page 29 line 22 to page 30 line 11;
    b. page 33 line 3 to page 34 line 9;
    c. page 35 line 6 to page 36 line 17.

8.  Ms. Myers' discussions about the issues in this case and her understanding thereof, in relation to Issues 3, 4, 5, 6, 7, and 8 of Gundlach Report:
    a. page 36 line 18 to Page 42 line 10;
    b. page 43 line 5 to Page 47 line 19;
    c. page 157 line 16 to page 161 line 1;
    d. page 73 line 19 to page 75 line 1.

9.  Placement of jurors in the pools, in relation to Issues 3, 4, 6, 7, and 8 of Gundlach Report:
    a. page 131 line 1 to page 133 line 7.

10. How the group of jurors available for selection changes over time, in relation to Issues 2, 3, 6, and 7 of Gundlach Report:
    a. page 139 line 12 to page 145 line 21;
    b. page 149 line 11 to page 151 line 6.

11. How Ms. Myers obtains help with JMS, in relation to Issues 2, 3, 4, and 6 of Gundlach report:
    a. page 171 line 18 to page 174 line 15.

12. Changes to the JMS system and how they are made, in relation to Issues 3, 4, 6, and 7 of Gundlach Report:
    a. page 171 line 11 to page 171 line 17;
    b. page 177 line 11 to page 179 line 9.

This 9th day of April, 2006.

Respectfully submitted,

/s/ Leslie V. Moore
Leslie V. Moore
Arthur W. Leach
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia  30309
Phone:  404-875-2700
Fax:  404-875-7857

Attorneys for Richard M. Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2006, I electronically filed the foregoing "Designation of Transcript Excerpts Deposition of Melissa Myers March 10, 2006" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com