IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 2:05cr119-MEF

RICHARD M. SCRUSHY,
    Defendant.

DESIGNATION OF TRANSCRIPT EXCERPTS
DEPOSITION OF WANDA ROBINSON
MARCH 10, 2006

1.    Period of time Ms. Robinson served as jury administrator, related to Issues 3, 4, 5, 6, 7, 8, and 9 of Dr. Gundlach's March 27, 2006 Report ("Gundlach Report"):
    a.  page 7 line 3 to page 7 line 15;
    b.  page 12 line 12 to page 12 line 15.

2.    Training to be jury administrator and on JMS, related to Issues 3, 4, 5, 6, and 7 of Gundlach report:
    a.  page 9 line 13 to page 11 line 20;
    b.  page 161 line 7 to page 163 line 1.

3.    Use of JMS Manual, related to Issues 3, 6, and 7 of Gundlach report:
    a.  page 11 line 1 to page 11 line 5.

4.    Creation of the master wheel, related to Issues 2, 7, and 9 of Gundlach report:
    a.  page 16 line 2 to page 18 line 23.

5.    Creation of the 2001 qualified wheel and processing of undeliverable questionnaires, related to Issues 2 and 9 of Gundlach report:
    a.  page 19 line 4 to page 35 line 6;

6.    Creation of the 2001 JS-12 and the information it contains, related to Issues 1, 2, 7, and 9 of Gundlach report:
    a.  page 35 line 7 to page 36 line 13;
    b.  page 38 line 4 to page 49 line 19.

7.     Process for creating pools and adding deferred jurors to the pools, related to Issues 2, 3, 4, 5, 6, 7, and 8 of Gundlach report:
   a. page 58 line 20 to page 65 line 14;
   b. page 86 line 2 to page 91 line 19.

8.     Ms. Robinson's knowledge of *Clay* case, related to Issue 3, 4, 5, 6, and 7 of Gundlach report:
   a. page 65 line 15 to page 67 line 21.
   b. page 150 line 21 to page 154 line 2.

9.     Processing and tracking of deferral requests, related to Issues 3, 4, 5, 6, and 7 of Gundlach report:
   a. page 70 line 2 to page 79 line 13;
   b. page 92 line 7 to page 106 line 17;
   c. page 121 line 1 to page 129 line 20.

10.    Participant history records and the processes they reflect, related to Issues 2, 3, 4, 5, 6, 7, 8, and 9 of Gundlach report:
   a. page 106 line 19 to page 120 line 18.

11.    How Ms. Robinson decided to supplement the qualified wheel and the reasons for supplementation, related to Issues 2, 3, 5, 6, 7, and 9 of Gundlach report:
   a. page 129 line 21 to page 142 line 21.
   b. page 144 line 2 to page 147 line 18.

12.    Ms. Robinson did not run race/gender reports other than when she created the JS-12, related to Issues 2 and 7 of Gundlach report:
   a. page 148 line 8 to page 148 line 22.

13.    Ms. Robinson obtains assistance with the JMS system through the hotline and Cornelius White, related to Issues 3, 4, 5, 6, and 7 of Gundlach report:
   a. page 154 line 16 to page 156 line 15;
   b. page 159 line 22 to page 161 line 1;
   c. page 164 line 20 to page 165 line 10.

14.    Changes to the JMS system during her tenure, related to Issues 3, 4, 5, 6, and 7 of Gundlach report:
   a. page 156 line 16 to page 157 line 15
   b. page 163 line 2 to page 23.

15.    Paper records which are kept from the jury administration process, related to Issues 2, 3, 4, 5, 6, 7, 8, and 9 of Gundlach report:
   a. page 158 line 9 to page 16.

16.     Little supervision by or communication with Ms. Hackett, related to Issues 3, 4, 5, 6, 7, and 9 of Gundlach report:
    a.  page 164 line 9 to page 164 line 19.

17.     Meaning of markings on pool selection reports, related to Issues 2, 3, 6, 7, and 8 of Gundlach report:
    a.  page 166 line 5 to page 168 line 17.


This 9th day of April, 2006.


                                    Respectfully submitted,

/s/ Leslie V. Moore
Leslie V. Moore
Arthur W. Leach
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Attorneys for Richard M. Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2006, I electronically filed the foregoing "Designation of Transcript Excerpts Deposition of Wanda Robinson March 10, 2006" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com