IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, | ) | |
| PAUL MICHAEL HAMRICK, | ) | |
| GARY MACK ROBERTS, and | ) | |
| RICHARD M. SCRUSHY. | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT SCRUSHY'S MOTION IN LIMINE
TO PROHIBIT THE UNITED STATES FROM USING DEFENDANT SIEGELMAN'S
OTHER ALLEGED ILLEGAL ACTS AGAINST DEFENDANT SCRUSHY**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting

United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of

the Public Integrity Section of the Criminal Division of the United States Department of Justice, and

hereby files its Response to Defendant Richard Scrushy's Motion to Prohibit the United States from

Using Defendant Siegelman's Other Alleged Illegal Acts against Defendant Scrushy, either as

evidence or in argument. The United States provides that it will not do so unless, by the manner in

which Defendant Scrushy conducts his defense, such evidence or argument becomes relevant to

rebut inference, evidence, or argument, offered on behalf of Defendant Scrushy. Should, by the

manner in which the defense is conducted, the door for such evidence be opened, the United States

may then seek to offer such evidence or argument. The United States will seek permission of the

Court prior to doing so.

Respectfully submitted this 10th day of April, 2006.

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY                    ANDREW C. LOURIE
                                                 ACTING CHIEF, PUBLIC INTEGRITY
                                                 SECTION

/s/ Louis V. Franklin, Sr.
Acting United States Attorney                    /s/Richard C. Pilger
One Court Square, Suite 201                      Department of Justice, Criminal Division
Montgomery, AL 36104                             Public Integrity Section
Phone: (334)223-7280                             10th & Constitution Ave, NW
Fax:    (334)223-7560                            Bond Building - 12th Floor
Email: louis.franklin@usdoj.gov                  Washington, DC 20530
                                                 Phone: (202)514-1412
/s/ J.B. Perrine                                 Fax:    (202)514-3003
Assistant United States Attorney                 Email: richard.pilger@usdoj.gov
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/ Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:     (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | **CR. NO. 2:05-cr-119-MEF** |
| | ) | |
| **DON EUGENE SIEGELMAN,** | ) | |
| **PAUL MICHAEL HAMRICK,** | ) | |
| **GARY MACK ROBERTS, and** | ) | |
| **RICHARD M. SCRUSHY.** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      Respectfully submitted,

      LOUIS V. FRANKLIN, SR.
      ACTING UNITED STATES ATTORNEY


      /s/ Stephen P. Feaga
      Assistant United States Attorney
      One Court Square, Suite 201
      Montgomery, AL 36104
      Phone: (334)223-7280
      Fax:   (334)223-7560
      Email: steve.feaga@usdoj.gov
      ASB-7374-A60S