# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

Debra H. Hackett                                                                                               Telephone 334-954-3600
   Clerk

April 11, 2006
**NOTICE**

TO: ALL COUNSEL OF RECORD:

     You are hereby notified that the juror profiles for the term of court beginning on **May 1, 2006, and jury selection that will be on April 19, 2006,** will be available at 3:30 p.m. on **Wednesday, April 12, 2006,** in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.

**CR. NO. 2:05CR119-MEF**
**UNITED STATES OF AMERICA VS. DON EUGENE SIEGELMAN, ET AL.**

**GOVERNMENT**                                                                                              **DEFENDANT**

| **GOVERNMENT** | **DON EUGENE SIEGELMAN** |
| --- | --- |
| JAMES B. PERRINE | **JOHN D. SAXON, P.C.** |
| JAMES L. FITZPATRICK, JR. | CHARLES REDDING PITT |
| LOUIS V. FRANKLIN, SR. | |
| RICHARD C. PILGER | |
| STEPHEN P. FEAGA | |
| | **DON EUGENE SIEGELMAN** |
| | **Kilborn, Roebuck & McDonald** |
| | DAVID ALLEN MCDONALD |
| | VINCENT F. KILBORN, III. |
| | W. PERRY HALL |
| | **DON EUGENE SIEGELMAN** |
| | **Eastland Law Offices** |
| | Hiram Chester Eastland, Jr. |

| | |
|---|---|
| **RICHARD SCRUSHY** <br> ARTHUR W. LEACH | **GARY MACK ROBERTS** <br> **Baxley, Dillard, Dauphin & McKnight** <br> JOEL EVAN DILLARD <br> STEWART D. MCKNIGHT, III. <br> WILLIAM J. BAXLEY <br> SAMUAL J. BRISKMAN |
| **RICHARD SCRUSHY** <br> **Helmsing Leach Herlong Newman Rouse PC** <br> Frederick George Helmsing, Sr. | **PAUL MICHAEL HAMRICK** <br> **T. Jefferson Deen, III, P.C..** <br> Thomas Jefferson Deen, III |
| **RICHARD SCRUSHY** <br> **MALOY AND JENKINS** <br> JAMES KENNETH JENKINS <br> W. BRUCE MALOY | **PAUL MICHAEL HAMRICK** <br> **Miller, Hamilton, Snider & Odom, L.L.C.** <br> Michel Nicrosi |
| **RICHARD SCRUSHY** <br> **MOORE AND ASSOCIATES, LLC** <br> LESLIE VERNON MOORE | |
| **RICHARD SCRUSHY** <br> TERRY LUCAS BUTTS | |