IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| RICHARD M. SCRUSHY ) | |

## **ORDER**

On April 10, 2006, Defendant Scrushy filed an Appeal from the Magistrate Judge's Order of March 15, 2006 Denying Defendant's Motion Pursuant to Fed. R. Crim. P. 12(b)(4)(B) (Doc. # 310). The appeal requests that the Court require the United States to provide Defendant Scrushy with "a proposed exhibit list or similar document." Because the Court has ordered the United States to provide Defendants with its exhibit list on or before April 14, 2006 (*see* Doc. # 255), Defendant Scrushy's Appeal (Doc. # 310) is DENIED AS MOOT.

DONE this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE