IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

## **ORDER**

     This cause is before the Court on Defendant Richard M. Scrushy's Motion in Limine to Prohibit Any Reference to Matters Concerning the Earlier Criminal Case Against Him in the Northern District of Alabama (Doc. # 279).  Upon consideration, it is hereby ORDERED that the motion is GRANTED.  The United States is prohibited from offering argument or evidence concerning the earlier criminal case against Scrushy in the Northern District of Alabama.  It is further ORDERED that Defendants are also prohibited from offering argument or evidence concerning that case.  This prohibition does not apply to any evidence that is relevant to the charges in the present case.

     DONE this the 12th day of April, 2006.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE