IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

### **ORDER**

This cause is before the Court on Defendant Richard M. Scrushy's Motion in Limine Regarding Defendant Siegelman's Other Alleged Illegal Acts (Doc. # 278). Upon consideration, it is hereby ORDERED that the motion is CONDITIONALLY GRANTED. The United States is prohibited from using Defendant Siegelman's other alleged illegal acts against Defendant Scrushy as evidence or in argument, unless such evidence becomes relevant to rebut evidence or argument offered by Defendant Scrushy. The United States must seek permission of the Court prior to offering such evidence or argument.

DONE this the 12th day of April, 2006.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE