IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| RICHARD M. SCRUSHY ) | |

## **ORDER**

This cause is before the Court on Defendant Richard M. Scrushy's Motion in Limine to Prohibit the Government's Misuse of the Word "Laundering" at Trial (Doc. # 277). Upon consideration, it is hereby ORDERED that the motion is GRANTED. The United States is prohibited from using the term "laundering" or bringing up the issue of money laundering in connection with Defendant Scrushy.

DONE this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE