## JUROR QUESTIONNAIRE CERTIFICATION
### United States v. Don Eugene Siegelman, Paul Michael Hamrick, Gary Mack Roberts, and Richard M. Scrushy

RECEIVED
2006 APR 13 P 4: 12

I, __JAMES K. JENKINS__, counsel for __RICHARD SCRUSHY__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _____   Date: __4/13/06__