IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S MOTION TO SUPPLEMENT
RECORD IN JURY CHALLENGE HEARING**

COMES NOW Richard M. Scrushy, by and through his undersigned counsel of record, and moves this Court for entry of an Order permitting him to supplement the record in the jury challenge now pending before this Court with the attached sworn statement of Dr. James Gundlach. In support of this request, undersigned counsel respectfully shows this Court as follows:

1. During oral argument before this Court on April 13, 2006, undersigned counsel failed to call to the Court's attention the fact that Dr. Gundlach's Report, at page six, indicated that Dr. Gundlach's measurement of 19.966 percent African-American of the 2001 Qualified Jury Wheel was based on an *actual count* of all members of the 91 District-wide pools. This would have been the appropriate response to the Court's articulation of its concern that Dr. Gundlach had based his percentages on a median number of the percentages of the African-Americans summoned to each pool obtained

from the 91 District-wide pools despite the fact that each pool was comprised of differing numbers of jurors.

2. Despite the fact that this matter was included in his Report at page six, including a table setting out the number of African-Americans, the number of Whites, and the other categories ("missing" and "other"), along with percentages of each group, the method by which Dr. Gundlach calculated this percentage of African-Americans in the 2001 Qualified Jury Wheel was not presented in his testimony during the hearing as clearly as it should have been. The methodology of calculating this percentage of 19.966 percent is further explained in Dr. Gundlach's sworn statement which is attached as EXHIBIT A and hereby incorporated.

3. During the same oral argument on April 13, 2006, the Court expressed its concern that no testimony had been presented by either party as to the margin of error or confidence level as to either Dr. Gundlach's percentage of African-Americans (19.966 percent) or Mr. Elmore's nearly identical percentage in Exhibit X to his Report. Undersigned counsel has asked Dr. Gundlach to compute this margin of error, and it is set out in EXHIBIT A. Dr. Gundlach's confidence level analysis leads him to conclude that the margin of error as to the four measures of percent African-American (all District-wide pools and the District-wide pools from the last period of the 2001 QJW during which the irregularities relating to previously deferred jurors were occurring) as to both his measurements and the measurements of Mr. Elmore is extremely small, with a 95 percent confidence level that all four measurements fall within a range of no more than 0.138 percent (less than 14/100s of a percent) of the numbers each expert calculated.

4. Undersigned counsel acknowledges that this request to supplement the record does not afford the Government any opportunity at this juncture to cross-examine Dr. Gundlach's sworn statement.  In light of this, Defendant would have no objection to the submission of a counter-affidavit by Mr. Elmore should he have any disagreement with Dr. Gundlach's methodology or calculations.

5. Defendant respectfully urges this Court to exercise its discretion to permit this supplementation of the record and to consider this additional information and references to the record in this case in light of the importance of the issue before this Court and the need to fully clarify the source and accuracy of these crucial percentages as determined by the expert witnesses of both parties.

WHEREFORE, Defendant respectfully prays that this Court permit the requested supplementation of the record in this matter, and for such other and further relief as this Court may deem just and proper.

This 16th day of April, 2006.

Respectfully submitted,

/s/ James K. Jenkins
James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, Georgia  30309
Phone:  404-875-2700
Fax:  404-875-7857

3

Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321

Attorneys for Richard M. Scrushy

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Motion to Supplement Record in Jury Challenge Hearing" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com