IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD SCRUSHY | ) | |

**ORDER**

On April 16, 2006, the defendant filed a motion to supplement the record (doc. # 349). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to supplement (doc. # 349) be and is hereby GRANTED.

Done this 17th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE