IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 27, 2006 (Doc. #261), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to dismiss on the basis of prosecutorial misconduct (Doc. #132) is DENIED.

DONE this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE