IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   CASE NO.:   2:05CR119-MEF |
| | * |
| **DON SIEGELMAN, et al** | * |

**WITNESS LIST**:

**APRIL 10, 2006**

| **GOVERNMENT** | | **DEFENDANT** |
|---|---|---|
| | 1. | Wanda Robinson |
| | 2. | Melissa Myers |

**APRIL 11, 2006**

| | | |
|---|---|---|
| | 3. | Corneilus White |
| | 4. | Debra P. Hackett |

**APRIL 12, 2006**

| | | |
|---|---|---|
| 6.   Dr. Stephen Elmore, Sr. | 5. | Dr. Jim Gunlach |