AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   DISTRICT OF   _____ALABAMA_____

| UNITED STATES OF AMERICA | DEFENDANT'S EXHIBIT LIST |
|---|---|
| V. | |
| DON SIEGLEMAN, ET AL | Case Number: 2:05CR119-MEF-CSC |

| PRESIDING JUDGE | GOVERNMENT AORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES S. COODY | J. B. PERRINE, LOUIS FRANKLIN | JAMES JENKINS & LES MOORE |
| **TRIAL DATE (S)** MOTIONS HEARING - April 10-13, 2006 | COURT REPORTER JAMES DICKENS | COURTROOM DEPUTY WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 4/12/06 | 4/12/06 | 1 | DR. GUNLACH | NO | DR. GUNLACH REPORT |
| YES | 4/10/06 | 4/10/06 | 2 | WANDA ROBINSON | NO | JMS MANUAL |
| YES | 4/12/06 | 4/12/06 | 14 | DR. GUNLACH | NO | DR. GUNLACH PAGE 7 |
| YES | 4/12/06 | 4/12/06 | 15 | DR. GUNLACH | NO | DR. GUNLACH PAGE 10 |
| YES | 4/12/06 | 4/12/06 | 16 | DR. GUNLACH | NO | DR. GUNLACH PAGE 12 |
| YES | 4/10/06 | 4/10/06 | 17 | WANDA ROBINSON | NO | PAGE 23 OF DR. GUNLACH REPORT |
| YES | 4/12/06 | 4/12/06 | 18 | DR. GUNLACH | NO | 15 PERCENT LINE CHART |
| YES | 4/10/06 | 4/10/06 | 19 - 63 | | NO | JMS POOL, DEFERRAL POOL SELECTION REPORTS; |
| | | | | | | JURY HISTORY RECORDS; |
| YES | 4/10/06 | 4/10/06 | 37A,B,C | WANDA ROBINSON | NO | Exh. 37A,B, C POOL SELECTION REPORT, ETC; |
| YES | 4/12/06 | 4/12/06 | 64 | DR. GUNLACH | NO | JS-12 NEW FORM |
| YES | 4/10/06 | 4/10/16 | 65 | WANDA ROBINSON | NO | PLAN FOR THE RANDOM SELECTION OF GRAND |
| | | | | | | AND PETIT JURORS; |
| YES | 4/10/06 | 4/10/06 | 67 | WANDA ROBINSON | NO | RACE/GENDER REPORT PANEL EVENT #02-174-N |
| YES | 4/10/06 | 4/10/06 | 101 - 108 | DR. GUNLACH | NO | JUROR HISTORY RECORDS |
| YES | 4/11/06 | 4/11/06 | 107 | MELISSA MYERS | NO | ANDREWS CASE - CHARLES WHITTINGTON |
| YES | 4/10/06 | 4/10/06 | 109 | WANDA ROBINSON | NO | ANDREWS CASE -MARY WILLIAMS (JUROR HISTO |
| YES | 4/10/06 | 4/10/06 | 110 | WANDA ROBINSON | NO. | ANDREWS CASE - REBECCA DIANNE CRAWFORD |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 4/10/06 | 4/10/06 | 111 | WANDA ROBINSON | NO | ANDREWS CASE - TRACY S. WILLIS |
| YES | 4/11/06 | 4/11/06 | 112 | DEBRA HACKETT | NO | HACKETT LETTER TO SECRETARY OF STATE |
| YES | 4/11/06 | 4/11/06 | 113 | DEBRA HACKETT | NO | SECRETARY OF STATE RESPONSE TO HACKETT LE |
| YES | 4/10/06 | 4/10/06 | 114 | WANDA ROBINSON | NO | LETTER DATED 7/27/04 - TO JUROR APPROVAL OF |
| | | | | | | REQUEST TO HAVE PETIT JURY SERVICE POSTPON |
| YES | 4/10/06 | 4/10/06 | 115 | WANDA ROBINSON | NO | LETTER DATE 10/31/03 - TO JUROR APPROVAL OF |
| | | | | | | REQUEST TO HAVE PETIT JURY SERVICE POSTPON |
| YES | 4/10/06 | 4/10/06 | 116 | WANDA ROBINSON | NO | LETTER DATED 10/28/02 - TO JUROR APPROVAL OF |
| | | | | | | TO HAVE PETIT JURY SERVICE POSTPONED; |
| YES | 4/10/06 | 4/10/06 | 117 | WANDA ROBINSON | NO | LETTER DATED 12/26/04 FROM JUROR REQUEST TO EXCUSED |
| | | | | | | FROM JURY DUTY; |
| YES | 4/10/06 | 4/10/06 | 118 | WANDA ROBINSON | NO | LETTER DATED 10/14/05 TO JUROR OF APPROVAL ( REQUEST |
| | | | | | | TO BE EXCUSED FROM GRAND JURY SESSION FOR |
| YES | 4/10/06 | 4/10/06 | 119 | WANDA ROBINSON | NO | LETTER DATED 5/23/05 TO CLERK REQUEST TO BE |
| | | | | | | EXCUSED FROM JURY SERVICE; |
| YES | 4/10/06 | 4/10/06 | 120 | WANDA ROBINSON | NO | LETTER TO CLERK OF COURT APOLOGIZING FOR |
| | | | | | | DELAY ON RESPONDING TO SUMMONS; |
| YES | 4/10/06 | 4/10/06 | 121 | WANDA ROBINSON | NO | JURY POOL REPORT |
| YES | 4/10/06 | 4/10/06 | 122 | WANDA ROBINSON | NO | REPORT ON OPERATION OF THE JURY SELECTION |
| | | | | | | PLAN |
| YES | 4/12/06 | 4/12/06 | 125 | DR. GUNLACH | NO | RACIAL COMPOSITION OF JURORS WITH DCHG |
| | | | | | | BEFORE 8/25/05 |
| YES | 4/10/06 | 4/10/06 | 126 | WANDA ROBINSON | NO | JMS TRAINING USER GUIDE REVISED 11/10/99 |
| YES | 4/10/06 | 4/10/06 | 127 | WANDA ROBINSON | NO | PETIT POOL SELECTION REPORT DATED 6/28/02 |
| YES | 4/10/06 | 4/10/06 | 128 | WANDA ROBINSON | NO | PETIT POOL SELECTION REPORT DATED 11/15/02 |
| YES | 4/13/06 | 4/13/06 | 129 | DR. ELMORE | NO | PERCENTAGE CALCULATION AL VOTER REGISTRA |

| YES | 4/13/06 | 4/13/06 | 130 | DR. ELMORE | NO | PERCENTAGE CALCULATIONS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | **EXHIBITS ARE PLACED IN A SEPARATE** |
| | | | | | | **ENVELOPE WITH COURT FILE** |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages