AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
DON EUGENE SIEGELMAN, ET AL

**COURT'S EXHIBIT LIST**

Case Number: 21:05CR119-MEF-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | | | | GOVERNMENT'S<br>J.B. PERRINE &<br>JOSEPH<br>FITZPATRICK | | DEFENDANT'S ATTORNEY<br>JAMES JENKINS<br>LES MOORE | |
|---|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>MOTION HEARING - APRIL 10-13, 2006 | | | | COURT REPORTER<br>JAMES DICKENS | | COURTROOM DEPUTY<br>WANDA STINSON | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS | |
| YES | 4/11/06 | 4/11/06 | 1 | CORNEILUS WHITE | NO | PRINT OUT OF POOL MAINTENANCE SCREEN | |
| YES | 4/11/06 | 4/11/06 | 2 | CORNEILUS WHITE | NO | PRINT OUT OF DEFERRAL SCREEN | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE | |
| | | | | | | WITH COURT FILE | |



## Pool Maintenance

File  Qualify  Pool  Reports  Edit  Window  Help

### Deferral Maintenance

| Participant # | Last Name | First Name | Div | Defer To | Code | Tag |
|---|---|---|---|---|---|---|
| 100127591 | ABERCROMBIE | MARCIA M | 1 | 07/18/06 | H | |
| 100144537 | ADAMS | BARBARA J | 2 | 05/30/06 | H | |
| 100164771 | ADAMS | JO ANN | 2 | 11/09/06 | H | |
| 100155137 | ADAMS | LARRY EARL | 2 | 07/18/06 | H | |
| 100156732 | ADAMS | TERESA M | 2 | 06/02/06 | B | |
| 100171068 | ADAMS | TODD J | 2 | 01/09/07 | H | |
| 100125165 | ADCOCK | DONNA B | 1 | 11/10/06 | X | |
| 100124365 | AGRELLA | DONALD CRAIG | 2 | 02/24/07 | X | |
| 100183460 | ALEWINE | MARIA F | 2 | 01/12/07 | X | |
| 100146115 | ALEXANDER | QUEEN E | 2 | 10/31/06 | X | |
| 100207017 | ALEXANDER | ROSALYN | 3 | 09/01/06 | H | |
| 100113924 | ALFORD | LYNNSEY PACE | 1 | 07/13/06 | S | |

Count  Accept  Untag  Tag All  Sort  Print List  Exit

Ready

Count
Ex 1