FILED
APR 13 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY, Defendant. | |

### NOTICE OF FILING UNDER SEAL

COMES NOW Defendant Richard M. Scrushy, by and through undersigned counsel, and pursuant to the March 20, 2006, Order of Chief United States Magistrate Judge Charles S. Coody (Doc. 246, at ¶ 5), files the attached April 7, 2006 Deposition of Stephen Elmore.

Respectfully submitted this the 13th day of April, 2006.

Respectfully submitted,

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true and correct copy of the foregoing document on the 13th day of April, 2006, via hand delivery to:

James B. Perrine
U.S. Attorney's Office
PO Box 197
Montgomery, Alabama 36101-0197
334-223-7280

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321