# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

DON EUGENE SIEGELMAN, ET AL

TO: Mark Wilkerson

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2:05cr119-F

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>One Church Street<br>Montgomery, Alabama | 2F |
| | DATE AND TIME<br>May 1, 2006<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>DEBRA P. HACKETT<br>(BY) DEPUTY CLERK _/s/_ | DATE<br>March 7, 2006 |
|---|---|

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER:
Louis V. Franklin, Sr./Stephen P. Feaga/J.B. Perrine
One Court Square, Suite 201
Montgomery, AL 36104
(334) 223-7280

PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ | |
| SERVED BY (PRINT NAME) | TITLE | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                  Date                          Signature of Server

                         _____
                                Address of Server

ADDITIONAL INFORMATION

TOTAL P.03