IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| RICHARD M. SCRUSHY, | Case No. 2:05-CR-119-MEF |
| Defendant. | |

### NOTICE OF APPEARANCE

**NOW COMES,** Fred D. Gray, of the firm of Gray, Langford, Sapp, McGowan, Gray & Nathanson, and enters this notice of appearance as additional counsel on behalf of the Defendant, Richard M. Scrushy. The undersigned requests service of all discovery, documents, pleadings and other things in accordance with Federal law.

Respectfully submitted this the 25th day of April, 2006.

/s/ Fred D. Gray
Fred D. Gray (GRA022)
Attorney for Richard M. Scrushy

OF COUNSEL
GRAY, LANGFORD, SAPP, McGOWAN
  GRAY 7 NATHANSON
P. O. Box 830239
Tuskegee, AL 36083
334-727-4830  Telephone
334-727-5877 Facsimile
fgray@glsmgn.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                              /s/   Fred D. Gray
                              Of Counsel