IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

ORDER

Defendant Richard Scrushy filed two motions relating to the pending challenges to the jury selection process. With respect to his motion to supplement the record of the hearing (doc. # 349), the court will made a final decision on this motion at the time a recommendation on the challenges is issued.

Upon consideration of the defendant's second motion to supplement (doc. # 373), it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that the defendant shall file his supplement to the record on or before May 10, 2006. In allowing this filing, the court should not be understood as accepting the validity of the filing's substance.

Done this 3rd day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE