**Pool Selection Report**
**Pool 101051101**

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
Regular Pool

Summons Date: **11/14/05**

Date: **3/7/2006**
Time: **2:19 PM**

| Part No | | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|---|
| 100123382 | 01-0001 | | | | | | |
| 100133161 | 01-0002 | | | | | | |
| 100119088 | 01-0003 | | | | | | |
| 100122782 | 01-0004 | | | | | | |
| 100123640 | 01-0005 | | | | | | |
| 100119529 | 01-0006 | | | | | | |
| 100125216 | 01-0007 | | | | | | |
| 100121166 | 01-0008 | | | | | | |
| 100119440 | 01-0009 | | | | | | |
| 100133278 | 01-0010 | | | | | | |
| 100125350 | 01-0011 | | | | | | |
| 100121472 | 01-0012 | | | | | | |
| 100124271 | 01-0013 | | | | | | |
| 100021748 | 01-0014 | | | | | | |
| 100119848 | 01-0015 | | | | | | |
| 100127019 | 01-0016 | | | | | | |
| 100118627 | 01-0017 | | | | | | |
| 100126672 | 01-0018 | | | | | | |
| 100122374 | 01-0019 | | | | | | |
| 100119805 | 01-0020 | | | | | | |
| 100133415 | 01-0021 | | | | | | |
| 100119721 | 01-0022 | | | | | | |
| 100124664 | 01-0023 | | | | | | |
| 100120368 | 01-0024 | | | | | | |
| 100121612 | 01-0025 | | | | | | |
| 100121901 | 01-0026 | | | | | | |
| 100122203 | 01-0027 | | | | | | |
| 100126804 | 01-0028 | | | | | | |
| 100126702 | 01-0029 | | | | | | |
| 100127546 | 01-0030 | | | | | | |
| 100123514 | 01-0031 | | | | | | |
| 100124345 | 01-0032 | | | | | | |
| 100125139 | 01-0033 | | | | | | |
| 100120505 | 01-0034 | | | | | | |
| 100122714 | 01-0035 | | | | | | |
| 100121250 | 01-0036 | | | | | | |
| 100122055 | 01-0037 | | | | | | |
| 100133367 | 01-0038 | | | | | | |
| 100133258 | 01-0039 | | | | | | |
| 100126621 | 01-0040 | | | | | | |
| 100123261 | 01-0041 | | | | | | |
| 100126745 | 01-0042 | | | | | | |
| 100127591 | 01-0043 | | | | | | |
| 100122895 | 01-0044 | | | | | | |
| 100132870 | 01-0045 | | | | | | |
| 100121453 | 01-0046 | | | | | | |
| 100124635 | 01-0047 | | | | | | |
| 100122068 | 01-0048 | | | | | | |
| 100124239 | 01-0049 | | | | | | |
| 100124620 | 01-0050 | | | | | | |
| 100121144 | 01-0051 | | | | | | |
| 100133117 | 01-0052 | | | | | | |
| 100122634 | 01-0053 | | | | | | |
| 100122703 | 01-0054 | | | | | | |
| 100118911 | 01-0055 | | | | | | |
| 100120311 | 01-0056 | | | | | | |
| 100125964 | 01-0057 | | | | | | |

Exhibit C
Page 1

**Pool Selection Report**
**Pool 101051101**

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
**Regular Pool**

Summons Date: **11/14/05**

Date: 3/7/2006
Time: 2:19 PM

| Part No | | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|---|
| 100120883 | 01-0058 | | | | | | 1 |
| 100127692 | 01-0059 | | | | | | 1 |
| 100123451 | 01-0060 | | | | | | 1 |
| 100122983 | 01-0061 | | | | | | 1 |
| 100125101 | 01-0062 | | | | | | 1 |
| 100125922 | 01-0063 | | | | | | 1 |
| 100125850 | 01-0064 | | | | | | 1 |
| 100122389 | 01-0065 | | | | | | 1 |
| 100133261 | 01-0066 | | | | | | 1 |
| 100125673 | 01-0067 | | | | | | 1 |
| 100124970 | 01-0068 | | | | | | 1 |
| 100120642 | 01-0069 | | | | | | 1 |
| 100125165 | 01-0070 | | | | | | 1 |
| 100121936 | 01-0071 | | | | | | 1 |
| 100123998 | 01-0072 | | | | | | 1 |
| 100125802 | 01-0073 | | | | | | 1 |
| 100126643 | 01-0074 | | | | | | 1 |
| 100122099 | 01-0075 | | | | | | 1 |
| 100122686 | 01-0076 | | | | | | 1 |
| 100122244 | 01-0077 | | | | | | 1 |
| 100125333 | 01-0078 | | | | | | 1 |
| 100125126 | 01-0079 | | | | | | 1 |
| 100121844 | 01-0080 | | | | | | 1 |
| 100124278 | 01-0081 | | | | | | 1 |
| 100122169 | 01-0082 | | | | | | 1 |
| 100120729 | 01-0083 | | | | | | 1 |
| 100122475 | 01-0084 | | | | | | 1 |
| 100120179 | 01-0085 | | | | | | 1 |
| 100127359 | 01-0086 | | | | | | 1 |
| 100120328 | 01-0087 | | | | | | 1 |
| 100120498 | 01-0088 | | | | | | 1 |
| 100095731 | 01-0089 | | | | | | 1 |
| 100125771 | 01-0090 | | | | | | 1 |
| 100120192 | 01-0091 | | | | | | 1 |
| 100123204 | 01-0092 | | | | | | 1 |
| 100121884 | 01-0093 | | | | | | 1 |
| 100132805 | 01-0094 | | | | | | 1 |
| 100125447 | 01-0095 | | | | | | 1 |
| 100120112 | 01-0096 | | | | | | 1 |
| 100125654 | 01-0097 | | | | | | 1 |
| 100123267 | 01-0098 | | | | | | 1 |
| 100126405 | 01-0099 | | | | | | 1 |
| 100121894 | 01-0100 | | | | | | 1 |
| 100122197 | 01-0101 | | | | | | 1 |
| 100125324 | 01-0102 | | | | | | 1 |
| 100118797 | 01-0103 | | | | | | 1 |
| 100125063 | 01-0104 | | | | | | 1 |
| 100121241 | 01-0105 | | | | | | 1 |
| 100127342 | 01-0106 | | | | | | 1 |
| 100122951 | 01-0107 | | | | | | 1 |
| 100125516 | 01-0108 | | | | | | 1 |
| 100124163 | 01-0109 | | | | | | 1 |
| 100119271 | 01-0110 | | | | | | 1 |

**Total pool members: 110**

Exhibit C
Page 2