## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100021748 summoned to 2005 Pool 101051101**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100021748 | 2005-11-17 | 10:22:45 | FADD | Appearance Payments | mmyers | F30000224-11/17/05 | 1:04-CV-1 |
| 100021748 | 2005-11-15 | 14:12:23 | AJUR | Jury Attendance | mmyers | J20000666-11/15/05-1:04- | 101051101 |
| 100021748 | 2005-11-14 | 14:12:00 | AJUR | Jury Attendance | mmyers | J20000665-11/14/05-1:04- | 101051101 |
| 100021748 | 2005-11-14 | 14:10:30 | TADD | Jury Empanelment | mmyers | 1:04-CV-184-T | 101051101 |
| 100021748 | 2005-11-14 | 14:06:51 | VCRE | Create New Panel | mmyers | 1:04-CV-184-T | 101051101 |
| 100021748 | 2005-10-17 | 16:38:43 | RSUM | Print Summons | mmyers | note: NOVEMBER 14, 2005 | 101051101 |
| 100021748 | 2005-10-17 | 16:37:36 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 101051101 |
| 100021748 | 2005-09-06 | 16:11:38 | RDEF | Deferred Letter | mmyers | | |
| 100021748 | 2005-09-06 | 16:11:16 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101050901 |
| 100021748 | 2005-08-15 | 14:20:49 | RSUM | Print Summons | mmyers | note: SEPTEMBER 07, 200 | 101050901 |

**Exhibit D**