## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|--------|----------|--------------|-------------|-------------|--------|-----------|--------|

**2001 QJW Participant 100095731 summoned to 2005 Pool 101051101**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|--------|----------|--------------|-------------|-------------|--------|-----------|--------|
| 100095731 | 2005-10-26 | 15:41:07 | RDEF | Deferred Letter | mmyers | | |
| 100095731 | 2005-10-26 | 15:34:18 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101051101 |
| 100095731 | 2005-10-17 | 16:38:43 | RSUM | Print Summons | mmyers | note: NOVEMBER 14, 2005 | 101051101 |
| 100095731 | 2005-10-17 | 16:37:36 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 101051101 |
| 100095731 | 2005-09-06 | 08:42:55 | RDEF | Deferred Letter | mmyers | | |
| 100095731 | 2005-09-06 | 08:39:58 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101050901 |
| 100095731 | 2005-08-29 | 15:20:57 | RNRE | Non Responded Letter | mmyers | | 101050901 |
| 100095731 | 2005-08-15 | 14:20:49 | RSUM | Print Summons | mmyers | note: SEPTEMBER 07, 200 | 101050901 |
| 100095731 | 2003-02-19 | 12:55:47 | REXC | Excused Letter | wrobinson | | |
| 100095731 | 2003-02-19 | 12:33:27 | PEXC | Excuse Pool Member | wrobinson | Add Excuse - S | 201030302 |
| 100095731 | 2003-02-10 | 08:58:36 | RSUM | Print Summons | wrobinson | note: MARCH 10, 2003 | 201030302 |

**Exhibit E**