Pool Selection Report
Pool 201051103     Summons Date: 11/21/05

Jurisdiction: DISTRICT
Type: PETIT
Location: Middle District of Alabama
Regular Pool

Date: 3/7/2006
Time: 2:21 PM

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100168193 | 03-0001 | | | | | |
| 100153780 | 03-0002 | | | | | |
| 100147947 | 03-0003 | | | | | |
| 100167746 | 03-0004 | | | | | |
| 100154398 | 03-0005 | | | | | |
| 100203103 | 03-0006 | | | | | |
| 100157098 | 03-0007 | | | | | |
| 100118819 | 03-0008 | | | | | |
| 100208509 | 03-0009 | | | | | |
| 100183920 | 03-0010 | | | | | |
| 100123223 | 03-0011 | | | | | |
| 100157877 | 03-0012 | | | | | |
| 100118540 | 03-0013 | | | | | |
| 100151302 | 03-0014 | | | | | |
| 100202573 | 03-0015 | | | | | |
| 100211780 | 03-0016 | | | | | |
| 100124957 | 03-0017 | | | | | |
| 100155734 | 03-0018 | | | | | |
| 100211968 | 03-0019 | | | | | |
| 100119013 | 03-0020 | | | | | |
| 100118717 | 03-0021 | | | | | |
| 100164734 | 03-0022 | | | | | |
| 100204871 | 03-0023 | | | | | |
| 100148064 | 03-0024 | | | | | |
| 100164322 | 03-0025 | | | | | |
| 100205929 | 03-0026 | | | | | |
| 100204756 | 03-0027 | | | | | |
| 100150297 | 03-0028 | | | | | |
| 100148521 | 03-0029 | | | | | |
| 100211907 | 03-0030 | | | | | |
| 100146610 | 03-0031 | | | | | |
| 100151924 | 03-0032 | | | | | |
| 100119426 | 03-0033 | | | | | |
| 100144821 | 03-0034 | | | | | |
| 100165538 | 03-0035 | | | | | |
| 100208017 | 03-0036 | | | | | |
| 100152041 | 03-0037 | | | | | |
| 100145740 | 03-0038 | | | | | |
| 100126958 | 03-0039 | | | | | |
| 100154433 | 03-0040 | | | | | |
| 100151216 | 03-0041 | | | | | |
| 100145484 | 03-0042 | | | | | |
| 100156765 | 03-0043 | | | | | |
| 100166559 | 03-0044 | | | | | |
| 100146307 | 03-0045 | | | | | |
| 100153069 | 03-0046 | | | | | |
| 100127094 | 03-0047 | | | | | |
| 100157212 | 03-0048 | | | | | |
| 100168085 | 03-0049 | | | | | |
| 100167058 | 03-0050 | | | | | |
| 100158187 | 03-0051 | | | | | |
| 100157052 | 03-0052 | | | | | |
| 100209885 | 03-0053 | | | | | |
| 100120370 | 03-0054 | | | | | |
| 100208626 | 03-0055 | | | | | |
| 100211041 | 03-0056 | | | | | |
| 100203692 | 03-0057 | | | | | |

Exhibit F
Page 1

# Pool Selection Report
## Pool 201051103

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool  

Summons Date: **11/21/05**  
On Call  

Date: 3/7/2006  
Time: 2:21 PM

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100211897 | 03-0058 | | | | | |
| 100154475 | 03-0059 | | | | | |
| 100150966 | 03-0060 | | | | | |
| 100121270 | 03-0061 | | | | | |
| 100206993 | 03-0062 | | | | | |
| 100165632 | 03-0063 | | | | | |
| 100206742 | 03-0064 | | | | | |
| 100153036 | 03-0065 | | | | | |
| 100127034 | 03-0066 | | | | | |
| 100127231 | 03-0067 | | | | | |
| 100211929 | 03-0068 | | | | | |
| 100121372 | 03-0069 | | | | | |
| 100211956 | 03-0070 | | | | | |
| 100121867 | 03-0071 | | | | | |
| 100156665 | 03-0072 | | | | | |
| 100210720 | 03-0073 | | | | | |
| 100124773 | 03-0074 | | | | | |
| 100153861 | 03-0075 | | | | | |
| 100145777 | 03-0076 | | | | | |
| 100206730 | 03-0077 | | | | | |
| 100204285 | 03-0078 | | | | | |
| 100165956 | 03-0079 | | | | | |
| 100133041 | 03-0080 | | | | | |
| 100208069 | 03-0081 | | | | | |
| 100146108 | 03-0082 | | | | | |
| 100210589 | 03-0083 | | | | | |
| 100164163 | 03-0084 | | | | | |
| 100064707 | 03-0085 | | | | | |
| 100121582 | 03-0086 | | | | | |
| 100203950 | 03-0087 | | | | | |
| 100147259 | 03-0088 | | | | | |
| 100209128 | 03-0089 | | | | | |
| 100120685 | 03-0090 | | | | | |
| 100155543 | 03-0091 | | | | | |
| 100145272 | 03-0092 | | | | | |
| 100144052 | 03-0093 | | | | | |
| 100151586 | 03-0094 | | | | | |
| 100155466 | 03-0095 | | | | | |
| 100209616 | 03-0096 | | | | | |
| 100148703 | 03-0097 | | | | | |
| 100156108 | 03-0098 | | | | | |
| 100123929 | 03-0099 | | | | | |
| 100147289 | 03-0100 | | | | | |
| 100164890 | 03-0101 | | | | | |
| 100145728 | 03-0102 | | | | | |
| 100144998 | 03-0103 | | | | | |
| 100144444 | 03-0104 | | | | | |
| 100165569 | 03-0105 | | | | | |
| 100207586 | 03-0106 | | | | | |
| 100206447 | 03-0107 | | | | | |
| 100146257 | 03-0108 | | | | | |
| 100211565 | 03-0109 | | | | | |
| 100132852 | 03-0110 | | | | | |
| 100211989 | 03-0111 | | | | | |
| 100208999 | 03-0112 | | | | | |
| 100154825 | 03-0113 | | | | | |
| 100211336 | 03-0114 | | | | | |

Exhibit F  
Page 2

## Pool Selection Report
## Pool 201051103

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool

Summons Date: **11/21/05**  
Date: **3/7/2006**  
Time: **2:21 PM**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100125591 | | | | | | 1 |
| 100121131 | | | | | | 1 |
| 100203069 | | | | | | 3 |
| 100210689 | | | | | | 3 |
| 100153414 | | | | | | 2 |
| 100144816 | | | | | | 2 |
| 100206699 | | | | | | 3 |
| 100156119 | | | | | | 2 |
| 100133017 | | | | | | 1 |
| 100080011 | | | | | | 1 |
| 100120061 | | | | | | 1 |

**Total pool members: 125**