## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100064707 summoned to 2005 Pool 201051103**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100064707 | 2005-10-26 | 10:54:27 | RPSM | Re-Print Documents | mmyers | [Smns] note: NOVEMBER | 201051103 |
| 100064707 | 2005-10-26 | 10:41:42 | RSUM | Print Summons | mmyers | note: NOVEMBER 21, 2005 | 201051103 |
| 100064707 | 2005-10-26 | 10:33:47 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 201051103 |
| 100064707 | 2005-09-01 | 15:11:51 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 201050806 |
| 100064707 | 2005-08-08 | 15:06:57 | RSUM | Print Summons | mmyers | note: AUGUST 29, 2005 | 201050806 |
| 100064707 | 2002-10-31 | 08:20:03 | RSUM | Print Summons | wrobinson | note: DECEMBER 2, 2002 | 201021201 |
| 100064707 | 2002-10-31 | 08:15:49 | PDEF | Deferred Pool Member | wrobinson | Added to New Pool | 201021201 |
| 100064707 | 2002-03-28 | 12:34:55 | RDEF | Deferred Letter | wrobinson | | |
| 100064707 | 2002-03-28 | 12:08:48 | PDEF | Deferred Pool Member | wrobinson | Add Deferral | 201020404 |
| 100064707 | 2002-03-11 | 08:45:42 | RSUM | Print Summons | wrobinson | note: APRIL 15, 2002 | 201020404 |

**Exhibit G**