## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100080011 summoned to 2005 Pool 201051103**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100080011 | 2005-10-26 | 10:54:28 | RPSM | Re-Print Documents | mmyers | [Smns] note: NOVEMBER | 201051103 |
| 100080011 | 2005-10-26 | 10:41:43 | RSUM | Print Summons | mmyers | note: NOVEMBER 21, 2005 | 201051103 |
| 100080011 | 2005-10-26 | 10:33:47 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 201051103 |
| 100080011 | 2005-08-26 | 10:57:46 | RDEF | Deferred Letter | mmyers | | |
| 100080011 | 2005-08-26 | 10:45:27 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101050901 |
| 100080011 | 2005-08-15 | 14:20:49 | RSUM | Print Summons | mmyers | note: SEPTEMBER 07, 200 | 101050901 |
| 100080011 | 2003-01-30 | 09:22:43 | FADD | Appearance Payments | wrobinson | F30000097-1/30/03 | 99-137-N |
| 100080011 | 2003-01-22 | 09:06:16 | APOL | Pool Attendance | wrobinson | 01/21/03-P10000261 | 201030105 |
| 100080011 | 2003-01-21 | 13:27:48 | VRET | Return Panel | wrobinson | 99-137-N | 201030105 |
| 100080011 | 2003-01-21 | 13:11:02 | VCRE | Create New Panel | wrobinson | 99-137-N | 201030105 |
| 100080011 | 2003-01-16 | 15:18:16 | RRES | Responded Letter | wrobinson | | 201030105 |
| 100080011 | 2003-01-16 | 15:10:52 | RRES | Responded Letter | wrobinson | | 201030105 |
| 100080011 | 2002-12-11 | 12:14:23 | RSUM | Print Summons | wrobinson | note: JANUARY 21, 2003 | 201030105 |

**Exhibit H**