**Pool Selection Report**
**Pool 201051201**

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
Regular Pool

Summons Date: **12/05/05**
On Call

Date: 3/7/2006
Time: **2:21 PM**

| Part No | | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---------|---------|------|--------------------|-----------------|--------------|-----------------|---------------|
| 100183833 | 01-0001 | | | | | | |
| 100168188 | 01-0002 | | | | | | |
| 100157604 | 01-0003 | | | | | | |
| 100168420 | 01-0004 | | | | | | |
| 100146284 | 01-0005 | | | | | | |
| 100146096 | 01-0006 | | | | | | |
| 100150726 | 01-0007 | | | | | | |
| 100146066 | 01-0008 | | | | | | |
| 100148407 | 01-0009 | | | | | | |
| 100164265 | 01-0010 | | | | | | |
| 100151744 | 01-0011 | | | | | | |
| 100152851 | 01-0012 | | | | | | |
| 100146120 | 01-0013 | | | | | | |
| 100145055 | 01-0014 | | | | | | |
| 100166067 | 01-0015 | | | | | | |
| 100146055 | 01-0016 | | | | | | |
| 100016277 | 01-0017 | | | | | | |
| 100147603 | 01-0018 | | | | | | |
| 100144991 | 01-0019 | | | | | | |
| 100164002 | 01-0020 | | | | | | |
| 100147380 | 01-0021 | | | | | | |
| 100164302 | 01-0022 | | | | | | |
| 100164783 | 01-0023 | | | | | | |
| 100168199 | 01-0024 | | | | | | |
| 100148887 | 01-0025 | | | | | | |
| 100145248 | 01-0026 | | | | | | |
| 100155666 | 01-0027 | | | | | | |
| 100156962 | 01-0028 | | | | | | |
| 100151197 | 01-0029 | | | | | | |
| 100146125 | 01-0030 | | | | | | |
| 100147807 | 01-0031 | | | | | | |
| 100166533 | 01-0032 | | | | | | |
| 100165265 | 01-0033 | | | | | | |
| 100150460 | 01-0034 | | | | | | |
| 100155015 | 01-0035 | | | | | | |
| 100145845 | 01-0036 | | | | | | |
| 100150275 | 01-0037 | | | | | | |
| 100151004 | 01-0038 | | | | | | |
| 100146802 | 01-0039 | | | | | | |
| 100151178 | 01-0040 | | | | | | |
| 100147974 | 01-0041 | | | | | | |
| 100156746 | 01-0042 | | | | | | |
| 100166684 | 01-0043 | | | | | | |
| 100164771 | 01-0044 | | | | | | |
| 100147559 | 01-0045 | | | | | | |
| 100148264 | 01-0046 | | | | | | |
| 100152518 | 01-0047 | | | | | | |
| 100154846 | 01-0048 | | | | | | |
| 100148112 | 01-0049 | | | | | | |
| 100164808 | 01-0050 | | | | | | |
| 100163974 | 01-0051 | | | | | | |
| 100165637 | 01-0052 | | | | | | |
| 100147593 | 01-0053 | | | | | | |
| 100153637 | 01-0054 | | | | | | |
| 100148421 | 01-0055 | | | | | | |
| 100146707 | 01-0056 | | | | | | |
| 100155883 | 01-0057 | | | | | | |

Exhibit I
Page 1

## Pool Selection Report
### Pool 201051201

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**

**Summons Date: 12/05/05**
**On Call**

Date: 3/7/2006
Time: 2:21 PM

**Regular Pool**

| Part No | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---------|------|--------------------|-----------------|--------------|-----------------|---------------|
| 100167586 | 01-0058 | | | | | 2 |
| 100155258 | 01-0059 | | | | | 2 |
| 100156305 | 01-0060 | | | | | 2 |
| 100147721 | 01-0061 | | | | | 2 |
| 100155973 | 01-0062 | | | | | 2 |
| 100183949 | 01-0063 | | | | | 2 |
| 100151281 | 01-0064 | | | | | 2 |
| 100150033 | 01-0065 | | | | | 2 |
| 100146305 | 01-0066 | | | | | 2 |
| 100145425 | 01-0067 | | | | | 2 |
| 100152797 | 01-0068 | | | | | 2 |
| 100147596 | 01-0069 | | | | | 2 |
| 100150535 | 01-0070 | | | | | 2 |
| 100144366 | 01-0071 | | | | | 2 |
| 100166934 | 01-0072 | | | | | 2 |
| 100164775 | 01-0073 | | | | | 2 |
| 100183518 | 01-0074 | | | | | 2 |
| 100154569 | 01-0075 | | | | | 2 |
| 100165791 | 01-0076 | | | | | 2 |
| 100150802 | 01-0077 | | | | | 2 |
| 100158058 | 01-0078 | | | | | 2 |
| 100167536 | 01-0079 | | | | | 2 |
| 100153967 | 01-0080 | | | | | 2 |
| 100145196 | 01-0081 | | | | | 2 |
| 100154331 | 01-0082 | | | | | 2 |
| 100164137 | 01-0083 | | | | | 2 |
| 100156597 | 01-0084 | | | | | 2 |
| 100147458 | 01-0085 | | | | | 2 |
| 100147437 | 01-0086 | | | | | 2 |
| 100168290 | 01-0087 | | | | | 2 |
| 100157821 | 01-0088 | | | | | 2 |
| 100151561 | 01-0089 | | | | | 2 |
| 100156419 | 01-0090 | | | | | 2 |
| 100154609 | 01-0091 | | | | | 2 |
| 100155875 | 01-0092 | | | | | 2 |
| 100149636 | 01-0093 | | | | | 2 |
| 100144459 | 01-0094 | | | | | 2 |
| 100153585 | 01-0095 | | | | | 2 |
| 100148558 | 01-0096 | | | | | 2 |
| 100147338 | 01-0097 | | | | | 2 |
| 100167743 | 01-0098 | | | | | 2 |
| 100148190 | 01-0099 | | | | | 2 |
| 100156989 | 01-0100 | | | | | 2 |

**Total pool members: 100**

**Exhibit I**
**Page 2**