## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100016277 summoned to 2005 Pool 201051201**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100016277 | 2005-11-08 | 15:51:56 | RSUM | Print Summons | mmyers | note: DECEMBER 05, 2005 | 201051201 |
| 100016277 | 2005-11-08 | 15:48:40 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 201051201 |
| 100016277 | 2005-08-31 | 14:41:07 | RDEF | Deferred Letter | mmyers | | |
| 100016277 | 2005-08-31 | 09:34:37 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 201050806 |
| 100016277 | 2005-08-08 | 15:06:55 | RSUM | Print Summons | mmyers | note: AUGUST 29, 2005 | 201050806 |
| 100016277 | 2003-02-18 | 15:18:14 | RSUM | Print Summons | wrobinson | note: MARCH 03, 2003 | 201030303 |

**Exhibit J**