**Pool Selection Report**
**Pool 201060201**

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
Regular Pool

Summons Date: **02/13/06**

Date: 3/7/2006
Time: 2:23 PM

| Part No | | City/ | Appearance | Voter | Drivers | Division |
|---|---|---|---|---|---|---|
| 100203623 | 01-0001 | | | | | |
| 100165445 | 01-0002 | | | | | |
| 100192499 | 01-0003 | | | | | |
| 100145382 | 01-0004 | | | | | |
| 100208302 | 01-0005 | | | | | |
| 100205133 | 01-0006 | | | | | |
| 100185859 | 01-0007 | | | | | |
| 100186256 | 01-0008 | | | | | |
| 100204953 | 01-0009 | | | | | |
| 100157279 | 01-0010 | | | | | |
| 100154845 | 01-0011 | | | | | |
| 100186239 | 01-0012 | | | | | |
| 100142162 | 01-0013 | | | | | |
| 100205275 | 01-0014 | | | | | |
| 100130097 | 01-0015 | | | | | |
| 100125563 | 01-0016 | | | | | |
| 100155970 | 01-0017 | | | | | |
| 100165926 | 01-0018 | | | | | |
| 100137833 | 01-0019 | | | | | |
| 100201994 | 01-0020 | | | | | |
| 100191799 | 01-0021 | | | | | |
| 100210534 | 01-0022 | | | | | |
| 100209338 | 01-0023 | | | | | |
| 100146803 | 01-0024 | | | | | |
| 100183571 | 01-0025 | | | | | |
| 100162975 | 01-0026 | | | | | |
| 100167302 | 01-0027 | | | | | |
| 100151906 | 01-0028 | | | | | |
| 100121818 | 01-0029 | | | | | |
| 100190234 | 01-0030 | | | | | |
| 100116925 | 01-0031 | | | | | |
| 100190291 | 01-0032 | | | | | |
| 100163341 | 01-0033 | | | | | |
| 100147747 | 01-0034 | | | | | |
| 100133359 | 01-0035 | | | | | |
| 100191125 | 01-0036 | | | | | |
| 100157699 | 01-0037 | | | | | |
| 100146832 | 01-0038 | | | | | |
| 100170739 | 01-0039 | | | | | |
| 100188614 | 01-0040 | | | | | |
| 100205406 | 01-0041 | | | | | |
| 100186040 | 01-0042 | | | | | |
| 100163785 | 01-0043 | | | | | |
| 100203980 | 01-0044 | | | | | |
| 100155991 | 01-0045 | | | | | |
| 100151813 | 01-0046 | | | | | |
| 100155850 | 01-0047 | | | | | |
| 100153181 | 01-0048 | | | | | |
| 100209184 | 01-0049 | | | | | |
| 100125981 | 01-0050 | | | | | |
| 100176784 | 01-0051 | | | | | |
| 100153769 | 01-0052 | | | | | |
| 100151866 | 01-0053 | | | | | |
| 100127981 | 01-0054 | | | | | |
| 100182966 | 01-0055 | | | | | |
| 100138109 | 01-0056 | | | | | |
| 100164497 | 01-0057 | | | | | |

Exhibit K
Page 1

| | | Pool Selection Report | | |
|---|---|---|---|---|
| Jurisdiction: | DISTRICT | Pool 201060201 | Summons Date: 02/13/06 | Date: 3/7/2006 |
| Type: | PETIT | | | Time: 2:23 PM |
| Location: | Middle District of Alabama Regular Pool | | | |

