# Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100053169 summoned to 2005 Pool 201060201**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100053169 | 2006-01-30 | 15:36:34 | RDEF | Deferred Letter | mmyers | | |
| 100053169 | 2006-01-30 | 13:58:49 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 201060201 |
| 100053169 | 2006-01-13 | 10:17:34 | RSUM | Print Summons | mmyers | note: FEBRUARY 13, 2006 | 201060201 |
| 100053169 | 2006-01-13 | 10:13:11 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 201060201 |
| 100053169 | 2005-08-26 | 10:57:46 | RDEF | Deferred Letter | mmyers | | |
| 100053169 | 2005-08-26 | 10:46:14 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101050901 |
| 100053169 | 2005-08-15 | 14:20:49 | RSUM | Print Summons | mmyers | note: SEPTEMBER 07, 200 | 101050901 |
| 100053169 | 2004-03-18 | 12:39:32 | DCHG | Change Deferral Record | wrobinson | Returned To Master | 201030801 |
| 100053169 | 2003-08-04 | 12:47:35 | RDEF | Deferred Letter | wrobinson | | |
| 100053169 | 2003-08-04 | 12:35:37 | PDEF | Deferred Pool Member | wrobinson | Add Deferral | 201030801 |
| 100053169 | 2003-07-14 | 10:46:51 | RSUM | Print Summons | wrobinson | note: AUGUST 11, 2003 | 201030801 |

**Exhibit L**