## Pool Selection Report
## Pool 201060202

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama Regular Pool**  

Summons Date: 02/27/06 On Call  
Date: 3/7/2006  
Time: 2:23 PM

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100155187 | 02-0001 | | | | | 2 |
| 100135172 | 02-0002 | | | | | 2 |
| 100166140 | 02-0003 | | | | | 2 |
| 100176725 | 02-0004 | | | | | 2 |
| 100136091 | 02-0005 | | | | | 2 |
| 100141436 | 02-0006 | | | | | 2 |
| 100141981 | 02-0007 | | | | | 2 |
| 100148014 | 02-0008 | | | | | 2 |
| 100177901 | 02-0009 | | | | | 2 |
| 100153227 | 02-0010 | | | | | 2 |
| 100165681 | 02-0011 | | | | | 2 |
| 100173500 | 02-0012 | | | | | 2 |
| 100145018 | 02-0013 | | | | | 2 |
| 100174169 | 02-0014 | | | | | 2 |
| 100144892 | 02-0015 | | | | | 2 |
| 100156853 | 02-0016 | | | | | 2 |
| 100143173 | 02-0017 | | | | | 2 |
| 100166407 | 02-0018 | | | | | 2 |
| 100179160 | 02-0019 | | | | | 2 |
| 100183935 | 02-0020 | | | | | 2 |
| 100145410 | 02-0021 | | | | | 2 |
| 100146676 | 02-0022 | | | | | 2 |
| 100147434 | 02-0023 | | | | | 2 |
| 100167389 | 02-0024 | | | | | 2 |
| 100153521 | 02-0025 | | | | | 2 |
| 100165434 | 02-0026 | | | | | 2 |
| 100178913 | 02-0027 | | | | | 2 |
| 100156725 | 02-0028 | | | | | 2 |
| 100146976 | 02-0029 | | | | | 2 |
| 100151133 | 02-0030 | | | | | 2 |
| 100165565 | 02-0031 | | | | | 2 |
| 100140294 | 02-0032 | | | | | 2 |
| 100163163 | 02-0033 | | | | | 2 |
| 100150162 | 02-0034 | | | | | 2 |
| 100163022 | 02-0035 | | | | | 2 |
| 100133686 | 02-0036 | | | | | 2 |
| 100160415 | 02-0037 | | | | | 2 |
| 100158219 | 02-0038 | | | | | 2 |
| 100138252 | 02-0039 | | | | | 2 |
| 100157853 | 02-0040 | | | | | 2 |
| 100168314 | 02-0041 | | | | | 2 |
| 100151879 | 02-0042 | | | | | 2 |
| 100165194 | 02-0043 | | | | | 2 |
| 100062317 | 02-0044 | | | | | 2 |
| 100182650 | 02-0045 | | | | | 2 |
| 100146871 | 02-0046 | | | | | 2 |
| 100168029 | 02-0047 | | | | | 2 |
| 100178116 | 02-0048 | | | | | 2 |
| 100153139 | 02-0049 | | | | | 2 |
| 100059653 | 02-0050 | | | | | 2 |

**Total pool members: 50**