## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| **2001 QJW Participant 100062317 summoned to 2005 Pool 201060202** | | | | | | | |
| 100062317 | 2006-01-24 | 16:44:28 | RSUM | Print Summons | mmyers | note: FEBRUARY 27, 2006 | 201060202 |
| 100062317 | 2006-01-24 | 16:41:16 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 201060202 |
| 100062317 | 2005-08-26 | 10:57:46 | RDEF | Deferred Letter | mmyers | | |
| 100062317 | 2005-08-26 | 10:38:17 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 201050806 |
| 100062317 | 2005-08-19 | 13:50:51 | RNRE | Non Responded Letter | mmyers | | 201050806 |
| 100062317 | 2005-08-08 | 15:06:55 | RSUM | Print Summons | mmyers | note: AUGUST 29, 2005 | 201050806 |
| 100062317 | 2002-01-14 | 11:47:17 | RSUM | Print Summons | wrobinson | note: February 11, 2002 | 201020201 |

**Exhibit N**