**Pool Selection Report**
**Pool 201060303**

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
**Regular Pool**

Summons Date: **03/20/06**
Date: 3/7/2006
Time: 2:20 PM

| Part No | | City/ | Appearance | Voter | Drivers | Division |
|---|---|---|---|---|---|---|
| 100204999 | 03-0001 | | | | | |
| 100164848 | 03-0002 | | | | | |
| 100151067 | 03-0003 | | | | | |
| 100122731 | 03-0004 | | | | | |
| 100197555 | 03-0005 | | | | | |
| 100163631 | 03-0006 | | | | | |
| 100115129 | 03-0007 | | | | | |
| 100155124 | 03-0008 | | | | | |
| 100199709 | 03-0009 | | | | | |
| 100113454 | 03-0010 | | | | | |
| 100138919 | 03-0011 | | | | | |
| 100154039 | 03-0012 | | | | | |
| 100130028 | 03-0013 | | | | | |
| 100210918 | 03-0014 | | | | | |
| 100211361 | 03-0015 | | | | | |
| 100138705 | 03-0016 | | | | | |
| 100148451 | 03-0017 | | | | | |
| 100119608 | 03-0018 | | | | | |
| 100149457 | 03-0019 | | | | | |
| 100162597 | 03-0020 | | | | | |
| 100171551 | 03-0021 | | | | | |
| 100128583 | 03-0022 | | | | | |
| 100153513 | 03-0023 | | | | | |
| 100125480 | 03-0024 | | | | | |
| 100160581 | 03-0025 | | | | | |
| 100207845 | 03-0026 | | | | | |
| 100206189 | 03-0027 | | | | | |
| 100137196 | 03-0028 | | | | | |
| 100144741 | 03-0029 | | | | | |
| 100153109 | 03-0030 | | | | | |
| 100167966 | 03-0031 | | | | | |
| 100144264 | 03-0032 | | | | | |
| 100133118 | 03-0033 | | | | | |
| 100114887 | 03-0034 | | | | | |
| 100150662 | 03-0035 | | | | | |
| 100203788 | 03-0036 | | | | | |
| 100199989 | 03-0037 | | | | | |
| 100122577 | 03-0038 | | | | | |
| 100208768 | 03-0039 | | | | | |
| 100126202 | 03-0040 | | | | | |
| 100149365 | 03-0041 | | | | | |
| 100120543 | 03-0042 | | | | | |
| 100149155 | 03-0043 | | | | | |
| 100167991 | 03-0044 | | | | | |
| 100166771 | 03-0045 | | | | | |
| 100207597 | 03-0046 | | | | | |
| 100128107 | 03-0047 | | | | | |
| 100173785 | 03-0048 | | | | | |
| 100166090 | 03-0049 | | | | | |
| 100192422 | 03-0050 | | | | | |
| 100193346 | 03-0051 | | | | | |
| 100176320 | 03-0052 | | | | | |
| 100203059 | 03-0053 | | | | | |
| 100154337 | 03-0054 | | | | | |
| 100149608 | 03-0055 | | | | | |
| 100202599 | 03-0056 | | | | | |
| 100190974 | 03-0057 | | | | | |

Exhibit P
Page 1

## Pool Selection Report
## Pool 201060303

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool

Summons Date: **03/20/06**

Date: 3/7/2006  
Time: 2:20 PM

| Part No | | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|---|
| 100154678 | 03-0058 | | | | | | 2 |
| 100159152 | 03-0059 | | | | | | 2 |
| 100150826 | 03-0060 | | | | | | 2 |
| 100139884 | 03-0061 | | | | | | 2 |
| 100206786 | 03-0062 | | | | | | 3 |
| 100113938 | 03-0063 | | | | | | 1 |
| 100126183 | 03-0064 | | | | | | 1 |
| 100117542 | 03-0065 | | | | | | 1 |
| 100206614 | 03-0066 | | | | | | 3 |
| 100167577 | 03-0067 | | | | | | 2 |
| 100125714 | 03-0068 | | | | | | 1 |
| 100207650 | 03-0069 | | | | | | 3 |
| 100161581 | 03-0070 | | | | | | 2 |
| 100144750 | 03-0071 | | | | | | 2 |
| 100148840 | 03-0072 | | | | | | 2 |
| 100155092 | 03-0073 | | | | | | 2 |
| 100124554 | 03-0074 | | | | | | 1 |
| 100193177 | 03-0075 | | | | | | 3 |
| 100177441 | 03-0076 | | | | | | 2 |
| 100163300 | 03-0077 | | | | | | 2 |
| 100159888 | 03-0078 | | | | | | 2 |
| 100148099 | 03-0079 | | | | | | 2 |
| 100212516 | 03-0080 | | | | | | 3 |
| 100208718 | 03-0081 | | | | | | 3 |
| 100207017 | 03-0082 | | | | | | 3 |
| 100133612 | 03-0083 | | | | | | 2 |
| 100144464 | 03-0084 | | | | | | 2 |
| 100149049 | 03-0085 | | | | | | 2 |
| 100144557 | 03-0086 | | | | | | 2 |
| 100047376 | 03-0087 | | | | | | 1 |
| 100191275 | 03-0088 | | | | | | 3 |
| 100165050 | 03-0089 | | | | | | 2 |
| 100125293 | 03-0090 | | | | | | 1 |
| 100206218 | 03-0091 | | | | | | 3 |
| 100187932 | 03-0092 | | | | | | 3 |
| 100138623 | 03-0093 | | | | | | 2 |
| 100204704 | 03-0094 | | | | | | 3 |
| 100204480 | 03-0095 | | | | | | 3 |
| 100152770 | 03-0096 | | | | | | 2 |
| 100158016 | 03-0097 | | | | | | 2 |
| 100165365 | 03-0098 | | | | | | 2 |
| 100207907 | 03-0099 | | | | | | 3 |
| 100125591 | 03-0100 | | | | | | 1 |

**Total pool members: 100**