## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|

**2001 QJW Participant 100047376 summoned to 2005 Pool 201060303**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|---|---|---|---|---|---|---|---|
| 100047376 | 2005-08-26 | 10:57:46 | RDEF | Deferred Letter | mmyers | | |
| 100047376 | 2005-08-26 | 10:36:00 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 201050806 |
| 100047376 | 2005-08-22 | 15:51:34 | RPSM | Re-Print Documents | mmyers | [Smns] note: AUGUST 29 | 201050806 |
| 100047376 | 2005-08-19 | 13:50:51 | RNRE | Non Responded Letter | mmyers | | 201050806 |
| 100047376 | 2005-08-08 | 15:06:55 | RSUM | Print Summons | mmyers | note: AUGUST 29, 2005 | 201050806 |
| 100047376 | 2003-08-13 | 10:24:31 | FADD | Appearance Payments | wrobinson | F30000121-8/13/03 | CR 02-107 |
| 100047376 | 2003-08-12 | 10:15:11 | APOL | Pool Attendance | wrobinson | 08/11/03-P10000343 | 201030801 |
| 100047376 | 2003-08-11 | 16:25:28 | VRET | Return Panel | wrobinson | CR 02-107-E | 201030801 |
| 100047376 | 2003-08-11 | 16:20:35 | VCRE | Create New Panel | wrobinson | CR 02-107-E | 201030801 |
| 100047376 | 2003-07-14 | 10:46:50 | RSUM | Print Summons | wrobinson | note: AUGUST 11, 2003 | 201030801 |

**Exhibit Q**