# Pool Selection Report
## Pool 201060403

| | |
|---|---|
| Jurisdiction: **DISTRICT** | Summons Date: **04/19/06** |
| Type: **PETIT** | Date: **5/4/2006** |
| Location: **Middle District of Alabama** | Time: **10:18 AM** |

### Regular Pool

| Part No | | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|---|
| 100159939 | 03-0001 | | | | | | |
| 100163067 | 03-0002 | | | | | | |
| 100130889 | 03-0003 | | | | | | |
| 100170333 | 03-0004 | | | | | | |
| 100123884 | 03-0005 | | | | | | |
| 100185132 | 03-0006 | | | | | | |
| 100205306 | 03-0007 | | | | | | |
| 100212574 | 03-0008 | | | | | | |
| 100137924 | 03-0009 | | | | | | |
| 100123555 | 03-0010 | | | | | | |
| 100212526 | 03-0011 | | | | | | |
| 100127250 | 03-0012 | | | | | | |
| 100164646 | 03-0013 | | | | | | |
| 100119058 | 03-0014 | | | | | | |
| 100158063 | 03-0015 | | | | | | |
| 100202544 | 03-0016 | | | | | | |
| 100196921 | 03-0017 | | | | | | |
| 100154274 | 03-0018 | | | | | | |
| 100138217 | 03-0019 | | | | | | |
| 100143784 | 03-0020 | | | | | | |
| 100118698 | 03-0021 | | | | | | |
| 100137445 | 03-0022 | | | | | | |
| 100202531 | 03-0023 | | | | | | |
| 100199887 | 03-0024 | | | | | | |
| 100150953 | 03-0025 | | | | | | |
| 100114629 | 03-0026 | | | | | | |
| 100119954 | 03-0027 | | | | | | |
| 100148343 | 03-0028 | | | | | | |
| 100191642 | 03-0029 | | | | | | |
| 100169979 | 03-0030 | | | | | | |
| 100173039 | 03-0031 | | | | | | |
| 100149636 | 03-0032 | | | | | | |
| 100146676 | 03-0033 | | | | | | |
| 100156186 | 03-0034 | | | | | | |
| 100125019 | 03-0035 | | | | | | |
| 100144362 | 03-0036 | | | | | | |
| 100208204 | 03-0037 | | | | | | |
| 100174571 | 03-0038 | | | | | | |
| 100135824 | 03-0039 | | | | | | |
| 100136071 | 03-0040 | | | | | | |
| 100127483 | 03-0041 | | | | | | |
| 100151994 | 03-0042 | | | | | | |
| 100181355 | 03-0043 | | | | | | |
| 100179092 | 03-0044 | | | | | | |
| 100163936 | 03-0045 | | | | | | |
| 100158503 | 03-0046 | | | | | | |
| 100128314 | 03-0047 | | | | | | |
| 100205923 | 03-0048 | | | | | | |
| 100203335 | 03-0049 | | | | | | |
| 100152000 | 03-0050 | | | | | | |
| 100163673 | 03-0051 | | | | | | |
| 100186908 | 03-0052 | | | | | | |
| 100195239 | 03-0053 | | | | | | |
| 100209098 | 03-0054 | | | | | | |
| 100211166 | 03-0055 | | | | | | |
| 100209183 | 03-0056 | | | | | | |
| 100146649 | 03-0057 | | | | | | |

## Pool Selection Report
### Pool 201060403

| | | |
|---|---|---|
| Jurisdiction: **DISTRICT** | Summons Date: **04/19/06** | Date: **5/4/2006** |
| Type: **PETIT** | | Time: **10:18 AM** |
| Location: **Middle District of Alabama** | | |

