## Carry Over Jurors from 2001 QJW to 2005 Pools

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|--------|----------|--------------|-------------|-------------|--------|-----------|--------|

**2001 QJW Participant 100084263 summoned to 2005 Pool 201060403**

| Partno | Datepart | Dateparttime | Historycode | Description | Userid | Otherinfo | Poolno |
|--------|----------|--------------|-------------|-------------|--------|-----------|--------|
| 100084263 | 2005-08-26 | 10:57:46 | RDEF | Deferred Letter | mmyers | | |
| 100084263 | 2005-08-26 | 10:37:39 | PDEF | Deferred Pool Member | mmyers | Add Deferral | 101050901 |
| 100084263 | 2005-08-15 | 14:20:49 | RSUM | Print Summons | mmyers | note: SEPTEMBER 07, 200 | 101050901 |
| 100084263 | 2005-08-15 | 14:20:01 | PDEF | Deferred Pool Member | mmyers | Added to New Pool | 101050901 |
| 100084263 | 2003-10-02 | 08:45:17 | RDEF | Deferred Letter | wrobinson | | |
| 100084263 | 2003-10-01 | 13:30:04 | PDEF | Deferred Pool Member | wrobinson | Add Deferral | 201031001 |
| 100084263 | 2003-09-15 | 11:47:34 | RSUM | Print Summons | wrobinson | note: OCTOBER 14, 2003 | 201031001 |
| 100084263 | 2003-09-15 | 11:31:21 | PDEF | Deferred Pool Member | wrobinson | Added to New Pool | 201031001 |
| 100084263 | 2003-01-10 | 12:56:57 | RDEF | Deferred Letter | wrobinson | | |
| 100084263 | 2003-01-10 | 12:48:43 | PDEF | Deferred Pool Member | wrobinson | Add Deferral | 201030106 |
| 100084263 | 2003-01-03 | 08:21:40 | RSUM | Print Summons | wrobinson | note: JANUARY 27, 2003 | 201030106 |

**Exhibit S**