# Pool Selection Report
# Pool 201060405

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
Regular Pool

Summons Date: **04/24/06**

Date: **4/11/2006**
Time: **10:57 AM**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100184205 | 05-0001 | | | | | |
| 100150117 | 05-0002 | | | | | |
| 100179107 | 05-0003 | | | | | |
| 100159599 | 05-0004 | | | | | |
| 100183051 | 05-0005 | | | | | |
| 100127173 | 05-0006 | | | | | |
| 100159765 | 05-0007 | | | | | |
| 100125230 | 05-0008 | | | | | |
| 100188685 | 05-0009 | | | | | |
| 100168806 | 05-0010 | | | | | |
| 100209020 | 05-0011 | | | | | |
| 100166524 | 05-0012 | | | | | |
| 100116879 | 05-0013 | | | | | |
| 100183556 | 05-0014 | | | | | |
| 100144146 | 05-0015 | | | | | |
| 100200642 | 05-0016 | | | | | |
| 100156435 | 05-0017 | | | | | |
| 100124266 | 05-0018 | | | | | |
| 100157950 | 05-0019 | | | | | |
| 100185957 | 05-0020 | | | | | |
| 100145060 | 05-0021 | | | | | |
| 100161659 | 05-0022 | | | | | |
| 100202216 | 05-0023 | | | | | |
| 100186737 | 05-0024 | | | | | |
| 100208852 | 05-0025 | | | | | |
| 100197407 | 05-0026 | | | | | |
| 100137552 | 05-0027 | | | | | |
| 100155928 | 05-0028 | | | | | |
| 100145541 | 05-0029 | | | | | |
| 100115722 | 05-0030 | | | | | |
| 100135247 | 05-0031 | | | | | |
| 100205726 | 05-0032 | | | | | |
| 100139945 | 05-0033 | | | | | |
| 100209891 | 05-0034 | | | | | |
| 100145516 | 05-0035 | | | | | |
| 100148954 | 05-0036 | | | | | |
| 100124822 | 05-0037 | | | | | |
| 100145000 | 05-0038 | | | | | |
| 100202404 | 05-0039 | | | | | |
| 100149098 | 05-0040 | | | | | |
| 100127046 | 05-0041 | | | | | |
| 100120440 | 05-0042 | | | | | |
| 100126500 | 05-0043 | | | | | |
| 100154412 | 05-0044 | | | | | |
| 100205817 | 05-0045 | | | | | |
| 100175408 | 05-0046 | | | | | |
| 100143324 | 05-0047 | | | | | |
| 100195965 | 05-0048 | | | | | |
| 100141525 | 05-0049 | | | | | |
| 100204604 | 05-0050 | | | | | |
| 100142026 | 05-0051 | | | | | |
| 100158012 | 05-0052 | | | | | |
| 100168659 | 05-0053 | | | | | |
| 100160572 | 05-0054 | | | | | |
| 100153713 | 05-0055 | | | | | |
| 100188033 | 05-0056 | | | | | |
| 100210280 | 05-0057 | | | | | |

Exhibit T
Page 1

## Pool Selection Report
### Pool 201060405

Jurisdiction: **DISTRICT**  
Type: **PETIT**  
Location: **Middle District of Alabama**  
Regular Pool

Summons Date: **04/24/06**

Date: **4/11/2006**  
Time: **10:57 AM**

| Part No | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100205289 | 05-0058 | | | | | |
| 100192187 | 05-0059 | | | | | |
| 100156375 | 05-0060 | | | | | |
| 100166037 | 05-0061 | | | | | |
| 100188596 | 05-0062 | | | | | |
| 100137888 | 05-0063 | | | | | |
| 100205940 | 05-0064 | | | | | |
| 100115762 | 05-0065 | | | | | |
| 100148873 | 05-0066 | | | | | |
| 100186149 | 05-0067 | | | | | |
| 100166010 | 05-0068 | | | | | |
| 100147294 | 05-0069 | | | | | |
| 100123752 | 05-0070 | | | | | |
| 100184999 | 05-0071 | | | | | |
| 100151402 | 05-0072 | | | | | |
| 100113487 | 05-0073 | | | | | |
| 100136627 | 05-0074 | | | | | |
| 100157921 | 05-0075 | | | | | |
| 100200313 | 05-0076 | | | | | |
| 100125102 | 05-0077 | | | | | |
| 100146906 | 05-0078 | | | | | |
| 100204088 | 05-0079 | | | | | |
| 100120606 | 05-0080 | | | | | |
| 100157487 | 05-0081 | | | | | |
| 100171889 | 05-0082 | | | | | |
| 100179657 | 05-0083 | | | | | |
| 100192137 | 05-0084 | | | | | |
| 100210646 | 05-0085 | | | | | |
| 100166936 | 05-0086 | | | | | |
| 100172311 | 05-0087 | | | | | |
| 100207466 | 05-0088 | | | | | |
| 100151444 | 05-0089 | | | | | |
| 100126226 | 05-0090 | | | | | |
| 100191169 | 05-0091 | | | | | |
| 100135538 | 05-0092 | | | | | |
| 100196386 | 05-0093 | | | | | |
| 100171920 | 05-0094 | | | | | |
| 100133447 | 05-0095 | | | | | |
| 100142497 | 05-0096 | | | | | |
| 100163853 | 05-0097 | | | | | |
| 100170403 | 05-0098 | | | | | |
| 100141258 | 05-0099 | | | | | |
| 100184776 | 05-0100 | | | | | |
| 100153882 | 05-0101 | | | | | |
| 100175779 | 05-0102 | | | | | |
| 100155836 | 05-0103 | | | | | |
| 100162617 | 05-0104 | | | | | |
| 100185816 | 05-0105 | | | | | |
| 100123185 | 05-0106 | | | | | |
| 100206456 | 05-0107 | | | | | |
| 100118292 | 05-0108 | | | | | |
| 100209412 | 05-0109 | | | | | |
| 100142510 | 05-0110 | | | | | |
| 100206643 | 05-0111 | | | | | |
| 100149113 | 05-0112 | | | | | |
| 100181921 | 05-0113 | | | | | |
| 100158138 | 05-0114 | | | | | |

