IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| RICHARD SCRUSHY | ) | |

ORDER

Upon consideration of the defendant's amended second motion to supplement the record and request for additional data (doc. # 392), it is

ORDERED that on or before May 23, 2006, the United States show cause in writing why the motion should not be granted.

Done this 15th day of May, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE