# *United States District Court*

__MIDDLE__ _____ __DISTRICT OF__ _____ __ALABAMA__

UNITED STATES OF AMERICA

v.

DON EUGENE SIEGELMAN
PAUL MICHAEL HAMRICK
GARY MACK ROBERTS
RICHARD M. SCRUSHY

**SUBPOENA IN A
CRIMINAL CASE**

**CASE NUMBER:**   2:05-cr-119-MEF

TO:   Col. W.M. Coppage
Director, Alabama Dept. of Public Safety

☒      YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Federal Building U.S. Courthouse<br>One Church Street<br>Montgomery, Alabama | 2F |
| | DATE AND TIME<br>May 16, 2006<br>11:00 a.m. |

☒      YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all personnel records for James Allen Goodreau

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>DEBRA P. HACKETT<br><br>(BY) DEPUTY CLERK | DATE<br>May 16, 2006 |
|---|---|

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER:
Stephen P. Feaga,  AUSA
One Court Square, Suite 201
Montgomery, AL  36104
334/223-7280