## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DON EUGENE SIEGELMAN )<br>PAUL MICHAEL HAMRICK )<br>GARY MACK ROBERTS, and )<br>RICHARD M. SCRUSHY. ) | CRIMINAL NO. 2:05-CR-119-MEF |

### ORDER FOR DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION

On this the 19th day of May, 2006, comes for the attention of the Court, through the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, a request for an order, pursuant to Title 26, United States Code, Section 6103(i)(l), and Ala. Code § 40-2A-10(a), directing the State of Alabama Department of Revenue, Gordon Persons Building, 50 North Ripley Street, Montgomery, Alabama 36312, to disclose any and all information, written or oral, or of any kind whatsoever, in the possession of the State of Alabama Department of Revenue, its Commissioner, appointees, and/or employees, including, but not limited to, all tax returns, return information, petitions for refunds, and agreements, in any way relating to ChemWaste Management, Inc., and/or Waste Management, Inc. (hereinafter, "Waste Management tax information"). After examining such request the Court finds that the United States has subpoenaed certain officials and employees of the State of Alabama Department of Revenue to testify in the trial of the above-styled case and that such testimony will include disclosure of Waste Management tax information.

It is therefore ORDERED that the State of Alabama Department of Revenue, its Commissioner, appointees, and/or employees, disclose Waste Management tax information so as to comply fully and completely, including providing testimony, documents, and records, with any and all subpoenas that have been or will be served upon it, and/or its Commissioner, appointees, and/or employees in the trial of the above-styled case.

Done this the 19th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE