AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

RICHARD M. SCRUSHY

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 2:05-CR-119-MEF

TO:
HEALTHSOUTH CORPORATION
CUSTODIAN OF RECORDS
ONE HEALTHSOUTH PARKWAY
BIRMINGHAM, ALABAMA 35242

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Church Street<br>Montgomery, AL  36104 | 2F |
| | DATE AND TIME<br>May 24, 2006 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*Debra P. Hackett*

(BY) DEPUTY CLERK

DATE
5/18/06

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Arthur W. Leach
2310 Marin Drive, Birmingham, Alabama 35242  205-822-4224

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ _____ |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             Date

_____
Signature of server

_____
Address of server

ADDITIONAL INFORMATION

THE PARTY WHO REQUESTED YOU TO SERVE AS A WITNESS IS RESPONSIBLE FOR PAYING THE WITNESS FEE, MILEAGE AND CERTAIN EXPENSES. THERE IS NO PROVISION FOR THE UNITED STATES TO PAY YOU. IF THE WITNESS FEE AND MILEAGE ARE NOT TENDERED WHEN THE SUBPOENA IS SERVED, THE WITNESS MAY NOT BE COMPELLED TO RESPOND TO THE SUBPOENA.

"A subpoena may be served by the marshal, by a deputy marshal or by any other person who is not a party and is not less than 18 years of age. Service of a subpoena shall be made by delivering a copy thereof to the person named and by tendering to that person the fees for one day's attendance and the mileage allowed by law." (Federal Rules of Criminal Procedures 17d)