IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

## Verdict as to Defendant Scrushy

1. We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Federal Funds Bribery as alleged in Count Four of the Second Superceding Indictment.

2. We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Conspiracy as alleged in Count Five of the Second Superceding Indictment.

3. We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Six of the Second Superceding Indictment.

4.  We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Seven of the Second Superceding Indictment.

5.  We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Eight of the Second Superceding Indictment.

6.  We, the Jury, find Defendant Scrushy

    __X__ Guilty
    _____ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Nine of the Second Superceding Indictment.

SO SAY WE ALL.

_____
Foreperson

Date: 6-29-06

2