# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | | |
|---|---|---|---|
| IN UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| __Richard M. Scrushy__ | ) | Docket No. | __2:05cr119-MEF__ |

    The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending sentencing.

[X] A. It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on __October 28, 2005__ with the following additional conditions: the defendant shall file with the court a one million dollar secured/cash bond no later than 3:00pm on Friday, June 30, 2006; shall surrender all current Airman Certificates and Medical Certificates and shall not obtain or apply for a new Airman or Medical Certificate; shall surrender all copies of any valid passport that are issued by either the United States or any foreign country and shall not apply for any domestic or foreign passport; the defendant's travel is restricted to the Northern District of Alabama and the Middle District of Alabama; shall secure approval from the court for any travel outside the Continental United States; shall refrain from possessing a firearm, destructive device, or other dangerous weapon; the defendant shall have all handguns removed from his residence and personal property within 24 hours; the defendant will have until July 5, 2006, to remove all long guns or collectable weapons stored in a gun safe; shall report for any scheduled and non scheduled appointments with the probation office. It is further ordered that condition (v) in the defendant's order setting conditions of release be removed.

[ ] B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

    The defendant shall:
    [ ] 1. Execute an unsecured bond in the amount of $_____.
    [ ] 2. Execute a bail bond with surety in the amount of $_____.
    [ ] 3. Not commit a federal, state or local crime during the period of release.
    [ ] 4. Refrain from possessing a firearm or other dangerous weapon.
    [ ] 5. Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.
    [ ] 6. Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
    _____
    [ ] 7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.
    [ ] 8. Be restricted to travel in _____.
    [ ] 9. Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 29 June 2006

                                                        Chief U.S. District Judge