IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD M. SCRUSHY ) | |

**<u>ORDER</u>**

Defendants may file supplemental briefs on their Rule 29 motions for judgment of acquittal on or before August 4, 2006. The United States may file responses to such motions on or before August 18, 2006. Defendants may file replies to the United States' responses on or before August 25, 2006. The Court will consider the briefs and then decide whether further oral argument will be necessary.

If the Defendants wish to file Rule 33 motions for a new trial, those motions must be filed on or before September 29, 2006. The United States may file responses to such motions on or before October 13, 2006. Defendants may file replies to the United States' responses on or before October 20, 2006.

DONE this 30th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE