IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD SCRUSHY | ) | |
| GARY MACK ROBERTS | ) | |
| PAUL MICHAEL HAMRICK | ) | |

## **ORDER**

As the Court has received requests from the public to view the exhibits admitted in the trial of this cause, it is hereby

ORDERED that the parties in this case shall confer with the Courtroom Deputy to create a set of exhibits for public viewing that comply with the Court's General Order Implementing the Requirements of the E-Government Act (2:04mc3228) no later than July 21, 2006. Beginning on July 22, 2006, the Court will make available to the public those exhibits in its possession at that time.

DONE this 6th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE