EXHIBITS
Cr. No. 2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 5-2-06 | 5-2-06 | 1 | A. Lambert | | Bell Memo to CON members re: removal 12/29/1998 |
| Yes | 5-1-06 | 5-1-06 | 2 | A. Lambert | | Moratorium Memo - Exec. Order #3 |
| Yes | 5-8-06 | 5-8-06 | 3 | Bell | | 1/28/99 Bell letter to Carman |
| Yes | 5-1-06 | 5-1-06 | 4 | A. Lambert | ✓ | Exec. Order #3, First Amendment |
| Yes | 5-1-06 | 5-1-06 | 5 | A. Lambert | | Exec. Order #3, Second Amendment |
| Yes | 5-1-06 | 5-1-06 | 6a | A. Lambert | | Appointment Letter - 7/26/99 (Margaret Sellers) |
| Yes | 5-1-06 | 5-1-06 | 6b | A. Lambert | | Appointment Letter - 7/26/99 (Richard Scrushy) |
| Yes | 5-1-06 | 5-1-06 | 6c | A. Lambert | | Appointment Letter - 7/26/99 (Tim Adams) |
| Yes | 5-1-06 | 5-1-06 | 6d | A. Lambert | | Appointment Letter - 7/26/99 (Melissa Mauser- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Galvin) |
| Yes | 5-1-06 | 5-1-06 | 6e | A.Lambert | | Appointment Letter - 7/26/99 (Carole Giardina) |
| Yes | 5-1-06 | 5-1-06 | 6f | A.Lambert | | Appointment Letter - 7/26/99 (Rosevelt McCorvey) |
| Yes | 5-1-06 | 5-1-06 | 6g | A.Lambert | | Appointment Letter - 7/26/99 (Carlton McCurry) |
| Yes | 5-1-06 | 5-1-06 | 6h | A.Lambert | | Appointment Letter - 7/26/99 (Herbert Stone) |
| Yes | 5-1-06 | 5-1-06 | 6i | A.Lambert | | Appointment Letter – 8/22/00 (Borden Ray) |
| Yes | 5-1-06 | 5-1-06 | 7 | A.Lambert | | 8/17/99 CON Orientation Memo |
| Yes | 5-1-06 | 5-1-06 | 8 | A.Lambert | | 8/31/99 CON Orientation Agenda |
| Yes | 5-1-06 | 5-1-06 | 9 | A.Lambert | | CON Orientation Manual |
| Yes | 5-1-06 | 5-1-06 | 10 | A.Lambert | | 9/15/99 CON Minutes Re: Scrushy Vice Chair |
| Yes | 5-1-06 | 5-1-06 | 11 | A.Lambert | | Scrushy Resignation Letter 1/17/01 |
| Yes | 5-1-06 | 5-1-06 | 12 | A.Lambert | | 1/18/01 Carman Appointment Letter |

