IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEFENDANT DON EUGENE SIEGELMAN'S AMENDED TRIAL EXHIBIT LIST** | UNITED STATES OF AMERICA<br><br>v.<br><br>DON EUGENE SIEGELMAN, et al.,<br>Cr No. 2:05-cr-119-MEF |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 1 | | | June 23, 2003 USA v. Clayton L. Young Information CR# 03-135-N (Northern Division) |
| | | | 2 | | | May 15, 2003 USA v. Clayton L. Young Plea Agreement (Northern Division) |
| | | | 3 | | | July 1, 2004 USA v. Clayton L. Young Indictment CR# 04-BE-0239-M (Middle Division) |
| *Substituted for PH#73* Yes | 5-18-06 | 5-18-06 | 4 | Young | | March 29, 2005 USA v. Clayton L. Young Plea Agreement CR# 2:05cr116-A (Northern Division) |
| | | | 5 | | | USA v. Clayton L. Young Criminal Docket for CR# 2:03-cr-00135-WHA-DRB-1 (Northern Division) |
| | | | 6 | | | November 6, 2001 Interview of Lanny Young. |
| | | | 6A | | | November 6, 2001 Cassette recording of the interview of Lanny Young |
| | | | 7 | | | November 12, 2001 Followup Interview of Lanny Young |
| | | | 7A | | | November 12, 2001 Cassette recording of the interview of Lanny Young |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 8 | | | November 19, 2001 Interview of Lanny Young |
| | | | 9 | | | May 8, 2002 FBI Form 302 – Lanny Young |
| | | | 10 | | | September 20, 2002 FBI Form 302 – Lanny Young |
| | | | 11 | | | April 2, 2003 FBI Form 302 – Lanny Young, Proffer Statement |
| | | | 12 | | | June 26, 30 -- July 16, 18, 28, 2003 Interview of Lanny Young |
| | | | 13 | | | January 20, March 3, 2004 Interview of Lanny Young |
| | | | 14 | | | February 18, 2005 Interview of Lanny Young |
| | | | 15 | | | Undated Transcript of conversation between Lanny Young and Bill Blount (transcribed May 12, 2005) |
| | | | 16 | | | October 19, 2005 Grand Jury testimony of Clayton Lamar Young, CRC 03-0233 |
| | | | 17 | | | May 6, 2002 FBI Form 302 – David Burton Green |
| | | | 18 | | | Undated Transcript of conversation between Lanny Young and Benton Andrews (transcribed May 16, 2005) |
| | | | 19 | | | March 29, 2002 Interview of David Burton Green |
| | | | 20 | | | 1999 - 2000 Miscellaneous checks written on the account of Lanny Young to Betty and Darrell Jordan (GH282154-163) (Exs 141-145) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
|  |  |  | 21 |  |  | 2001 Miscellaneous checks and deposits written on the account of G. H. Construction, LLC (GH295134-135, GH295153, GH295157-161) |
|  |  |  | 22 |  |  | January 12, 2001 First National Bank of Brundidge Guaranty for Loan - G. H. Construction for commercial property in Montgomery and Loan Agreement (GH183871-881) |
|  |  |  | 23 |  |  | January 25, 2001 Prime Contractor, General Contractors Board Review, licensing questionnaire & work verification form – G. H. Construction (GH184319-325) |
|  |  |  | 24 |  |  | May 7, 2001 G. H. Construction Checking Account Printout (GH295131-133) |
|  |  |  | 25 |  |  | 2001 CK Request Statement G. H. Construction, Notification of Account Activity, Photocopies of Checks (GH295143-152; GH295162-212) |
| Yes | 5-18-06 | 5-18-06 | 26 | Young |  | January 9, 2001 Letter to Governor Don Siegelman from Henry Mabry, III attaching analysis of feasibility and impact of consolidating Montgomery area warehousing requirements at a single site. Marked approved. |
