IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR119-MEF |
| | ) | |
| | ) | Jury Trial: 5/1/06 - 6/29/06 |
| Don Eugene Siegelman, et al. | | Before: Honorable Mark E. Fuller |

## WITNESS LIST

| GOVERNMENT | DEFENDANTS |
|---|---|
| 5/1/06 | Roberts |
| Alva Lambert | |
| | 6/9/06 |
| | Jennifer Marcato |
| 5/2/06 | Senator Lowell Barron |
| Nick Bailey | Charles Swann |
| | Senator Perry A. Hand |
| | Ron Green |
| | Richard Lindsey |
| | Francis Alred |
| | Rosemary Johnson |
| | Dr. William A. Meehan |
| 5/8/06 | 6/12/06 |
| Darren Richard Cline | Paul Bowlin |
| Raymond Lloyd Bell, Jr. | |
| Josh Hayes | |
| | Scrushy |
| | 6/12/06 |
| | Dr. Craig Philpot |
| | Dr. Gilder L. Wideman |
| | Dr. Roosevelt McCorvey |
| | General Wyndall L. Clark, Jr. |
| | Elmer D. Harris |

<u>5/9/06</u>

Margaret Taylor Sellers
William McGahan
Leif Murphy
Michael David Martin

<u>5/10/06</u>

James T. Waggoner
Charles Taylor Pickett, Jr.
Loree Skelton
<u>5/11/06</u>

John Morrow

<u>5/15/06</u>

Todd Beard
Teresa Griswald
Ed Packard

<u>5/16/06</u>

Charles E. Granger, Jr.
Lanny Young

<u>5/19/06</u>

Tim Burgess

<u>5/22/06</u>

Phillip Jordan
Robert Selak
Norwood Kerr
Patrick Harris
Lisa Cardell
Claire Austin

<u>5/23/06</u>

Wade Hope
Cathy Howard

<u>Hamrick</u>

6/12/06
Robert L. Childree
Melissa Buckalew

5/24/06

Loretta Nelson
Pat Hagler
Fred Simpler
Jimmy Ramage
Bill Blount
David Campbell

5/25/06
Lee Miller
Jimmy Allen

5/26/06
Phillip Rawls
Frank Courson

5/30/06
Don Vaughn
William Blount - Recalled
Joe McInnes

5/31/06
John Derrickson
Paul Bowlin
Steve Armberg

6/1/06
Forrest "Mac" Marcato
Nancy Marcato
Anita Muller
Mona George
Gerald Marren
Janice McDonald

6/2/06
Beth Craine

6/5/06
Chris Hudgins
Sandy Parker
James Mezrano
Caleb Hopkins
Deanne Seibert
Gayle Traylor

<u>6/6/06</u>
Jacky Graham
Sandra Horn
John Sanzo

<u>6/7/06</u>
Billy Stinson
Gary Moore
Rose Lawler
Anita Muller - Recalled
Candida Jumalon
Audie B. Ward
<u>6/8/06 </u>
Wyndall Elliott
Gerald Smith