IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>　　Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S
MOTION TO TRAVEL OUT OF COUNTRY**

　　COMES NOW Defendant Richard M. Scrushy, by and through his undersigned counsel of record, and moves this Court for entry of an Order permitting Mr. Scrushy to travel to Nassau in the Bahamas from July 19th through July 30th, 2006. In support of this request, Defendant respectfully shows this Court the following:

　　1.　　The Defendant is presently released on a $1 million dollar bond pending sentencing in this matter.

　　2.　　Mr. Scrushy requests to travel to Nassau in the Bahamas for a vacation with his family. Some of Mr. Scrushy's children will accompany him on this trip along with his wife. Mr. Scrushy plans to depart Birmingham, Alabama on July 19th, 2006 and return to Birmingham on July 30th, 2006.

　　3.　　Counsel is informed that Mr. Scrushy has discussed with Mr. Barry Burton, his probation officer in Birmingham, his desire to vacation with his family in the Bahamas. Mr. Burton told Mr. Scrushy that in his opinion, Mr. Scrushy is not a flight risk.

4.	This motion is made pursuant to 18 U.S.C. § 3142 and § 3143 which provides that the defendant should be subjected to the "least restrictive" conditions which will "reasonably assure" the appearance of the defendant. Given the defendant's character, family and community ties, length of residence in the community, lack of any criminal history, the fact that he is not a threat to the safety of any person and his record concerning his appearances at court proceedings, this motion is due to be granted.

4.	Mr. Scrushy was required to relinquish his passport to U.S. Probation as a condition of his release, therefore, it is further requested that upon the granting of this motion, that Mr. Scrushy's passport be temporarily returned to him for this travel.

WHEREFORE, Defendant respectfully prays that this Court enter an Order permitting the Defendant to travel to Nassau in the Bahamas from July 17th through July 30th, 2006 and for U.S. Probation to temporarily return his passport for this travel.

This 11th day of July, 2006.

Respectfully submitted,

/s/ Fred D. Gray_____
Fred D. Gray (GRA022)
Gray, Langford, Sapp, McGowan,
  Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083
(334)727-4830 Telephone
(334)727-5877 Facsimile

Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
(205)822-4224 Telephone
(205)824-0321 Facsimile

                                                Attorneys for Richard M. Scrushy

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                                /s/ Fred D. Gray
                                              OF COUNSEL