IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

RESPONSE TO MOTION TO TRAVEL OUT OF COUNTRY

Comes now the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and in opposition to Defendant Scrushy's Motion to Travel Out of Country moves the Court to enter an order denying the motion and states as grounds therefore:

1.  Defendant Scrushy stands convicted along with Co-Defendant Siegelman of multiple serious felony crimes.

2.  Defendant Scrushy, along with Co-Defendant Siegelman, is facing a term of incarceration in excess of five years.

3.  A cursory examination of the 1999 United States Sentencing Guidelines Manual reveals that the United States Probation Office should recommend a sentence of imprisonment consistent with Parts C and F, Offenses Involving Public Officials and Offenses Involving Fraud or Deceit, respectively. Specifically, the base offense level for giving a bribe is 10. If, as in the instant offense, it involves more than one bribe, add 2; if the value of the payments exceeds $500,000, add 10; and if the payment is for the purpose of influencing an elected official or any official holding a high-level decision-making or sensitive position, add 8, resulting in an adjusted offense level of 30. The resulting guideline level of 30 makes Defendant Scrushy subject to a sentence of 97-121 months,

assuming his criminal history category is I.

4. Although this is not as much time as that faced by Co-Defendant Siegelman, whose sentence will be enhanced at a minimum an additional two points for obstruction of justice and relevant conduct provisions of the United States Sentencing Guidelines Manual, it is still a significant sentence.

5. Defendant Scrushy has not accepted responsibility for his offenses. Indeed, he has shown total disrespect for the Court and the jury that convicted him. Immediately after the verdict was announced, one of his counsel stated outside the courtroom that this verdict was "the worst miscarriage of justice since General Sherman burned Atlanta."

6. Recognizing that the United States Sentencing Guidelines Manual is advisory, the United States fully intends to demonstrate at sentencing that Defendant Scrushy should be sentenced at or near the high end of the guideline range in which he falls. Because of the significant period of incarceration facing Defendant Scrushy, his total lack of remorse, the disrespect shown to the jury, the court, and the United States, the United States avers any departure below the recommended guideline range is highly unlikely.

7. Defendant Scrushy has access to significant amounts of money, and under the circumstances is a grave flight risk. A defendant who has been found guilty of multiple serious felonies and is facing a significant period of incarceration should not be allowed to leave the jurisdiction of the court and certainly not be allowed to leave the United States.

Wherefore, premises considered, the United States asserts that Defendant Scrushy's Motion to Travel Out of Country should be denied.

Respectfully submitted this the 13th day of July, 2006.

          LOUIS V. FRANKLIN, SR.
          ACTING UNITED STATES ATTORNEY

          /s/ Louis V. Franklin, Sr.
          LOUIS V. FRANKLIN, SR.
          Acting United States Attorney
          1 Court Square, Suite 201
          Montgomery, Alabama 36104
          (334) 223-7280
          (334) 223-7135 Fax
          louis.franklin@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
louis.franklin@usdoj.gov