United States v. Richard M. Scrushy
2:05-CR-119-MEF
# TAB 58

```
                            192
 1              at side-bar if Your Honor will

 2              recall the proffer.

 3         MR. McDONALD:  It's a purely legal

 4              matter.

 5         MR. FEAGA:  Your Honor, I'll withdraw

 6              it.  We'll move on.  We'll move

 7              on.

 8  Q.  Now, let me ask you, did you -- after this

 9      check arrived, did you and Mr. Scrushy --

10      after this check arrived and Mr. Scrushy was

11      appointed to the CON Board, did you receive

12      any instructions from the Governor relative

13      to Mr. Scrushy's appointment to the CON

14      Board?

15  A.  Yes.

16  Q.  What, if anything, did the Governor tell you

17      relative to Mr. Scrushy's appointment to the

18      CON Board?

19  A.  To contact Margie Sellers regarding

20      Mr. Scrushy being appointed as vice chair.

21  Q.  Did you do that?

22  A.  I did.

23  Q.  What did you tell her?
```

193

1  A.  That the Governor wanted Mr. Scrushy
2      appointed vice chair of the CON Board.
3  Q.  Do you know why the Governor wanted
4      Mr. Scrushy appointed vice chair of the CON
5      Board?
6  A.  Because he --
7          MR. LEACH:  Objection, Your Honor,
8              unless there's a foundation of
9              that.
10         MR. FEAGA:  Your Honor, I guess we need
11             to go side again.  I forgot one
12             statement when I was making my
13             proffer.  I apologize.
14         THE COURT:  If he knows.
15 Q.  If you know.  Do you know why?
16 A.  Because he asked for it.
17 Q.  Because who asked for it?
18 A.  Mr. Scrushy.
19         THE COURT:  Objection overruled.
20 Q.  And do you know why the Governor would have
21     been willing to make that appointment?
22         MR. LEACH:  Objection.  This calls for
23             a conclusion, Judge.  He did not

194

1       lay a foundation.
2  Q.   Did you talk to the Governor about why he was
3       willing to not only make the appointment --
4            THE COURT:  Wait, Mr. Feaga.
5            MR. FEAGA:  Yes, sir.
6            THE COURT:  Are you through with your
7                objection?
8            MR. LEACH:  Yes.  Calls for a
9                conclusion without a foundation.
10           THE COURT:  Restate your question.
11               Objection sustained.
12 Q.   Did you talk to the Governor about his
13      reasons for appointing Mr. Scrushy to the CON
14      Board and for telling you to call Margie
15      Sellers and make him vice chair?
16 A.   Yes.
17 Q.   What, if anything, did he tell you about his
18      reasons?
19           MR. LEACH:  Same objection, Judge.
20           THE COURT:  Overruled.
21 A.   I reminded the Governor periodically of
22      conversations that I had with Eric Hanson and
23      the conversations the Governor had with Eric

195

| | |
|---|---|
| 1 | Hanson about what Mr. Scrushy wanted in |
| 2 | return for his contribution.  And that was |
| 3 | the CON Board. |
| 4 | MR. McDONALD:  Move to strike. |
| 5 |     Nonresponsive. |
| 6 | THE COURT:  I'm sorry? |
| 7 | MR. McDONALD:  Move to strike. |
| 8 |     Nonresponsive. |
| 9 | MR. LEACH:  And I have another |
| 10 |     objection I'd like to take up at |
| 11 |     side-bar. |
| 12 | MR. FEAGA:  Your Honor, I'm just about |
| 13 |     done. |
| 14 | THE COURT:  Overruled.  Can we move on |
| 15 |     until we get to -- do you need |
| 16 |     this point taken up at this |
| 17 |     particular juncture, Mr. Leach, or |
| 18 |     can we preserve this -- |
| 19 | MR. FEAGA:  I'm moving on. |
| 20 | MR. LEACH:  I'm going to have to move |
| 21 |     for a motion to strike, Judge. |
| 22 |     And if you'll recall the proffer, |
| 23 |     you'll understand why. |

Bailey
May 2, 2006

```
                       196
 1         THE COURT:  Move on.  We'll take up
 2              this matter at side bar; and if we
 3              need to come back, we can.
 4         MR. FEAGA:  Yes, sir.
 5   Q.  Now, did there ever come a point -- let me
 6       ask you, did -- did you ever participate with
 7       Don Siegelman in any meeting where a
 8       discussion went on about who was going to be
 9       appointed to the CON Board?
10   A.  Yes.
11   Q.  What, if anything, did the Governor say at
12       that meeting relative to Richard Scrushy's
13       appointment?
14   A.  The Governor promoted Mr. Scrushy and I --
15       there may have been other Scrushy
16       appointees.  I'm not sure about that.  But
17       the Governor did promote Mr. Scrushy being on
18       the CON Board and as vice chair.
19   Q.  Do you know of anyone else that was appointed
20       to the CON Board at that time that -- you
21       said other Scrushy appointees.  Do you know
22       of anyone else that was appointed at that
23       time by the Governor that was a Scrushy
```

197

1 appointee?
2 A. Not that I can recall.
3 Q. Okay. Now, did there come a point in time
4    when you were -- when you went to Birmingham,
5    Alabama, and opened up a bank account at a
6    bank called Alamerica Bank?
7 A. No.
8 Q. First Commercial Bank?
9 A. Yes, sir.
10 Q. Okay. And who told you to open up that
11    account, if anybody?
12 A. The Governor.
13 Q. Okay. And why did the Governor want you to
14    open up the account at First Commercial Bank?
15 A. It was a request that Merv Nabors or someone
16    had made.
17 Q. What, if anything -- what kind of account did
18    you open?
19 A. An Alabama Education Foundation account.
20 Q. Okay. And who was the signatory on that
21    account?
22 A. I was.
23 Q. Did you deposit anything into that account at

Bailey
May 2, 2006