United States v. Richard M. Scrushy
2:05-CR-119-MEF
# TAB 59

18

1        has been admitted.
2     MR. FEAGA: Just a second.
3            The first IHS check is in,
4        Your Honor, which is the one that
5        had been delivered during this
6        time frame.
7     THE COURT: Is that the first check
8        that was received?
9     MR. FEAGA: Yes, sir.
10    THE COURT: And the letter of
11       appointment has been admitted?
12    MR. FEAGA: Yes, sir.
13    THE COURT: Objection overruled.
14 Q. (Mr. Feaga continuing:) What, if anything,
15    did Eric Hanson tell you Richard Scrushy
16    wanted from the Governor?
17    MR. LEACH: Can I have an objection on
18       the timing of this? Can I just
19       know when this actually occurred?
20    THE COURT: Your objection is noted.
21 Q. What, if anything, did Eric Hanson tell you
22    that Richard Scrushy wanted from the
23    Governor?

Bailey
May 3, 2006

                           19

1  A.  To control the CON Board.
2          MR. FEAGA:  Your Honor, I'm going to go
3              ahead and offer -- if I may
4              approach the witness.
5          THE COURT:  All right.
6  Q.  Mr. Bailey, I want to show you what's been
7      marked as Government's Exhibit #27B for
8      identification purposes and ask you, if you
9      would, take a look at Government's Exhibit
10     #27B.
11 A.  Yes, sir.
12 Q.  Have you seen that before?
13 A.  Yes, sir.
14 Q.  Would you tell the ladies and gentlemen of
15     the jury what Government Exhibit #27B is?
16 A.  A check from HealthSouth Corporation to the
17     Alabama Education Foundation for $250,000.
18 Q.  Is that the check you and the Governor picked
19     up when you went up to Birmingham?
20 A.  I believe that's correct.
21         MR. FEAGA:  Your Honor, we'd like to
22             offer into evidence what's been
23             marked for identification purposes