United States v. Richard M. Scrushy
2:05-CR-119-MEF
# TAB 60

185

```
 1  Q.  Now, after that date -- let me go back to
 2      that date, July 19th.  Do you know -- were
 3      you ever present at the Governor's Office
 4      when Richard Scrushy visited the Governor's
 5      Office?
 6  A.  Yes, sir.
 7  Q.  Can you recall how many times you saw Richard
 8      Scrushy visit the Governor's Office?
 9  A.  Once, maybe twice.
10  Q.  Do you know when Mr. Scrushy -- or let me ask
11      you.  Were you -- did you physically see
12      Mr. Scrushy hand that check to the Governor?
13  A.  No, sir.
14  Q.  Do you know exactly how that check got into
15      the Governor's hands?
16  A.  No, sir, I don't know for sure.
17  Q.  Now, I want to ask you if early on when you
18      were talking to the investigators with the
19      United States and the State of Alabama, if
20      they had an opportunity to ask you questions
21      about this check.
22  A.  They -- they did and they have.
23  Q.  Did you tell them in early conversations that
```

186

1   Richard Scrushy had visited with the Governor
2   and left, and it was after that meeting at
3   that you walked in and saw this check?
4  A. Yes, sir, I did say that.
5         MR. LEACH:  Well, I object to leading
6             on this point, Your Honor.  Ask
7             that the witness testify in this
8             case.
9         MR. FEAGA:  Your Honor, I'm just trying
10            to get to a --
11        THE COURT:  Overruled.
12 Q. Now, did you subsequently at some point in
13   time have an opportunity to think about this,
14   and did you subsequently come tell the
15   government investigation --
16        MR. LEACH:  Your Honor, he's leading.
17 Q. Did you ever tell them anything different?
18 A. Yes, I did.
19        MR. FEAGA:  I'm sorry, Your Honor.
20        THE COURT:  Counsel, give us an
21            opportunity to state objections
22            and rule on objections.
23            I understand your objection,

187

1          Mr. Leach, but I don't think that
2          this is such an important part
3          that he can't lay the foundation.
4          I understand the nexus of your
5          concern.
6              Lay the foundation to prevent
7          the leading, Mr. Feaga.  The
8          objection, for the record, would
9          be sustained.  Let's move on.
10   Q.  Having told them -- well, let me just say,
11       what was the first time -- well, the first
12       time you discussed this event with federal
13       and state criminal investigators, what did
14       you tell them about the delivery of this
15       check?  Tell the ladies and gentlemen of the
16       jury.
17   A.  I did tell them initially that this check was
18       delivered that day by Mr. Scrushy.  And at a
19       later date after thinking about it and
20       looking at some documents, I'm not sure that
21       it was that day.  It could have been sometime
22       after then.
23   Q.  Now, did anyone with the United States or the

188

| | | |
|---|---|---|
| 1 | | State of Alabama suggest to you that you |
| 2 | | change the information that you had given us |
| 3 | | about the delivery of that check? |
| 4 | A. | No. |
| 5 | Q. | How did it come about that you came to tell |
| 6 | | us that you weren't sure about that date? |
| 7 | A. | Just reevaluating my memory and thinking |
| 8 | | about it and looking at the documents. |
| 9 | Q. | So it was something you volunteered -- |
| 10 | A. | That's correct. |
| 11 | Q. | -- to the United States? |
| 12 | A. | I did. |
| 13 | Q. | And to the State of Alabama? |
| 14 | A. | That is correct. |
| 15 | Q. | Now, this -- you said that Mr. Scrushy -- you |
| 16 | | do know that he came to visit with the |
| 17 | | Governor at some point? |
| 18 | A. | Yes. |
| 19 | Q. | And you said that it may have been one or two |
| 20 | | times? |
| 21 | A. | Once, maybe twice. |
| 22 | Q. | And were you present to see him come make |
| 23 | | those visits? |

189

1  A.  Yes, on one occasion for sure.
2  Q.  Now, if those visits predate the date on this
3      check, then is it possible --
4          MR. LEACH:  Objection.  Counsel is
5              saying if those visits, plural;
6              and that has not been established
7              by the witness.
8          THE COURT:  Let him ask his question
9              and then raise your objection.
10 Q.  If they predate the date on this check, then
11     it couldn't have been the day that he visited
12     with the Governor that he delivered it,
13     right?
14 A.  That's possible.
15 Q.  On the other hand, if he did visit with him
16     after the date after this check, then it
17     could have been -- you could be right that he
18     did deliver it then, right?
19 A.  That is correct.  And assuming the date on
20     the check is when the check was actually
21     produced.
22 Q.  So you just don't remember clearly whether he
23     personally delivered it or whether it was

190

```
 1     delivered after his visit.  Is that your
 2     testimony?
 3          MR. LEACH:  Objection.  Leading.
 4          THE COURT:  Sustained.
 5          MR. FEAGA:  I'll move on.
 6  Q. Let me ask you something that I asked you
 7     earlier about the date on this check.  And I
 8     want to --
 9          MR. FEAGA:  your Honor, I'd like to
10               publish, if I may, on the Elmo.
11               It's already been admitted into
12               evidence as Government's Exhibit
13               #6B, a copy of Richard Scrushy's
14               letter of appointment.
15          THE COURT:  Any exhibit that's already
16               been admitted into evidence can be
17               published at any time.
18          MR. FEAGA:  Thank you, Your Honor.
19  Q. If you could, sir, would you take a look at
20     Government's Exhibit #6B, which has now been
21     published for the jury, and tell me what the
22     date is on Richard Scrushy's letter of
23     appointment to the CON Board.
```

191

```
 1  A.  July 26, 1999.
 2  Q.  How many days after the date on that check
 3      was it that the Governor appointed Richard
 4      Scrushy to the Certificate of Need Review
 5      Board?
 6  A.  I can't see the check under there, but it was
 7      a few days.
 8  Q.  Let me show you the date on the check again.
 9  A.  July 19th, July 26th.  So, seven days.
10  Q.  Within one week of the delivery of that first
11      installment of $250,000, the appointment was
12      made?
13  A.  Correct.
14  Q.  Did you have opportunities to discuss Richard
15      Scrushy's appointment with the Governor both
16      before and after it was made?
17  A.  Yes.
18  Q.  Did the payment of this 500 -- first of
19      the -- this $250,000, was it part of an
20      agreement the Governor had with Mr. Scrushy
21      to appoint him to the CON Board?
22          MR. LEACH:  Objection, Your Honor.  On
23              this one, I would like to be heard
```