United States v. Richard M. Scrushy
2:05-CR-119-MEF
# TAB 62

GEORGE W. BUSH (R)
# Top Contributors

Cycle:  GO

| | |
|---|---|
| Morgan Stanley | $600,480 |
| Merrill Lynch | $580,004 |
| PricewaterhouseCoopers | $512,500 |
| UBS Americas | $468,075 |
| Goldman Sachs | $388,600 |
| MBNA Corp | $356,350 |
| Credit Suisse First Boston | $330,040 |
| Lehman Brothers | $327,725 |
| Citigroup Inc | $320,620 |
| Bear Stearns | $309,150 |
| Ernst & Young | $302,140 |
| Deloitte Touche Tohmatsu | $290,450 |
| US Government | $288,636 |
| Wachovia Corp | $275,310 |
| Ameriquest Capital | $250,650 |
| Blank Rome LLP | $223,900 |
| Bank of America | $218,261 |
| JP Morgan Chase & Co | $205,900 |
| Cendant Corp | $198,803 |
| Microsoft Corp | $197,425 |

**Percent of Contributions Coded:**

(How to read this chart / methodology)

| | | |
|---|---|---|
| Coded | $138,561,102 | (73%) |
| Uncoded | $50,606,238 | (27%) |
| Total | $189,167,340 | |

HOW TO READ THIS CHART: This chart lists the top donors to this candidate during the 2004 election cycle. ***The organizations themselves did not donate***, rather the money came from the organization's PAC, its individual members or employees or owners, and those individuals' immediate families. *Organization totals include subsidiaries and affiliates.*

Because of contribution limits, organizations that bundle together many individual contributions are often among the top donors to presidential candidates. These contributions can come from the organization's members or employees (and their families). The organization may support one candidate, or hedge its bets by supporting multiple candidates. Groups with national networks of donors - like EMILY's List and Club for Growth - make for particularly big bundlers.

Why (and How) We Use Donors' Employer/Occupation Information

METHODOLOGY

NOTE: All the numbers on

this page are for the 2004 election cycle and based on Federal Election Commission data released electronically on Monday, May 16, 2005. (Help! The numbers don't add up...")

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics.