United States v. Richard M. Scrushy
2:05-CR-119-MEF
# TAB 63

331

1  Q.  Is it your understanding, Mr. Martin, that

2      U.S. Attorney's office here has no power to

3      make a recommendation to the court in the

4      northern district of Alabama?

5  A.  I understand that, yes, sir.

6  Q.  Okay.  Now, let me take you back to 1999

7      during the summer of 1999 and ask you if you

8      were working for HealthSouth at that time?

9  A.  Yes, sir.  During the summer of 1999, I was

10     work [-RG] at HealthSouth as chief financial

11     officer and treasurer.

12 Q.  During the summer of 1999, were you asked to

13     contact an individual by the name of Bill

14     McGahan and request a donation be made to an

15     entity called the Alabama Education Lottery

16     Foundation?

17 A.  Yes, sir, I was.

18 Q.  Tell us how that happened.  Tell us who asked

19     you to do that and when did you do it?

20 A.  Sometime in -- in 1999 -- I don't remember

21     the exact date, I was told by Richard Scrushy

22     that in order to get into the good graces of

23     Governor Siegelman, that we needed to assist

Martin
May 9, 2006

332

1    him with raising money for the lottery

2    campaign.

3  Q.  Okay.  Now, did Mr. Scrushy tell you why it

4    was important to get in the good graces of

5    then Governor Siegelman?

6  A.  There were a number of occasions where

7    Mr. Scrushy told me that it was important for

8    us to and in the good graces of that governor

9    or any other governor so that we could have

10    some influence or a spot on the CON Board.

11  Q.  Okay.  At the time that you're having these

12    [SKR-FRGS]s with Mr. Scrushy, did you know

13    what the CON board was and what they did?

14  A.  Yes, sir I did.

15  Q.  Why would it be important for HealthSouth to

16    have a seat on the certificate of need and

17    review board?

18  A.  Well, HealthSouth was a major hospital

19    organization.  Of course, it was based in

20    Birmingham.  We also had operations in

21    Huntsville, in Dothan, Mobile, Montgomery,

22    all over the state.  And it was important to

23    the company's well-being to have a say so or