IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

**O R D E R**

It is hereby ORDERED that Defendants Don Eugene Siegelman's and Richard M. Scrushy's Motion for New Trial Pursuant To Rule 33(a) of the Federal Rules of Criminal Procedure and all supporting exhibits (Doc. # 462) are hereby STRICKEN because they were not properly filed in accordance with this Court's policies or prior rulings.  Nothing in this Order is intended to preclude either Don Eugene Siegelman and Richard M. Scrushy from properly filing a motion for new trial prior to the deadline previously imposed by this Court.

DONE this the 27th day on September, 2006.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE