**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

2006 SEP 25 A 9: 13

UNITED STATES OF AMERICA     :

                     :         Case No.  2:05-CR-119-MEF

      v.               :

                     :

RICHARD M. SCRUSHY        :

                     :

ooooOoooo

**Motion For Leave To Appear Pro Hac Vice**
**on Behalf of Richard M. Scrushy**

Movant, Carmen D. Hernandez, an attorney in private practice, hereby respectfully moves for permission to be admitted to practice <u>pro hac vice</u> in the above-captioned matter as additional counsel on behalf of Richard M. Scrushy.

1.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the United States District Court for the District of Maryland, being a member of the Bar of that State; and also a member in good standing of the United States District Court for the District of Columbia; and serve on the Criminal Justice Panel for both courts.

2.      My practice is limited to federal criminal matters. I am admitted to practice in the United States Court of Appeals for the District of Columbia, Fourth, Fifth and Eleventh Circuits and the United States Supreme Court.

3.      I have been admitted to practice law since 1982, am a former law clerk to a United States District Court judge, a former Assistant Federal Public Defender, have testified before Congress and the United States Sentencing Commission regarding federal sentencing matters, lecture regularly on federal sentencing, and have co-authored the departure chapter in "Practice Under the Federal Sentencing Guidelines" (P. Bamberger, & D. Gottlieb, eds., 4th ed. 2001).

4.      There are no pending disciplinary proceedings against me in any State or Federal

court.

Wherefore, I respectfully move to be permitted to appear as counsel and advocate <u>pro hac</u>

<u>vice</u> in this case on behalf of Richard M. Scrushy.

Respectfully submitted,

Carmen D. Hernandez
717 D. Street, N.W., Suite 310
Washington, D.C.  20004
chernan7@aol.com
202-628-0090; fax: 202-628-2881

Dated:  September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of September, 2006 mailed a copy of the above-noted
Motion for Leave to Appear Pro Hac Vice on Behalf of Richard M. Scrushy to Louis V. Franklin,
Sr., Acting United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

Carmen D. Hernandez