# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that CARMEN D. HERNANDEZ, ESQUIRE, BAR NUMBER 03366, was duly admitted to practice in the United States District Court for the District of Maryland on JUNE 20, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

Date: SEPTEMBER 13, 2006

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk