IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Case No. . 2:05-CR-119-MEF |
| v. | : |
| | : |
| **RICHARD M. SCRUSHY** | : |
| | : |

ooooOoooo

## ORDER

Upon consideration of the Motion For Leave to Appear Pro Hac Vice by Carmen D. Hernandez, Esquire on behalf of Richard M. Scrushy, and good cause having been shown, it this _____ day of _____, 2006,

**ORDERED**:

1. That the motion for admission to practice pro hac vice in the above captioned matter is hereby **Granted**.

2. The admitted attorney, Carmen D. Hernandez is permitted to argue or try this particular case in whole or in part as counsel or advocate.

_____
**HONORABLE MARK E. FULLER**
**United States District Judge for the**
**Middle District of Alabama**