IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

# <u>O R D E R</u>

Upon consideration of the Motion for Carmen D. Hernandez to Appear Pro Hac

Vice (Doc. #465) filed on September 25, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 29th day of September, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE