United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 3

# The Auburn Villager

July 13, 2006 — Vol. 1, No. 3

## Auburn jury foreman: 'Sell out' by governor was unacceptable

BY JACQUE KOCHAK
VILLAGER NEWS EDITOR

Bloomberg News called him "the serious guy with tie." One news account talked about his looking away and fiddling with his glasses. A lawyer labeled him "arrogant."

[Name redacted] certainly has not enjoyed the attention he earned serving as foreman of the federal jury that recently convicted HealthSouth Corp. founder Richard M. Scrushy of paying bribes to former Gov. Don Siegelman.

[Name redacted] was one of 18 jurors and alternates from as far away as Roanoke and Dothan, who spent two months listening to testimony and deliberating before convicting Scrushy and Siegelman of bribery and conspiracy charges. Several jurors live in Auburn and Opelika, but the full glare of publicity has fallen on the jury foreman, whose day job is [redacted].

"I didn't want to talk on the record, but I was deluged with requests from the press," [redacted] said recently. "I was nervous. This is not me. I do other things, and I took two months off my life."

The length of time the jury spent in deliberations sparked speculation in the press and among defense attorneys, who suggested jurors were split along racial lines, fighting among themselves, or rushing to get out before the Fourth of July weekend. That's all nonsense, said [redacted]. Jurors started every day holding hands and saying a prayer. Their prayer included the defendants, he said, because jurors felt no personal animosity toward Scrushy, Siegelman, former Siegelman chief of staff Paul Hamrick or former highway department chief Mack Roberts. Hamrick and Roberts were both acquitted of all charges.

"We weighed the evidence," [redacted] said.

"We didn't want to crucify a lot of people, but we wanted to send a message. We know when we got that verdict we were going to shock the world."

For the duration of the trial, Hendrix rose at 5:30 every morning, left for Montgomery at 6:15 a.m. and met other jurors at a distant location by 7:15 a.m. They were transported by van to the federal courthouse, where U.S. judge [redacted]. The seven black and five white jurors along with six alternates took copious notes as witness after witness gave testimony and a bevy of high-priced attorneys, including civil rights icon Fred Gray, battled Assistant U.S. Attorney Louis V. Franklin Sr. and his team.

Gray, the Tuskegee attorney who worked closely with both Rosa Parks and Martin Luther King Jr., invoked their memories and repeated their words in his defense of Scrushy, described by Gray as a white boy growing up on the wrong side of the tracks in Selma. "Free at last, free at last, thank God almighty, we're free at last," Gray declaimed to jurors, using some of the rhetoric that worked in Scrushy's previous fraud trial. A year ago, Scrushy was acquitted of federal charges in the $2.7 billion accounting scandal that rocked Birmingham's HealthSouth. Before that trial, which took place in Birmingham, Scrushy started a religious-oriented television show, cultivated the city's black clergy and eventually became an ordained minister himself. After the trial, Scrushy denied reports that he paid a handful of journalists to provide favorable coverage.

"One of the stories that needs to come out is where this falls among landmark cases," [redacted] said. "These jurors told Fred Gray that we believe in what you say about civil rights, but we also believe this man committed fraud against the state of Alabama. Comparing Scrushy to Rosa Parks and MLK is a very emotional thing. Jurors were at first overwhelmed by the complexity of the charges," [redacted] said. At the crux of the charges against Scrushy and Siegelman was the allegation that Scrushy contributed $500,000 to a fund established to support Siegelman's failed lottery proposal. In exchange, prosecutors said, Scrushy was named to the state's Certificate of Need board, which oversees expansion of hospitals in the state. HealthSouth, the company Scrushy headed, is the nation's largest operator of rehabilitation hospitals.

Hamrick and Roberts were charged in other alleged pay-to-play schemes, making four defendants. Besides bribery and conspiracy, charges against the four included racketeering and mail fraud.

Each juror received a notebook with 40 pages of indictments along with information ranging from the definition of reasonable doubt to the laws on bribery. They didn't have a road map, [redacted] said, until one young juror he described as "brilliant" got the ball rolling by creating a chart showing how each charge related to the others.

"Her organizational skills are what saved the whole bacon," [redacted] said. "Starting out, we had no idea what to do. This was a heavy thing for a bunch of normal people to have to do, and the judge said he didn't think another jury in [the country could do it]."



