United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 7

## AFFIDAVIT

State of Alabama
County of _____

BEFORE ME, the undersigned Notary, _Donna Armstrong_
on this _____ day of _August_, 20__, personally appeared
_____ [name of affiant], known to me
to be a credible person and of lawful age, who being by me first duly sworn, on _____ [his or
her] oath, deposes and says:

My husband, _____ was a juror on the Siegelman/Scrushy trial in Montgomery Alabama. He
has become very distant and isolated since the trial ended. He and I have talked with my
minister and received prayer and counseling. He told me that things were not handled right
during this trial, from internet communications among the jury to the pressure and intimidation
from the Judge. He kept telling me that the Judge should have accepted our first decision. We
suffered financially because of this lengthy trial, because he was only paid $40 a day. He
withdrew from deliberations because of the stress in the jury room. He has been greatly
distressed and unhappy by the outcome. He told me that he was led to believe that no one would
serve time in jail. _____ has had difficulty sleeping, frequent headaches, stomach problems and
emotional issues as well. My husband, is somewhat in denial of his post-trial condition. He told
me that he does not want to go to Montgomery for anything ever again. He does not want to
associate with his family or friends. We have been advised by the pastor to seek spiritual healing
by telling our story; that is why I am here today.

[Signature of affiant]

[Printed name of affiant]

[address of affiant, line 2]

Subscribed and sworn to before me, this ___9th___ day of _August_ 2006.

[Notary Seal:]

_Donna Armstrong_                  _Donna Armstrong_
[Printed name of Notary]              [Signature of Notary]

NOTARY PUBLIC  My commission expires: __6 - 2__, 200_