United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 10

*The enclosed email shows that the jurors in the recent trial of Governor Siegelman and Richard Scrushy violated the Judges order by having communications and discussions outside of the jury room. You should subpoena their records so you have the whole picture.*

*Truth and Justice*



| | |
|---|---|
| im freakin invincible | Jun 21, 2006 3:35 PM<br><br>hey Jess whats goin on??not shit here just sittin round bein bored...well how ya been?i aint talked to ya in a long ass while..hope ya havin a good summer love ya girl....Tahh |
|  | Jun 20, 2006 7:13 PM<br><br>Not as much as I love you!!! I miss you a whole lot too! |
| Joel | Jun 20, 2006 5:37 PM<br><br>I love you too! and i dont me platonic type...i mean i really love you! haha ;) |
| Avery | Jun 20, 2006 3:27 PM<br><br>8888888888888888888888888<br>8888888888888888888888888<br>8888888888888888888888888<br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____ |

Myspace.com                                                      Page 1 of 1



Myspace.com                                                                  Page 1 of 1



| | May 7, 2006 2:58 PM<br><br>I love you Jessica Shay Robinson! |
| --- | --- |
| tyleryoung | May 7, 2006 2:03 PM<br><br>is that what they call it now? |