United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 11

Message

POw~ndbVt~
Search the Web  Google

Inbox > Email Message

Reply    Reply All    Forward    Delete    Report As Spam    Detail    Printal

Date: Monday, May 29, 2006 11:38 PM
From:
To:
Subject:
Size: 2 KB

I agree some of the kounts r confusing 2 our friends. Chek text.30/38 still off trac.