United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 13

<2>



Go ogle

Compose | Get Mail

void" fnwiagel                    > Email Message

Into (14)          Reply Reply All    Forward   Delete   Report As Seem   Detail   Prints{

Date: Sunday, June 25, 2006 11:48PM

From:
To:
Subject:
Size: 4 KB

...stay

focused...remember

what judge

said...have plans

for 4th...right?

Search the Web
Reply All   Forward   Delete   Report As Spam   Detail   Printal