United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 15

Powered by



compose | Get Mail

'Polders [mariage]
inbox (14)

**Inbox** > Email Message
Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Sunday, June 25, 2006 11:31PM

From:
To:
Subject:
Size: 4KB

proud of u...

other 6 kounts

most important....

c.u.n..am

Reply                    Reply All   Forward   Delete   Report As Spam   Detail   Printal