IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>      Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S MOTION FOR LEAVE TO FILE REPLY TO UNITED STATES' RESPONSE TO DEFENDANT SCRUSHY'S MOTION FOR EXPEDITED CONSIDERATION OF AN ORDER TO REQUIRE PRESERVATION OF EVIDENCE**

COMES NOW Defendant Richard M. Scrushy, by and through his undersigned counsel of record, and files this motion for leave to file a reply to the United States' response to Defendant's motion for order to preserve evidence. In support of this request, Defendant respectfully shows this Court the following:

1. On October 6, 2006 Defendant Siegelman filed an "Emergency Motion for Order to Require Preservation of Evidence." (Doc. 469.) On October 10, 2006, this Court entered an Order requiring the Government to show cause why Defendant Siegelman's motion should not be granted. (Doc. 470.) On October 11, 2006, Defendant Scrushy filed his "Motion for Expedited Consideration of an Order to Require Preservation of Evidence." (Doc. 472.) This Court's October 10, 2006 Order to show cause was docketed as to both Defendants. (Docket Sheet at Doc. 470.) That Order required the Government to show cause no later than October 13, 2006, and did not specify that Defendants could or should file any reply to the Government's pleading. On

October 13, 2006, the Government filed a response which addressed the merits of Defendants' jointly filed new trial motion, as well as the separately filed requests by both Defendants for an Order to preserve evidence. (Doc. 476 at 1.)

2. On October 25, 2006, Defendant Scrushy filed a "Reply to United States' Response to Defendant Scrushy's Motion for Expedited Consideration of an Order to Require Preservation of Evidence." (Doc. 481.) Undersigned counsel mistakenly failed to file a motion for leave to file a reply where this Court had not previously authorized such a filing.

3. Defendant now respectfully requests leave of this Court to file said reply, and for this Court to consider the arguments and citations set out in that reply in ruling on Defendant's motion.

4. Defendant respectfully submits that the information set out in that reply will assist this Court in focusing the issue presented by Defendant's initial motion and the Government's showing in response to this Court's Order to show cause.

5. Specifically, Defendant respectfully submits that it will assist this Court in considering the absence of any showing by the Government as to why Defendant's motion should not be granted, and to do so in light of the specific areas of evidence that Defendant is requesting be preserved so that this Court has such evidence available once this Court makes its determination how to proceed in regard to Defendant's request for investigation of allegations of jury misconduct, particularly as it relates to jury exposure to extrinsic evidence.

6. Defendant's reply does not raise any new issues or legal theories, and solely addresses the showing, or lack of showing, made by the Government's response to this

Court's Order to show cause. To the extent that this reply may crystallize the issue to be decided, Defendant respectfully submits that consideration of this brief argument will assist the Court in determining the best course of action.

WHEREFORE, Defendant Scrushy respectfully prays that this Court grant leave to file, and that this Court consider, Defendant's reply to the Government's response to this Court's Order to Show Cause, and for such other and further relief as this Court may deem just and proper.

This 26th day of October, 2006.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321

James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700
Fax:  404-875-7857

Frederick G. Helmsing
Helmsing, Leach, Herlong, Newman
   & Rouse, P.C.
P.O. Box 2767
Mobile, Alabama 36652
Phone:  251-432-5521
Fax: 251-432-0633

Attorneys  for  Richard  M.  Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing "Defendant Richard M. Scrushy's Motion for Leave to File Reply to United States' Response to Defendant Scrushy's Motion for Expedited Consideration of an Order to Require Preservation of Evidence" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail: les.moore@lvmlaw.com