IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **VS.** | * | **CRIMINAL NO.: 2:05-CR-119-F** |
| | * | |
| **DON EUGENE SIEGLEMAN and** | * | |
| **RICHARD M. SCRUSHY** | | |

TO:   CLERK, UNITED STATES DISTRICT COURT
      MIDDLE DISTRICT OF ALABAMA
      POST OFFICE BOX 711
      MONTGOMERY, AL 36101-0711

## NOTICE OF APPEARANCE

**COMES NOW,** James M. Parkman, III, Richard Martin Adams, William C. White, II and files this Notice of Appearance as counsels for the Defendant, Richard Scrushy, in the above styled case. The undersigned counsels are members of the Criminal Justice Administrative ("CJA") panel.

Dated: October 26, 2006

> Respectfully Submitted,
>
> /s/
>
> James M. Parkman , III (PAR032)
> Richard Martin Adams (ADA046)
> William C. White, II (WHL109)
> Attorneys for Defendant,
> Richard M. Scrushy

James M. Parkman, III
Richard Martin Adams
William C. White, II
Parkman, Adams & White LLC
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920 Office

(250) 244-1171-Facsimile

## CERTIFICATE OF SERVICES

    I hereby certify that I have on this the 26th day of October, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

                                                          /s/
                                         James M. Parkman , III
                                       Richard Martin Adams
                                       Attorneys for Defendant,
                                       Francisco Almazan, Jr

**OF COUNSEL:**
James M. Parkman, III
Richard Martin Adams
Parkman, Adams & White LLC
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920 Office
(250) 244-1171-Facsimile