IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITE STATES OF AMERICA, | * | |
| V. | * | CASE NO: 2:05-cr-119-MEF |
| DON EUGENE SIEGLEMAN, RICHARD M. SCRUSHY, | * | |
| | * | |

**NOTICE OF APPEARANCE**

COMES NOW William C. White, II, the undersigned counsel, and enters his Notice of Appearance for Defendant, Richard M. Scrushy, in the above styled case.

Dated this the 27th day of October, 2006.

/s/ William C. White, II
ATTORNEY FOR RICHARD M. SCRUSHY

OF COUNSEL:
William C. White, II
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1920

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 27th day of October, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ William C. White, II
OF COUNSEL