| | COURTS EXHIBITS CR NO. 2:05CR119-MEF | | | | | UNITED STATES OF AMERICA vs DON E. SIEGELMAN AND RICHARD M. SCRUSHY | |
|---|---|---|---|---|---|---|---|
| **Evidentiary Hearing 10/31/06** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** | |
| **exhibits maintained w/file in separate SEALED envelope** | | | | | | **Court Reporter: JIMMY DICKENS** | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | | | 1 | | | Subpoena of Donna Armstrong | |
| YES | | | 2 | | | Affidavit of Stephen C. Hudson | |
| YES | | | 3 | | | Affidavit of Alice Stanford | |
| YES | | | 4 | | | 8/9/06 Affidavit of Juror #5 | |
| YES | | | 5 | | | Subpoena of Diana Flentory | |
| YES | | | 5-A | | | Copy from Receipt Book of Diana Flentory | |
| YES | | | 5-B | | | Copy from Notary Public Record Book of Diana Flentory | |
| YES | | | 6 | | | 9/1/06 Affidavit of Juror #5 | |
| YES | | | 7 | | | Subpoena of Debra Bennett Winston | |
| YES | | | 7-A | | | Original Affidavit of Stephen C. Hudson | |
| YES | | | 7-B | | | Original Affidavit of Alice Stanford | |
| YES | | | 7-C | | | Original Affidavit dated 8/9/06 of Juror #5 | |
| YES | | | 7-D | | | Affidavit dated 9/1/06 of Juror #5 | |
| YES | | | 7-E | | | File Folder | |
| YES | | | 7-F | | | Typed Letter to Vincent | |
| YES | | | 8 | | | Subpoena of Reverend Charles Winston | |
| YES | | | 9 | | | Subpoena of Reverend Stephen C. Hudson | |
| YES | | | 10 | | | Subpoena of Alice Stanford | |
| YES | | | 11 | | | Subpoena of Juror #5 | |
| YES | | | 12 | | | Composite File from Debra Winston | |

Case 2:05-cr-00119-MEF-CSC     Document 488-3     Filed 10/31/2006     Page 2 of 2