IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Upon consideration of Defendant Richard M. Scrushy's Motion for Leave to File Reply To United States' Response To Defendant Scrushy's Motion For Expedited Consideration Of An Order To Require Preservation Of Evidence (Doc. #482) filed on October 26, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 3rd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE