IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD M. SCRUSHY | ) | |

**O R D E R**

It is hereby ORDERED as follows:

(1) Defendant Richard M. Scrushy's Motion for Leave to File Motion to Unseal and for Access to Transcripts or Records (Doc. # 504) is GRANTED in part and DENIED in part as set forth in this Order.

(2) To the extent that Defendant Richard M. Scrushy seeks leave to file Defendant Richard M. Scrushy's Motion for Leave to File Motion to Unseal and for Access to Transcripts or Records (Doc. # 504), he is hereby GRANTED leave to file that motion.

(3) To the extent that Defendant Richard M. Scrushy's Motion for Leave to File Motion to Unseal and for Access to Transcripts or Records (Doc. # 504) seeks entry of an Order granting the parties to this case access to portions of the October 31, 2006 hearing currently under seal, it is GRANTED; however to the extent that it seeks entry of an Order removing the seal from the information more generally, it is DENIED. Accordingly, any document filed by the parties making reference to any of the sealed portions of the hearing must be made under seal.

(4) To the extent that Defendant Richard M. Scrushy's Motion for Leave to File Motion to Unseal and for Access to Transcripts or Records (Doc. # 504) seeks entry of an Order directing that all transcripts referring to jurors do so by reference to juror number rather than by name or XXXXXX, it is GRANTED.

(5) All other relief requested by Defendant Richard M. Scrushy's Motion for Leave to File Motion to Unseal and for Access to Transcripts or Records (Doc. # 504) is DENIED.

DONE this 27th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE