United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 21-A

Customer Service  Subscribe Now  Renew Subscription  Place a Classified  Contact Us   RSS n

**montgomeryadvertiser.com** :: Weather | Jobs | Cars | Homes | Apartments | Classifieds | Shopping | Dating

**montgomeryadvertiser.com**
▶ Subscribe to the **Montgomery Advertiser**

**Ben Atkinson Motors**
Ford  Jeep  CHEVROLET
benatkinsonmotors.com  1-800-255-5650

| News | Nation/World | Obituaries | go! Entertainment | Sports | Business | Opinion | Archives | Communities | Travel |

**All** | Recent News | Yellow Pages | Classifieds | Events | Cars | Jobs | Shopping | Homes | Movies | Local Web Info

Search Montgomery: _____ [Go]

Homepage
News
▶ Alabama
▶ Archives
▶ Business
▶ Columnists
▶ Elections
▶ Faith & Values
▶ Forums
▶ Games and Comics
▶ Lifestyle
▶ Local
▶ National
▶ Obituaries
▶ Opinion
▶ Photo Galleries
▶ Teacher Resources
▶ Technology
▶ Weddings
go! Entertainment
Sports
Classifieds
▶ Cars
▶ Homes
▶ Jobs
▶ Place an ad
Customer Service
▶ Contact Us
▶ Subscribe
Communities


XML RSS Feeds
MY YAHOO!


In The Line Of Duty
Officer Keith Houts


The Last Word in Astrology

## Local News
November 28, 2006



### State Christmas tree stands tall
Story Chat ▶ Post Comment
A city worker operates a crane Monday to raise a 50-foot red cedar Christmas tree into place at the state Capitol in Montgomery. The tree, donated by Harold Stockman of Summerfield, will stand on the Bainbridge Street side of the Capitol. For more images from Monday's tree-raising, click on the photo gallery link below.

📷 PHOTO GALLERY: **Capitol Christmas Tree Arrives**

### Millbrook blocks office development
Story Chat ▶ Post Comment
The Millbrook City Council soothed its latest bout of growing pains Monday by voting unanimously to block a commercial property development in a residential neighborhood.

### Bright backs vow to veto city budget
Story Chat ▶ 1 Comment
Montgomery Mayor Bobby Bright vetoed the 2007 city budget Monday, making good on a promise to the five council members who rejected his proposal.

### School board members reflect, say goodbye
Story Chat ▶ Post Comment
This is a time of transition for the Montgomery County Board of Education.

📄 **Video: Borden, La Branche and Miller discuss tenure on school board**

## Text Alerts
Stay connected to the Montgomery Advertiser wherever you are. Now you can get breaking news, sports scores, weather updates, and more sent to you as a text message to your wireless device. **Sign Up Today!**




High School Band Competition  Click Here

Advertisement

**Attention Neuropathy patients!**

I recommend Innerfit for anybody that has pain and numbness..
Dennis Larson -Innerfit patient
click here for a full testimonial
InnerFit Physical Therapy
For more information, Call Sherri at: (334) 220-6901
Get Your Life Back!

**Public Information Databases**

• **Alabama CEO Salary Information**
• **PrepStats: High School Sports Data**
• **Iron Bowl Scores dating back to 1893**
• **See if your school met federal standards**
• **Restaurant Inspection Scores**
• **Bankruptcies**
• **Divorces**
• **Marriages**
• **Business Licenses**
• **Incorporations**
• **Montgomery Crime Reports**


**Wanted** Failure to pay CHILD SUPPORT

**Local News**          **Headlines from PrattvilleProgress.com**          **Latest Photo Galleries**

Case 2:05-cr-00119-MEF-CSC    Document 509-2    Filed 11/29/2006    Page 3 of 29

## City banks on facility as a center of activity

PRATTVILLE -- A new industry is rising to the east with the construction of the Legends Conference Center, adjacent to the Capitol Hill Golf course.

## Band fans favor Maroon Machine

Elmore County High School's Maroon Machine is the winner of the *Montgomery Advertiser's* inaugural online high school band competition.

## Cloverdale welcomes retail plan

Cloverdale residents were mostly upbeat Monday night as they heard details about a proposed mixed-use development that would overlap part of the Huntingdon College campus on Boultier Street.

## Woman files claim against city for identity mixup

A Montgomery woman who police wrongly identified as a prostitute wants $200,000 from the city for the pain and embarrassment she and her husband have suffered.

## Ex-councilman sues city, police officer

A former Montgomery city councilman is suing the city and a police officer, who he said violated his due process rights and slandered him in public two years ago.

