IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |

## **ORDER**

This cause is before the Court on Defendant Richard M. Scrushy's Motion for Leave to File Motion to Supplement Record (Doc. # 509) and Defendant Richard M. Scrushy's Motion for Leave to File Second Motion to Supplement Record (Doc. # 510). It is hereby ORDERED that the motions are GRANTED.

DONE this the 1st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE