United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 23

Google

Search the Web

[ compose ] Get Mail

'Polders [manage]
Inbox (14)

Inbox > Email Message
Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Sunday, June 25, 2006 10:09 PM
From:
To:
Subject:
Size: 5 KB

...judge really helping w/jurors...

still having difficulties with #30

...any ideas???

keeping pushing on ur side.

did not understand ur thoughts on statue

but received links.

Reply           Reply All   Forward   Delete   Report As Spam   Detail   Printal