United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 24





C compose 1 Get Mail

'Polders [mariage]
Inbox (14)

Inbox > Email Message

Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

**Date:** Sunday, June 25, 2006 10:41 PM
**From:**
**To:**
**Subject:**
**Size:** 9 KB

I can't see anything we miss'd. u?

articles usent outstanding! gov & pastor up s—t creek.

good thing no one likes them anyway. all public officials

r scum; espically this 1. pastor

is reall a piece of work

...they missed before, but we won't

...also, keepworking on 30...

will update u on other meeting.

Reply                Reply All   Forward   Delete   Report As Spam   Detail   Printal