United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 25



MONTGOMERY AL

20 DEC 2006 PM 4 T

Terry Butts
PO Drawer 272
Luverne, Al 36049