IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Now pending before the court is defendant Scrushy's fifth motion for discovery of jury records (doc. # 266). The court heard oral argument on this motion on February 6, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's fifth motion for discovery (doc. # 266) be and is hereby GRANTED to the extent that, on or before February 14, 2007, the parties shall file either a joint stipulation or some other report regarding the status of information sought in the motion.

Done this 8th day of February, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE