IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Now pending before the court is defendant Scrushy's amended second motion to supplement the record in the jury challenge and request for additional data (doc. # 392). The court heard oral argument on this motion on February 6, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED as follows:

1. To the extent that the motion seeks to supplement the record by adding exhibits C through T to the record, the motion to supplement (doc. # 392) be and is GRANTED and these exhibits be and are hereby made a part of the record.

2. To the extent that the motion seeks to supplement the record by submitted limited statistical evidence related to two additional jury pools, Pool 201060403 and Pool 201060405, the motion be and is hereby GRANTED.

3. To the extent that the defendant seeks data described as "The participant history file selected for all transactions occurring after August 24, 2005 up to and including the Siegelman/Scrushy jury pool, not restricting inclusion based on Participant Number," the motion be and is hereby GRANTED. The Clerk of the Court is directed to provide this

information to the defendant on or before February 14, 2007.

    4.    On or before February 14, 2007, the parties may file any additional factual or legal arguments to the two expert witnesses' statements filed after the close of the evidentiary hearing.

    5.    The motion is DENIED in all other respects.

Done this 8th day of February, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE