**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA,

v.                                                                    Case No. 2:05cr119-F

RICHARD M. SCRUSHY,
      Defendant.

**DEFENDANT RICHARD M. SCRUSHY'S MOTION
SUBMITTING JOINT STIPULATION
<u>REGARDING PENDING JURY CHALLENGE</u>**

COMES NOW Richard M. Scrushy, by and through his undersigned counsel of record, and, pursuant to the February 8, 2007 Order of this Court, (Doc. 525), files the following joint stipulation regarding the status of the information sought in Defendant's fifth motion for discovery, (Doc. 266).  Defendant, with the express consent of counsel for the Government, respectfully shows this Court the following:

1.  On February 8, 2006, this Court entered an Order which provided in relevant part:

> [I]t is ORDERED that the defendant's fifth motion for discovery (doc. #
> 266) be and is hereby GRANTED to the extent that, on or before February
> 14, 2007, the parties shall file either a joint stipulation or some other report
> regarding the status of information sought in the motion.

(Doc. 525 at 1.)

2.   Undersigned counsel James K. Jenkins on behalf of Defendant Scrushy and Assistant United States Attorney J.B. Perrine on behalf of the United States of America have conferred and reached a joint stipulation as to the information in question.

3.   The joint stipulation is as follows:

In March of 2005, the Middle District Clerk's Office, through a third party private contractor, began the process of mailing out 40,000 jury questionnaires to build the 2005 Qualified Jury Wheel. Thereafter, beginning in September of 2005, the Clerk's Office mailed out an additional 25,000 juror questionnaires to supplement the 2005 Qualified Jury Wheel.

Based on inquires with Affiliated Computer Services ("ACS"), the Clerk has determined that the Jury Management System ("JMS") computer located in the Clerk's Office in Montgomery did not record the code used to identify the individuals on the 2005 Master Jury Wheel who were selected to receive one of the 40,000 initial questionnaires.  The Clerk's Office has retained a copy of the file identifying the 40,000 individuals that was sent to the third party private contractor which was hired to mail out the questionnaires.

ACS has determined that this information can not be loaded into JMS retroactively.

Records regarding the response to the 40,000 juror questionnaires do exist on the JMS. These records reflect that 36,137 of the original 40,000 juror questionnaires are accounted for as follows:  17,637 were determined to be qualified and were placed in the 2005 Qualified Jury Wheel; 8,752 were determined to be excused, and were not placed in the 2005 Qualified Jury Wheel; and 9,748 questionnaires were returned by the Post Office as undeliverable.  The remaining 3,863 questionnaires were not returned.

4.   Undersigned counsel James K. Jenkins has provided Mr. Perrine with a copy of this motion containing the text of the agreed upon joint stipulation prior to filing this motion.  Mr. Perrine has reviewed this motion and the text of the joint stipulation and has authorized undersigned counsel to represent to the Court that the joint stipulation and motion are correct and consented to by the Government.

WHEREFORE, Defendant respectfully prays that this Court approve the foregoing joint stipulation and enter an Order permitting supplementation of the record in the pending jury challenge with  this stipulation, and for such other and further relief as the Court deems just and necessary.

This 9th day of February, 2007.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321

/s/ James K. Jenkins
James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2007, I personally filed the foregoing "Defendant Richard M. Scrushy's Motion Submitting Joint Stipulation Regarding Jury Challenge" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com