IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-F |
| RICHARD M. SCRUSHY,<br>     Defendant. | |

**DEFENDANT RICHARD M. SCRUSHY'S MOTION
REPORTING RESULTS OF ANALYSIS OF ADDITIONAL JURY DATA
PROVIDED PURSUANT TO FEBRUARY 8, 2007 ORDER**

COMES NOW Richard M. Scrushy, by and through his undersigned counsel of record, and files the following report on the results of the analysis of additional jury data provided pursuant to this Court's Order:

1. On February 8, 2007, this Court entered an Order, (Doc. 527 at ¶ 3), granting in part "Defendant Richard M. Scrushy's Amended Second Motion to Supplement Record in Jury Challenge and Request for Additional Data." (Doc. 392).

2. Pursuant to that Order, the Clerk of Court transmitted to undersigned counsel James K. Jenkins a 905 KB data set identified as "pthis825thru316.csv."

3. Defendant's expert witness, Dr. James H. Gundlach, has analyzed this data set and determined that this data set contains activity in the 2005 Qualified Jury Wheel for only the previously-identified ten (10) jurors from the 2001 Qualified Jury Wheel. In

other words, the data set did not reveal any "bleed over" jurors other than the ten previously identified in Dr. Gundlach's May 7, 2006 affidavit. (Exhibit B, Doc. 392-2.)

    4. As a consequence, Defendant respectfully submits that this Court should admit into evidence and consider the facts and analysis set out in paragraphs 7 through 15 of Dr. Gundlach's May 7, 2006 affidavit insofar as those paragraphs contain relevant and admissible evidence relating to the identification and source of the ten (10) jurors from the 2001 Qualified Jury Wheel who participated in the 2005 Qualified Jury Wheel. This Court, in its February 8, 2007 Order has already admitted Exhibits C through T, which are the records of the juror histories and pool selection reports which are the basis or Dr. Gundlach's previous analysis. (Doc. 527 at 1.)

    WHEREFORE, Defendant respectfully prays that this Court enter an Order permitting supplementation of the record in the jury challenge with the facts and analysis contained in paragraphs 7 through 15 of Dr. Gundlach's May 7, 2006 affidavit and the above information concerning his analysis of the additional data set, and for such other and further relief as this Court may deem just and proper.

This 13th day of February, 2007.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone:  205-822-4224
Fax:  205-824-0321

/s/ James K. Jenkins
James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2007, I personally filed the foregoing "Defendant Richard M. Scrushy's Motion Reporting Results of Analysis of Additional Jury Data Provided Pursuant to February 8, 2007 Order" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail:  les.moore@lvmlaw.com