United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 26

Powered by

[Search the Web] Google

[compose] Get Mail

Folders [manage]
Inbox (14)

Inbox > Email Message
Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Sunday, June 25, 2006 10:47 PM
From:
To:
Subject:
Size: 4 KB

Great info 4 r friends.
% of prosecution increases dramatically.
Could not find that when I surfed it.
Gov/Pastor GONE....

Reply              Reply All   Forward   Delete   Report As Spam   Detail   Printal