United States v. Richard M. Scrushy
2:05cr119-F
# EXHIBIT 27

Terry Butts
PO Drawer 272
Luverne, Al 36049

36049+0272

MONTGOMERY AL 361
20 FEB 2007 PM 2 L


