IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Now pending before the court is defendant Scrushy's motion submitting joint stipulation regarding pending jury challenge (doc. # 528), motion reporting results of analysis of additional jury data (doc. # 529), and motion submitting additional factual or legal arguments regarding expert witnesses' statements (doc. # 530). After careful review of the pleadings, the court concludes that these motions are properly construed as motions to supplement the record. Accordingly, for good cause, it is

ORDERED that, to the extent that the motions seek to supplement the record with additional stipulations, analyses, and factual and legal arguments, the motions to supplement (docs. # 528, 529 and 530) be and are hereby GRANTED.

At this juncture, the parties have represented to the court that no further submissions are necessary for the court to resolve the defendants' jury challenge. However, out of an abundance of caution, it is

ORDERED that the parties shall have until March 26, 2007 to submit any analyses, pleadings, arguments or facts not already before the court in support of or in opposition to the defendants' challenge to the jury selection process in this district.

Done this 21st day of March, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE