# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant
### Under Pretrial Release Supervision

Name of Defendant: Richard M. Scrushy                                    Case Number: 2:05cr119-MEF

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U. S. Magistrate Judge

Date of Release: Modified June 29, 2006

Original Offense: Federal Funds Bribery 18 U.S.C. § 666(a)(2); Conspiracy 18 U.S.C. § 371; Honest Services Mail Fraud 18 U.S.C. §§ 1341 and 1346 (4 counts)

Type of Release: Pretrial Release (pending sentencing)

Date of Next Court Appearance: to be scheduled

Conditions of Release: <u>Conditions imposed October 28, 2005</u> were sealed by the court. <u>Modified conditions imposed June 29, 2006</u> which were placed under seal by the court.

Assistant U.S. Attorney: Louis Franklin                                    Defense Attorney: Arthur W. Leach

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| as modified on June 29, 2006: .... Defendant's travel is restricted to the Northern District of Alabama and the Middle District of Alabama... | On February 21, 2007, the defendant obtained permission from the Court to travel to Orlando, FL specifically Walt Disney World from Friday, March 16, 2007, to Saturday, March 24, 2007. The probation officer verified that the defendant left his approved hotel on Tuesday, March 20, 2007, and departed the Orlando, FL area. |

<u>Supervision history of defendant and actions taken by officer:</u> The defendant was originally released on bond by Chief U.S. Magistrate Judge Charles S. Coody on October 28, 2005. Following his conviction by a jury verdict on June 29, 2006, Chief U.S. District Judge Mark E. Fuller modified the defendant's conditions of release to include restricting the defendant's travel to the Northern District of Alabama and the Middle District of Alabama. The defendant has been supervised by the U.S. Probation Office in the Northern District of Alabama due to his residence being located in that district. The defendant has complied generally to the conditions imposed since his release.

U.S. Probation Officer Recommendation:

[ ]   The term of release should be:
      [ ]   revoked.

[X]   The conditions of supervision should be modified as follows:

1. "The defendant shall participate in the Home Confinement Program to begin at a time and residence designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The electronic monitoring may include an active GPS device in order to monitor your compliance. The defendant shall pay the cost of electronic monitoring as directed by the probation officer."

2. "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."

                                          Respectfully submitted,

                                    by    /s/ Tamara C. Martin

                                          Tamara C. Martin
                                          U.S. Probation Officer
                                          Date: March 29, 2007


Reviewed and approved: /s/ Sandra G. Wood
                       Supervisory U. S. Probation Officer


THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

      Done this 29th day of March, 2007.


                                    /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE