IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05-CR-00119-MEF |
| | ) | |
| RICHARD SCRUSHY | ) | |

## **ORDER**

Upon consideration of the petition to modify conditions of release (doc. # 536), it is

ORDERED that a hearing on the petition be and is hereby set on April 9, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 29th day of March, 2007.

                                              /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE