IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CRIMINAL NO. 2:05-CR-119-MEF |
| ) | |
| RICHARD M. SCRUSHY  ) | |

**UNITED STATES' MOTION FOR REVOCATION OR MODIFICATION OF ORDER OF POST-CONVICTION RELEASE FOR DEFENDANT SCRUSHY FOR VIOLATION OF THE CONDITIONS OF HIS POST-CONVICTION RELEASE**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Bill Welch, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and pursuant to Title 18, United States Code, Section 3148(b), hereby moves this Court to revoke or modify the order of post-conviction release for Defendant Scrushy for violating the conditions of his post-conviction release. In making this Motion, the United States submits that Defendant Scrushy has violated the conditions of his post-conviction release in contravention of this Court's order of post-conviction release. Further, the United States asserts that at the revocation hearing, Defendant Scrushy, pursuant to Title 18, United States Code, Section 3143(a), has the burden of showing by clear and convincing evidence that he is not likely to flee pending sentencing and further that he is likely to abide by the conditions of his post-conviction release. To support this Motion, the United States submits the following:

1. On June 29, 2006, after the jury convicted Defendant Scrushy of six felony offenses (i.e., federal funds bribery, conspiracy, and honest services mail fraud) arising out of his paying bribes to then-Governor, now-convicted felon, Don Siegelman and another public official and depriving the citizens of Alabama of these officials' honest

     services, this Court ordered that he be released pending sentencing upon certain conditions. See Doc. # 536 (Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision).

2. On February 21, 2007, this Court granted permission for Defendant Scrushy to travel to Walt Disney World in Orlando, Florida, from March 16, 2007, until March 24, 2007. While in Orlando, Defendant Scrushy was required to stay at a certain hotel.

3. Defendant Scrushy did not comply with this Court's orders and on March 20, 2007, he left the Orlando, Florida, area in contravention of this Court's order.

4. Defendant Scrushy traveled from Orlando, Florida, to Palm Beach, Florida, where he boarded a yacht and traveled to Miami, Florida.

5. These facts establish a reasonable presumption that Defendant Scrushy will not abide by the orders of this Court and may well be testing the ability of the United States to monitor his activities in furtherance of a plan to flee the jurisdiction of this Court.

6. The United States Probation Office has petitioned this Court to issue a summons for Defendant Scrushy to appear before this Court to answer for his violation of this Court's order establishing the conditions of his post-conviction release pending sentencing. The United States Probation Office has furthered petitioned this Court to modify the conditions of Defendant Scrushy's post-conviction release to require that he be placed on home confinement and subject to electronic monitoring to ensure his compliance with this Court's orders. Doc. # 536.

Wherefore, through the filing of this Motion, the United States supports the petition of the United States Probation Office and asks this Court to revoke or modify the order of post-conviction

release of Defendant Scrushy at the hearing that this Court has set for April 10, 2007.

Respectfully submitted this the 29th day of March, 2007.

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY | BILL WELCH<br>ACTING CHIEF, PUBLIC INTEGRITY SECTION |
| /s/ Louis V. Franklin, Sr.<br>Acting United States Attorney<br>One Court Square, Suite 201<br>Montgomery, AL 36104<br>Phone: (334)223-7280<br>Fax:    (334)223-7560<br>Email: louis.franklin@usdoj.gov | /s/Richard C. Pilger<br>Department of Justice, Criminal Division<br>Public Integrity Section<br>10th & Constitution Ave, NW<br>Bond Building - 12th Floor<br>Washington, DC 20530<br>Phone: (202)514-1412<br>Fax:    (202)514-3003<br>Email: richard.pilger@usdoj.gov |
| /s/ J.B. Perrine<br>Assistant United States Attorney<br>One Court Square, Suite 201<br>Montgomery, AL 36104<br>Phone: (334)223-7280<br>Fax:    (334)223-7135<br>Email: jb.perrine@usdoj.gov<br>ASB-9077-E31J | |
| /s/ Jennifer Garrett<br>Special Assistant United States Attorney<br>Assistant Attorney General<br>Office the Attorney General<br>11 S. Union<br>Montgomery, AL 36130<br>Phone: (334)353-8494<br>Fax:    (334)242-4890<br>Email: jgarrett@ago.state.al.us<br>ASB-4600-T77J | |
| /s/ Stephen P. Feaga<br>Assistant United States Attorney<br>One Court Square, Suite 201<br>Montgomery, AL 36104<br>Phone: (334)223-7280<br>Fax:    (334)223-7560<br>Email: steve.feaga@usdoj.gov<br>ASB-7374A60S | |

/s/ Joseph L. Fitzpatrick, Jr.
Special Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| vs. | )   CR. NO. 2:05-cr-119-MEF |
| | ) |
| RICHARD M. SCRUSHY. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
louis.franklin@usdoj.gov