IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:05cr119-MEF |
| ) | |
| RICHARD M. SCRUSHY, ) | |
| Defendant. ) | |

**DEFENDANT RICHARD M. SCRUSHY'S OPPOSITION TO GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE**

COMES NOW Defendant Richard M. Scrushy, by and through undersigned counsel, and files this "Opposition to Government's Motion for Revocation of Release," as follows:

The Government has moved pursuant to 18 U.S.C. § 3148 for revocation of Defendant's release pending sentencing. According to the Government, there is no condition or combination of conditions of release that will assure that Defendant is not a risk of flight due to a single miscommunication and/or an honest mistake made in the four years Richard Scrushy has been reporting to the Pretrial Services. According to the Government, that one honest mistake establishes that Defendant Scrushy "will not abide by the orders of this Court and may well be testing the ability of the United States to monitor his activities in furtherance of plans to flee the jurisdiction of this Court." The Government's imagined intent for a man who requested and received permission to travel and returned to the district at the exact time he was supposed to is not supported by the facts. Additionally, going forward, similar situations will be avoided by the solution

already instituted by Pretrial Services which requires that all future requests and permission to travel be reduced to writing so there can be no misunderstanding or miscommunication.

Defendant Scrushy has been on release pending sentencing for a period of nine months, since June 29, 2006. He has, however, been reporting to Pretrial Services in Birmingham, Alabama, for significantly longer than that. He previously reported to Pretrial Services in Birmingham for a period of twenty months, throughout his criminal case in that district, from November 4, 2003 until June 28, 2005. *See United States v. Scrushy*, 2:03-CR-530 (N.D. Ala.). Thereafter, he began reporting to Pretrial Services again when the Government unsealed the indictment in this case on October 27, 2005, and he has been reporting to Pretrial Services ever since. In all, Defendant Scrushy has been under conditions of release and reporting to Pretrial Services for more than three years. In that time, he has abided by every condition imposed upon him by the Court and by his Pretrial Services officer and appeared at every required court appearance and meeting with his Pretrial Services officer until this one mistake.

It also is telling that whenever Defendant Scrushy has wished to travel outside the Northern and Middle Districts of Alabama, he has requested permission from his Pretrial Services officer to make that trip. If Defendant had been "testing the ability of the United States to monitor his activities," as the Government claims with no evidence, he would not have alerted his Pretrial Services officer by requesting permission to go to Florida, he would not have traveled openly as he did here, and he certainly would not have traveled to meet his attorney, an officer of the Court. Finally, when called in to discuss what had occurred, Defendant certainly would not have admitted every aspect of his travels.

Defendant Scrushy is no more a risk of flight now than he has been since the indictment was unsealed in this case. He simply does not intend to flee the jurisdiction. His family and his ties are in Alabama. He has no passport. Moreover, Defendant Scrushy intends to follow the Court's orders scrupulously and to provide and receive written communications from Pretrial Services in order to fully understand exactly what he may and may not do, rather than rely only upon oral communication.

## CONCLUSION

WHEREFORE, Defendant Scrushy respectfully prays that this Court deny the Government's motion for revocation of bond as well the Probation Office's Petition to Modify Bond.

This 2nd day of April, 2007.

Respectfully submitted,

/s/ Arthur W. Leach
Arthur W. Leach
Terry Lucas Butts
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35203
Phone: 205-822-4224
Fax: 205-824-0321


James K. Jenkins
Bruce Maloy
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, I electronically filed the foregoing "Opposition to Government's Motion for Revocation of Release," with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ *Leslie V. Moore*
Leslie V. Moore
2310 Marin Drive
Birmingham, Alabama 35243
Phone: (205) 822-4224
Fax:    (205) 824-0321
E-Mail: les.moore@lvmlaw.com