IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| V. | ) |
| DON EUGENE SIEGELMAN, AND RICHARD SCRUSHY, | )  Case No: 2:05cr119-MEF |
| | ) |
| DEFENDANTS. | ) |
| | ) |

### REQUEST FOR EXTENSION OF TRAVEL BOUNDARIES
### FOR DEFENDANT RICHARD SCRUSHY

COMES NOW the defendant, Richard Scrushy, by and through the undersigned counsel, and requests this Honorable Court to extend the boundaries of the allowed travel distance for the defendant, and as grounds therefore would say as follows:

1. Pursuant to previous Orders of the Court, the defendant's travel is restricted to the Middle District and Northern District of Alabama.

2. As a result of the death of the defendant's father, Gerald Scrushy, Defendant has been placed in charge of the maintenance and care of a tract of land in Wilcox County, Alabama and Dallas County, Alabama.

3. Responsibility of said maintenance and care requires frequent visits to said property.

4. The tract of land lies thirty to forty miles outside the jurisdiction of the Middle District of Alabama and is, in fact, in the Southern District of Alabama.

5. On April 9, 2007, Defendant discussed with the United States Probation

Officer, Tamara Martin, the matter of travel to this property and Ms. Martin had no objection to Defendant traveling to this area for above referenced purpose.

WHEREFORE, Defendant prays this Court will issue an Order granting Defendant Scrushy permission to travel outside the boundaries of the previously ordered area to include Wilcox County, Alabama and Dallas County, Alabama for the purpose of maintaining and caring for the tract of land stated herein.

Dated this the 11th day of April, 2007.

Respectfully submitted,

s/ Richard M. Adams
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Request for Extension of Travel Boundaries with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

Dated this the 11th day of April, 2007.

s/ Richard M. Adams
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX