IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT REQUEST FOR EXTENSION OF TRAVEL BOUNDARIES FOR DEFENDANT RICHARD SCRUSHY**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and William M. Welch, II, Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and hereby responds to Defendant Request for Extension of Travel Boundaries for Defendant Richard Scrushy. This Court should deny Defendant Scrushy's request because he is not entitled to such relief. To support its position, the United States submits the following:

1. The United States is opposed to the Court granting any additional travel rights to Defendant Scrushy pending sentencing. Defendant Scrushy filed his request seeking expansion of his travel restrictions within a day of being chastised by Magistrate Judge Coody that his legal status had changed and that he would be required henceforth to wear an electronic monitoring device anytime he traveled outside the Middle or Northern Districts of Alabama. Defendant Scrushy does not articulate any reasons why or what specific tasks he must do in connection with the farm that would require his physical presence on the farm.

2. These restrictions were placed on Defendant Scrushy after the Court heard testimony proving that he had traveled outside the area to which he was restricted and had willfully disobeyed the instructions of his probation officers.

3. These restrictions were applied after Defendant Scrushy testified under oath that his probation officers had misstated the truth when they testified before Magistrate Judge Coody that he had violated their instructions and/or engaged in deceptive behavior in his dealings with them.

4. Moreover, the United States points out to the Court that providing Defendant Scrushy unfettered access to Wilcox County and Dallas County provides him unfettered access to the Southern District of Alabama, Mobile Bay, his yacht, and open water. This unfettered movement is exactly the type that Defendant Scrushy had when he broke the conditions of his release pending sentencing which caused Magistrate Judge Coody to restrain his ability to travel.

5. Defendant Scrushy's request that this Court ease his travel restrictions, coming as it does, within one day of the events described above is further evidence that Defendant Scrushy is unwilling to and incapable of accepting orders from this Court and obeying them. Rather, Defendant Scrushy seeks leave of the Court to control his own supervised release. This is a further example of the behavior Defendant Scrushy exhibited on his trip to Orlando, Florida, and at the hearing held before Magistrate Judge Coody.

Wherefore, premises considered, the United States asserts that Defendant Scrushy's request should be denied.

Respectfully submitted this the 13th day of April, 2007.

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY | CHIEF, PUBLIC INTEGRITY SECTION |
| /s/ Louis V. Franklin, Sr.<br>Acting United States Attorney<br>One Court Square, Suite 201<br>Montgomery, AL 36104<br>Phone: (334)223-7280<br>Fax:   (334)223-7135<br>Email: louis.franklin@usdoj.gov | /s/Richard C. Pilger<br>Department of Justice, Criminal Division<br>Public Integrity Section<br>10th & Constitution Ave, NW<br>Bond Building - 12th Floor<br>Washington, DC 20530<br>Phone: (202)514-1412<br>Fax:   (202)514-3003<br>Email: richard.pilger@usdoj.gov |

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:   (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7135
Email: steve.feaga@usdoj.gov
ASB-7374A60S

WILLIAM WELCH

/s/ Joseph L. Fitzpatrick, Jr.
Special Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                          Respectfully submitted,

                          LOUIS V. FRANKLIN, SR.
                          ACTING UNITED STATES ATTORNEY

                          /s/ Louis V. Franklin, Sr.
                          LOUIS V. FRANKLIN, SR.
                          Acting United States Attorney
                          One Court Square, Suite 201
                          Montgomery, Alabama 36104
                          (334) 223-7280
                          (334) 223-7135 fax
                          louis.franklin@usdoj.gov