IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 18  P 3: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN and RICHARD SCRUSHY | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

### MOTION TO RECUSE AND MOTION FOR VACATUR OR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE

Comes now, the Defendant Richard M. Scrushy and moves the Honorable Judge Fuller for recusal. Further, Mr. Scrushy moves that the Eleventh Circuit Court of Appeals appoint a new trial Judge located outside the Federal Districts of Alabama and that said Judge vacate and set aside Mr. Scrushy's conviction of June 29, 2006, or in the alternative to grant him a new trial based on newly discovered evidence. Mr. Scrushy files herewith his brief in support of said motion which states the facts and matters making up the basis of this motion. Said brief in support is incorporated by reference as if fully set forth herein.

WHEREFORE, Defendant Scrushy moves the Honorable Judge Fuller for recusal. Further, Mr. Scrushy moves that the Eleventh Circuit Court of Appeals appoint a new trial Judge located outside the Federal Districts of Alabama and that said Judge vacate and set aside Mr. Scrushy's conviction of June 29, 2006, or in the alternative to grant him a new trial based on newly discovered

evidence.

Dated this the 17th day of April, 2007.

                                          Respectfully submitted,

                                          /s/ James W. Parkman, III
                                          JAMES W. PARKMAN, III
                                          Attorney for Defendant Richard Scrushy
                                          Parkman, Adams & White, LLC
                                          505 20th Street North
                                          Suite 825
                                          Birmingham, AL 35203
                                          (205) 244-1920
                                          (205) 244-1171 FAX

                                          /s/ R. Martin Adams
                                          R. MARTIN ADAMS
                                          Attorney for Defendant Richard Scrushy
                                          Parkman, Adams & White, LLC
                                          505 20th Street North
                                          Suite 825
                                          Birmingham, AL 35203
                                          (205) 244-1920
                                          (205) 244-1171 FAX

                                          /s/ William C. White, II
                                          WILLIAM C. WHITE, II
                                          Attorney for Defendant Richard Scrushy
                                          Parkman, Adams & White, LLC
                                          505 20th Street North
                                          Suite 825
                                          Birmingham, AL 35203
                                          (205) 244-1920
                                          (205) 244-1171 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Motion for Recusal with the Clerk of the Court, under seal, and have forwarded a copy to all counsels of record.

Dated this the 17th day of April, 2007.

JAMES W. PARKMAN, III
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX