

## NOTICE OF CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT OF DOSS AVIATION, INC.

### ITEM ONE

The name of the corporation is Doss Aviation, Inc.

### ITEM TWO

The address of the present registered office in the State of Alabama is 116 S. Main Street, Suite 205-A, Enterprise, Alabama 36330.

### ITEM THREE

The address of the registered office is to be changed to 203 East Lee Street, P.O. Box 838, Enterprise, Alabama 36330.

### ITEM FOUR

The name of the present registered agent is Herbert "Bert" Barr, Jr.

### ITEM FIVE

The registered agent for this corporation within the State of Alabama is to be changed to Mark E. Fuller.

### ITEM SIX

The address of the registered office and the registered agent, as changed, will be identical.

### ITEM SEVEN

The authorization to change the registered agent and registered office were authorized by the Board of Directors of the corporation in a meeting held on January 28, 1994.

_____
President

_____
Verified by the Secretary

Secretary of State
State of Alabama

I hereby certify that this is a
true and complete copy of the
document filed in this office
on June 1, 1994
DATE April 2, 2007

*Beth Chapman*
Secretary of State