Government Web | Images | News | USA

Home   About Us   Site Index   Frequent Questions   Help   Español   Other Languages

for Businesses and Nonprofits | for Federal Employees | Government-to-Government | for Vi th

**By Organization »**
- A-Z Agency Index
- Federal Government
- State Government
- Local Government
- Tribal Governments A-Z

**Contact Your Government »**
- Frequently Asked Questions
- Call by Phone
- E-mail Us
- Chat With Us Online
- Visit an Office In-Person
  more

**Reference Center »**
- Data & Statistics
- Forms
- Laws & Regulations
- Libraries
- Photos and Multimedia
  more

**FREE Subscribe Now**
- USA.gov E-mail Updates
- USA.gov RSS Feeds
- Government E-Newsletters
- Podcast & RSS Libraries

Home > Agencies > U.S. Federal Government

# U.S. Federal Government

Official information and services from the U.S. government.



The three branches of U.S. government—legislative, judicial, and executive—carry out governmental power and functions. View a complete diagram (.PDF) of the U.S. government's branches.

- **Executive Branch**
  The executive branch of the government is responsible for enforcing the laws of the land. The president, vice president, department heads (cabinet members), and heads of independent agencies carry out this mission.

- **Judicial Branch**
  Courts decide arguments about the meaning of laws and how they are applied. They also decide if laws violate the Constitution—this is known as judicial review, and it is how federal courts provide checks and balances on the legislative and executive branches.

- **Legislative Branch**
  Article I of the Constitution establishes the legislative or law making branch of government. It has a two-branch Congress—the Senate and the House of Representatives—and agencies that support Congress.

E-GOV   Important Notices   Privacy   Contact Us   Suggest-A-Link   Link to Us

USA.gov ™ is the U.S. government's official web portal:
Office of Citizen Services and Communications, U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405
If you have questions about the federal government, check our frequently asked questions, e-mail USA.gov, or call 1 (800) FED INFO (1-800-333-4636).



  

Government Web | Images | News | USA

Home   About Us   Site Index   Frequent Questions   Help   Español   Other Languages

for Citizens | for Businesses and Nonprofits | for Federal Employees | Government-to-Government | for Vi th

**By Organization »**
- A-Z Agency Index
- Federal Government
- State Government
- Local Government
- Tribal Governments A-Z

**Contact Your Government »**
- Frequently Asked Questions
- Call by Phone
- E-mail Us
- Chat With Us Online
- Visit an Office In-Person
  more

**Reference Center »**
- Data & Statistics
- Forms
- Laws & Regulations
- Libraries
- Photos and Multimedia
  more

**FREE Subscribe Now**
- USA.gov E-mail Updates
- USA.gov RSS Feeds
- Government E-Newsletters
- Podcast & RSS Libraries

Home > Citizens > Agencies > Federal Executive Branch

# Federal Executive Branch
Official information and services from the U.S. government.



## On This Page
- Executive Office of the President
- Executive Departments
- Independent Agencies and Government Corporations
- Boards, Commissions and Committees
- Quasi-Official Agencies
- Learn More About the Executive Branch

## Executive Office of the President
- The President
- The Vice President
- The White House Home Page
- Offices within the Executive Office of the President
- The President's Cabinet

## Executive Departments
- Department of Agriculture (USDA)
- Department of Commerce (DOC)
- Department of Defense (DOD)
- Department of Education (ED)
- Department of Energy (DOE)
- Department of Health and Human Services (HHS)
- Department of Homeland Security (DHS)
- Department of Housing and Urban Development (HUD)
- Department of Justice (DOJ)
- Department of Labor (DOL)
- Department of State (DOS)
- Department of the Interior (DOI)
- Department of the Treasury
- Department of Transportation (DOT)
- Department of Veterans Affairs (VA)

Back to Top

## Independent Agencies and Government Corporations
- Independent Agencies and Government Corporations

## Boards, Commissions and Committees

- Boards, Commissions, and Committees
- Federal Advisory Committees

## Quasi-Official Agencies

- Quasi-Official Agencies

## Learn More About the Executive Branch

- Learn More About the Executive Branch

Back to Top

Important Notices   Privacy   Contact Us   Suggest-A-Link   Link to Us



USA.gov ™ is the U.S. government's official web portal:
Office of Citizen Services and Communications, U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405
If you have questions about the federal government, check our frequently asked questions, e-mail USA.gov, or call 1 (800) FED INFO (1-800-333-4636).