| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** <br> **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) <br> FULLER, MARK E | 2. Court or Organization <br> USDC-ALMD | 3. Date of Report <br> 5/10/2005 |
| 4. Title (Article III Judges indicate active or senior status, magistrate judges indicate full- or part-time) <br> CHIEF U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) <br> ○ Nomination,   Date _____ <br> ○ Initial   ● Annual   ○ Final | 6. Reporting Period <br> 1/1/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br> One Church Street, A-300 <br> Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br> Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only, see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 20 10 12 AM '05 FINANCIAL DISCLOSURE OFFICE



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: FULLER, MARK E | Date of Report: 5/10/2005 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☒ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☒ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Alabama | Business Litigation Seminar |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>FULLER, MARK E | Date of Report<br>5/10/2005 |
|---|---|---|

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citizens Bank, Enterprise, AL | signature loan | L |

**FINANCIAL DISCLOSURE REPORT**
Page 1 of 2

Name of Person Reporting: FULLER, MARK E

Date of Report: 5/10/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Doss Aviation, Inc. | G | income | P1 | Q | | | | | |
| 2. Doss of Alabama, Inc. | G | income | N | Q | | | | | |
| 3. IRS #1 Mark Everett Fuller | | | | | | | | | |
| 4. --A.G.Edwards Moneymarket | A | Dividend | K | T | | | | | |
| 5. --Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 6. --Lo Jack Corporation | A | Dividend | K | T | | | | | |
| 7. IRA #2 ▓▓▓ | | | | | | | | | |
| 8. --A.G. Edwards Moneymarket | A | Dividend | J | T | | | | | |
| 9. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 10. Mark E. Fuller Custodian Minors Act -- ▓▓▓ | | | | | | | | | |
| 11. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 12. --Northwestern Mutual Life | A | Dividend | K | T | | | | | |
| 13. Mark E. Fuller Custodian Minors Act -- ▓▓▓ | | | | | | | | | |
| 14. --Harry's Inc. | | | *Investment has no value* | | | | | | |
| 15. --Oceaneering, Inc. | | | J | T | | | | | |
| 16. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 17. --New York Life | A | Dividend | J | T | | | | | |
| 18. Mark E. Fuller Custodian Minors Act -- ▓▓▓ | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

**FINANCIAL DISCLOSURE REPORT**
**Page 2 of 2**

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, MARK E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 20. --New York Life | A | Dividend | J | T | | | | | |

1  Income/Gain Codes      A = $1,000 or less       B = $1,001-$2,500     C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2  Value Codes           J = $15,000 or less     K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                    P4 = More than $50,000,000
3  Value Method Codes    Q = Appraisal           R = Cost (Real Estate Only)  S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value          V = Other                W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>FULLER, MARK E | Date of Report<br>5/10/2005 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Case 2:05-cr-00119-MEF-CSC   Document 551-10   Filed 04/18/2007   Page 6 of 7

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>FULLER, MARK E | Date of Report<br>5/10/2005 |
|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>FULLER, MARK E | Date of Report<br>5/10/2005 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date May 10, 2005

NOTE: A[N] [redacted] ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJE[redacted] TIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544