**DOSS AVIATION, INC.**  

HOME  GSA SCHEDULE  SMALL BUSINESS  MAINTENANCE  PLIGHT TRAINING  FUEL MANAGEMENT  EMPLOYMENT
INITIAL FLIGHT SCREENING  FEEDBACK

### Directory

- Frank G. Hunter - President
- David M. Nicola - VP
- John D. Nestler - Marketing Dir.
- Daniel Dudley - Cost Analyst
- Tom Williams - Marketing Mgr.
- Dan Adams - Program Manager
- Jennifer Tarpenning - Controller
- Jane Jensen - Office Assistant
- Cathi Archuleta - HR Director
- Bonnie McCandless - Office Assistant
- Suzanne Schmidt - System Admin/SBLO

**Doss Aviation, Inc.**
3320 Carefree Circle West
Colorado Springs, CO 80917
Phone - 719-570-9804
Fax - 719-570-1740

### Total Quality Service Isn't Expensive, It's Priceless

**Doss Aviation, Inc.**

Pledges to serve you, our customer, with quality services that meet your specifications. Our services are provided by people who are task-oriented, experienced, well-trained, and are also based on a "Best Value" approach to staffing and cost control that are structured to your specific contract requirements.

Doss Aviation, Inc. is a privately owned company with over 29 years experience in flight training, aircraft maintenance and modification, air traffic control, maintenance training, fuels and supply management, transient aircraft support services, airfield management and defense fuel support operations. Since our inception, we have performed a variety of services for the U.S. Army, U.S. Navy, U.S. Air Force, Defense Logistics Agency, the State Department and the Federal Aviation Agency (FAA).

Copyright © 2002 Doss Aviation, Inc. All rights reserved.
Revised: January 23, 2007.

### COMMERCIAL SERVICES



### Aureus International

We offer a complete line of high quality Nomex III and polycotton uniforms for flight crews, firemen, oil field workers, emergency response technicians and medical personnel.

Visit Aureus International web site for a full product line and price catalog.

http://www.aureusinternational.com



http://www.dossaviation.com/