

 # AIRCRAFT MAINTENANCE AND TOWING SERVICE

**General Information**

| | |
|---|---|
| Document Type: | Award Notice |
| Solicitation Number: | |
| Posted Date: | Sep 01, 2000 |
| Archive Date: | Sep 15, 2000 |
| Classification Code: | 99 -- Miscellaneous |
| SetAsides: | |
| Naics Code: | N/A |

**Contracting Office Address**

Department of the Air Force, Direct Reporting Units, 10 ABW/LGC, 8110 Industrial Drive, Suite 200, USAF Academy, CO 80840-2315

**Description**

| | |
|---|---|
| Contract Award Date: | Aug 31, 2000 |
| Contract Award Number: | F05611-00-DM-003 |
| Contract Award Amount: | AGGREGATE TOTAL $14,197,436.11 |
| Contract Line Item Number: | |
| Contractor: | DOSS AVIATION INC 3320 CAREFREE CIRCLE WEST COLORADO SPRINGS CO 80917 |

**Point of Contact**

Christine Dorcheus, Contract Specialist, Phone (719) 333 2735, Fax (719) 333 4707, Email Christine.Dorcheus@usafa.af.mil - Sherry Pittinger, Director, Small Business, Phone (719) 333-4561, Fax (719) 333-4404, Email sherry.pittinger@usafa.af.mil

Email your questions to Christine Dorcheus at Christine.Dorcheus@usafa

**Goverment-wide Numbered Notes**
USAF-Specific Numbered Notes

**You may return to Business Opportunities at:**

- USAF Direct Reporting Units listed by [Posted Date|Classification Code]
- USAF Agencywide listed by [Posted Date|Classification Code]

[Home] [SEARCH synopses] [Procurement Refe



http://www.fbo.gov/servlet/Documents/R/65742