


# 15--Maintenance of Rotary and Fixed Wing Aircraft and Ground Vehicles, Fort Bliss, Texas.

**General Information**

    Document Type:    Award Notice
    Solicitation Number: DABT51-00-R-2023
    Posted Date:    Jan 14, 2002
    Archive Date:    Jan 14, 2002
    Classification Code: 15 -- Aircraft & airframe structural components
    SetAsides:
    Naics Code:    N/A

**Contracting Office Address**

    US Army Air Defense Artillery Center and Fort Bliss, ATTN: ATZC-DOC, Building 2021, 1733 Pleasonton Road, Fort Bliss, TX 79916-6816

**Description**

    Contract Award Date:    Dec 20, 2001
    Contract Award Number:    DABT51-02-D-0001
    Contract Award Amount:    $30559700
    Contract Line Item Number: 0001-0413
    Contractor:    Doss Aviation Inc, 3320 Carefree Circle West, Colorado Springs, CO 80917

**Point of Contact**

    george shifflett, 915-568-3572

    Email your questions to US Army Air Defense Artillery Center and Fort Bliss at shifflettg@bliss.army.mil

<u>Goverment-wide Numbered Notes</u>
USA-Specific Numbered Notes

**You may return to Business Opportunities at:**

- USA Army Contracting Agency, South Region listed by [Posted Date|Cl:
- USA Agencywide listed by [Posted Date|Classification Code]

[Home] [SEARCH synopses] [Procurement Refe



http://www.fbo.gov/servlet/Documents/R/216119