



# J -- HELICOPTER MAINTENANCE SERVICES

- Synopsis - Posted on Mar 07, 2001
- Helicopter Maintenance 01 - Posted on Oct 29, 2001
- Solicitation 02 - Posted on Nov 01, 2001
- Solicitation 01 - Posted on Nov 01, 2001
- Offer to conduct one-on-one discussions 01 - Posted on Nov 20, 2001
- Solicitation 03 - Posted on Mar 06, 2002
- HELICOPTER MAINTENANCE CONTRACT 01 - Posted on Mar 07, 2002
- Amendment 01 - Posted on Mar 21, 2002
- HELICOPTER MAINTENANCE - Q&A Part II, Refined (25 Mar 02) 01 - Posted on Mar 25, 2002
- Amendment 02 - Posted on Mar 28, 2002

## General Information

Document Type: Award Notice
Solicitation Number: F05604-01-R-9004
Posted Date: Sep 03, 2002
Archive Date: Jan 22, 2004
Classification Code: J -- Maintenance, repair & rebuilding of equipment
SetAsides: N/A
Naics Code: N/A

## Contracting Office Address

Department of the Air Force, Air Force Space Command, 21CONS (Bldg 365), Specialized Flight-IT, O&M, Tech Serv, IT Resources 135 E ENT Ave STE 101, Peterson AFB, CO, 80914-1385

## Description

Contract Award Date: Aug 30, 2002
Contract Award Number: F05604-02-C-0003
Contract Award Amount: $30,474,875
Contract Line Item Number: CLINs 0001-7006
Contractor: Doss Aviation, Inc. 3320 Carefree Circle West, Colorado Springs, CO 80917

## Point of Contact

Lisa Spencer, Contracting Officer, Phone (719)556-4124, Fax (719) 556-7396, Email Lisa.Spencer@peterson.af.mil - Penny Smith, Contracting Specialist, Phone 719-556-4877, Fax 719-556-7396, Email penny.smith@peterson.af.mil

**Goverment-wide Numbered Notes**
USAF-Specific Numbered Notes

