# Business & Company Resource Center

*IPR Strategic Business Information Database*, Nov 4, 2003 pNA

USA: DOSS AVIATION AWARDED CONTRACT FOR AIRCRAFT REFUELING SERVICES.

(Brief Article)

**Full Text:** COPYRIGHT 2003 Info-Prod (Middle East) Ltd.
According to the DoD., Doss Aviation Inc., Colorado Springs, Colo., is being awarded $5,190,960 firm fixed price type of contract for aircraft refueling services for the U.S. Navy. aPerformance completion date is expected to be March 31, 2008.a Contract funds will not expire at the end of the current fiscal year.a This was an Internet solicitation that brought four responses.a The contracting activity is the Defense Energy Support Center, Fort Belvoir, Va.a (SP0600-03-R-0020).

Article A109666697

THOMSON
GALE      © 2007 by The Gale Group, Inc.