| Part No | | City/ | Appearance | Voter | Drivers | Division |
|---|---|---|---|---|---|---|
| 100145089 | 01-0058 | | | | | |
| 100168193 | 01-0059 | | | | | |
| 100162385 | 01-0060 | | | | | |
| 100181757 | 01-0061 | | | | | |
| 100205018 | 01-0062 | | | | | |
| 100153894 | 01-0063 | | | | | |
| 100128713 | 01-0064 | | | | | |
| 100127339 | 01-0065 | | | | | |
| 100153180 | 01-0066 | | | | | |
| 100128340 | 01-0067 | | | | | |
| 100134179 | 01-0068 | | | | | |
| 100211014 | 01-0069 | | | | | |
| 100199649 | 01-0070 | | | | | |
| 100153419 | 01-0071 | | | | | |
| 100150228 | 01-0072 | | | | | |
| 100155272 | 01-0073 | | | | | |
| 100202488 | 01-0074 | | | | | |
| 100122926 | 01-0075 | | | | | |
| 100193881 | 01-0076 | | | | | |
| 100123838 | 01-0077 | | | | | |
| 100209324 | 01-0078 | | | | | |
| 100171076 | 01-0079 | | | | | |
| 100121160 | 01-0080 | | | | | |
| 100147108 | 01-0081 | | | | | |
| 100167782 | 01-0082 | | | | | |
| 100202022 | 01-0083 | | | | | |
| 100211963 | 01-0084 | | | | | |
| 100210633 | 01-0085 | | | | | |
| 100194991 | 01-0086 | | | | | |
| 100205582 | 01-0087 | | | | | |
| 100190256 | 01-0088 | | | | | |
| 100150584 | 01-0089 | | | | | |
| 100183601 | 01-0090 | | | | | |
| 100165469 | 01-0091 | | | | | |
| 100194476 | 01-0092 | | | | | |
| 100132823 | 01-0093 | | | | | |
| 100125445 | 01-0094 | | | | | |
| 100172836 | 01-0095 | | | | | |
| 100135956 | 01-0096 | | | | | |
| 100205588 | 01-0097 | | | | | |
| 100139727 | 01-0098 | | | | | |
| 100116411 | 01-0099 | | | | | |
| 100156584 | 01-0100 | | | | | |
| 100157307 | 01-0101 | | | | | |
| 100162043 | 01-0102 | | | | | |
| 100115692 | 01-0103 | | | | | |
| 100203703 | 01-0104 | | | | | |
| 100208063 | 01-0105 | | | | | |
| 100137527 | 01-0106 | | | | | |
| 100119423 | 01-0107 | | | | | |
| 100157331 | 01-0108 | | | | | |
| 100183847 | 01-0109 | | | | | |
| 100141700 | 01-0110 | | | | | |
| 100156281 | 01-0111 | | | | | |
| 100151395 | 01-0112 | | | | | |
| 100170530 | 01-0113 | | | | | |
| 100145790 | 01-0114 | | | | | |

## Pool Selection Report
### Pool 201060201

Jurisdiction: DISTRICT
Type: PETIT
Location: Middle District of Alabama
Regular Pool

Summons Date: 02/13/06

Date: 3/7/2006
Time: 2:23 PM

| Part No | | City/ | Appearance | Voter | Drivers | Division |
|---|---|---|---|---|---|---|
| 100175392 | 01-0115 | | | | | |
| 100183693 | 01-0116 | | | | | |
| 100172225 | 01-0117 | | | | | |
| 100198225 | 01-0118 | | | | | |
| 100197211 | 01-0119 | | | | | |
| 100125534 | 01-0120 | | | | | |
| 100203343 | 01-0121 | | | | | |
| 100142030 | 01-0122 | | | | | |
| 100197266 | 01-0123 | | | | | |
| 100146659 | 01-0124 | | | | | |
| 100147953 | 01-0125 | | | | | |
| 100132487 | 01-0126 | | | | | |
| 100163599 | 01-0127 | | | | | |
| 100131260 | 01-0128 | | | | | |
| 100203247 | 01-0129 | | | | | |
| 100123978 | 01-0130 | | | | | |
| 100144621 | 01-0131 | | | | | |
| 100132155 | 01-0132 | | | | | |
| 100163302 | 01-0133 | | | | | |
| 100121239 | 01-0134 | | | | | |
| 100132850 | 01-0135 | | | | | |
| 100154064 | 01-0136 | | | | | |
| 100144296 | 01-0137 | | | | | |
| 100163868 | 01-0138 | | | | | |
| 100118759 | 01-0139 | | | | | |
| 100198454 | 01-0140 | | | | | |
| 100158096 | 01-0141 | | | | | |
| 100184585 | 01-0142 | | | | | |
| 100132980 | 01-0143 | | | | | |
| 100205516 | 01-0144 | | | | | |
| 100120620 | 01-0145 | | | | | |
| 100130051 | 01-0146 | | | | | |
| 100129329 | 01-0147 | | | | | |
| 100149581 | 01-0148 | | | | | |
| 100199468 | 01-0149 | | | | | |
| 100127683 | 01-0150 | | | | | |
| 100153598 | 01-0151 | | | | | |
| 100184475 | 01-0152 | | | | | |
| 100199952 | 01-0153 | | | | | |
| 100196153 | 01-0154 | | | | | |
| 100137544 | 01-0155 | | | | | |
| 100182277 | 01-0156 | | | | | |
| 100194379 | 01-0157 | | | | | |
| 100194494 | 01-0158 | | | | | |
| 100121815 | 01-0159 | | | | | |
| 100126487 | 01-0160 | | | | | |
| 100200517 | 01-0161 | | | | | |
| 100135150 | 01-0162 | | | | | |
| 100148421 | 01-0163 | | | | | |
| 100152118 | 01-0164 | | | | | |
| 100152596 | 01-0165 | | | | | |
| 100159985 | 01-0166 | | | | | |
| 100181273 | 01-0167 | | | | | |
| 100210691 | 01-0168 | | | | | |
| 100119298 | 01-0169 | | | | | |
| 100207485 | 01-0170 | | | | | |
| 100152761 | 01-0171 | | | | | |