**Regular Pool**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100121313 | 03-0058 | | | | | |
| 100134229 | 03-0059 | | | | | |
| 100153780 | 03-0060 | | | | | |
| 100206536 | 03-0061 | | | | | |
| 100132461 | 03-0062 | | | | | |
| 100191632 | 03-0063 | | | | | |
| 100187871 | 03-0064 | | | | | |
| 100190583 | 03-0065 | | | | | |
| 100178668 | 03-0066 | | | | | |
| 100122893 | 03-0067 | | | | | |
| 100125727 | 03-0068 | | | | | |
| 100118747 | 03-0069 | | | | | |
| 100192582 | 03-0070 | | | | | |
| 100156564 | 03-0071 | | | | | |
| 100151179 | 03-0072 | | | | | |
| 100132498 | 03-0073 | | | | | |
| 100189650 | 03-0074 | | | | | |
| 100201231 | 03-0075 | | | | | |
| 100153829 | 03-0076 | | | | | |
| 100172958 | 03-0077 | | | | | |
| 100161486 | 03-0078 | | | | | |
| 100125104 | 03-0079 | | | | | |
| 100183251 | 03-0080 | | | | | |
| 100206878 | 03-0081 | | | | | |
| 100125491 | 03-0082 | | | | | |
| 100151726 | 03-0083 | | | | | |
| 100210428 | 03-0084 | | | | | |
| 100160767 | 03-0085 | | | | | |
| 100157184 | 03-0086 | | | | | |
| 100152602 | 03-0087 | | | | | |
| 100176919 | 03-0088 | | | | | |
| 100147767 | 03-0089 | | | | | |
| 100145344 | 03-0090 | | | | | |
| 100153794 | 03-0091 | | | | | |
| 100129990 | 03-0092 | | | | | |
| 100143771 | 03-0093 | | | | | |
| 100119001 | 03-0094 | | | | | |
| 100190921 | 03-0095 | | | | | |
| 100200117 | 03-0096 | | | | | |
| 100125003 | 03-0097 | | | | | |
| 100155497 | 03-0098 | | | | | |
| 100117134 | 03-0099 | | | | | |
| 100195013 | 03-0100 | | | | | |
| 100203232 | 03-0101 | | | | | |
| 100160277 | 03-0102 | | | | | |
| 100148258 | 03-0103 | | | | | |
| 100203216 | 03-0104 | | | | | |
| 100124138 | 03-0105 | | | | | |
| 100125856 | 03-0106 | | | | | |
| 100123613 | 03-0107 | | | | | |
| 100122933 | 03-0108 | | | | | |
| 100206843 | 03-0109 | | | | | |
| 100151316 | 03-0110 | | | | | |
| 100174112 | 03-0111 | | | | | |
| 100183230 | 03-0112 | | | | | |
| 100168213 | 03-0113 | | | | | |
| 100209470 | 03-0114 | | | | | |

Exhibit R
Page 2

# Pool Selection Report
## Pool 201060403

| | |
|---|---|
| Jurisdiction: **DISTRICT** | Summons Date: **04/19/06** |
| Type: **PETIT** | Date: **5/4/2006** |
| Location: **Middle District of Alabama** | Time: **10:18 AM** |

**Regular Pool**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100133064 | 03-0115 | | | | | |
| 100134080 | 03-0116 | | | | | |
| 100150126 | 03-0117 | | | | | |
| 100119870 | 03-0118 | | | | | |
| 100165577 | 03-0119 | | | | | |
| 100175578 | 03-0120 | | | | | |
| 100160083 | 03-0121 | | | | | |
| 100178231 | 03-0122 | | | | | |
| 100206425 | 03-0123 | | | | | |
| 100122340 | 03-0124 | | | | | |
| 100184357 | 03-0125 | | | | | |
| 100166385 | 03-0126 | | | | | |
| 100164920 | 03-0127 | | | | | |
| 100176459 | 03-0128 | | | | | |
| 100127156 | 03-0129 | | | | | |
| 100170547 | 03-0130 | | | | | |
| 100191299 | 03-0131 | | | | | |
| 100186151 | 03-0132 | | | | | |
| 100140669 | 03-0133 | | | | | |
| 100141854 | 03-0134 | | | | | |
| 100145542 | 03-0135 | | | | | |
| 100166619 | 03-0136 | | | | | |
| 100173247 | 03-0137 | | | | | |
| 100136833 | 03-0138 | | | | | |
| 100123810 | 03-0139 | | | | | |
| 100115548 | 03-0140 | | | | | |
| 100173567 | 03-0141 | | | | | |
| 100196034 | 03-0142 | | | | | |
| 100210989 | 03-0143 | | | | | |
| 100135804 | 03-0144 | | | | | |
| 100203589 | 03-0145 | | | | | |
| 100176587 | 03-0146 | | | | | |
| 100147571 | 03-0147 | | | | | |
| 100144295 | 03-0148 | | | | | |
| 100168351 | 03-0149 | | | | | |
| 100205405 | 03-0150 | | | | | |
| 100163410 | 03-0151 | | | | | |
| 100143852 | 03-0152 | | | | | |
| 100205494 | 03-0153 | | | | | |
| 100202066 | 03-0154 | | | | | |
| 100165869 | 03-0155 | | | | | |
| 100207708 | 03-0156 | | | | | |
| 100144103 | 03-0157 | | | | | |
| 100161065 | 03-0158 | | | | | |
| 100164148 | 03-0159 | | | | | |
| 100177814 | 03-0160 | | | | | |
| 100132474 | 03-0161 | | | | | |
| 100162560 | 03-0162 | | | | | |
| 100166541 | 03-0163 | | | | | |
| 100133067 | 03-0164 | | | | | |
| 100201546 | 03-0165 | | | | | |
| 100136400 | 03-0166 | | | | | |
| 100121385 | 03-0167 | | | | | |
| 100210970 | 03-0168 | | | | | |
| 100209321 | 03-0169 | | | | | |
| 100173430 | 03-0170 | | | | | |
| 100166223 | 03-0171 | | | | | |