## Pool Selection Report
## Pool 201060405

Jurisdiction: **DISTRICT**
Type: **PETIT**
Location: **Middle District of Alabama**
Regular Pool

Summons Date: **04/24/06**

Date: **4/11/2006**
Time: **10:57 AM**

| Part No | | Name | City/Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|---|
| 100147536 | 05-0115 | | | | | | |
| 100143240 | 05-0116 | | | | | | |
| 100211272 | 05-0117 | | | | | | |
| 100171323 | 05-0118 | | | | | | |
| 100158995 | 05-0119 | | | | | | |
| 100208977 | 05-0120 | | | | | | |
| 100125489 | 05-0121 | | | | | | |
| 100124831 | 05-0122 | | | | | | |
| 100211114 | 05-0123 | | | | | | |
| 100167596 | 05-0124 | | | | | | |
| 100138462 | 05-0125 | | | | | | |
| 100145818 | 05-0126 | | | | | | |
| 100195231 | 05-0127 | | | | | | |
| 100164366 | 05-0128 | | | | | | |
| 100129511 | 05-0129 | | | | | | |
| 100202070 | 05-0130 | | | | | | |
| 100183994 | 05-0131 | | | | | | |
| 100123356 | 05-0132 | | | | | | |
| 100153502 | 05-0133 | | | | | | |
| 100119387 | 05-0134 | | | | | | |
| 100121327 | 05-0135 | | | | | | |
| 100157968 | 05-0136 | | | | | | |
| 100122488 | 05-0137 | | | | | | |
| 100158909 | 05-0138 | | | | | | |
| 100207021 | 05-0139 | | | | | | |
| 100146585 | 05-0140 | | | | | | |
| 100115890 | 05-0141 | | | | | | |
| 100152036 | 05-0142 | | | | | | |
| 100211058 | 05-0143 | | | | | | |
| 100143561 | 05-0144 | | | | | | |
| 100166406 | 05-0145 | | | | | | |
| 100177844 | 05-0146 | | | | | | |
| 100164984 | 05-0147 | | | | | | |
| 100207207 | 05-0148 | | | | | | |
| 100207447 | 05-0149 | | | | | | |
| 100202101 | 05-0150 | | | | | | |
| 100125937 | 05-0151 | | | | | | |
| 100204040 | 05-0152 | | | | | | |
| 100113919 | 05-0153 | | | | | | |
| 100151118 | 05-0154 | | | | | | |
| 100147349 | 05-0155 | | | | | | |
| 100165796 | 05-0156 | | | | | | |
| 100132505 | 05-0157 | | | | | | |
| 100166854 | 05-0158 | | | | | | |
| 100193189 | 05-0159 | | | | | | |
| 100206508 | 05-0160 | | | | | | |
| 100145624 | 05-0161 | | | | | | |
| 100174897 | 05-0162 | | | | | | |
| 100154683 | 05-0163 | | | | | | |
| 100188335 | 05-0164 | | | | | | |
| 100114701 | 05-0165 | | | | | | |
| 100190068 | 05-0166 | | | | | | |
| 100119673 | 05-0167 | | | | | | |
| 100191903 | 05-0168 | | | | | | |
| 100183681 | 05-0169 | | | | | | |
| 100195686 | 05-0170 | | | | | | |
| 100199312 | 05-0171 | | | | | | |

Exhibit T
Page 3

| | Pool Selection Report | | | |
|---|---|---|---|---|
| Jurisdiction: **DISTRICT** | **Pool 201060405** | Summons Date: **04/24/06** | Date: **4/11/2006** | |
| Type: **PETIT** | | | Time: **10:57 AM** | |
| Location: **Middle District of Alabama** | | | | |
| Regular Pool | | | | |

| Part No | Name | City/ Municipality | Appearance Date | Voter Reg No | Drivers License | Division Code |
|---|---|---|---|---|---|---|
| 100125987 | 05-0172 | | | | | |
| 100176365 | 05-0173 | | | | | |
| 100138081 | 05-0174 | | | | | |
| 100122198 | 05-0175 | | | | | |
| 100172083 | 05-0176 | | | | | |
| 100154585 | 05-0177 | | | | | |
| 100133001 | 05-0178 | | | | | |
| 100188497 | 05-0179 | | | | | |
| 100209429 | 05-0180 | | | | | |
| 100132931 | 05-0181 | | | | | |
| 100148809 | 05-0182 | | | | | |
| 100118917 | 05-0183 | | | | | |
| 100167415 | 05-0184 | | | | | |
| 100172612 | 05-0185 | | | | | |
| 100210965 | 05-0186 | | | | | |
| 100166072 | 05-0187 | | | | | |
| 100158880 | 05-0188 | | | | | |
| 100177158 | 05-0189 | | | | | |
| 100177241 | 05-0190 | | | | | |
| 100124380 | 05-0191 | | | | | |
| 100170036 | 05-0192 | | | | | |
| 100122539 | 05-0193 | | | | | |
| 100127348 | 05-0194 | | | | | |
| 100126269 | 05-0195 | | | | | |
| 100176128 | 05-0196 | | | | | |
| 100127062 | 05-0197 | | | | | |
| 100155393 | 05-0198 | | | | | |
| 100203460 | 05-0199 | | | | | |
| 100121364 | 05-0200 | | | | | |

**Total pool members: 200**