| | | | | | |
|---|---|---|---|---|---|
| Yes | 5-1-06 | 5-1-06 | 13 | A. Lambert | 7/27/01 Re-appointment of Carman |
| Yes | 5-1-06 | 5-1-06 | 14 | A. Lambert | 4/10/02 HealthSouth Phenix City Hospital CON Application |
| Yes | 5-1-06 | 5-1-06 | 15a | A. Lambert | 7/17/02 CON Minutes Phenix City Quorum |
| Yes | 5-1-06 | 5-1-06 | 15b | A. Lambert | 7/17/02 CON Transcript Phenix City Quorum |
| Yes | 5-1-06 | 5-1-06 | 16 | A. Lambert | 8/2/02 Letter Final Order Re: Phenix City Hospital |
| Yes | 5-1-06 | 5-1-06 | 17a-b | A. Lambert | 7/16/02 HealthSouth PET Scanner/CON Application |
| Yes | 5-1-06 | 5-1-06 | 18a | A. Lambert | 12/18/02 CON Minutes PET Scanner Quorum |
| Yes | 5-1-06 | 5-1-06 | 18b | A. Lambert | 12/18/02 CON Transcript PET Scanner Quorum |
| Yes | 5-1-06 | 5-1-06 | 19 | A. Lambert | 1/2/03 Letter Final Order Re: PET Scanner |
| | | | 20 | | 2/19/99 Articles of Incorp. AELF |
| Yes | 5-2-06 | 5-2-06 | 21 | Bailey | IHS Check $250,000 |
| Yes | 5-10-06 | 5-10-06 | 22 | Pickett | Accounts Payable Voucher for AELF |
| Yes | 5-15-06 | 5-15-06 | 23a | Packard | PAC Disclosure |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | for AEF 45 Day Rpt |
| Yes | 5-15-06 | 5-15-06 | 23b | Packard | | PAC Disclosure for AEF 10 Day Rpt |
| Yes | 5-15-06 | 5-15-06 | 23c | Packard | | Annual & Termination Report 1/31/00 |
| Yes | 5-15-06 | 5-15-06 | 23d | Packard | | PAC Disclosure for AEF 2000 Annual |
| Yes | 5-15-06 | 5-15-06 | 23e | Packard | | PAC Disclosure for AEF 2001 Annual |
| | | | 24 | | | State Personnel Rec. for Nick Bailey |
| | | | 25 | | | Bailey Plea Agreement |
| | | | 26 | | | Information of Bailey |
| Yes | 5-3-06 | 5-3-06 | 27 a-b | Bailey | | a. Check request b. HealthSouth Check $250,000 |
| Yes | 5-15-06 | 5-15-06 | 28 a-g e,f,d,g, b,c,c-i,a | Beard | | FCB AEF acct #69307167/10 ($730,789.29) |
| | | | 29 | | | Bailey Proffer Letter with attached screen captures showing date and time document was created. |
| Yes 5-8-06 | 5-8-06 | 5-8-06 5-5-06 | 30 | Bell Bailey | | Bell Memo to Siegelman 6/25/99 Re: Cert. of Need Review |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Board |
| | | 5-10-06 | 31 | Martin | | Martin Information |
| | | | 32 | | | Martin Plea Agreement and Conditions |
| | | | 33 | | | Martin 5K.1 Motion for Departure |
| | | | 34 a-b | | | Judgment and Commitment Orders |
| Yes | 5-10-06 | 5-10-06 5-9-06 | 35 | Pickett Murphy | | FedEx Shipping Instructions |
| | 5-9-06 | 5-9-06 | 36 | McGahan | X | 3/22/99 Engagement Letter b/n NovaCare and UBS |
| | revision 5-10-06 5-9-06 | 5-10-06 5-9-06 | 37 | Pickett McGahan | X | 7/14/99 Reduction of Fees Contract b/n ISH and UBS |
| Yes | 5-9-06 | 5-9-06 | 38 | McGahan | X | McGahan Phone Records |
| Yes | 5-11-06 | 5-11-06 | 39 | Skelton | | 2/9/99 Fax from Skelton to Hanson Re: Carman's Request CON Board |
| Yes | 5-11-06 | 5-11-06 5-10-06 | 40 | Skelton Skelton | | 1/28/02 HealthSouth Voucher $8,000 for Tim Adams |
| | | | 41 | | | 2/6/02 HealthSouth |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Check $8,000 to Adams |
| Yes | 5-11-06 | 5-11-06 | 42 | | Skelton | 7/29/02 HealthSouth Voucher $3,000 for Tim Adams |
| | | | 43 | | | 8/2/02 HealthSouth Check $3,000 to Adams |
| | | | 44 | | | 2/11/02 Fax from Fancher to Dance Re: Adams CON Appl. For PET Scanner w/ Note to Skelton |
| | | | 45 | | | 7/12/02 CON Project Review Notes of Skelton |
| Yes | 5-11-06 | 5-11-06 | 46 | | Skelton | 1/29/99 Skelton Fax to Heidi Hanson |
| Yes | 5-15-06 | 5-15-06 | 47 | | Packard | PAC Disclosures for Amended Report for 1999; filed 7/26/02 |
| | | | 48 | | | Scrushy Calendar 1999 |
| | | | 49 | | | Scrushy Calendar 2000 |
| Yes | 5-10-06 | 5-10-06 | 50 | | Waggoner | Waggoner Calendar July 1999 |
| | | | 51 | | | 5/24/99 Amended AELF Name to AEF |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 52 | | | 2/29/00 Articles of Amendment of Articles of Incorporation of AEF |
| | | | 53a | | | HealthSouth Flight Logs |
| | | | 53b | | | HealthSouth Flight Logs |
| | | | 54 | | | Subpoena Duces Tecum Issued for Documents Evidencing Receipt of More Than $10,000 Federal Funds by Exec. Branch State Govt. 1997-2003 |
| Yes | 5-15-06 | 5-15-06 | 55 | Beard | | Beard Memorandum to Loan Committee 6/5/00 |
| Yes | 5-25-06 | 5-25-06 | 56 | Allen | | Jim Allen's Compensation Agreement w/ the Government |
| Yes | 5-25-06 | 5-25-06 | 57 | Allen | | Jim Allen's 12/23/96 Employment Contract w/ Mack Roberts |
| Yes | 5-25-06 | 5-25-06 | 58 | Allen | | 1/7/99 $71,000 Check From United Toll Systems Acct. at Regions Bank to Mack Robert's Regions Bank Acct. |
| | | | 59a | | | November 1998 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Statement Showing 9 Outgoing Checks for Approx. $4,444 |
| Yes | 5-25-06 | 5-25-06 | 59b | Allen | | Check #1628 from Black Warrior Parkway LLC to 21st Century PAC |
| Yes | 5-25-06 | 5-25-06 | 59c | Allen | | Check #1629 to Alabez PAC |
| Yes | 5-25-06 | 5-25-06 | 59d | Allen | | Check #1630 to ECODEV PAC |
| Yes | 5-25-06 | 5-25-06 | 59e | Allen | | Check #1632 to GREEN PAC |
| Yes | 5-25-06 | 5-25-06 | 59f | Allen | | Check #1633 to Growth PAC |
| Yes | 5-25-06 | 5-25-06 | 59g | Allen | | Check #1634 to JDC PAC |
| Yes | 5-25-06 | 5-25-06 | 59h | Allen | | Check #1635 to Jefferson PAC |
| Yes | 5-25-06 | 5-25-06 | 59i | Allen | | Check #1636 to VISION PAC |
| Yes | 5-25-06 | 5-25-06 | 59J | Allen | | Check for 4,444.48 to Enviro PAC |
| | | | 60a | | | Checks #153, #154 from 21st Century PAC to Siegelman Campaign & Ecodev PAC for $4,000 & $4,200 |
| | | | 60b | | | Check #176 from Vision PAC to Ecodev PAC for $9,700 |
| | | | 60c | | | Checks #151, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | #152 from Jefferson PAC to Ecodev PAC for #10,700 and $4,400 |
| | | | 60d | | | Checks #164, #165 from JDC PAC from Ecodev PAC and Siegelman Campaign for $3,800 & $3,500 |
| | | | 60e | | | Checks #170, #171 from Growth PAC to Ecodev PAC for $9,000 & $4,400 |
| | | | 60f | | | Checks #145, #146 from Green PAC to Ecodev PAC for $8,100 & $4,400 |
| | | | 60g | | | Checks #133, #134 from Enviro PAC to Ecodev PAC for $3,800 & $4,100 |
| | | | 60h | | | Checks #173, #174 from Alabez PAC to Ecodev PAC $6,000 & $4,400 |
| | | | 60i | | | Checks #208, #210 from Ecodev PAC to Siegelman Campaign for $26,500 & $63,000 |
| | | | 60j | | | Check #211 |
| | | | 61 | | | November 1998 Statement for |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Jefferson PAC |
| | | | 62 | | | November 1998 and December 1998 Statements for Enviro PAC |
| | | | 63 | | | November 1998 Statement for Green PAC |
| | | | 64 | | | November 1998 and December 1998 Statement for Ecodev PAC |
| | | | 65 | | | November 1998 Statement for Growth PAC |
| | | | 66 | | | November 1998 Statement for 21st Century PAC |
| | | | 67 | | | November 1998 Statement for JDC PAC |
| | | | 68 | | | November 1998 Statement for Alabez PAC |
| | | | 69 | | | November 1998 Statement for Vision PAC |
| | | | 70 | | | Siegelman Campaign Acct. |
| | | | 70a | | | Statement and Deposit Showing Receipt of $63,000 Ecodev PAC Check |
| Yes | 6-1-06 | 6-1-06 | 71 | McDonald | | Siegelman PAC Disclosure |
| Yes | 6-1-06 | 6-1-06 | 72 | McDonald | | Ecodev Contributions |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 73a | | | Nancy Marcato Summary |
| | | | 73b | | | Bundle Checks from Rainline Corp. To Rainline Technologies, Crum Foshee from Nancy Marcato's Personal Records |
| | | | 74 | | | Flow Chart |
| Yes | 5-25-06 | 5-25-06 | 75 | Allen | | Rainline Amended Sales Agreement |
| | | | 76 | | | Mack Roberts' Appointment Letter w/ Hiring Information |
| | | | 77 | | | Lexis-Nexis info re: 1993 Montero in Roberts' Name |
| | | | 77a | | | Title to 1993 Montero in Roberts' name |
| | | | 78 | | | Mack Roberts' Statement of Economic Interest for 1999 from AL Ethics Commission |
| | | | 79 | | | Documents from Frank Courson at ALDOT Re: Mitt Lary Road Extension Project |
| | | | 80a | | | Report on Spreadsheets from Crenshaw |
| | | | 80b | | | Spreadsheet 1 from Andy |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Crenshaw at ALDOT w/ Rainline Usage Data |
| | | | 80c | | | Spreadsheet 2 from Any Crenshaw at ALDOT w/ Rainline Usage Data |
| | | | 80d | | | Spreadsheet 3 from Any Crenshaw at ALDOT w/ Rainline Usage Data |
| Yes | 6-1-06 | 6-1-06 5-30-06 | 81 | Marcato Vaughn | | Rainline Specifications from Mark Strickland at ALDOT |
| | | | 82 | | | Rainline Promotional Video |
| | | 5-26-06 | 83 | Rawls | | AP Article by Phillip Rawls Re: Mack Roberts Role in Mitt Lary Rd. Ext. |
| | | | 84 | | | Rainline Invoices to Contractors w/ Attached Checks & Orig. Envelopes |
| Yes | 6-1-06 | 6-1-06 | 84a | N. Marcato | | Invoice 411 for 99,429 |
| Yes | 6-1-06 | 6-1-06 | 84b | N. Marcato | | Invoice 649 for 99,429 |
| Yes | 6-1-06 | 6-1-06 | 84c | N. Marcato | | Invoice from |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 10/26/99 |
| Yes | 6-1-06 | 6-1-06 | 84d | N. Marcato | | Invoice from 12/23/99 for 27, 752 |
| Yes | 6-1-06 | 6-1-06 | 84e | N. Marcato | | Invoice from 1/3/00 for 71,588 |
| Yes | 6-1-06 | 6-1-06 | 84f | N. Marcato | | Invoice from 3/29/00 for 104,897 |
| Yes | 6-1-06 | 6-1-06 | 84g | N. Marcato | | Invoice for 4/24/00 for 69,931 |
| Yes | 6-1-06 | 6-1-06 | 84h | N. Marcato | | Invoice for 5/15/00 for 139,863 |
| Yes | 6-1-06 | 6-1-06 | 84i | N. Marcato | | Invoice for 6/19/00 for 139,863 |
| Yes | 6-1-06 | 6-1-06 | 84j | N. Marcato | | Invoice from 8/14/00 for 139,863 |
| Yes | 6-1-06 | 6-1-06 | 84k | N. Marcato | | Invoice from 9/13/00 for 314,692 |
| Yes | 6-1-06 | 6-1-06 | 84l | N. Marcato | | Invoice from 10/19/00 for 291,577 |
| Yes | 6-1-06 | 6-1-06 | 84m | N. Marcato | | Invoice from 12/21/00 for 36,300 |
| Yes | 6-1-06 | 6-1-06 | 84n | N. Marcato | | Invoice from 12/30/00 for 35,464 |
| Yes | 6-1-06 | 6-1-06 | 84o | N. Marcato | | Invoice from 5/4/01 for 36,300 |
| Yes | 6-1-06 | 6-1-06 | 84p | N. Marcato | | Invoice from 6/25/01 for 36,300 |
| Yes | 6-1-06 | 6-1-06 | 84q | N. Marcato | | Invoice from |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 6/26/01 for 38,500 |
| Yes | 6-1-06 | 6-1-06 | 84r | N. Marcato | | Invoice from 9/25/01 for 36,300 |
| Yes | 6-1-06 | 6-1-06 | 84s | N. Marcato | | Invoice from 1/3/02 for 38,500 |
| Yes | 6-1-06 | 6-1-06 | 84t | N. Marcato | | Invoice from 9/26/01 for 36,300 |
| Yes | 6-1-06 | 6-1-06 | 84u | N. Marcato | | Invoice from 12/18/01 for 38,500 |
| Yes | 6-1-06 | 6-1-06 | 84v | N. Marcato | | Invoice from 2/19/02 for 38,500 |
| Yes | 6-1-06 | 6-1-06 | 84w | N. Marcato | | Invoice from 9/9/02 for 50,000 |
| Yes | 5-30-06 | 5-30-06 | 85a | Vaughn | | ALDOT 2/9/99 Maintenance Eng. Memo |
| | | | 85b | | | 1/17/02 Timeline Memo from Lorentson to Vaughn |
| | | | 86a | | | 5/19/99 ALDOT Guideline for Operation |
| Yes | 5-30-06 | 5-30-06 | 86b | Vaughn | X | 12/20/00 ALDOT Guideline for Operation |
| | 5-30-06 | 5-30-06 | 87 | Vaughn | X | UTCA Study on Rainline |
| Yes | 5-30-06 | 5-30-06 | 88a | Courson | | Mitt Lary Road Agreement 5/24/99 |
| Yes | 5-30-06 | 5-30-06 | 88b | Courson | | Mitt Lary Road Agreement 6/29/01 |
| | | | | | | Mitt Lary Road |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-30-06 | 5-30-06 | 88c | Courson | | Agreement 5/23/01 |
| Yes | 5-30-06 | 5-30-06 | 88d | Courson | | Mitt Lary Road Agreement 9/11/00 |
| Yes | 5-30-06 | 5-30-06 | 88e | Courson | | Mitt Lary Road Agreement 9/19/01 |
| Yes | 5-30-06 | 5-30-06 | 88f | Courson | | Mitt Lary Road Agreement 11/10/99 |
| Yes | 5-30-06 | 5-30-06 | 88g | Courson | | Mitt Lary Road Agreement 11/10/99 |
| Yes | 5-30-06 | 5-30-06 | 88h | Courson | | Mitt Lary Road Agreement 5/24/99 |
| Yes | 5-30-06 | 5-30-06 | 88i | Courson | | Mitt Lary Road Agreement 7/2/99 |
| Yes | 5-30-06 | 5-30-06 | 88j | Courson | | Mitt Lary Road Agreement5/24/99 |
| | | | 89 | | | Jim Allen Line of Credit |
| Yes | 5-22-06 | 5-22-06 | 90 | Jordan | | Phillip Jordan June 2004 Plea Agreement |
| | | | 91 | | | Phillip Jordan April 2005 Motion for Downward Departure |
| | | | 92 | | | Phillip Jordan April 2005 Sentencing Order |
| | | | 93 | | | Phillip Jordan Information |
| Yes | 5-17-06 | 5-17-06 | 94 | Young | | April 1998 Acquisition |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Agreement |
| Yes | 5-18-06 | 5-18-06 | 95 | | Young | 4/13/98 Cherokee County Commission Meeting Minutes |
| Yes | 5-19-06 | 5-19-06 | 96 | | Burgess | 4/13/98 Cherokee County Resolution |
| | | | 97 | | | 8/24/98 Cherokee County Commission Meeting Minutes |
| | | | 98 | | | 9/14/98 & 9/21/98 Cherokee County Commission Meeting Minutes |
| | | | 99 | | | 9/28/98 Cherokee County Commission Meeting Minutes |
| Yes | 5-19-06 | 5-19-06 | 100a | | Burgess | 12/1/98 Cherokee County Commission Meeting Minutes |
| Yes | 5-19-06 | 6-1-06 5-19-06 | 100b | | Marren Burgess | 12/1/98 Cherokee County Resolution |
| | | | 101 | | | |
| | | | 102 | | | Title on Jordan's Chevy Blazer |
| Yes | 6-1-06 | 6-1-06 | 103 | | Marren | 12/2/98 Mailing Act 2(c) Brazeal to Harrington |
| Yes | 5-18-06 | 5-18-06 | 104 | | Young | Contract for Solid Waste Disposal Services Between AWDS and Cherokee County |