|  |  |  | 27 |  |  | November 12, 1999 Memorandum to Governor Don Siegelman, Dewayne Freeman and Shane Bailey from Dr. Susan Parker regarding Storage of Surplus Property |
|  |  |  | 28 |  |  | January 30, 2001 Licensing Board for General Contractors work verification form (GH281686-687) (Ex 114) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 29 | | | State Licensing Board for General Contractors Confidential Financial Statements, Equipment Questionnaire and Experience Statement (GH184354-367) |
| | | | 30 | | | **Left Blank Intentionally** |
| | | | 31 | | | December 7, 1999 Don Siegelman check #1080 to Montgomery Honda and deposit of Montgomery Outdoor Power Products in the amount of $12,173.35 |
| Yes | 5-3-06 | 5-3-06 | 32 | Bailey | | December 7, 1999 Don Siegelman check #1080 to Montgomery Honda in the amount of $12,173.35 |
| | | | 33 | | | December 6, 1999 Vehicle Bill of Sale Montgomery Honda |
| | | | 34 | | | December 6, 1999 Alabama Department of Revenue Application for Certificate of Title |
| | | | 35 | | | Alabama Department of Revenue Tag and Tax Receipt, Don Siegelman for Honda |
| | | | 36 | | | Certificate of Title, Don Siegelman, Honda |
| | | | 37 | | | December 1, 2000 Repair Order Invoice to Don Siegelman for Honda |
| | | | 38 | | | December 19, 2000 Don Siegelman check #1073 to Montgomery Honda/Yamaha for repair in the amount of $240.17 |
| | | | 39 | | | December 7, 1999 Murphree Insurance Agency Personal Auto Policy Change Request for insured Don Siegelman for Honda |
| Yes | 6-1-06 | 6-1-06 | 40 | George | | February 10, 2000 Don Siegelman cancelled check #0908 to Jim Murphree Insurance in the amount of $377.00 |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 5-3-06 | 5-3-06 | 41 | Bailey | | January 20, 2000 Nick Bailey check #3073 to Lori Allen in the amount of $9,200.00 with Don Siegelman Expense Account deposit slip for same amount |
| | | | 42 | | | Copy of Alabama License Plate for Honda |
| | | | 43 | | | January 18, 2000 Don Siegelman check #0903 to U. S. Treasury in the amount of $5,940.00 for 4th quarter estimated taxes and check #0904 to Alabama Department of Revenue in the amount of $660.00 for 4th quarter estimated taxes |
| Yes | 6-5-06 | 6-5-06 | 44 | Mezrano | | January - May, 2000 and October - December 1999 AFS Equities Account Statement for the account of Don Siegelman |
| Yes | 6-5-06 | 6-5-06 | 45 | Mezrano | | January - May, 2000 AFS Equities Account Statement for the account of Lori P. Allen and Don Siegelman |
| Yes | 5-3-06 | 5-3-06 | 46 | Bailey | | Motorcycle Bill of Sale, Buyer Nick Bailey, Seller Don Siegelman for the Honda |
| Yes | 5-3-06 | 5-3-06 | 47 | Bailey | | Microsoft Word Document Screen Printout |
| Yes | 5-3-06 | 5-3-06 | 48 | Bailey | | Motorcycle Bill of Sale, Buyer Nick Bailey, Seller Don Siegelman - amount changed to $12,173.35 (handwritten) |
| | | 5-4-06 | 49 | Bailey | | March 7, 2002 FBI Form 302 – Candida Jumalon, Insurance Agent with Jim Murphree Insurance Agency |
| | | | 50 | | | Handwritten Note – Nick Bailey for Don Siegelman, Honda Motorcycle |
| | | | 51 | | | December 14, 2000 Ward's Fun & Excitement Sales Receipt, Sold To Lanny Young, 4-Wheeler and Trailer |
| | | | 52 | | | December 27, 2000 Ward's Bill of Sale |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
|  |  |  | 53 |  |  | December 27, 2000 Customer Copy of Warranty Registration |
|  |  |  | 54 |  |  | Circle W. Trailers, Inc. Manufacturer's Certificate of Origin for Utility Trailer |