Jurors were at first overwhelmed by the complexity of the charges, [redacted] said. At the crux of the charges against Scrushy and Siegelman was the allegation that Scrushy contributed $500,000 to a fund established to support Siegelman's failed lottery proposal.

being even-handed. Fuller was absolutely the right man for the job, [redacted] said.

"We took the judge's instructions very seriously," he said. "We had great respect for him. He handled himself with such dignity and respect and he treated us so well that we looked at him as an absolute role model. We were going to do what he said because he was the stuff."

Jurors first reviewed each count and every bit of evidence that related to each count, but got hung up very early on the question of what constituted a bribe. When [redacted], jury foreman, submitted the question to the judge, he expected a written response of a sentence or two. Instead, the next morning jurors were asked to return to the courtroom. As they filed in, they saw all the defendants, all their attorneys, all the attorneys, and the judge in his black robe.

"I was absolutely scared out of my mind," [redacted].



recalled. "I wanted an answer but didn't get it, so I'm stuck. We went through all that to learn he's not going to give us a definitive answer."

In fact, the question made headlines around the state, and jurors were complimented for zeroing in on the heart of the case. Because they were not allowed to read newspapers or watch news accounts of the trial during their service, jurors were unaware of the extent of interest. For days they debated the merits of each charge, with some believing strongly that guilt had been established while others had a broad allowance for "reasonable doubt." They weren't even close to unanimity, and that didn't change. After the first week the jury still had not arrived at consensus.

"I'm thinking it's way too early in the game to tell [redacted]."

See 'Sell out' on page 7



## Kochak, Morgan join Villager editorial team



Widely respected local journalists Jacqueline Kochak and Gillis Morgan have joined The Auburn Villager editorial team, it was announced today.

Kochak will serve as news editor while Morgan will write a weekly column for the editorial page.

Kochak formerly served [...]



Coverage in 2001 and Best-In-Depth News Coverage from the Alabama Press Association for a series on rape in 2001.

The Education Writers of America presented her with an Honorable Mention national award in 2002 for her story, "Links Among Trustees Extraordinary," and she has re-

## 'Sell out' continued from page 1

judge we're hung, but the other 11 disagree, ▓▓▓▓ said. "I wrote the judge a second letter saying that we had gone through all the counts and all the evidence and were unable to reach even a partial verdict at this time so were awaiting his instructions."

The judge called the jury into the courtroom and reminded them it was not unusual to take some time because of the complexity of the case. Some commentators have described the judge's instructions as an 'Allen charge,' when jurors are told to try to make a decision.

"He gave us a little pep talk, which was so mildly worded that we didn't think it was an 'Allen charge.'" ▓▓▓▓ said. "He was always gentle, kind, encouraging, grateful and approving. As if we could walk away?!"

Three days later, jurors were no closer to a decision although by that time they knew the charges by heart. Two more days passed, and some of the jurors who had worked so hard for so long seemed to be losing interest. ▓▓▓▓ conveyed his concerns unofficially to a marshal, who went to the judge without ▓▓▓▓ knowledge.

"I'm thinking, 'This is gonna get me crucified.'" ▓▓▓▓ said. "I did not accuse anybody of sleeping. I learned enough about evidence that I wasn't going to accuse anybody of anything that I couldn't prove, especially to a federal judge."

Jurors weren't angry with ▓▓▓▓ and when questioned by Fuller agreed the attention of some was lagging. In fact, the incident proved a turning point in deliberations.

"I'm already nervous as a cat about to hit bottom, knowing all those people are going to be called back to the courthouse," ▓▓▓▓ said. "But the judge locks up and smiles, then acknowledges that we've been through a lot and are weary."

Fuller said he would give jurors additional instructions the next morning. When they arrived, according to ▓▓▓▓ Fuller advised them to honestly assess the wisdom of continuing to deliberate. Jurors were told it was their duty to reach a verdict if they could and it was the duty of every juror to participate, but they had done their job if they had paid sufficient attention to the evidence and made up their minds. They were instructed to decide if further deliberation was possible, ▓▓▓▓ said. They were also told they could select a new foreman.

Jurors supported ▓▓▓▓ as foreman, but remained deadlocked after two votes. ▓▓▓▓ was ready to go back to Fuller, but the other 11 jurors disagreed. They said they owed the defendants a verdict and would continue to deliberate. That's when the logjam broke.