- **Dispute over dogs leads to shooting**
- **Center cashier gets probation in theft**
- **Fire Department gets $15,000 grant**
- **Reservists, planes deploy to Europe**
- **Local Guard unit gets combat awards**
- **Datebook**
- **Our Town**
- **Public Safety Profile: Jay King**

### Lifestyle

## High-heel health: Have fashionable feet without the pain

At holiday time, a lot of women squeeze into a pair of high heels and never take them off. Why? Workday-to-party-night transitions, shopping jaunts squeezed into lunch breaks and, of course, the lure of those cute, sexy boots everyone seems to be wearing, regardless of the situation.

## Should curfews apply when students return home for holidays?

DETROIT -- While home during a break from North Carolina A&T, where she's a sophomore, Rickelle Winton casually mentioned to her mom that she was having a friend over.

## Autauga native is a marked man in Marked Tree

The Autauga County High School class of 1958 can now proudly boast about the success of another one of its members.

## Prattville High yearbook, 'Lion,' receives Silver award

The Prattville High School 2006 "Lion" yearbook has received a Silver Medalist Certificate from the Columbia (University) Scholastic Press Association.

## Feeding their community

Prattville Boy Scouts conducted their annual "Scouting for Food" fundraiser Nov. 11. The food collected was donated to the Autauga Christmas Team, a local charity that provides food and toys for those in need at Christmastime. Above, Prattville Boy Scouts sort food that they collected.

▸ Read more at prattvilleprogress.com



**Capitol Christma**


**Alabama Fires Mi**


**The Cotton Class**


**Turkey Day Class**


**6th Annual Turke**


**Holiday Shoppin**


**ASU Homecomin**


**Pintlala storm cle**


**Alabama Nationa**


**Brewbaker stude**

▸ S
▸ See reader photo gall

### Featured video
▪ **Video: Mission feeds b** homeless
▪ **Video: Montgomery Ar** Association
▪ **Video: Thousands turn** in Birmingham
▪ **Video: Scenes from "38** BTW students
▪ **Video: American Idol h** Birmingham
▪ **Video: Swindley reveal** "Honky Tonk Angels"
▪ **Video: Nelson the goos** neighborhood
▪ **Video: Mayor has role i** musical
▪ **Video: Honky Tonk Ang**
▪ **Video: The Hub is new**

▸ S

### Latest Health Headlines

- **Doctors Call Face Trans**
- **Doctors Test Implant to**
- **AIDS to Be 3rd Leading**
- **Red Cross Faces Fine C**
- **CDC Opens Model Emp**

United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 21-B

# Montgomery Advertiser

Estimated printed pages: 2

June 13, 2006
**Section:** A
**Edition:** 02
**Page:** 01

### Faulkner law school gets ABA accreditation

*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

The Thomas Goode Jones School of Law can now add its name to the short roster of law schools in the state that are accredited by the American Bar Association.

The association granted provisional status to the 78-year-old program over the weekend, Faulkner University officials announced Monday. The law school has two to five years to comply with the American Bar Association's requirements for final accreditation.

The University of Alabama School of Law and Samford University's Cumberland School of Law are the only other law schools in Alabama that are ABA accredited.

"I was jumping up and down when I found out," said Charles Nelson, dean of the Jones School of Law. He believes accreditation will make the Jones School of Law more competitive.

"This is a big thing for us," he said.

Students who graduate from Faulkner's law school can now practice in any state in the country, granted they pass that state's bar exam. Before, graduates could not practice law outside the state unless they first worked in Alabama for five to seven years.

Brian Hoven said students share Nelson's excitement, especially those who are eager to practice law in their home state.

"Everyone is overjoyed that this has finally happened," said Hoven, a third-year law student and president of the Faulkner's Student Bar Association. "We're finally getting the recognition we've been looking forward to having."

Keith Norman, director of the Alabama State Bar Association, agrees. He said the Jones School of Law is widely respected and worked hard to earn accreditation.

"Faulkner University is to be applauded for their persistence and desire to see that Jones became accredited," he said. "It's a real benefit for all the citizens in Montgomery, for Faulkner and everyone in this area."

Miles School of Law and the Birmingham School of Law, both in Birmingham, also produce attorneys, but neither school is accredited by the American Bar Association.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-C

**Montgomery Advertiser**

Estimated printed pages: 2

June 13, 2006
**Section:** A
**Edition:** 02
**Page:** 05

### Defense abruptly rests case

*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

Characterizing the prosecution's case as too weak to rebut, attorneys for former Gov. Don Siegelman rested their defense Monday afternoon without calling a single witness.

Siegelman, who is accused of swapping political favors for gifts and campaign contributions, said outside court that he didn't need to call any witnesses because prosecutors never proved their case despite providing six weeks of testimony.

"I'm confident the jury will return an acquittal," he said. "I think our side has already been told."

The jury will be off today as attorneys and U.S. District Judge Mark Fuller discuss procedural matters, including jury instructions. They will be back in court Wednesday for closing arguments before beginning deliberations either late Wednesday or Thursday.