Exhibit K
Page 3

## Pool Selection Report
## Pool 201060201

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool

Summons Date: 02/13/06  
Date: 3/7/2006  
Time: 2:23 PM

City/    Appearance   Voter    Drivers   Division

| Part No | |
|---|---|
| 100147201 | 01-0172 |
| 100210086 | 01-0173 |
| 100211813 | 01-0174 |
| 100130344 | 01-0175 |
| 100180060 | 01-0176 |
| 100151388 | 01-0177 |
| 100183943 | 01-0178 |
| 100184044 | 01-0179 |
| 100125849 | 01-0180 |
| 100207546 | 01-0181 |
| 100151755 | 01-0182 |
| 100142060 | 01-0183 |
| 100139176 | 01-0184 |
| 100132269 | 01-0185 |
| 100135361 | 01-0186 |
| 100149179 | 01-0187 |
| 100206901 | 01-0188 |
| 100184419 | 01-0189 |
| 100155503 | 01-0190 |
| 100112848 | 01-0191 |
| 100178696 | 01-0192 |
| 100136657 | 01-0193 |
| 100136155 | 01-0194 |
| 100144091 | 01-0195 |
| 100164080 | 01-0196 |
| 100116396 | 01-0197 |
| 100202234 | 01-0198 |
| 100164121 | 01-0199 |
| 100183821 | 01-0200 |
| 100123781 | 01-0201 |
| 100204961 | 01-0202 |
| 100140138 | 01-0203 |
| 100131147 | 01-0204 |
| 100181012 | 01-0205 |
| 100155619 | 01-0206 |
| 100200728 | 01-0207 |
| 100155174 | 01-0208 |
| 100148245 | 01-0209 |
| 100145644 | 01-0210 |
| 100211026 | 01-0211 |
| 100150929 | 01-0212 |
| 100120113 | 01-0213 |
| 100176387 | 01-0214 |
| 100166531 | 01-0215 |
| 100208430 | 01-0216 |
| 100210829 | 01-0217 |
| 100191052 | 01-0218 |
| 100164777 | 01-0219 |
| 100157078 | 01-0220 |
| 100126916 | 01-0221 |
| 100163841 | 01-0222 |
| 100170630 | 01-0223 |
| 100158506 | 01-0224 |
| 100146933 | 01-0225 |
| 100119446 | 01-0226 |
| 100126471 | 01-0227 |
| 100202351 | 01-0228 |

Exhibit K  
Page 4

## Pool Selection Report
## Pool 201060201

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
**Regular Pool**

Summons Date: **02/13/06**

Date: **3/7/2006**  
Time: **2:23 PM**

| Part No | | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100175637 | 01-0229 | | | | | 2 |
| 100210016 | 01-0230 | | | | | 3 |
| 100193953 | 01-0231 | | | | | 3 |
| 100173146 | 01-0232 | | | | | 2 |
| 100146100 | 01-0233 | | | | | 2 |
| 100169918 | 01-0234 | | | | | 2 |
| 100123261 | 01-0235 | | | | | 1 |
| 100205902 | 01-0236 | | | | | 3 |
| 100148894 | 01-0237 | | | | | 2 |
| 100168090 | 01-0238 | | | | | 2 |
| 100205154 | 01-0239 | | | | | 3 |
| 100190258 | 01-0240 | | | | | 3 |
| 100178659 | 01-0241 | | | | | 2 |
| 100165691 | 01-0242 | | | | | 2 |
| 100124207 | 01-0243 | | | | | 1 |
| 100167144 | 01-0244 | | | | | 2 |
| 100130590 | 01-0245 | | | | | 1 |
| 100053169 | 01-0246 | | | | | 1 |
| 100127922 | 01-0247 | | | | | 1 |
| 100121171 | 01-0248 | | | | | 1 |
| 100136138 | 01-0249 | | | | | 2 |
| 100121674 | 01-0250 | | | | | 1 |

**Total pool members: 250**