# Pool Selection Report
## Pool 201060403

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool

Summons Date: **04/19/06**  
Date: **5/4/2006**  
Time: **10:18 AM**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100210026 | 03-0172 | | | | | |
| 100191171 | 03-0173 | | | | | |
| 100164116 | 03-0174 | | | | | |
| 100157117 | 03-0175 | | | | | |
| 100208726 | 03-0176 | | | | | |
| 100128578 | 03-0177 | | | | | |
| 100152178 | 03-0178 | | | | | |
| 100122806 | 03-0179 | | | | | |
| 100194396 | 03-0180 | | | | | |
| 100184012 | 03-0181 | | | | | |
| 100178208 | 03-0182 | | | | | |
| 100113315 | 03-0183 | | | | | |
| 100188459 | 03-0184 | | | | | |
| 100196455 | 03-0185 | | | | | |
| 100188287 | 03-0186 | | | | | |
| 100164406 | 03-0187 | | | | | |
| 100202220 | 03-0188 | | | | | |
| 100188571 | 03-0189 | | | | | |
| 100207117 | 03-0190 | | | | | |
| 100146345 | 03-0191 | | | | | |
| 100156110 | 03-0192 | | | | | |
| 100154425 | 03-0193 | | | | | |
| 100210330 | 03-0194 | | | | | |
| 100155601 | 03-0195 | | | | | |
| 100174965 | 03-0196 | | | | | |
| 100188828 | 03-0197 | | | | | |
| 100172771 | 03-0198 | | | | | |
| 100159035 | 03-0199 | | | | | |
| 100179007 | 03-0200 | | | | | |
| 100114491 | 03-0201 | | | | | |
| 100142102 | 03-0202 | | | | | |
| 100156984 | 03-0203 | | | | | |
| 100153056 | 03-0204 | | | | | |
| 100161955 | 03-0205 | | | | | |
| 100204315 | 03-0206 | | | | | |
| 100156322 | 03-0207 | | | | | |
| 100198137 | 03-0208 | | | | | |
| 100149550 | 03-0209 | | | | | |
| 100199190 | 03-0210 | | | | | |
| 100147316 | 03-0211 | | | | | |
| 100210502 | 03-0212 | | | | | |
| 100204395 | 03-0213 | | | | | |
| 100123201 | 03-0214 | | | | | |
| 100202169 | 03-0215 | | | | | |
| 100158200 | 03-0216 | | | | | |
| 100134236 | 03-0217 | | | | | |
| 100129100 | 03-0218 | | | | | |
| 100164322 | 03-0219 | | | | | |
| 100148001 | 03-0220 | | | | | |
| 100172152 | 03-0221 | | | | | |
| 100207145 | 03-0222 | | | | | |
| 100154762 | 03-0223 | | | | | |
| 100173310 | 03-0224 | | | | | |
| 100157616 | 03-0225 | | | | | |
| 100207414 | 03-0226 | | | | | |
| 100210154 | 03-0227 | | | | | |
| 100121785 | 03-0228 | | | | | |