| | | | 105 | | | Governor's Office Memo Re: Meeting w/ Jordan and Other Cherokee County Probate Judges |
|---|---|---|---|---|---|---|
| | | | 106 | | | 8/25/98 Brazeal Letter to Kevin Grimes Notification of Withdrawal of Proposal |
| | | | 107 | | | 12/98 AWDS Amendment to Contract (unsigned copy) |
| | | | 108 | | | 12/1/98 Brazeal Letter to Jordan |
| | | | 109 | | | 9/27/98 Bennett & Wadsworth analysis for Friends of Ballplay Basin |
| Yes | 5-18-06 | 5-18-06 | 110 | Young | | Journal of the Senate Records on Act No. 97-937 |
| Yes | 5-18-06 | 5-18-06 | 111 | Young | | Original version of S 560 (Sunday Beer Sales Legislation) |
| | | | 112 | | | Sunday Beer Sales Legislative Tracking |
| | | | 113 | | | Thomas Harrington Proffer Agreement |
| Yes | 5-23-06 | 5-23-06 | 114 | Austin | | Claire Austin Proffer Agreement |
| | | | | | | Charles |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 115 | | | Campagna Proffer Agreement |
| | | | 116 | | | Tyler McCurdy CV |
| | | | 117 | | | Tyler McCurdy Report |
| | | | 118 | | | Documents from Joe Van Heest Re: D-code Waste Customers at Emelle |
| | | | 119 | | | Emelle Waste Records Database |
| | | | 120 a-d | | | Emelle Waste Records a. Hazardous Waste Data Dictionary b. EPA Hazardous Waste Codes c. List of Scheduling Categories d. Hazardous Waste Manifest |
| | | | 121 | | | Hazardous Waste Fee Reports |
| Yes | 5-23-06 | 5-23-06 | 122 | | Howard | X | 1/19/00 Mailing Hazardous Waste Fee Report from Emelle to Rev. Dept. |
| Yes | 5-23-06 | 5-23-06 | 123 | | Howard | X | 1/10/01 Mailing Hazardous Waste Fee Report from Emelle to Rev. Dept. |
| Yes | 5-23-06 | 5-23-06 | 124 | | Howard | X | 1/15/02 Mailing Hazardous Waste |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Fee Report from Emelle to Rev. Dept. |
| Yes | 5-23-06 | 5-23-06 | 125 | Howard | X | 1/14/03 Mailing Hazardous Waste Fee Report from Emelle to Rev. Dept. |
| | | 5-23-06 | 126 | Howard | | September 1997 to July 2005 Hazardous Waste Fee Report from Rev. Dept. |
| | 5-24-06 | 5-24-06 | 127 | Nelson | X | Hazardous Waste Fee Reports Summary Spreadsheet |
| | | | 128 | | | AL Revenue Dept. Documents from Wade Hope Re: WM Request |
| | | 5-23-06 | 129 | Hope | X | 3/26/97 Letter from Debray to Rev. Dept. Requesting Reduction |
| | | | 130 | | | 5/1/97 Rev. Dept. Denial of Reduction Letter Sent to Debray |
| Yes | 5-17-06 | 5-17-06 | 131 | Young | | 7/15/99 Letter from Hayes to Brazeal with Attached MOU |
| Yes | 5-17-06 | 5-17-06 | 132 | Young | | 6/29/99 Contract Between Chem Waste Management and LY for Fee Reduction |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-17-06 | 5-17-06 | 133 | Young | | 8/12/99 Fax of DS Resume from Tillman Young to WM w/ Siegelman CV Attached |
| Yes | 5-22-06 | 5-22-06 | 134 | Cardell | | 8/21/00 Letter from DS to Stalvey |
| | | 5-23-06 | 135 | Hope | | 12/6/96 Letter to Wade Hope from Debray |
| Yes | 5-23-06 | 5-23-06 | 136 | Hope | | 6/21/99 Petition for Refund Brazeal to Hayes |
| | | | 137 | | | 8/31/99 Memo from Floyd to Hayes |
| | | 5-23-06 | 138 | Hope | | 11/29/99 Letter from ADEM to Brazeal |
| | | | 139 | | | 12/29/99 Letter from Brazeal to Atkins |
| | | | 140 | | | 1/23/03 Letter from Carlisle to Henson |
| Yes | 5-23-06 | 5-23-06 | 141 | Hope | X | Hazardous Waste Law |
| Yes | 5-17-06 | 5-17-06 | 142 | Young | | 7/15/99 Letter from Siegelman to Young |
| | | | 143a | | | Lanny Young Information |
| | | | 143b | | | Lanny Young Plea Agreement NDAL |
| | | | 143c | | | Lanny Young Plea Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MDAL & Information |
| | | | 144 | | | Paul Hamrick Personnel File |
| | | | 145 | | | Funderburk Personnel Records |
| Yes | 5-22-06 | 5-22-06 | 146 a | Selak | x | Finance Department Records Re: Mead Corp. /Faxed Selak ltr. |
| | | | 147 | | | Finance Department Records Re: Sunbelt Environmental |
| | | | 148 | | | Finance Department Records Re: Sunbelt Resources |
| | | | 149 | | | Finance Department Records Re: Mead/City of Stevenson |
| Yes | 5-17-06 | 5-17-06 | 150 | Young | | Transcript of Young-Blount Conversation /Tape |
| Yes | 5-17-06 | 5-17-06 | 150-a | Young | x | |
| Yes | 5-24-06 | 5-24-06 | 151 a | Hagler | | SIDA Private Activity Report 2000 /2000 Applications Exempt Facility |
| Yes | 5-24-06 | 5-24-06 | 152 | Hagler | | 9/8/00 SIDA Board Minutes |
| | | | 153 | | | 10/12/00 Fax to Mead Confirming Stevenson Bond Issue |
| | | | 154 | | | Bryan Broderick Financial Statement |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 155 | | | Bryan Broderick Resume |
| | | | 156 | | | David Green Financial Statement |
| | | | 157 | | | David Green Resume |
| | | | 158 | | | State Personnel Records for Siegelman |
| | | | 159 | | | State Personnel Records for Hamrick |
| | | | 160 | | | State Personnel Records for Bailey |
| | | | 161 | | | Reserved |
| | | | 162 | | | Reserved |
| | | | 163 | | | State Personnel Records for Rolling |
| | | | 164 | | | State Personnel Records for Kennedy |
| | | | 165 | | | State Personnel Records for Roberts |
| | | | 166 | | | State Personnel Records for Hayes |
| | | | 167 | | | Reserved |
| | | | 168 | | | State Personnel Records for Wright |
| | | | 169 | | | 9/27/00 & 9/28/00 Bailey to Siegelman |