|  |  |  | 55 |  |  | December 27, 2000 Lanny Young check #1966 to Ward's in the amount of $5,324.02 |
| 5-3-06 | 5-3-06 | 5-3-06 | 56 | Bailey |  | Mansion Inventory Fixed Asset Listing |
| 5-3-06 | 5-3-06 | 5-3-06 | 57 | Bailey |  | Fixed Asset Listing |
|  |  |  | 58 |  |  | Undated Alabama Licensing Board Application for Prime to Practice General Contracting - G. H. Construction (GH184383-385) |
|  |  |  | 59 |  |  | January 16, 2001 Application for Employer ID Number - G. H. Construction (GH295140-142) |
|  |  |  | 60 |  |  | March 15, 2001 Financial Statement, Sterling Bank, James Bryan Broderick (GH280278-281) |
|  |  |  | 61 |  |  | December 6, 1996 Letter to Wade Hope from Thomas DeBray regarding Chemical Waste Management attaching memorandum concerning fees for disposal (GH195278-284) |
|  |  |  | 62 |  |  | March 26, 1997 Letter to Wade Hope from Thomas DeBray regarding Treated Waste at the Chemical Waste Management Facility at Emelle, Alabama (GH195285-289) |
|  |  |  | 63 |  |  | May 1, 1997 Letter to Thomas DeBray from Wade Hope regarding Treated Waste at the Chemical Waste Management Facility at Emelle, Alabama |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 64 | | | June 21, 1999 Letter to James Hayes, Jr. from Ellis Brazeal regarding Petition for Refund of Overpayment of Fees for Disposal of Waste at Chemical Waste Management's Emelle, Alabama Facility and Request for a Revenue Ruling regarding same |
| | | | 65 | | | July 15, 1999 Letter to Ellis Brazeal from James Hayes regarding Resolution of the Petition for Refund and Memoranda of Understanding with Chemical Waste Management, Inc. (GH195292) |
| | | | 66 | | | July 15, 1999 Letter to Ellis Brazeal, Chemical Waste Management, Inc. from James Hayes regarding Memorandum of Understanding |
| | | | 67 | | | November 29, 1999 Letter to Ellis Brazeal from Robert W. Barr regarding Hazardous Waste Facility at Emelle, Alabama |
| | | | 68 | | | January 23, 2003 letter to Roger Henson, Chemical Waste Management from Dwight Carlisle regarding Request for Meeting |
| | | | 69 | | | Chemical Waste Management, Inc. v. Guy Hunt, 504 U.S. 334, 112 S. Ct. 119 L. Ed. 2d 121 |
| | | | 70 | | | Affidavit of Grant Lynch (GH297493-495) |
| | | | 71 | | | January 2001 Operating Agreement of G. H. Construction & Amendment |
| | | | 72 | | | August 24, 2001 Memorandum to Richard Allen from Special Agent Re: Request for Attorney General Approval for Consensual Monitoring of Conversation in Lanny Young investigation (GH297466) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 5-18-06 | 5-18-06 | 73 | Young | | 2005 USA v. Clayton L. Young CR# 2:03-cr-0135-A (Northern Division) Miscellaneous Pleadings: Order on Motion (Doc 57); Order on Motion (Doc 55); Defendant's Motion for Order Enforcing Plea Agreement with attached exhibits (Doc 41-1, 41-2) |
| | | | 74 | | | July 12, 2004 Letter to Clair Austin from Stephen Feaga and John Gibbs setting forth agreement with U.S. (GH297477-478) |
| | | | 75 | | | August 24, 2001 Interview of Suzanne Smith |
| | | | 76 | | | August 24, 2001 Telephone call from Suzanne Smith to Lanny Young |
| | | | 77 | | | August 24, 2001 Telephone call to Suzanne Smith from Lanny Young |
| | | | 78 | | | October 30, 2001 Telephone call between Suzanne Smith and Lanny Young (11:01) |