Throughout deliberations, those jurors who had a wide allowance for reasonable doubt chided those who took a hard line as being out-of-touch with the "real world," ▓▓▓▓ said. When one of the jurors who had been dubbed a "princess" admitted some reasonable doubt, the jurors started moving closer together. One by one, people started putting their names on the list saying, "Yes, I can live with that," ▓▓▓▓ said.

"We were paying attention and we were going to get this right," he said. "We narrowed the charges down to what I thought was the most serious offense of everything heard. I believe the most important message we could



*Richard Scrushy*

send was that for a governor to sell out is completely unacceptable."

When they reached a verdict, jurors gave themselves a round of applause.

"You know, we don't have anything against these folks," ▓▓▓▓ said. "The decision was based on evidence. For me, it came down to one simple question. Did the governor sell that seat and did Scrushy buy that seat? I think he did, based on the evidence. Scrushy was a Fob James supporter who was going nowhere in the Siegelman administration. He gave money to Siegelman, and it all changed. If Scrushy had started out as a Siegelman supporter I might have believed different, but there was too much direct and circumstantial evidence of a quid pro quo. The evidence we had all added up to a guilty vote."

▓▓▓▓ said that as jury foreman he probably got more credit and more blame than he deserved, because his main role was to make sure everyone got a chance to be heard. Now he's off to Hawaii for a long-awaited vacation with his family.

"I still can't believe I was part of it," he said. "This is history."

## SUBSCRIBE TODAY

For a limited time, The Auburn Villager offers reduced price subscriptions for only $5.00 per year for Lee County residents. That's less than a dime a week to have the newspaper delivered to your house or office each week!

Four ways to subscribe:
* Email us at cinc@auburnvillager.com and we will bill you.
* Go to our temporary website at auburnvillager.com and download the form.
* Clip out the box on page 2 and mail it in.
* Drop by our office at 138 N. Ross Street in Auburn.

**Subscribe today. The special won't last long!**

### Help Wanted

Advertising sales. Are you hard-working, out-going and hungry for additional income? The Villager needs additional advertising sales help. Draw against commission. Must be computer literate. Layout and design background helpful. Knowledge of local area a plus. Send resume to The Auburn Villager, P.O. Box 163 Auburn, AL 36831-3133.

Writing/editorial. Writing, editing layout. Experience a big plus. Send resume, along with salary requirements to P.O. Box 3133, Auburn, AL 36831-3133. None considered without salary requirements. Will consider full and part-time.

### For Rent

Available now. Spacious 3 Bedroom, 2 house at 579 Chewacla in Auburn. Hardwood, shaded one-half acre lot within walking distance to Auburn University. About 2200 sq. ft. $1,500.00 per month. Call 559-5554 for an appointment.

Available for fall semester. 3 Bd./2 Ba. At 435 Sanders Street. Great location near Auburn University. $900.00 per month. Call 559-5554 for an appointment.

### For Sale

For Sale by Owner. Duplex and House. 185 & 187 Maple Street and 907 Old Mill Road. ONLY $125,000. Call Charles at 334-559-5554.

FSBO. Beautifully restored historic home. New roof, CH&A, Electric, Plumbing and much more! Must see to appreciate. Northside Historic District in Opelika. Southview/Northside school. Call 334-707-1387 for additional info.

Bedding. Used single mattress and box spring set. FREE! Call Carolyn at 334-728-0405.

## Local healing therapist receives international recognition

Dr. Hurst Peacock, D.C., of Auburn, was presented with a commendation award in San Antonio, Texas at the international Concept-Therapy conference, on Saturday, July 9, for his educational contributions and community service in several different areas of Zone Therapy.

"I was very happy," said Dr. Peacock. "I knew that I'd be attending the convention but I didn't know they would be giving me the award."

Dr. Peacock is certified by the Concept-Therapy Institute and practices Zone Therapy out of the Zone Healing Center at Art of Chiropractic, located at 541 E. Glenn Ave. He is an authorized instructor and has taught his techniques to various doctors in several states. He has also taught and participated in numerous weekend seminars designed to teach principles of health and healing.

Zone Therapy is a drugless, non-surgical method of promoting the healing process by accessing specific areas of the spinal cord, that in turn, stimulate related neurological centers in the brain. And Dr. Peacock sees it as the most effective way to retrain the body's nervous system, which helps the healing processes.





*Dr. Hurst Peacock, Art of Chiropractic's Zone Healing Center*

"Where Perfection is Expected..."

VIEW THIS PROPERTY AT WWW.ALLANHOROWITZ.COM.