The government presented more than 60 witnesses and finished its case Friday. Defense attorneys needed less than two full days to present testimony.

Chief prosecutor Louis Franklin said he was somewhat surprised Siegelman didn't call any witnesses.

"I think the evidence was so overwhelming that he couldn't find any witnesses to rebut what we put on," Franklin said.

Siegelman is accused along with his former chief of staff, Paul Hamrick, of entering into an agreement with a former Siegelman aide and a lobbyist to turn the governor's office into an unlawful enterprise.

Former transportation director Mack Roberts is accused of mail fraud by influencing agency actions on Siegelman's behalf, and former HealthSouth CEO Richard Scrushy is accused of paying Siegelman $500,000 for a spot on a board that approves hospital expansion projects.

Defense attorneys for Roberts, Hamrick and Scrushy all rested their cases Monday afternoon, as well.

Siegelman's former aide, Nick Bailey, testified that he, Siegelman and Hamrick had an "absolute agreement" with lobbyist and landfill developer Lanny Young, who provided cash, plane rides, campaign contributions and gifts in exchange for official help in his business dealings.

Young and Bailey have pleaded guilty to their involvement in the conspiracy and testified for reduced sentences.

Defense attorneys have accused the two men of being liars and con artists.

Vince Kilborn, Siegelman's attorney, said outside court Monday that the government actually helped the defense by impeaching some of its own witnesses. Because of this, he said there was no need to call any witnesses for Siegelman.

"The government started out with a case that was weak, and it got weaker and weaker and weaker," Kilborn said. "They kept trying to plug holes, but the more they stuck their fingers in the dike, the more holes that busted loose everywhere else."

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 21-D

**Montgomery Advertiser**

Estimated printed pages: 2

June 14, 2006
**Section:** A
**Edition:** 01
**Page:** 01

### Judge drops one charge in trial against Siegelman
*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

The judge presiding over the government corruption case against former Gov. Don Siegelman dropped one charge against Siegelman and a co-defendant Tuesday morning as defense attorneys made last-minute pleas to have all of the charges dismissed. U.S. District Judge Mark Fuller dropped charges that Siegelman and former HealthSouth CEO Richard Scrushy aided and abetted each other in a bribery scheme, saying the government incorrectly multiplied similar counts. Fuller said he would rule later on defense motions to dismiss the other charges. Defense attorneys and prosecutors spent Tuesday afternoon proposing jury instructions to Fuller. The jury will receive instructions and begin deliberations after closing arguments, set to begin today. Siegelman, Scrushy, former Siegelman chief of staff Paul Hamrick and former state transportation director Mack Roberts face about 60 counts in all. Siegelman, charged in 32 of the counts, and Hamrick are accused of exchanging official state acts for gifts, cash and campaign contributions. Roberts is accused of mail fraud for influencing agency actions on Siegelman's behalf, and Scrushy is accused of paying Siegelman $500,000 for a spot on the board that approves hospital expansion projects.

After the prosecution laid out its case over six weeks, the four defendants all rested their defense cases Monday, after less than two days of testimony. Siegelman's defense attorneys called no witnesses. Among the arguments for dismissal, a recurring theme was what defense attorneys described as the government's inability to prove a quid pro quo, a payment or bribe, in return for a specific act. "Even if there were bribes, they weren't tied to a specific act," said Hiram Eastland Jr., one of Siegelman's attorneys. Eastland cited examples. He said the government couldn't prove Hamrick received a $25,000 BMW from convicted lobbyist Lanny Young in return for a specific favor. Moreover, a four-wheeler Young purchased for Siegelman's son couldn't be tied to a specific favor from Siegelman. Prosecutor Richard Pilger disagreed with the defense's theory, saying case law shows a quid pro quo is sufficient but not necessary. Before court, chief prosecutor Louis Franklin said defense attorneys' insistence through the media that the charges are bogus is nonsense. The government, he said, presented overwhelming evidence against each defendant. Siegelman disagree vehemently. "This is a waste of my time, your time and taxpayer money," he said during the lunch recess. Siegelman said he's using his retirement money to fight charges while being "held hostage" in a courtroom during his failed campaign bid for the Democratic nomination for governor. Lt. Gov. Lucy Baxley defeated Siegelman in the June 6 primary election.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-E

**Montgomery Advertiser**

Estimated printed pages: 3

June 15, 2006
**Section:** A
**Edition:** 01
**Page:** 01

### Jury told to send message
*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

A federal prosecutor asked jurors Wednesday to convict former Gov. Don Siegelman and three others on all charges and send a message that public corruption in Alabama won't be tolerated.