Exhibit R  
Page 4

# Pool Selection Report
## Pool 201060403

| | |
|---|---|
| Jurisdiction: | DISTRICT |
| Type: | PETIT |
| Location: | Middle District of Alabama |

Summons Date: 04/19/06

Date: 5/4/2006
Time: 10:18 AM

Regular Pool

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100120419 | 03-0229 | | | | | |
| 100195405 | 03-0230 | | | | | |
| 100176793 | 03-0231 | | | | | |
| 100165171 | 03-0232 | | | | | |
| 100170698 | 03-0233 | | | | | |
| 100209678 | 03-0234 | | | | | |
| 100119742 | 03-0235 | | | | | |
| 100128817 | 03-0236 | | | | | |
| 100146247 | 03-0237 | | | | | |
| 100211230 | 03-0238 | | | | | |
| 100201901 | 03-0239 | | | | | |
| 100149295 | 03-0240 | | | | | |
| 100152648 | 03-0241 | | | | | |
| 100123669 | 03-0242 | | | | | |
| 100207048 | 03-0243 | | | | | |
| 100207348 | 03-0244 | | | | | |
| 100182888 | 03-0245 | | | | | |
| 100125847 | 03-0246 | | | | | |
| 100146358 | 03-0247 | | | | | |
| 100180092 | 03-0248 | | | | | |
| 100126298 | 03-0249 | | | | | |
| 100126359 | 03-0250 | | | | | |
| 100188714 | 03-0251 | | | | | |
| 100203685 | 03-0252 | | | | | |
| 100124273 | 03-0253 | | | | | |
| 100166096 | 03-0254 | | | | | |
| 100122614 | 03-0255 | | | | | |
| 100197555 | 03-0256 | | | | | |
| 100212293 | 03-0257 | | | | | |
| 100211839 | 03-0258 | | | | | |
| 100154583 | 03-0259 | | | | | |
| 100114840 | 03-0260 | | | | | |
| 100176036 | 03-0261 | | | | | |
| 100136657 | 03-0262 | | | | | |
| 100136340 | 03-0263 | | | | | |
| 100207982 | 03-0264 | | | | | |
| 100146226 | 03-0265 | | | | | |
| 100194745 | 03-0266 | | | | | |
| 100084263 | 03-0267 | | | | | |
| 100159528 | 03-0268 | | | | | |
| 100126213 | 03-0269 | | | | | |
| 100159296 | 03-0270 | | | | | |
| 100180386 | 03-0271 | | | | | |
| 100121419 | 03-0272 | | | | | |
| 100205558 | 03-0273 | | | | | |
| 100123208 | 03-0274 | | | | | |
| 100139051 | 03-0275 | | | | | |
| 100145334 | 03-0276 | | | | | |
| 100157017 | 03-0277 | | | | | |
| 100162964 | 03-0278 | | | | | |
| 100118459 | 03-0279 | | | | | |
| 100137925 | 03-0280 | | | | | |
| 100120836 | 03-0281 | | | | | |
| 100166757 | 03-0282 | | | | | |
| 100189369 | 03-0283 | | | | | |
| 100143191 | 03-0284 | | | | | |
| 100152384 | 03-0285 | | | | | |

Exhibit R
Page 5

**Pool Selection Report**
**Pool 201060403**

| | | |
|---|---|---|
| Jurisdiction: **DISTRICT** | Summons Date: **04/19/06** | Date: **5/4/2006** |
| Type: **PETIT** | **On Call** | Time: **10:18 AM** |
| Location: **Middle District of Alabama** | | |

**Regular Pool**

| Part No | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100211487 | 03-0286 | | | | | |
| 100144169 | 03-0287 | | | | | |
| 100123306 | 03-0288 | | | | | |
| 100166715 | 03-0289 | | | | | |
| 100171246 | 03-0290 | | | | | |
| 100123469 | 03-0291 | | | | | |
| 100181145 | 03-0292 | | | | | |
| 100171395 | 03-0293 | | | | | |
| 100153507 | 03-0294 | | | | | |
| 100190940 | 03-0295 | | | | | |
| 100124970 | 03-0296 | | | | | |
| 100206300 | 03-0297 | | | | | |
| 100144852 | 03-0298 | | | | | |
| 100203841 | 03-0299 | | | | | |
| 100122749 | 03-0300 | | | | | |

**Total pool members: 300**