| | | | 170 | Miller | | 1/9/01 Letter from Mabry to Siegelman Re: GH Project |
|---|---|---|---|---|---|---|
| Yes | 5-25-06 | 5-25-06 | | | | |
| Yes | 5-4-06 | 5-4-06 | 171 | Bailey | | 1/9/01 Letter from Mabry to Siegelman from Young Records |
| Yes | 5-4-06 | 5-4-06 | 172 | Bailey | | $330,258 Voucher for GH from Finance Dept. |
| Yes | 5-4-06 | 5-4-06 | 173 | Bailey | | $330,258 & $81,237 Vouchers for GH from ADECA |
| Yes | 5-4-06 | 5-4-06 | 174 | Bailey | | 2/27/01 GH $81,237 Check from Finance Department |
| | | | 175 | | | Gulf Insurance File - Docs. From Greg Semrow |
| | | | 176 | | | Smith-Manus Records Re: Performance Bond |
| | | | 177 | | | Smith-Manus Agency File Re: GH Construction Project |
| Yes | 5-24-06 | 5-24-06 5-2-06 | 178 a,b | Simpler Bailey | | 12/21/00 Lease Agreement b/w ADECA & MDRA |
| Yes | 5-24-06 | 5-24-06 | 179 a | Simpler | | Copy of Construction Management Agreement from MDRA |
| | | | | | | 3/23/01 Fax from |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-24-06 | 5-24-06 | 180 | Campbell | | David Campbell to Brook Smith |
| Yes | 5-24-06 | 5-24-06 | 181 | Campbell | | 4/6/01 Fax from Roland Vaughn to David Campbell |
| Yes | 5-24-06 | 5-24-06 | 182 | Campbell | | 4/6/01 Fax from Brook Smith to David Campbell |
| Yes | 5-25-06 | 5-25-06 ayb | miller | x | | Judge Torbert Report from AL Finance Dept. Records |
| | | | 184 | | | Licensing Board Documents |
| | | 5-24-06 | 185 | Ramage | | First Bank of Brundidge Records Loan to GH Construction |
| | | | 186 | | | Reserved |
| | | | 187 | | | 2 Copies of Construction Management Agreement from Young's Business Records |
| Yes | 5-24-06 | 5-24-06 | 188 | Campbell | | 3/15/01 Fax from Denton, Ponder, & Edwards, PC to Gulf Insurance Company |
| | | | 189 | | | Colonial Bank Accounts |
| | | | 189a | | | Lanny Young Checking Account |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 189a-1 | Marren Young | | Colonial BancGroup1mill wire from USA waste to Young |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-17-06 | 5-17-06 | 189a-2 | Young | | Young check to Hamrick $500 |
| Yes | 5-17-06 | 5-17-06 | 189a-3 | Young | | Young check to Hamrick $1,500 |
| Yes | 5-16-06 | 5-16-06 | 189a-4 | Young | X | 1998 Young check to t-shirts |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-5 | Muller Young | X X | Young check to cash $8,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-6 | Muller Young | X X | Young check to cash $4,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-7 | Muller Young | X X | Young check to cash $5,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-8 | Muller Young | X X | Young check to cash $5,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-9 | Muller Young | X X | Young check to cash $6,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-10 | Muller Young | X X | Young check to cash $2,500 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-11 | Muller Young | X X | Young check to cash $5,000 |
| | 6-1-06 5-17-06 | 6-1-06 5-17-06 | 189a-12 | Muller Young | X X | Young check to cash $1,500 |
| Yes | 5-17-06 | 5-17-06 | 189a-13 | Young | X | Young check to Hamrick $500 |
| Yes | 5-16-06 | 5-16-06 | 189a-14 | Young | | Young check to Amanda PAC $5,000 |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-16-06 | 5-16-06 | 189a-15 | Young | | Young check to Environ. Fund $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-16 | Young | | Young check to M PAC $5,000 |
| | | | 189a-17 | | | Young check to Al. Senate Dem $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-18 | Young | | Young check to PAC $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-19 | Young | | Young check to Stay PAC $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-20 | Young | | Young check to Jeffco PAC $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-21 | Young | | Young check to TEC PAC $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-22 | Young | | Young check to Environ. PAC $5,000 |
| Yes | 5-16-06 | 5-16-06 | 189a-23 | Young | | Young check to Amanda PAC $5,000 |
| Yes | 5-17-06 | 5-17-06 | 189a-24 | Young | | Young check from Hamrick $3,000 & 10/24/01 statement |
| | | | 189a-25 | | | Young check to Ala. Dem Sen. $5,000 |
| | | | 189b | | | AELF Colonial |