| | | | 79 | | | October 30, 2001 Telephone call between Suzanne Smith and Lanny Young (2:15) |
| | | | 80 | | | October 30, 2001 Interview Report Form regarding Suzanne Smith's recorded conversations with Lanny Young |
| | | | 81 | | | May 14, 2002 Receiving invoice – Transferring Flatbed Trailer that belongs with ATV Four-Wheeler |
| | | | 82 | | | November 13, 2001 Receiving invoice for Four-Wheeler ATV – Total Acquisition Cost $4,500.00 |
| | | | 83 | | | Mansion Inventory |
| | | | 84-99 | | | **Left Blank Intentionally** |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 100 | | | Standard Form of Agreement between The Tuscaloosa County Commission and Burk-Kleinpeter, Inc. for Professional Services (GH282126-153) |
| | | | 101 | | | April 2, 1999 Letter to W. H. McCollum from G. M. Roberts regarding Designation of Contact Person for Tuscaloosa County Commission for Road and Bridge Improvement Program (GH241031–032) |
| | | | 102 | | | May 24, 1999 Letter to W. H. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-021 (GH241024-030) |
| | | | 103 | | | May 24, 1999 Letter to W. H. McCollum from John F. Courson regarding Agreement between Alabama Department of Transportation and Tuscaloosa County ST 063 888 020 (GH241017-023) |
| | | | 104 | | | July 2, 1999 Letter to Farrington Snipes from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-018 (GH241040-045) |
| | | | 105 | | | November 10, 1999 Letter to W. H. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-020 (GH241046-052) |
| | | | 106 | | | November 10, 1999 Letter to W. H. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-021 (GH241053-059) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 107 | | | September 11, 2000 Letter to W. M. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-022 (GH241060-065) |
| | | | 108 | | | September 19, 2001 Letter to W. H. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-021 (GH241033-039) |
| | | | 109 | | | May 24, 1999 Letter to W. H. McCollum from John F. Courson attaching Agreement between Alabama Department of Transportation and Tuscaloosa County ST-063-888-018 (GH282119-125) |
| | | | 110 | | | April 23, 1993 Letter to Mac Marcato from William Hartzog regarding Inverted Profile Traffic Stripe (GH250451-460) |
| | | | 111 | | | March 20, 1998 Letter to All Division Engineers from William Hartzog regarding set up of Inverted Profile Traffic Stripe |
| | | | 112 | | | April 20, 1998 Memorandum to Division Engineers from Don T. Arkle regarding Traffic Stripe Alternates (GH250462-463) |
| | | | 113 | | | February 9, 1999 Memorandum to Division Engineers from John E. Lorentson regarding Use of Inverted Profile Traffic Stripe (Rainline) with attached Guidelines (GH255719) (No Bates on Attachment) |
| | | | 114 | | | February 28, 2001 Memorandum to Larry Lockett from Wesley Elrod regarding Proprietary and High Cost Safety Material and Devices |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 115 | | | March 15, 2001 Memorandum to G. M. Roberts from Joe Wilkerson, Ray Bass, Mike Harper, John Lorentson, Larry Lockett Wes Elrod regarding Propriety and High Cost Safety Materials and Devices. (GH250421-426) |
| | | | 116 | | | Inverted Profile Traffic Stripe Survey |
| | | | 117 | | | May 5, 1999 Letter to Joe Wilkerson from Ray Bass regarding Profiled Pavement Marking Evaluation (GH250428-437) |