During closing arguments, Assistant U.S. Attorney Steve Feaga made an impassioned plea to the jury, rebutting the defense's argument the government's main witnesses are liars and piecing together mounds of evidence he said prove the defendants' guilt beyond a reasonable doubt.

"Remember the message you'll send to other public officials by your verdict in this case," Feaga said. "These defendants are guilty. There isn't any question about that."

Siegelman, ex-HealthSouth CEO Richard Scrushy, Siegelman's former chief of staff Paul Hamrick and former transportation director Mack Roberts are all charged with public corruption in a trial that is in its seventh week.

Attorneys for Siegelman, Hamrick and Roberts finished closing arguments Wednesday afternoon following Feaga's morning presentation. U.S. District Judge Mark Fuller spent more than an hour Wednesday morning instructing jurors on the charges.

The jury is expected to begin deliberations today following a final round of closing arguments from the government and defense attorneys for Scrushy.Vince Kilborn, Siegelman's attorney, said during closing arguments Wednesday that the government's key witnesses including former Siegelman aide Nick Bailey and former lobbyist Lanny Young have engaged in lies, scams or frauds, and in some instances, all of the above.He called Young a con artist who lied on a military application to get a promotion, to three federal judges, to the Internal Revenue Service and to federal prosecutors. He said Bailey had financial problems and was caught up in gambling in the stock market and needed money because he was frequently in debt.He also said Young and Bailey were involved in an agreement to exchange cash for official state acts unbeknownst to Siegelman. He said the agreement made no sense because, even if it were true, Siegelman would have only profited a four-wheeler and a motorcycle worth about $14,000, where Bailey profited $310,000, and Young profited or was set to profit $10.2 million."That dog don't hunt in Montgomery," Kilborn said.But prosecutors have said Young gave Siegelman hundreds of thousands of dollars in plane rides and campaign contributions, too, and paid the salaries of Hamrick and Bailey while they campaigned for Siegelman.Bailey and Young have pleaded guilty and agreed to testify for a reduced sentence, but just because they have a checkered past doesn't mean they aren't telling the truth, Feaga said."Deals that have their origins in the bowels of hell are not often witnessed by angels," he told jurors.Feaga said Siegelman and Hamrick entered into an agreement with Bailey and Young to turn the governor's office into a criminal enterprise."Power corrupts, and absolute power corrupts absolutely, and over time defendant Hamrick and Gov. Siegelman lost sight of where the line was, and they not only stepped over it, they rubbed it out," he said.To find Hamrick and Siegelman guilty of a RICO, or Racketeer Influenced and Corrupt Organizations, conspiracy, the jury must find they are each guilty of at least two subsequent counts related to the RICO conspiracy, Feaga said.Among those counts are charges Siegelman and Hamrick entered into a pay-for-play scheme with Bailey and Young, and that they both obstructed justice by trying to cover up bribes. Two separate counts against Siegelman involve a scheme with Roberts and charges he accepted a $500,000 bribe from Scrushy in exchange for appointing him to a spot on the state board that approves hospital expansion projects.Hamrick's attorney, Jeff Deen, told jurors the evidence is too weak against his client and no reasonable jury could find him guilty.Defense lawyers representing Roberts made similar statements to the jury.Roberts is accused of mail fraud by influencing agency actions on behalf of Siegelman. Prosecutors say Siegelman appointed Roberts transportation director as a political payoff to toll bridge developer Jim Allen, who contributed $40,000 to Siegelman's campaign.Roberts, who worked for Allen before becoming transportation director in 1999, is accused of helping Allen with a toll bridge project in TuscaloosaAfter his appointment, Allen paid Roberts more than $71,000 in a severance package, but prosecutors are calling that a bribe to Roberts to help with a Tuscaloosa road project and other projects that would help Allen make money."If the $71,000 is a bribe, it is the first bribe in American history that someone paid taxes on," Stewart D. McKnight, one of Roberts' attorneys, said during closing arguments.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-F

**Montgomery Advertiser**

Estimated printed pages: 3

June 16, 2006
**Section:** A
**Edition:** 01
**Page:** 01

### Siegelman case goes to jurors
*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

The waiting game has begun in the government corruption trial of former Gov. Don Siegelman and his three co-defendants as lawyers wrapped up closing arguments Thursday morning.

A jury of seven blacks and five whites, seven women and five men, began piecing together evidence Thursday afternoon while defense attorneys and defendants posed for photographs in front of the courthouse.

Siegelman and two members of his staff are accused of swapping political favors for cash, campaign contributions and other gifts.

Lawyers for a fourth defendant, ex-HealthSouth CEO Richard Scrushy, said in closing arguments Thursday that the government can't prove Scrushy paid Siegelman a dime in exchange for a spot on the state board that approves hospital expansion projects.

Scrushy is accused of bribing Siegelman with two disguised $250,000 payments for a spot on the Certificate of Need board, and then using his influence to benefit HealthSouth.