| | | | | | | Bank Account |
|---|---|---|---|---|---|---|
| Yes Yes Yes Yes | 6-1-06 6-1-06 6-1-06 5-17-06 | 6-1-06 6-1-06 6-1-06 5-17-06 | 189b-1 b-2 b-3 b-4 | Muller Muller Muller Young | x x x | $50,000 check from WM to AELF, 9/30/99 statement & other AELF contributions |
| | | | 189c | | | Reserved |
| | | | 190 | | | Compass Bank Accounts |
| | | | 190a | | | Siegelman Expense Account |
| Yes | 6-1-06 | 6-1-06 | 190a-1 | George | | Siegelman Compass Bank acct statement #726-6337-3 period 11/12/99 through 12/14/99 with checks & signature card |
| | | | 190a-2 | | | Siegelman Compass Bank acct statement #726-6337-3 period 12/15/99 through 1/12/00 with checks |
| Yes | 6-1-06 | 6-1-06 | 190a-3 | George | | Siegelman Compass Bank acct statement #726-6337-3 period 1/13/00 through 2/11/00 with checks |
| | | | 190a-4 | | | Siegelman Compass Bank acct statement #726-6337-3 period 2/12/00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | through 3/14/00 |
| | | | 190a-5 | | | Siegelman Compass Bank acct statement #726-6337-3 period 8/14/01 through 9/12/01 |
| | | | 190a-6 | | | Siegelman Compass Bank acct statement #726-6337-3 period 9/13/01 through 10/12/01 |
| Yes | 5-2-06 | 6-1-06 5-2-06 | 190a-7 | George Bailey | | Siegelman Compass Bank acct statement #726-6337-3 period 10/13/01 through 11/13/01 |
| | | | 190b | | | Siegelman Campaign Account |
| Yes | 6-1-06 | 6-1-06 | 190b-1 | George | | Siegelman Compass Bank acct statement #720-7036-4 period 11/1/98 through 11/30/98 with checks |
| | | | 190c | | | Tillman-Young Checking Account |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190c-1 | George Young | | Tillman-Young Checking acct #0071880745 statement period 6/1/00 through 6/31/00 & $10,000 check |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | from Blount |
| Yes | 5-17-06 | 6-1-06<br>5-17-06 | 190c-2 | George Young | | Tillman-Young Checking acct #0071880745 statement period 9/1/00 through 9/29/00 & $25,000 check from Blount |
| | | | 190d | | | Lanny Young Checking Account |
| | | 6-1-06<br>5-19-06 | 190d-1 | George Young | X | 5/17/98 $500 Young check to cash & signature card |
| | | 6-1-06<br>5-19-06 | 190d-2 | George Young | X | 4/21/98 $500 Young check to cash |
| | | 6-1-06<br>5-19-06 | 190d-3 | George Young | X | 3/30/98 $500 Young check to cash |
| | | 6-1-06<br>5-19-06 | 190d-4 | George Young | X | 4/4/98 $500 Young check to cash |
| | | 6-1-06<br>5-19-06 | 190d-5 | George Young | X | 4/10/98 $500 Young check to cash |
| | | 6-1-06<br>5-19-06 | 190d-6 | George Young | X | 10/14/98 $500 Young check to cash |
| | | 6-1-06<br>5-19-06 | 190d-7 | George Young | X | 12/11/98 $10,000 Young check deposit with $5,000 cash out |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06 5-19-06 | 190d-8 | George Young | X | 2/9/99 $20,000 Young check deposit with $500 cash out |
| | | 6-1-06 5-19-06 | 190d-9 | George Young | X | 3/16/98 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-10 | George Young | X | 2/24/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-11 | George Young | X | 3/11/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-12 | George Young | X | 3/5/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-13 | George Young | X | 3/25/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-14 | George Young | X | 3/31/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-15 | George Young | X | 4/8/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-16 | George Young | X | 4/9/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-17 | George Young | X | 5/7/99 $500 Young check to cash |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06 5-19-06 | 190d-18 | George Young | X | 5/21/99 $1,500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-19 | George Young | X | 6/10/99 $2,500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-20 | George Young | X | 6/8/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-21 | George Young | X | 7/2/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-22 | George Young | X | 7/13/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-23 | George Young | X | 6/25/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-24 | George Young | X | 7/16/99 $2000 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-25 | George Young | X | 8/7/99 $500 Young cash withdrawal |
| | | 6-1-06 5-19-06 | 190d-26 | George Young | X | 9/15/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-27 | George Young | X | 10/6/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-28 | George Young | X | 10/11/99 $500 Young check to cash |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06 5-19-06 | 190d-29 | George Young | X | 10/11/99 $4,000 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-30 | George Young | X | 9/29/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-31 | George Young | X | 10/12/99 $3,000 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-32 | George Young | X | 10/12/99 $500 Young cash out |
| | | 6-1-06 5-19-06 | 190d-33 | George Young | X | 11/3/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-34 | George Young | X | 10/26/99 $600 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-35 | George Young | X | 11/16/99 $300 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-36 | George Young | X | 11/18/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-37 | George Young | X | 11/12/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-38 | George Young | X | 11/23/99 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-39 | George Young | X | 12/31/99 $3,000 Young check to |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | cash |
| | | 6-1-06 5-19-06 | 190d-40 | George Young | X | 12/24/99 $2,000 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-41 | George Young | X | 1/21/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-42 | George Young | X | 1/28/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-43 | George Young | X | 3/15/00 $500 Young cash out |
| | | 6-1-06 5-19-06 | 190d-44 | George Young | X | 3/21/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-45 | George Young | X | 3/10/00 $1,500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-46 | George Young | X | 3/24/00 $2,500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-47 | George Young | X | 5/20/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-48 | George Young | X | 6/9/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-49 | George Young | X | 6/14/00 $1,200 Young check to cash |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06 5-19-06 | 190d-50 | George Young | X | 6/14/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-51 | George Young | X | 6/17/00 $1,500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-52 | George Young | X | 6/6/00 $1,000 Young check to cash |
| | | 6-1-06 519-06 | 190d-53 | George Young | X | 5/26/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-54 | George Young | X | 6/16/00 $1,500 Young cash out |
| | | 6-1-06 5-19-06 | 190d-55 | George Young | X | 7/5/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-56 | George Young | X | 7/7/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-57 | George Young | X | 6/23/00 $500 Young cash out |
| | | 6-1-06 5-19-06 | 190d-58 | George Young | X | 8/10/00 $500 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-59 | George Young | X | 8/10/00 $1,000 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-60 | George Young | X | 9/9/00 $600 Young check to cash |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06<br>5-19-06 | 190d-61 | George<br>Young | X | 9/12/00 $500<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-62 | George<br>Young | X | 9/15/00 $500<br>Young cash out |
| | | 6-1-06<br>5-19-06 | 190d-63 | George<br>Young | X | 11/21/00 $900<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-64 | George<br>Young | X | 12/7/00 $1,000<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-65 | George<br>Young | X | 11/27/00 $1,500<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-66 | George<br>Young | X | 11/28/00 $1,500<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-67 | George<br>Young | X | 12/20/00 $1,100<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-68 | George<br>Young | X | 12/21/00 $1,500<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-69 | George<br>Young | X | 1/2/01 $500<br>Young cash out |
| | | 6-1-06<br>5-19-06 | 190d-70 | George<br>Young | X | 12/23/00 $2,500<br>Young check to<br>cash |
| | | 6-1-06<br>5-19-06 | 190d-71 | George<br>Young | X | 2/5/01 $500<br>Young cash out |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 6-1-06 5-19-06 | 190d-72 | George Young | X | 3/5/01 $700 Young check to cash |
| | | 6-1-06 5-19-06 | 190d-73 | George Young | X | 3/16/01 $3,000 Young cash out |
| | | | 190d-74 | | | 1/11/97 $10,000 Young check to Vision PAC |
| Yes | 5-16-06 | 6-1-06 5-16-06 | 190d-75 | George Young | | 11/27/98 $5,000 Young check to Pro PAC |
| Yes | 5-17-06 | C-1-06 5-17-06 | 190d-76 | George Young | | 7/26/99 $500,000 check to Young |
| | | | 190d-77 | | | 7/29/99 $50,000 Young check to Walston Wells |
| | | | 190d-78 | | | 12/6/00 $25,000 Blount check to Young |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-79 | George Young | | 1/29/99 2 million dollar wire to Young |
| | | | 190d-80 | | | 4/8/99 $500,000 wire to Young from WM |
| | | | 190d-81 | | | 12/23/99 $700,000 wire to Young from WM |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-82 | George Young | | 7/1/99 $7,000 Young check to |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Jordan |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-83 | George Young | | 7/25/99 $7,000 Young check to Jordan |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-84 | George Young | | 7/31/99 $6,000 Young check to Jordan |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-85 | George Young | | 2/9/00 $8,000 Young check to Jordan |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-86 | George Young | | 8/23/00 $1,000 Young check to Jordan |
| | | | 190d-87 | | | 8/27/99 $7,900 Young check to Bailey |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-88 | George Young | | 3/10/99 $25,000 Young check to Hamrick |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-89 | George Young | | 9/25/00 $6,000 Young check to Hamrick & statement period 9/23/00 through 10/23/00 |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-90 | George Young | | 1/20/00 $9,200 Young check to Colonial bank |
| Yes | 5-17-06 | 6-1-06 5-17-06 | 190d-91 | George Young | | 12/27/00 $5,324.02 Young check to Wards & statement |
| Yes | 6-5-06 | 6-5-06 6-1-06 | 190d-92 | Craine George | | Check to Locker Room from Lanny Young |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 190e | | | Reserved |
| | | | 191 | | | Reserved |
| | | | 191a | | | Reserved |
| | | | 192 | | | Merchants Bank Accounts |
| | | | 192a | | | Nick Bailey Checking Account |
| Yes | 6-5-06 | 6-5-06 | 192a-1 | | Parker | January 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-2 | | Parker | February 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-3 | | Parker | March 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-4 | | Parker | April 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Yes | 6-5-06 | 6-5-06 | 192a-5 | Parker | | May 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-6 | Parker | | June 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-7 | Parker | | July 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-8 | Parker | | August 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | 192a-9 | Parker | | September 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 192a-10 | | | October 98 Merchants Bank statement with $1,900 check from Tillman-Young to Nick Bailey |
| Yes | 6-5-06 | 6-5-06 | | Parker | | |
| | | | 192a-11 | | | November 98 Merchants Bank statement with $1,900 check from Tillman-Young |
| Yes | 6-5-06 | 6-5-06 | | Parker | | |
| | | | 192a-12 | | | June 25, 2001 Merchants Bank Statement statement with associated check for $10,503 from Nick Bailey to Don Siegelman. Check #3514 |
| Yes | 5-2-06 | 6-5-06 5-2-06 | | Parker Bailey | | |
| | | | 192a-13 192a-14 | | | January 2000 statement with $9,200 deposit from Lanny Young and check from Bailey to Siegelman. /Nick Bailey Bank State-ment |
| Yes | 6-5-06 | 6-5-06 | | Parker | | |
| Yes | 5-2-06 | 6-5-06 5-2-06 | | Parker Bailey | | |
| | | | 193 | | | Reserved |
| | | | 193a | | | Reserved |
| | | | 194 | | | SouthTrust Bank Accounts |
| | | | 194a | | | Paul Hamrick Checking Account |
| | | | | | | Several deposits |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 6-5-06 | 6-5-06 | 194a-1 | Seibert | | to Paul Hamrick's Southtrust bank account consisting of checks from Lanny Young to Hamrick. |
| Yes | 6-5-06 | 6-5-06 | 194a-2 | Seibert | | March 10, 99 desposit for $25,000 from Young to Hamrick at Southtrust |
| Yes | 6-5-06 | 6-5-06 | 194a-3 | Seibert | | 9/5/00 deposit for $6,000 from Young to Hamrick at Southtrust |
| Yes | 6-5-06 | 6-5-06 | 194a-4 | Seibert | | Several cash deposits into Hamrick Account at Southtrust Bank |
| Yes | 6-5-06 | 6-5-06 | 194a-5 | Seibert | | Check from Hamrick to Brewbaker Motorors |
| | | | 194b | | | Lanny Young Checking Account |
| Yes | 6-5-06 | 6-5-06 | 194b-1 | Seibert | | 6/5/01 $10,503 check from Bailey to Young |
| | | 194c1 6-5-06 | 194c | Seibert | x | Reserved |
| | | | 195 | | | Alamerica Accounts |
| | | | 195a | | | GH Construction Account |
| | | | 195a1 | | | $330,258.00 check from State of Alabama to GH Construction. 2/28/01 statement. |