| | | | 118 | | | May 20, 1999 Letter to Mack Roberts from Gordon Brown for Joe Wilkerson regarding Profiled Pavement Marking Evaluation (GH250427) |
| | | | 119 | | | February 22, 1999 Letter to Mack Roberts from Joe Wilkerson regarding Use of Inverted Profile Traffic Stripe with attachments |
| | | | 120 | | | January 31, 2001 Memorandum to Joe Wilkerson, Ray Bass, Mike Harper, John Lorentson, Larry Lockett, Wes Elrod from G. M. Roberts regarding Proprietary and High Cost Safety Materials and Devices (GH250417-418) |
| | | | 121 | | | Appreciation Evening for Ray Bass Invitation for April 28, 2005 (GH245767-269) |
| Yes | 5-30-06 | 5-30-06 | 122 | McInnes | | May 28, 2004 Letter to Joe McInnes from Jennifer Marcato regarding meeting (GH278447-456) |
| | | | 123 | | | May 24, 2004 Memorandum to Mac Marcato from Jennifer Marcato regarding University of Alabama Study "Evaluation of Profiled Pavement Markings" (GH278458-461) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 124 | | | May 25, 2004 Email to Joe McKinnes from Jessica Flannery regarding Rainline (GH278462) |
| | | | 125 | | | May 18, 2004 Letter to Phil Price from D. J. McInnes (GH278463-466) |
| | | | 126 | | | Acts of the Senate Certification Page for 1995 Regular Session Relating to Resolution, SJR 39 - Mack Roberts |
| | | | 127 | Allen | | August 21, 2005 Agreement between USA and Jim Allen. |
| | | | 128 | | | October 5, 2000 Interview of Jim Allen |
| | | 5-26-06 | 129 | Allen | | February 17, 2005 Interview of Jim Allen |
| | | 5-26-06 | 130 | Allen | | February 22, 2005 Interview of Jim Allen |
| Yes | 5-26-06 | 5-26-06 | 131 | Allen | x | August 11, 2005 Letter to Steve Feaga from David Byrne enclosing Attorney Proffer (GH298051-055) |
| | | | 132 | | | February 25, 1993 Letter of appointment to G. M. Roberts from Guy Hunt (GH238847) |
| | | | 133 | | | May 28, 1993 Letter of appointment to G. M. Roberts from Jim Folsom (GH238848) |
| | | | 134 | | | Rainline Video |
| | | | 135 | | | December 2, 1998 Letter to Tom Harrington from Ellis Brazeal regarding Three Corners Landfill with attached Amendment to Contract for Solid Waste Disposal Services (GH270702-703; GH270706-712) |
| | | | 136 | | | August 31, 2005 FBI 302 – Proffer Statement Phillip Jordan |
| | | | 137 | | | July 28, 2004 Superseding Indictment - USA vs. Clayton L. Young, Jr. Case #CR-04-BE-0239-M (Middle Division) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
|  |  |  | 138 |  |  | July 1, 2004 Plea Agreement and Conditions - USA vs. Phillip W. Jordan Case No. CR-04-J-0247-M (Middle Division) |
| Yes | 5-26-06 | 5-26-06 | 139 | Allen | x | September 29, 2001 E-mail to Jim Allen from Mac Marcato regarding termination agreement and earlier e-mail to J. Marcato from Mac Marcato regarding termination agreement (GH257872-873) |
|  |  |  | 140 |  |  | August 22, 2005 Memorandum of Interview of Terry L. McDuffie (GH257295-297) |
|  |  |  | 141 |  |  | February 1, 1993 Product Evaluation Status (GH255816-819) |
|  |  |  | 142 |  |  | April 5, 1993 Product Evaluation Board Agenda and March 1, 1993 Minutes (GH255834-837) |
|  |  |  | 143 |  |  | April 21, 1993 Letter to F. L. Blakenship from William Hartzog regarding Russell County Project with attached Alabama Standard Specifications (GH255974-980) |
|  |  |  | 144 |  |  | January 2, 1996 Product Evaluation Board Minutes (GH256038-039) |
|  |  |  | 145 |  |  | January 2, 1996 Memorandum regarding Alabama Department of Transportation, Product Evaluation Board Meeting (GH258252-253) |