"You stand before the government and Richard Scrushy," Art Leach, Scrushy's attorney, told jurors Thursday. "It's the most important day in his life."

Fred Gray Sr., the Tuskegee attorney who once represented the Rev. Martin Luther King Jr. and is now representing Scrushy, called the case political, and said if King were alive he'd call it an injustice.

"You can make Dr. King's dream come true by returning a verdict in favor of Mr. Scrushy as not guilty," he told jurors.

He concluded his argument by reading a passage from the Bible, then reciting a famed quote from the civil rights icon.

"Free at last. Free at last. Thank God almighty, I'm free at last," he said.

But Louis Franklin, federal prosecutor in the case, argued that the evidence points toward guilty verdicts for each defendant, including Siegelman's former chief of staff, Paul Hamrick, and former transportation director, Mack Roberts.

He told jurors they would have to decide whether three of the government's key witnesses -- convicted lobbyist Lanny Young, former Siegelman aide Nick Bailey and toll bridge developer Jim Allen -- were telling the truth in their testimony against the defendants.

"Don't let any lawyer tell you what you ought to think about the evidence in this case," he said. "We're not asking you to (find these defendants guilty) because we say do it," he said. "We're asking you to do it because the evidence says so. Sometimes it's like a whisper, and sometimes it's like a bolt of thunder."

Bailey and Young have pleaded guilty in what they testified was an agreement with Siegelman and Hamrick to turn the governor's office into an unlawful enterprise.

Young testified he gave Siegelman hundreds of thousands of dollars' worth of campaign contributions, plane rides and gifts, including a motorcycle and a four-wheeler for Siegelman's son. He also testified that he paid the salaries of Hamrick and Bailey while they campaigned for Siegelman.

In return, Siegelman's administration helped Young in his business dealings as a lobbyist and landfill developer, he testified.

Bailey testified he witnessed Siegelman show him a check from Scrushy for $250,000.

When Bailey asked Siegelman what Scrushy wanted for the money, Siegelman said a spot on the CON board, Bailey testified.

Allen, who has not been charged, testified he paid Siegelman $40,000 so that Siegelman would appoint his former employee, Roberts, state transportation director. Prosecutors also said Allen bribed Roberts to support road projects that would benefit him financially.

As jurors began deliberations Thursday, Scrushy and Siegelman looked more like tourists than defendants as they and their attorneys posed for a group photo outside the federal courthouse.

Franklin called the posing arrogant.

"They've not been short on arrogance during the course of this trial," he said. "They've ignored all of the evidence, been extremely arrogant, and verbose and any other name I can think of to give them."

Siegelman said the photo was to commemorate the end of a long trial and for all the attorneys who, as a group, may not be together again.

"We're obviously going to celebrate when this is over, but we're also going to make sure this kind of misuse of the Department of Justice (isn't accepted)," he said.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 21-G

# Montgomery Advertiser

Estimated printed pages: 2

June 17, 2006
**Section:** A
**Edition:** 01
**Page:** 07

## Accreditation major milestone

RAVE: For the Jones School of Law at Faulkner University, which has been granted accreditation by the American Bar Association. That status means that Jones graduates can practice in any state in which they can pass the bar exam. It's the culmination of years of work toward this worthy goal. Jones joins the University of Alabama School of Law and the Cumberland School of Law at Samford University as the state's only accredited law schools.

RANT: For the disturbing prospect that two cases of mad cow disease -- one from Alabama -- may have resulted from a mysterious strain that could occur spontaneously in cattle. Researchers have found a handful of cases in other countries that appear to be "atypical," without some of the standard indications of bovine spongiform encephalopathy, the scientific name for the disease.

RAVE: For the work of Carolyn Locke, who for 25 years greeted visitors to the Alabama House of Representatives. For untold thousands of Alabamians, she was the first face or voice they encountered when coming to or contacting the House. Mrs. Locke, who retired in 2003, died this week at 71.

RANT: For the unwelcome lesson that our inherent hatred of fire ants is not justified. A new and highly praised book by Walter Tschinkel of Florida State University, generally regarded as the world's leading authority on fire ants, advises us to just leave them alone. Unless one is allergic to their venom, he advises, it's best not to bother them. They even kill some other insect pests, Tschinkel notes. Maybe so, but we still don't like them.

RANT: For the overly long career of U.S. Sen. Robert Byrd, D-W. Va., who this week passed the record of Strom Thurmond for the longest Senate career, now almost 48 years. Byrd, 88, is running for his ninth term. He long ago became the personification of pork-barrel politics.

RAVE: For the commendable program operated by Wal-Mart to assist in areas hit by hurricanes or tropical storms. The much-maligned retailer implemented its measures to provide supplies and quickly reopen stores in the wake of Tropical Storm Alberto. This is responsible corporate citizenship.