6-5-06    194 C2    Seibert    X
6-5-06    194 C3    Seibert    X
6-5-06    194 C4    Seibert    X

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Check for $100,000 from GH Construction to Anthony Fant; account opening documents |
| | | | 195a2 | | | $81,237.00 check from State of Alabama to GH Construction |
| | | | 195b | | | Lanny Young loan file |
| | | | 195b1 | | | Records re $1.4 million loan to Young from Alamerica |
| | | | 196 | | | Regions Bank Accounts |
| | | | 196a | | | Black Warrior Parkway LLC Checking Account |
| Yes | 6-5-06 | 6-5-06 | 196a-1 | | Hudgins | 11/2/98 check from Black Warrior Parkway for $4,444.44 to 21st Century PAC. Regions Bank Statement for 11/30/98 attached. |
| Yes | 6-5-06 | 6-5-06 | 196a-2 | | Hudgins | 11/2/98 check from Black Warrior Parkway for $4,444.44 to Alabez PAC. |
| Yes | 6-5-06 | 6-5-06 | 196a-3 | | Hudgins | 11/2/98 check from Black Warrior Parkway for $4,444.44 to |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Ecodev PAC. |
| Yes | 6-5-06 | 6-5-06 | 196a-4 | Hudgins | | 11/2/98 check from Black Warrior Parkway for $4,444.44 to Green PAC |
| Yes | 6-5-06 | 6-5-06 | 196a-5 | Hudgins | | 11/2/98 check from Black Warrior Parkway for $4,444.44 to Growth PAC |
| Yes | 6-5-06 | 6-5-06 | 196a-6 | Hudgins | | 11/2/98 check from Black Warrior Parkway for $4,444.44 to JDC PAC |
| Yes | 6-5-06 | 6-5-06 | 196a-7 | Hudgins | | 11/2/98 check from Black Warrior Parkway for $4,444.44 to Jefferson PAC |
| Yes | 6-5-06 | 6-5-06 | 196a-8 | Hudgins | | 11/2/98 check from Black Warrior Parkway for $4,444.44 to Vision PAC |
| Yes | 6-5-06 | 6-5-06 | 196a-9 | Hudgins | | Black Warrior Parkway Statement for $4,444.48 dated 11/30/98 |
| | | | 196a-10 | | | Checking Credit for $44,239.95 |
| | | | 196b | | | Mack Roberts Account |