|  |  |  | 146 |  |  | April 2, 2001 Evaluation of Profiled Pavement Markings by Dr. Jay Lindly, University of Alabama (GH255392-398) |
|  |  |  | 147 |  |  | July 29, 2004 Letter to Norma Lemley with the University of Alabama from Mac Marcato (GH255332-352) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
|  |  |  | 148 |  |  | April 8, 2004 No Cost Extension approvals; Notification of Research Extension Approval with April 13, 2004 approval letter (Composite Exhibit) (GH255171, GH255173-175) |
| Yes | 5-31-06 | 5-31-06 | 149 | McInnes |  | November 5, 2003 Letter of Direction to begin work (GH255181-182) |
|  |  |  | 150 |  |  | Profile Traffic Stripe from 1994 to Present (GH254891-962) |
|  |  |  | 151 |  |  | Jordan Judgment |
|  |  |  | 152 |  |  | Coffee mugs given to Bill Pryor by Lanny Young (to be subpoenaed from Lanny Young) |
|  |  |  | 153 |  |  | Oversized Map of Mitt/Lary Road |
|  |  |  | 154 |  |  | November 30, 2004 Letter of Agreement to Forrest (Mac) Marcato c/o David Byrne regarding investigation (GH297389-390) |
|  |  |  | 155 |  |  | Oversized Map of Western Bypass |
|  |  |  | 156 |  |  | August 2004 *Testing Wet and Dry Pavement Markings* article (GH250073-079) |
|  |  |  | **157-199** |  |  | **Left Blank Intentionally** |
|  |  |  | 200 |  |  | July 19, 1999 IHS check #0000000951 made payable to Alabama Education Lottery Foundation for $250,000.00 (GH215639) |
|  |  |  | 201 |  |  | May 23, 2000 HealthSouth check, # illegible, made payable to Alabama Education Foundation for $250,000.00 |
|  |  |  | 202 |  |  | October - December 1999, January -May, 2000 Don Siegelman Campaign AFS Equities, Inc. Statement |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 203 | | | February 22, 1999 Certification of Incorporation of The Alabama Education Lottery Foundation & Articles of Incorporation |
| | | | 204 | | | May 24, 1999 Articles of Amendment to the Articles of Incorporation The Alabama Education Lottery Foundation |
| | | | 205 | | | February 29, 2000 Articles of Amendment to the Articles of Incorporation The Alabama Education Foundation |
| | | | 206 | | | December 29, 2000 Letter to Ted Hosp from James Pool regarding the Alabama Education Foundation (GH281043-045) |
| | | | 207 | | | January 3, 2001 Letter to Ted Hosp from James Pool regarding Alabama Education Foundation |
| | | | 208 | | | July 24, 2002 Letter to Richard Allen from Edward Hosp regarding the Alabama Education Foundation |
| Yes | 5-16-06 | 5-16-06 | 209 | Packard | | July 9, 2002 Letter to Office of Secretary of State from Redding Pitt enclosing amendment to 45 day pre-primary report |
| Yes | 5-15-06 | 5-15-06 | 210 | Packard | | July 26, 2002 Letter to Jim Bennett, Alabama Secretary of State from Robert Segall regarding Alabama Education Foundation and enclosing three filings pursuant to Alabama Fair Campaign Practices Act |
| Yes | 5-8-06 | 5-8-06 | 211 | Cline | | November 2, 1999 Memorandum to Don Siegelman from Jim Cunningham, Darrin Cline and Rick Nagel, copied to Nick Bailey regarding Debt Retirement (GH281121-126) |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 212 | | | August 23, 1999 $1,000,000.00 Line of Credit Note to Colonial Bank (GH280877)(Ex 14) |
| | | | 213 | | | July 15, 2002 Letter to Alabama Democratic Party from Jennifer Crosby with Colonial Bank regarding Loans and Transaction History (GH183311-312) |