RANT: For the startling finding in a study by the American Academy of Dermatology that about one in four Americans between the ages of 18 and 50 has a tattoo, or perhaps more than one. One tattoo bearer opined that the body should be viewed as "an empty canvas." Some canvases are best left empty.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-H

Estimated printed pages: 4

June 18, 2006
**Section:** A
**Edition:** 01
**Page:** 01

### Lawyers trade hostile remarks
*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

A prosecutor trying former Gov. Don Siegelman on corruption charges is angry at defense attorneys for turning the seven-week trial into what he calls "a media event, a circus." Acting U.S. Attorney Louis Franklin laid out his feelings in an interview Friday, the first full day that the 12-member jury deliberated. Jurors, who resume their work Monday, saw some of the tension in court but missed a blitz of name-calling that played out on televisions and in newspapers statewide. "I have not been in a trial that has been so contentious, and I think you can attribute that to the arrogance and total disrespect from the attorneys on the other side," he said. "I have never seen a case where the government was repeatedly attacked at every opportunity during the course of the trial. I don't think they respected the process. It was a trial, but for them it was more like a media event, a circus." For example, Franklin said, defense attorneys and defendants Siegelman and ex-HealthSouth CEO Richard Scrushy posed for pictures Thursday outside the courthouse while the jury began deliberations. Scrushy's attorney, Art Leach, dismissed the notion that the group was intentionally arrogant and refused to talk about Franklin's assertions. "I'm not going to engage in this discussion," said Leach, himself a former federal prosecutor. "I think it is shocking that the United States government would have discussions with the media along this line." Prosecutors tried to treat this trial like any other, Franklin said, but high media interest in the case made it difficult. Franklin said he chose to break his own rules and speak with the media outside of court because defense attorneys were making personal attacks on prosecutors on camera. Siegelman attorney Vince Kilborn heckled the government in the media before and throughout the trial. On Monday, he told reporters the government's case amounts to a pile of garbage. Kilborn didn't deny he went over the top at times, but said the government got out of control, too. "It's understandable," Kilborn said. "They want to win real bad, and I'm not perfect myself, so I wouldn't want to throw any rocks at the government lawyers. Sometimes you do things in the heat of battle that on reflection you wouldn't do." Political scientist William Stewart, who sat through five days of the trial, said both the prosecution and the defense were spinning their cases through the media. Early on, he said, the defense had a better spin than the prosecution, but, in the end, both sides were effective. "I think perceptions in the larger community are important, and I think both the prosecution and the defense recognize that," said Stewart, a political science professor at the University of Alabama. Not all the name-calling occurred outside court, however. Franklin got into a heated dispute with Terry Butts, one of Scrushy's attorneys, after Butts made demeaning comments about the way Franklin was cross-examining a witness. Butts said after court that Franklin called him a sleaze. After Butts asked Franklin if he wanted to tell the judge what he said, Franklin jumped up and stared Butts down in court. Franklin said it would have been worse had he done nothing because Butts was hovering over him, but he still regrets the confrontation. "If I can take anything back about this trial, I would probably not let them get to me the way they did, but I believe in my case just as strongly as they believe in theirs. Some of that came out, and some of it wasn't pretty," Franklin said.

ONLINE EXTRA

QUOTES FROM SIEGELMAN'S ATTORNEYS

Acting U.S. Attorney Louis Franklin said defense lawyers are arrogant and have attacked the government through the media. The following quotes by former Gov. Don Siegelman's attorneys were recorded before the trial began.

----------

"These guys spend five years, and they're going to come up with the biggest hole in their case, we're going to drive a train right through it." -- Vince Kilborn

----------

"You indict a former governor on 33 counts of criminal racketeering and you claim surprise that the defense is going to be contentious. I think that's poppycock. What the hell did he expect? This case has been contentious since it started." -- Vince Kilborn

----------

"You talk about trial strategy, and I got to thinking about that special I saw about a year ago of a guy who ran around plundering and just absolutely scorched earth when he took over cities. He was a nomad, a Mongolian. Attila the Hun, that's what I was talking about. That's the trial strategy, just look at Attila the Hun's playbook. He had such a fierce reputation, most people would just give up when they heard he was coming." -- David McDonald

----------

"This is the NFL, this ain't sandlot baseball." -- Vince Kilborn

----------

"This is about as noncontentious a case as I've ever been in. We ain't even pulling nose hairs right now." -- Vince Kilborn

----------

"If this is what Louis Franklin considers contentious, tell him to buckle up because he's in for a wild ride." -- David McDonald

----------

"Just know we're keeping the bottom line in mind, and it's this: We're going to win the case, but in the meantime we're going to help you sell a lot of newspapers." -- David McDonald.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F

# EXHIBIT 21-I

## Montgomery Advertiser

Estimated printed pages: 3

June 23, 2006
**Section:** A
**Edition:** 01
**Page:** 01

### Siegelman case put in limbo
*Mike Linn Montgomery Advertiser*

mlinn@gannett.com
Jurors say they can't agree; judge tells them to keep trying

Jurors are deadlocked on all corruption charges against former Gov. Don Siegelman and three others and will reconvene today to try to hammer out a verdict.