| | | | | | | |
|---|---|---|---|---|---|---|
| yes | 6-5-06 | 6-5-06 | 196b-1 | Hudgins | | Statement and check showing $71,000 check from United Toll Systems to Mack Roberts |
| | | | 196c | | | Nick Bailey loan at Regions Bank |
| yes | 6-5-06 | 6-5-06 | 196c-1 | Hudgins | | 1/12/96 letter from Larry Holt of Regions Bank to Nick Bailey re $55,000 loan |
| | | | 196d | | | Jim Allen Corporate Accounts |
| | | | 197 | | | Sterne Agee and Leach Accounts |
| | | | 197a | | | Nick Bailey Account |
| | | | 197b | | | Paul Hamrick Account |
| yes | 6-5-06 | 6-5-06 | 197b-1 | Mezrano | | Hamrick Sterne Agee and Leach Account statement # 4606-5616 opened 9/11/00 through 2/28/02 |
| yes | 6-5-06 | 6-5-06 | 197b-2 | Mezrano | | Hamrick Sterne Agee and Leach Account statement # 4606-5616 margin call docs & 9/18/00 $5,400 check |
| | | | 197c | | | Lanny Young Account |
| | | | 197d | | | Don Siegelman |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Account |
| Yes | 5-17-06 | 5-17-06 | 198 | Young | | Docs Re: Purchase Christmas Mugs |
| Yes | 6-8-06 | 6-8-06 | 199 | G. Smith | | Docs Re: Purchase of Motorcycle |
| Yes | 5-17-06 | 5-17-06 | 200 | Young | | Docs Re: Purchase 4-Wheeler from Audie Ward |
| | | | 201 | | | Reserved |
| | | | 202 | | | Reserved |
| | | | 203 | | | Hamrick "The Locker Room " Records |
| Yes | 5-17-06 | 5-17-06 | 204 | Young | | 12/19/00 Siegelman to Young Thank You Letter |
| Yes | 5-16-06 | 5-16-06 | 205 | Young | | 1/12/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 206 | Young | | 7/2/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 207 | Young | | 8/3/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 208 | Young | | 9/1/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 209 | Young | | 3/3/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 210 | Young | | 5/2/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 211 | Young | | 10/2/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 212 | Young | | 4/9/98 Young to Bailey $1,900 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-16-06 | 5-16-06 | 213 | Young | | 11/5/98 Young to Bailey $1,900 |
| | 5-17-06 | 5-17-06 | 214 | Young | X | 10/9/98 Young to Cash $3,000 |
| Yes | 5-17-06 | 5-17-06 | 215 | Young | | 3/3/98 Young to Hamrick $500 |
| Yes | 5-16-06 | 5-16-06 | 216 | Young | | 10/30/98 Young to Environmental Campaign Fund $10,000 |
| Yes | 5-16-06 | 5-16-06 | 217 | Young | | 10/21/98 Young to AL Democratic Party $20,000 |
| | | | 218 | | | 10/30/98 Young to MPAC $10,000 |
| Yes | 5-16-06 | 5-16-06 | 219 | Young | | 9/3/98 Young to National Coalition Black Voter Participation $25,000 |
| Yes | 5-16-06 | 5-16-06 | 220 | Young | X | 9/10/98 Young to Your Graphics are Showing $840 |
| Yes | 5-16-06 | 5-16-06 | 221 | Young | X | 4/6/98 Young to Your Graphics Are Showing $2,250 |
| Yes | 5-16-06 | 5-16-06 | 222 | Young | X | 7/21/98 Young to Your Graphics Are Showing $2,052.75 |
| | | | 223 | | | Reserved |
| | | | 224 | | | Reserved |
| Yes | 5-16-06 | 5-16-06 | 225 a | Young | | 2/20/98 Young to Champion Sports Group $162.18 |
| Yes | 6-7-06 | 6-7-06 | 226 | Lawler | | Hamrick Assorted |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | BMW Records |
| Yes | 5-16-06 | 5-16-06 | 227 | Young | | 2/4/98 Young to Bailey $1,900 |
| Yes | 5-16-06 | 5-16-06 | 228 | Young | | 6/8/98 Young to Bailey $1,900 |
| Yes | 5-17-06 | 5-17-06 | 229 | Young | X | 6/23/98 Young to Hamrick $500 |
| | | | 230 | | | Young Aircraft Records |
| Yes | 5-2-06 | 5-2-06 | 231 | Bailey | | Siegelman Mug December 1999 |
| | | | 232 | | | Documents Showing Transfer 4-Wheeler from Governor's Mansion to DOT |
| Yes | 5-17-06 | 5-17-06 | 233 | Young | | Check to cash from Tillman-Young. Attached is a page from Young check register noting it is for Hamrick. |
| Yes | 5-8-06 | 5-8-06 | 234 | Hayes | | Letter to Lanny dated 12/18/00 from Josh |
| Yes | 5-8-06 | 5-8-06 | 235 | Hayes | | Letter to Lanny dated 4/24/01 from Josh |
| | | 5-9-06 | 236 | Sellers | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 5-15-06 | 5-15-06 | 254 | Beard | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 255 | Beard | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 256 | Beard | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 257 | Beard | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 258 | Beard | | Memo from Gina Friday on 3/13/00 |
| Yes | 5-15-06 | 5-15-06 | 259 | Griswald | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 260 | Griswald | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 264 | Packard | | Chart on large White Paper |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Colonial Bank Records |
| Yes | 5-15-06 | 5-15-06 | 237 | Griswald | | |
| | | | | | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 265 | Packard | | |
| | | | | | | Chart on large White Paper |
| Yes | 5-15-06 | 5-15-06 | 266 | Packard | | |
| | | | | | | Letter to Richard Allen |
| Yes | 5-16-06 | 5-16-06 5-16-06 | 261 | Granger Packard | | |
| | | | | | | Atty. General Opinion |
| Yes | 5-16-06 | 5-16-06 | 270 | Packard | X | |
| | | | | | | T-Shirt |
| Yes | 5-19-06 5-16-06 | 5-19-06 5-16-06 | 251 | Young Young | X X | |
| | | | | | | Button T-Shirt |
| Yes | 5-16-06 | 5-16-06 | 250 | Young | | |

EXHIBITS
Cr. No. 2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 5-16-06 | 5-16-06 | 253 | Young | | Cap |
| Yes | 5-19-06 5-16-06 | 5-19-06 5-16-06 | 252 | Young | X | T-Shirt |
| Yes | 5-16-06 | 5-16-06 | 267 | Young | | FAA Aircraft Registry |
| Yes | 5-17-06 | 5-17-06 | 243a | Young | | Thank you Card from Gov. Siegelman |
| | 5-24-06 5-17-06 | | 239 | Blount Young | | Newspaper Article |
| Yes | 5-17-06 | 5-17-06 | 248 | Young | X | 6H Lease agreement Warehouses |
| Yes | 5-17-06 | 5-17-06 | 242 | Young | | Fax letter to Gov. Siegelman |
| Yes | 5-17-06 | 5-17-06 | 245 | Young | | Fax to Danny Hester from Governor Musgrove |
| Yes | 5-17-06 | 5-17-06 | 246 | Young | | Fax to Lanny from Gina |
| Yes | 5-17-06 | 5-17-06 | 247 | Young | | Note from Gina Friday re: Tickets |
| Yes | 5-17-06 | 5-17-06 | 249 | Young | | Talladega Super-Speedway Renewal Invitation |