| | | | 214 | | | Loan History Report for $1,000,000.00 Line of Credit (GH183313-314) |
| | | | 215 | | | December 21, 1999 Memorandum to Jack Miller from Giles Perkins regarding Alabama Democratic Party Finances (GH184409-411) |
| | | | 216 | | | Democratic Party Statement of Principles |
| | | | 217 | | | March 9, 2000 AEF/First Commercial Bank loan (GH195316-318) |
| | | | 218 | | | March 9, 2000 First Commercial Bank check to Colonial, Colonial Bank check to Alabama Education Foundation and First Commercial Bank check to Colonial (GH195321) |
| | | | 219 | | | June 25, 1999 Memo to Governor Siegelman from Raymond Bell regarding Certificate of Need Review Board (GH-AD4-000065-68) |
| Yes | 5-8-06 | 5-8-06 | 220 | Bell | | CON Candidates (GH-AD4-000069) |
| | | | 221 | | | July 2, 2004 FBI Form 302 – Greg Doody – with attached HSC helicopter and plan records for July 14, 1999 |
| Yes | 5-3-06 | 5-3-06 | (222) 299 | Bailey | | **Left Blank Intentionally** Hand written chart |
| | | | 300 | | | December 21, 2001 Proffer of Nick Bailey |
| | | 5-3-06 | 301 | Bailey | | June 5, 2003 FBI Form 302 – Nicholas Bailey, Proffer Statement |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 5-3-06 | 5-3-06 | 302 | Bailey | x | June 24, 2003 Plea Agreement of Nicholas Bailey in USA v. Nicholas D. Bailey |
| | | | 303 | | | June 23, 2003 USA v. Nicholas D. Bailey Information Case # 03-133-N |
| | | | 304 | | | June 30, 2003 FBI Form 302 - Nicholas Bailey |
| Yes | 5-3-06 | 5-3-06 | 305 | Bailey | | January 27, 2004 FBI Form 302 - Nicholas Bailey with attachments |
| | | | 306 | | | March 4, 2004 FBI Form 302 - Nicholas Bailey |
| | | | 307 | | | June 21, 2004 Grand Jury Testimony of Nicholas Bailey |
| | | | 308 | | | August 9, 2004 Grand Jury Testimony of Nicholas Bailey |
| | | | 309 | | | September 7, 2005 FBI Form 302 – Nicholas Bailey (GH282412-420) |
| | | | 310 | | | September 21, 2005 Grand Jury Testimony of Nicholas Bailey |
| | | | 311 | | | 1998 Income Tax Return of Nicholas Bailey |
| | | | 312 | | | 1999 Income Tax Return of Nicholas Bailey |
| | | | 313 | | | 2000 Income Tax Return of Nicholas Bailey |
| | | | 314 | | | 2000 Amended U.S. Individual Income Tax Return |
| | | | 315 | | | September 11, 2002 Federal Statements, Form 1040X - Explanation of Changes |
| | | | 316 | | | 2001 Income Tax Return of Nick Bailey |
| | | | 317 | | | Criminal Intelligence Unit Report concerning Nicholas Bailey |
| | | | 318 | | | AFS Equities Statements for Nicholas Bailey |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 5-3-06 | 5-3-06 | 319 | Bailey | | June 27, 1994, July 20, 1994, February 28, 1995 and July 26, 1995 Letter to Nic Bailey from Larry Holt with First Alabama Bank regarding interest and line of credit |
| Yes | 5-4-06 | 5-4-06 | 320 | Bailey | | January 12, 1996 Letter to Nic Bailey from Larry Holt regarding mortgage on property |
| | | | 321 | | | June 1, 2000 Environmental Solutions Alabama LLC check #1211 made payable to Sterne, Agee & Leach in the amount of $20,000.00 |
| Yes | 5-4-06 | 5-4-06 | 322 | Bailey | | September 11, 2000 - January 8, 2001 Sterne, Agee & Leach, Inc. Margin Call for Nicholas Bailey account |
| | | | 323 | | | January 9, 2002 IRA Account Application for Nicholas Bailey |
| | | | 324 | | | RL Display Loan Printout |
| | | | 325 | | | October 19, 2000 – December 27, 2000 Stern, Agee & Leach, Inc. Margin Maintenance Call for Shane Bailey account |
| | | | 326 | | | April 23, 2001 Warranty Deed - G. H. Construction |
| | | | 327 | | | Statement of Economic Interests - Alabama Ethics Commission (Composite Exhibit -- April 30, 2001, April 30, 1996, June 11, 1997, April 9, 1998, April 31 [sic], 2000, April 30, 2001) |
| | | | 328 | | | December 29, 2001 Letter to Bill Long from Ronald Blount regarding Warehouse Study Information with attachments |

| Admitted | Date Offered | Date Identified | No | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 329 | | | October 4, 2004 Direct Examination of Nicholas Bailey, Pretrial Proceedings, USA v. Don Siegelman and Paul Michael Hamrick, CR #04-C-200-W (Western Division - Alabama) |
| | | | 330 | | | Personal Financial Statements of Nick Bailey, Credit Application, AFS Equities New Account Applications and American Investment Brokers New Account Application (Composite Exhibit) |
| | | | 331 | | | June 18, 2001 Letter to Nicholas D. Bailey from Don Siegelman appointing him as Confidential Assistant (GH-AD4-000073) |
| | | | 332 | | | January 19, 1999 Letter to Shane Bailey from Don Siegelman appointing him as Economic and Community Affairs Division Director (GH-AD4-000081) |
| Yes | 5-4-06 | 5-4-06 | 333 | Bailey | | Lease Agreement between the Montgomery Downtown Redevelopment Authority and the Alabama Department of Economic and Community Affairs (GH280368-395) |
| | | | 334 | | | First Amendment to Lease Agreement between The Montgomery Downtown Redevelopment Authority and the Alabama Department of Economic and Community Affairs (GH280396-410) |
| | | | 335-349 | | | **Left Blank Intentionally** |
| | | | 350 | | | June 23, 2003 USA v. William C. Kirsch Information CR# 03-134-N |
| | | | 351 | | | Plea Agreement of Curtis Kirsch |
| | | | 352 | | | Summary of Report of Investigation regarding William Curtis Kirsch |
| Yes | 5-15-06 | 5-15-06 | 353 | Packard | | Letter to Jim Bennett |
| Yes | 5-16-06 | 5-16-06 | 354 | Packard | X | Atty. General Opinion |
| Yes | 5-16-06 | 5-16-06 | 355 | Packard | | Chart on large white paper |
| | 5-26-06 | | 356 | Allen | | |
| Yes | 5-30-06 | 5-30-06 | 357 | Vaughn | | 11-7-00 Ltr to Mr. Born |
| Yes | 5-30-06 | 5-30-06 | 358 | Vaughn | | Reply from Mr. Born |

| Admitted | Offered | Identified | No. | Witness | Obj. | Description |
|---|---|---|---|---|---|---|
| | | | 359 | | | Siegelman Checking Account Recap w/Copies of Two Checks |
| yes | 6-1-06 | 6-1-06 | | George | | |
| | | | 360 | | | Siegelman Checking Account Recap w/ Copies of 6 checks |
| yes | 6-1-06 | 6-1-06 | | George | | |
| | | | 361 | | | Siegelman Checking Account Recap w/ Copies of 10 checks |
| yes | 6-1-06 | 6-1-06 | | George | | |
| yes | 6-6-06 | 6-6-06 | 368 | Graham | | Ltr. to Robert L. Childree from Siegelman |
| yes | 6-6-06 | 6-6-06 | 369 | Graham | | Ltr. to Tom Brassell from Siegelman |
| yes | 6-6-06 | 6-6-06 | 363 | Sanzo | ※ | Annual Report 1996 |
| yes | 6-6-06 | 6-6-06 | 364 | Sanzo | | Annual Report 1997 |
| yes | 6-6-06 | 6-6-06 | 365 | Sanzo | | 45 Day Report |
| yes | 6-6-06 | 6-6-06 | 366 | Sanzo | | 5/28/98 Report |
| yes | 6-6-06 | 6-6-06 | 367 | Sanzo | | 9/21/98 Report |
| yes | 6-13-06 | 6-13-06 | 370 | Not for Jury | | Case Law on Quid Pro Quo charges |
| yes | " | " | 371 | Not for Jury | | Case Law |