U.S. District Judge Mark Fuller told jurors -- who sought court guidance because they couldn't come to a consensus -- that it's not unusual to deliberate for five days without a verdict considering the length and complexity of the seven-week trial.

He gave them instructions about reasonable doubt, presumption of innocence and the government's burden of proof.

He also gave them an Allen -- or dynamite -- charge, which asks jurors to reconsider their convictions if their views are in the minority on the charges.

The jury will begin its seventh day of deliberations this morning with the new instructions.

While prosecutors declined comment after court, defense attorneys said the note shows jurors are questioning if there is enough evidence to convict.

"I expect the jurors to return a not guilty verdict (today)," Vince Kilborn, Siegelman's attorney, said Thursday outside the courthouse.

Kilborn said the note showed jurors hadn't come to a consensus on any of the charges for any of the defendants charged in the 32-count indictment.

Jeff Deen, an attorney for Siegelman's former chief of staff, Paul Hamrick, confirmed what Kilborn said.

Siegelman and Hamrick are accused of exchanging political favors for cash, campaign contributions and other gifts. Ex-HealthSouth CEO Richard Scurshy is accused of contributing $500,000 to Siegelman's failed lottery campaign for a spot on the board that approves hospital construction projects. A fourth defendant, former Alabama Department of Transportation Director Mack Roberts, is accused of mail fraud for influencing agency actions on Siegelman's behalf.

Lawyers for Roberts, Scrushy and Hamrick told the judge they were not opposed to the Allen charge, but prosecutors and attorneys for Siegelman initially objected.

G. Robert Blakey, one of Siegelman's attorneys, argued there were better options. He asked Fuller to either dismiss some or all of the charges, allow attorneys to redo closing arguments or call for a mistrial before giving jurors the Allen charge.

Prosecutors, on the other hand, asked Fuller to re-instruct jurors about a question they asked last Friday.

The jury had asked Fuller if a campaign contribution can be a thing of value, and Fuller told them it can but left the decision up to the jury.

"We believe the jury is confused on what the law is, based on the question they had Friday," Assistant U.S. Attorney J.B. Perrine said.

Prosecutors filed a sealed motion asking Fuller to explain to jurors that they do not have to find that Siegelman received any personal benefit from campaign contributions he received after allegedly bribing Scrushy, Kilborn told The Associated Press on Tuesday.

After Fuller dismissed the jury for the day, Assistant U.S. Attorney Steve Feaga told Fuller the government was not satisfied with his instructions because he granted defense attorneys' request to include the definition of reasonable doubt, and reminders that the defendants were presumed innocent and the government had the burden of proof.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-J

## Montgomery Advertiser

Estimated printed pages: 2

June 23, 2006
**Section:** A
**Edition:** 02
**Page:** 08

### Siegelman Trial

Judge was correct to push for verdict

The judge in the trial of former Gov. Don Siegelman tried to break a deadlock among jurors Thursday by delivering an "Allen charge" message to jurors and asking them to go back to work today.

The Allen charge is named for a case called Allen vs. the United States in which its use was upheld by the U.S. Supreme Court. It is sometimes called a "dynamite charge" because judges use it in an attempt to break jury deadlocks.

It may work. According to a story in USAToday, a study of 600 federal cases in which an Allen charge was delivered found that many juries reached verdicts by an average of less than four hours of additional deliberations.

But the study also found that quick verdicts by juries following an Allen charge were often appealed, and that about one in four of those appeals were successful, according to USAToday.

However, the complexity of the case involving Siegelman may make a quick verdict unlikely. Jurors heard from 75 witnesses in the lengthy trial. It involves 34 counts against four defendants - Siegelman, former HealthSouth chief executive Richard Scrushy, Siegelman's former state transportation director, and Siegelman's former chief of staff.

In urging the jury to continue to work for verdicts, U.S. District Judge Mark Fuller said: "This is an important case. The trial has been expensive in time, effort and emotional strain on both sides."

He could not be more correct. As most Allen charges point out, there is no reason to believe that a different jury would be any more likely to be able to reach a verdict than this one. Taxpayers should hope that whatever the outcome, another trial does not prove necessary.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-K

**Montgomery Advertiser**

Estimated printed pages: 2

June 27, 2006
**Section:** B
**Edition:** 01
**Page:** 03

### Jurors still deliberating Siegelman case

*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

Jurors deciding the government corruption trial of former Gov. Don Siegelman and three others went home early Monday, extending deliberations into a ninth day today and fraying the nerves of prosecutors.

Attorneys were called into U.S. District Judge Mark Fuller's chambers mid-afternoon and told that one of the jurors was feeling sick. But deliberations are expected to resume today.

Acting U.S. Attorney Louis Franklin said he's beginning to feel anxious about the verdict.

"To be honest with you, yeah, we're nervous," Franklin said. "I know when we go out there we try to say we're not, but at this point, I think everybody is nervous because we don't know what's going on."

Franklin said Fuller told the attorneys that jurors were deliberating and that "nobody is giving any reports of them screaming and shouting at each other."

"I guess they're just going through the process," he said.

Siegelman's attorneys, on the other hand, said Monday they were confident the jury would acquit the former governor, and they weren't worried about the delay. Hiram Eastland Jr., who is part of the defense team, said the government's case is weak.

"From a legal and factual standpoint, it's like where's the beef?" Eastland said. "The government's case is all hat and no cattle."

Siegelman, charged in 32 of the 34 counts in the indictment, and his former chief of staff, Paul Hamrick, are accused of exchanging official state acts for gifts, cash and campaign contributions.

Former transportation director Mack Roberts is accused of mail fraud for influencing agency actions on Siegelman's behalf, and former HealthSouth CEO Richard Scrushy is accused of paying Siegelman $500,000 for a spot on the board that approves hospital expansion projects.

Last week, jurors sent a letter to U.S. District Judge Mark Fuller saying they couldn't come to a consensus on any of the charges. Fuller gave them instructions about reasonable doubt, presumption of innocence and the government's burden of proof.

He also gave them an Allen -- or dynamite -- charge, which asks jurors to reconsider their convictions if their views are in the minority on the charges.

Lawyers for Roberts, Scrushy and Hamrick told the judge they were not opposed to the Allen charge, but prosecutors and attorneys for Siegelman initially objected.

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 21-L

Case 2:05-cr-00119-MEF-CSC      Document 509-2      Filed 11/29/2006     Page 29 of 29

**Montgomery Advertiser**

Estimated printed pages: 2

June 28, 2006
**Section:** B
**Edition:** 01
**Page:** 03

### Some jurors not cooperating, letter to judge says

*Mike Linn Montgomery Advertiser*

mlinn@gannett.com

Some jurors deciding the fate of former Gov. Don Siegelman and three others have a "blanket reasonable doubt," are "lackadaisical" and are refusing to deliberate, the foreman wrote Tuesday in a letter to the judge. It is unclear how many of the jurors the foreman was referring to in the letter, which is under seal, but the general consensus from court arguments is that there is more than one but not a majority. U.S. District Judge Mark Fuller sent jurors home after discussing the letter with defense attorneys and prosecutors, who want to send Siegelman, two of his Cabinet members and ex-HealthSouth CEO Richard Scrushy to prison for public corruption crimes. Siegelman and his former chief of staff, Paul Hamrick, are accused of exchanging political favors for cash, campaign contributions and other gifts. Scrushy is accused of contributing $500,000 to Siegelman's failed lottery campaign for a spot on the board that approves hospital construction projects. A fourth defendant, former Alabama Department of Transportation Director Mack Roberts, is accused of mail fraud for influencing agency actions on Siegelman's behalf. Fuller will prepare written instructions for the jury today, the 10th day of deliberations in the trial now in its ninth week. Those instructions will include an inquiry as to why the jurors are refusing to deliberate, a reminder of their oath as jurors and the written version of an Allen charge. The Allen, or dynamite charge, asks holdouts on a deadlocked jury to reconsider their position in the face of the majority viewpoint. "If any of you is not deliberating because you have made up your mind, then you are not participating," Fuller told jurors before sending them home Tuesday. "I will instruct you (today) to make an honest individual assessment if you can reach a verdict as to any count ... Remember your oath ... If you think someone is guilty, say so. If you think someone is not guilty, say so. If you are hopelessly deadlocked, say that too." He told attorneys it was too soon to consider calling a mistrial. Defense attorneys and prosecutors disagreed on how Fuller should instruct the jurors and on what the note meant. Assistant U.S. Attorney Steve Feaga told Fuller he wouldn't oppose another Allen charge Fuller gave jurors one Thursday as long as he doesn't read the definition of "reasonable doubt" and "burden of proof." He said by reading those definitions, the judge might indicate to jurors he is biased toward a verdict of not guilty. Defense attorneys said they were pleased with Fuller's instructions. Fred Gray Sr., one of Scrushy's attorneys, said the foreman's note "appeared to be the opinion of the writer and not the opinion of all the jurors."

Copyright (c) Montgomery Advertiser. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.