1
5/16/2006

EXHIBITS
Cr. No.  2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
|  | 5-17-06 | 5-17-06 | 273 | Young | X | Chart on large White paper |
| Yes | 5-17-06 | 5-17-06 | 274 | Young | x | Chart on large white paper |
| Yes | 5-17-06 | 5-17-06 | 275 | Young | X | Chart on large white paper |
| Yes | 5-17-06 | 5-17-06 | 276 | Young | X | Chart on large white paper |
| Yes | 5-17-06 | 5-17-06 | 277 | Young | X | Chart on large White paper |
| Yes | 5-17-06 | 5-17-06 | 278 | Young | X | Chart on large White paper |
| Yes | 5-17-06 | 5-17-06 | 279 | Young | X | Chart on large White paper |
| Yes | 5-17-06 | 5-17-06 | 280 | Young | X | Chart on large White paper |
| Yes | 5-17-06 | 5-17-06 | 281 | Young | X | Chart on large white paper |
| Yes | 5-19-06 | 5-19-06 | 282 | Young |  | Photograph of Dale and Don |
| Yes | 5-19-06 | 5-19-06 | 283 | Young |  | Photograph of Childress and Siegelman |

EXHIBITS
Cr. No.  2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 5-19-06 | 5-19-06 | 284 | Young | | Photograph of Musgrove and others |
| Yes | 5-19-06 | 5-19-06 | 285 | Young | | Photograph |
| | | 5-19-06 | 286 | Young | | |
| Yes | 5-22-06 | 5-22-06 | 287 | Kerr | | Act from the AL Dept. of Archives + History |
| Yes | 5-22-06 | 5-22-06 | 288 | Harris | | Transcript |
| Yes | 5-23-06 | 5-23-06 | 291 | Austin | | 1999 monthly configuration to Austin and Young |
| Yes | 5-24-06 | 5-24-06 | 298 | Nelson | X | Chart of Chem Waste Facility at Emelle |
| Yes | 5-25-06 | 5-25-06 | 269 | Allen | X | B'ham News Article |
| Yes | 5-25-06 | 5-25-06 | 294 | Allen | | Road Map |
| Yes | 5-25-06 | 5-25-06 | 295 | Allen | | Road Map |
| Yes | 5-25-06 | 5-25-06 | 296 | Allen | | Allen Agreement |

1
5/16/2006

EXHIBITS
Cr. No.  2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 5-30-06 | 5-30-06 | 268a | Courson | | Roberts Recusal letter of 6.29.99 |
| Yes | 5-30-06 | 5-30-06 | 268 b | Courson | | 11-24-99 Ltr. to Mr. Rowe from Mr. Snipes |
| Yes | 5-30-06 | 5-30-06 | 268 c | Courson | | 11-24-99 Ltr. to Mr. Courson from Mrs. Rowe |
| Yes | 5-30-06 | 5-30-06 | 268 d | Courson | | 11-24-99 Ltr. to Mrs. Rowe from Mr. Courson |
| Yes | 5-30-06 | 5-30-06 | 268 e | Courson | | 11-24-99 Ltr. to Mr. Snipes from Mrs. Rowe |
| Yes | 5-30-06 | 5-30-06 | 300 | McInnes | X | Letter to Bill Carr |
| Yes | 5-31-06 | 5-31-06 | 303 | Bowlin | | Memo to Paul Bowlin |
| Yes | 6-1-06 | 6-1-06 | 297 | Marcato | | 11-30-04 Ltr. to Mac Marcato from Steve Feaga |
| Yes | 6-1-06 | 6-1-06 | 306 | N. Marcato | | Summary of Rainline Corporation break downs |
| Yes | 6-1-06 | 6-1-06 | 307 | N. Marcato | | 7-20-01 Ltr. to Jim Allen from from Mac Marcato |
| Yes | 6-1-06 | 6-1-06 | 293 | McDonald | X | Charts with different PACS listed |

1
5/16/2006

EXHIBITS
Cr. No. 2:05-cr-119-MEF

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN
RICHARD SCRUSHY
GARY MACK ROBERTS
PAUL MICHAEL HAMRICK

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
|  |  | 6-2-06 | 309 | McDonald |  |  |
| Yes | 6-5-06 | 6-5-06 |  | Craine | X | Fax Cover Sheet to Tom Harrington with Newspaper article |
|  | 6-2-06 | 6-2-06 | 301 | Craine | X |  |
| Yes | 6-2-06 | 6-2-06 | 302 | Craine | X | Calendar Planner of Beth Craine |
| Yes | 6-5-06 | 6-5-06 | 330 | Seibert | X | Chart on Large White Paper |
| Yes | 6-6-06 | 6-6-06 | 230 | Sanzo |  | Aircraft Flight Log |
| Yes | 6-6-06 | 6-6-06 | 325 | Sanzo | X | Chart of Flights, Hours, Passengers and Value |
|  |  | 6-6-06 | 304 | Sanzo |  |  |
| Yes | 6-7-06 | 6-7-06 | 320 | Stinson | X | Earnings Report for Mac Roberts |
| Yes | 6-7-06 | 6-7-06 | 321 | Stinson | X | Business Agreement 1/1/99 |
| Yes | 6-7-06 | 6-7-06 | 322 | Stinson | X | Business Agreement 1/10/99 |
|  |  | 6-7-06 | 324 | Stinson |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 310a | | | | Summary Report of ALDOT Consultant Contracts |
| Yes | 6-7-06 | 6-7-06 | | | Moore | X | |
| | | 6-7-06 | 310 | Moore | | | |
| | | 6-7-06 | 310b | Moore | | | Agreement between Burk-Kleinpeter, Inc. and State of AL DOT |
| Yes | 6-7-06 | | | | | X | |
| | | | 311a | | | | Summary Report of ALDOT Consultant Contracts |
| Yes | 6-7-06 | 6-7-06 | | | Moore | X | |
| | | | 311 | | | | Supplemental Agreement between TTL, Inc. and State of AL. DOT |
| Yes | 6-7-06 | 6-7-06 | | | Moore | X | |
| | | 6-7-06 | 314 | Moore | | | |
| | | | 315 | Moore | | | |
| | | | 316 | Moore | | | |
| | | | | | | | Copies of checks |
| Yes | 6-7-06 | 6-7-06 | 336 | Muller | | | |
| | | | 333a | | | | Personal Auto Policy Change Request of Siegelman |
| Yes | 6-7-06 | 6-7-06 | | Jumalon | | | |
| Yes | 6-7-06 | 6-7-06 | 334 | Jumalon | | | Message from Candida M. Jumalon re: Bailey |
| Yes | 6-7-06 | 6-7-06 | 333i | Jumalon | | | Deposit Slip from Jim Murphree Ins. Agency Inc. |
| | | 6-7-06 | 333f | Jumalon | | | |
| Yes | 6-7-06 | 6-7-06 | 333b | Jumalon | | | Check to Jim Murphree Ins. |
| | | 6-7-06 | 333d | Jumalon | | | |
| Yes | 6-7-06 | 6-7-06 | 333e | Jumalon | | | Check to Auto Owners Ins. from Siegelman |
| Yes | 6-7-06 | 6-7-06 | 333g | Jumalon | | | Fax to Jim Murphree Ins. |
| | | 6-7-06 | 335 | For Appeal Purposes | | | Summary Reports |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 6-8-06 | 6-8-06 | 339 | Elliott | | Willow Point Visitor Log |
| Yes | 6-8-06 | 6-8-06 | 340 | Elliott | | Photograph of Siegelman and Wife |
| Yes | 6-8-06 | 6-8-06 6-8-06 | 337 | G. Smith Elliott | | Photograph of Motorcycle |
| | 6-8-06 | 6-8-06 | 341 | Elliott | X | |
| Yes | 6-9-06 | 6-9-06 | 343 | J. Marcato | X | Year 2001 Sales Figures (In Tons) |
| Yes | 6-12-06 | 6-12-06 | 350 | | | Minutes of Product Evaluation Board |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |