**PERFORMANCE WORK STATEMENT (PWS)**

**FOR**

**AIR FORCE INTRODUCTORY FLIGHT TRAINING (IFT)**

**21 NOVEMBER 2003**



## SECTION C

**TABLE OF CONTENTS**

| **SECTION** | **TITLE** | **PARAGRAPH** |
|---|---|---|
| C-1 | Description Of Services | |
| | Mission Requirements | 1.1 |
| | Scope Of Work | 1.2 |
| | Flight Training Program | 1.2.1 |
| | Aircraft | 1.2.2 |
| | Administrative Management | 1.2.3 |
| | Aircraft Maintenance Management | 1.2.4 |
| | Aircraft Servicing | 1.2.5 |
| | Environmental Management | 1.2.6 |
| | Information Management | 1.2.7 |
| | Facilities Control | 1.2.8 |
| | Personnel Management | 1.2.9 |
| | Quality Control System | 1.2.10 |
| | Safety Management | 1.2.11 |
| | IFT Support Functions | 1.2.12 |
| | Contractor Furnished Equipment, Services and Supplies | 1.2.13 |
| | Lodging | 1.2.14 |
| | Food Service | 1.2.15 |
| C-2 | Service Delivery Summary | 2.1 |
| C-3 | Government Furnished Services | 3.1 |

**APPENDICES**

| A-1 | Workload Estimates |
|---|---|
| A-2 | (Draft) IFT Training Syllabus |
| A-3 | Publications, Directives, And Forms |
| A-4 | Reports |
| A-5 | Safety Limited Use Form |
| A-6 | Abbreviations And Acronyms |

## SECTION C-1

## DESCRIPTION OF SERVICES

**1.1 MISSION REQUIREMENTS**

**1.1.1 INTRODUCTORY FLIGHT TRAINING (IFT) ROLE.** Introductory Flight Training prepares students for Air Force Undergraduate Flying Training (UFT). IFT provides approximately 25 hours of flight instruction to students in preparation for Specialized Undergraduate Pilot Training (SUPT) and Undergraduate Combat Systems Officer Training (UCSOT).

**1.1.2 PARTNERING.** To successfully accomplish the mission and provide flight training to officers, the government and the contractor shall develop and maintain an open relationship. This open relationship and the recognition that each partner is an expert in its own right are the keys to a successful partnership. Based on the recognition that the contractor is an expert in flight training, this Performance Work Statement (PWS) requires the contractor to comply with Federal Aviation Administration (FAA) requirements under Code of Federal Regulations, Title 14, Part 61 and 141 (CFR 14, Part 61 and 141). The government requires certain programs and training to enhance safety and to establish the standards by which the contractor shall be measured. As an expert, the contractor shall have a thorough understanding of the work required to meet the standards identified in this PWS that is consistent with the commercial industry and in accordance with all applicable local, state, and federal regulations. Additionally, it will be essential to maintain a positive relationship and open dialogue with the local community, especially in a location unfamiliar with military flight operations. Particular interest will be paid to the contractor's willingness and ability to keep the local public informed of their operations and address any concerns that might arise from the development of this new flying program through Town Hall meetings or contact with community leaders. During the performance period, the government encourages the contractor to propose any innovations that may lead to increased efficiencies and / or performance.

**1.2 SCOPE OF WORK.** The government will not exercise any direct supervision over contractor employees performing services under this contract, except in the instance and interest of safety or national emergency. The contractor shall provide all services necessary to conduct Air Force Introductory Flight Training. The purpose of the IFT program is to ensure that all pilot and Combat Systems Officer (CSO) candidates receive flight instruction and complete the syllabus at Appendix 2. If a student completes the IFT syllabus requirements and passes the final flight evaluation prior to 25 flight hours, that student shall be considered program complete. To ensure that all students receive the required training, the contractor shall provide all personnel, including certified flight instructors, aircraft, training aids, supervision, materials, maintenance, equipment, and services necessary to perform flight training as defined in this PWS. After the phase-in period (first three contract years), the contractor shall provide the capability to conduct a minimum of 37,500 hours of flight training for 1500 pilot / CSO candidates annually, as specified in the workload estimates in Appendix 1. The contractor shall provide the capability to provide up to an additional 3,000 hours per year after the phase-in period.

Graduate Combat Systems Officers, after earning their rating, may be identified to enter the new Remotely Piloted Aircraft (RPA) specialty. This AF specialty will require the CSO to obtain a commercial pilot's license with an instrument rating prior to certification as an RPA pilot. The IFT contractor could be asked to provide, at the IFT location (under separate contract line number), the flight instruction needed to finish the CSO's required private pilot's license, commercial pilot's license, and instrument rating. This RPA course of training for graduate CSOs has not

3

been fully identified at this time, however, the IFT location may be the logical location to take on this additional training for up to 60-70 CSO RPA pilots per year.

Contractor shall obtain Part 141 flight school certification (or provisional certification IAW CFR 141 paragraphs 141.5 and 141.7) within one year after contract award and maintain Part 141 certification thereafter during the length of this contract.

The contractor will, without charge to the students, provide lodging and meal service while the students attend IFT.

The contractor will provide a means to transport students between the training location and the nearest point of airline service. This service must be provided at convenient intervals and on a schedule known in advance to students planning to arrive and depart IFT by commercial airline. The contractor will also provide student transportation between the training center, the lodging facility and the dining facility if not within reasonable walking distances.

The Contractor shall not be required to accept the first student in the phase-in stage any earlier than 60 days following contract award. The Contractor may elect to begin accepting students earlier with the consent of the Government.

*Note:* **IFT is an evolving program.** Requirements identified in the PWS may require modification as the program progresses. Changes may include adjustment of flight hours, certification requirements, changes to the Government provided syllabus, and other modifications as necessary to ensure an effective flight-training program.

**1.2.1 FLIGHT TRAINING PROGRAM.** There are two objectives of the IFT program. The first objective is to begin the development of the student's aviation skills in order to enhance their ability to succeed in UFT. The second objective is to provide the AF an opportunity to screen aviation candidates prior to UFT attendance. This program shall train students to the skill levels required to complete the IFT syllabus. The flight-training program consists of Program Admission and Graduation Requirements, Training Syllabus, and Instructor Requirements.

**1.2.1.1 Program Admission and Graduation Requirements.**

**1.2.1.1.1 Student experience.** Skill level of entering students will vary from no previous flying experience to limited private or military flying experience. For students with prior flight experience, the contractor shall evaluate the student's skill level. Experienced students will be allowed to advance through the flying syllabus based on their demonstrated proficiency. All students will complete Ground School prior to or during flight training. Academic Training will be conducted by the contractor with government oversight. The contractor will conduct any required testing.

**1.2.1.1.2 Student load.** The projected student load and training flow plan are included in the Workload Estimates, Appendix 1. In spite of the best forecasting efforts, deviations may occur. The contractor shall honor short-term variations + / - 5% of Workload Estimate. Should variations exceed 5% of the Workload Estimate, a 30-calendar day notification will be made to the contractor to allow time to adjust personnel and schedules. The government will allow maximum flexibility to the contractor should the Workload Estimate increase by more than 10%. The contractor is expected to partner with the government to handle these deviations. IFT attrition will vary from class to class based on student capabilities. The course attrition rate is not a fixed minimum or maximum percentage.

4

**1.2.1.1.3 Schedule.** Students are scheduled to complete training in 25 training days, approximately 33 calendar days. After the first phase-in year, the contractor may request the number of training days scheduled be modified to improve efficiency of operations. Students will be assigned full time and the contractor shall determine their daily schedule.

**1.2.1.1.4 Long-Term Variation.** The phase-in period (up to three years) shall be predetermined prior to contract award. It is the intention of the government to provide a steadily increasing number of IFT students for the contractor to train based on the number of flying hours in paragraph 1.2. The government will provide an estimate of the number of students requiring training six months in advance.

**1.2.1.1.5 Projected Graduation Dates.** The contractor shall be responsible for meeting programmed graduation dates as specified by the QAE, except for variable factors beyond contractor control, such as: weather, aircraft or student availability due to government action, and program guidance changes. Documentation must be maintained to substantiate reasons for late graduation.

**1.2.1.2 Training Syllabus.** The contractor shall conduct training IAW the Air Education and Training Command (AETC) Syllabus X-XXX-X *Introductory Flight Training* syllabus, Appendix 2. AETC/DO, in the spirit of partnering, will work with the contractor to continually fine-tune the IFT syllabus.

**1.2.1.2.1 Ground School / Equipment Provided.** The contractor will provide instructors and facilities to instruct the ground school portion of the IFT training syllabus. These facilities must be distinct and separate from any other flight school the contractor may operate on that same airport. Mixing of civilian students with IFT students is not permitted. The contractor's chief instructor or assistant chief instructor shall certify ground school instructors. The contractor shall provide feedback to instructors to ensure high quality ground school training.

**1.2.1.2.2 Additional Training (Military Requirements Standup).** The contractor shall work with the government to develop mass briefings that provide IFT students with a UFT-like experience. The contractor shall be prepared to give briefings on a daily basis, but may request government approval to conduct individual briefings if scheduling or training needs dictate. Briefings shall include, as a minimum, actual and forecast weather, current Flight Crew Information File (FCIF), Notices to Airmen (NOTAM), Emergency Procedures (EP), and operational notes of interest to the aircrew. If more time is available (i.e. flying is delayed due to weather), the briefings should be expanded to include such items as safety and various applicable aviation topics.

**1.2.1.2.3 Flight Safety Briefings.** The contractor shall conduct a quarterly flight safety briefing for all Certified Flight Instructors (CFI). The contractor shall maintain attendance records and ensure those absent from the briefing review the material presented prior to performing a flight-related event. AETC Safety may supply additional briefing material.

**1.2.1.3 Training Schedule.**

**1.2.1.3.1 Airfield Hours Of Operation.** Normal operating hours for flight operations are Monday through Friday, sunrise to sunset, as recorded by the National Almanac Office, U.S. Naval Observatory, Wash DC 20390. Saturday and / or Sunday flying, while not normally planned,

may be authorized by the QAE. The contractor may fly on a weekend, if coordinated with the QAE a minimum of one week in advance. Authorization for weekend flying is not guaranteed.

**1.2.1.3.2 Holiday Scheduling.** Flying on Federal holidays, while not normally planned, may be authorized by the QAE to make up for unanticipated delays to meet scheduled graduation dates for each class. The contractor may fly on a Federal holiday, if coordinated with the QAE a minimum of one week in advance. Authorization for holiday flying is not guaranteed

**1.2.1.3.3 Student Report Times.** The government, in coordination with the contractor, will determine student daily reporting and departure times. When variations to the normal schedule are necessary, they shall be made at least 24 hours in advance. The contractor shall immediately notify the QAE when weather or other factors change the current flying schedule. Student reporting and departure times shall allow for adequate crew rest.

**1.2.1.3.4 Crew Rest.** All students will comply with crew rest requirements of AFI 11-202V3, which requires12 hours of crew rest before scheduled reporting time for the student's first military event of the day, with the opportunity for 8 hours of uninterrupted rest sometime during the 12 hour period. Contractor CFIs and students shall be limited to a maximum 12-hour training workday. Contractor CFIs must have at least 12 hours scheduled off between duty periods.

**1.2.1.3.5 Daily Flying Schedule.** The contractor shall prepare a daily flying schedule designed to maximize student-training opportunities, reduce pattern saturation, make best use of available airfields and airspace, and reduce the midair collision potential. The flying schedule shall be maintained with a computer-based program. The contractor shall develop a method of scheduling airspace that provides aircraft accountability, and ensures that no more than one aircraft is in a block of training airspace at one time.

**1.2.1.3.6 Weekly Flying Schedule.** The contractor shall provide the Daily Flying Schedule to the QAE not later than (NLT) 1700 the day prior to flight. The contractor shall also prepare a Weekly Flying Schedule. The contractor shall provide the Weekly Flying Schedule to the QAE no later than 1000 on Tuesday the week prior (the previous duty day if Tuesday is a holiday). Any changes to the Weekly Flying Schedule must be provided to the QAE at least 72 hours in advance using an approved Schedule Change Request Form.

**1.2.1.4 Flying Training Area.** The contractor will gain FAA approval and designate the local flying area boundaries and training areas. As part of the performance base contract, the contractor shall provide a copy of the National Environmental Policy Act documentation covering their proposed levels of aircraft operations, both on their proposed airfield and in the proposed airspace. The contractor shall provide an acknowledgement that states they are aware of and within the operational limits described in these documents. The contractor shall ensure CFIs comply with local area procedures as specified in operating instructions. Any proposed changes to the local flying area procedures by the contractor shall be approved in advance by the QAE. The contractor will provide and distribute the QAE approved routing and area procedures map. This map will be furnished to all flight instructors and maintained in every aircraft. A master copy of this chart shall be maintained at the contractor's operations desk.

**1.2.1.4.1 Mid-Air Collision Avoidance.** The contractor will work with airport operations authorities to develop a Mid-Air Collision Avoidance handbook. The handbook will be a means to inform other airport users of the magnitude of IFT training operations, the hours of typically high IFT operations tempo, the boundaries and altitudes of IFT training areas, and the normal

transit routes IFT participants will use flying to and from the training areas. The handbook will be updated to reflect changes in IFT training areas, routes, or standard operating procedures.

**1.2.1.5. Airfield Operating Procedures.** The contractor shall comply with all applicable airfield operating procedures as specified by the airport management and QAE.

**1.2.1.6 Scheduling Breaks.** A student flying break, set by AETC/DO, will be scheduled in the late December - early January timeframe. The exact dates of the break, generally two weeks, will be coordinated with the QAE based on student and contractor availability.

**1.2.1.6.1** Occasionally a higher priority event may preclude a student (or entire class) from accomplishing an IFT event. The government will identify deviations as early as possible.

**1.2.1.7 Instructor and Aircrew Requirements.**

**1.2.1.7.1 Certified Flight Instructors (CFIs).** Once each six months, all contractor CFIs will fly at least one sortie in which two CFIs fly together to share instructional techniques. QAE reserves the right to designate a military flight instructor to fly with the contractor CFI on these sorties to assure quality of training. The recurring proficiency check required by CFR 141 paragraph 141.79 (d)(2) may count as one of these sorties. Assigned military flight instructors qualified in the aircraft shall be allowed to fly a recurring proficiency check flight review with the contractor's chief pilot. The government will cover the cost (by flight hour) of the initial / recurring proficiency check for military instructors. Contractor CFIs may be asked to participate in the student elimination process and training review boards. Participation in these processes is restricted to contractor CFIs who have flown with the student in question or supervisory personnel deemed necessary to complete the review.

**1.2.1.7.2 Military Flight Instructors.** The government will provide up to ten military flight instructors that the contractor shall utilize. Contractor can estimate that each military instructor will be available approximately three times per week, based on the military instructor's availability. All military instructors will have a current FAA CFI license. The contractor shall allow an aircrew of military instructors, qualified in the aircraft, or a solo military instructor, to fly contractor aircraft. Military instructors will provide their own equipment except headset. The contractor shall schedule and track the requirements for all flight instructors, including military flight instructors. The government may provide additional instructors during the contract period.

**1.2.1.7.3 Aircrew Requirements.** The contractor shall develop a system to ensure only authorized aircrew and aircraft are assigned for a flight. As a minimum, Go / No-Go items shall include Flight Crew Information File (FCIF), Read File, NOTAMs, Duty Not Including Flying (DNIF) status, flight instructor currency, medical certificate, quarterly safety brief and flight maneuver currencies. This data shall be readily available in the operations desk area. All Go / No-Go Items shall be maintained for the current month in the dispatch area.

**1.2.2 AIRCRAFT.** The contractor shall use identically configured / standardized types of aircraft to execute this contract. If the contractor uses more than one type of aircraft, students shall be restricted to the type of aircraft in which they begin training. The government has divided aircraft specifications into two categories: Critical requirements and Desired requirements.

**1.2.2.1 Critical.** Aircraft <u>must</u> meet all of the requirements listed to be considered by the government to execute this contract.

**1.2.2.1.1** FAA certified for normal category or higher - any new aircraft not previously tested must be tested and successfully meet all critical items prior to proposal submission. Only minor modifications will be allowed.

**1.2.2.1.2** Tri-cycle gear

**1.2.2.1.3** Crosswind: 15 Knots

**1.2.2.1.4** Aircraft Weight & Balance: For Center of Gravity (CG) and maximum takeoff weight considerations: As light as one solo student weighing 113 pounds, as heavy as 277 pounds, or two aircrew weighing a total of 450 pounds (which includes flight suit boots, and checklists, but does not include survival equipment stored on the aircraft).

**1.2.2.1.5** Flight duration: Aircraft must be able to fly a 2.0 hour training sortie plus 30 minutes fuel reserve.

**1.2.2.1.6** Climb rate: 500 feet per minute (FPM) at a density altitude of 7,000 feet with 450 pounds of aircrew and the required fuel.

**1.2.2.1.7** Area performance: Perform a sustained level 45-degree banked turn at a density altitude of 7,000 feet.

**1.2.2.1.8** Aborted takeoff: At a density altitude of 7,000 feet, zero headwind, dry runway, at maximum gross weight, accelerate to takeoff speed using normal takeoff procedures, pause three seconds, reduce power to idle, and stop the aircraft within 3500 feet in the remaining runway, including overrun (500 feet) using maximum braking.

**1.2.2.1.9** Aircrew size: Shall accommodate students 64 inches to 77 inches tall, and sitting heights of 34 inches to 40 inches.

**1.2.2.1.10** Avionics: Dual Communication with single Navigation / Hobbs meter / Mode C reporting transponder, audio panel and integral intercom.

**1.2.2.1.11** Noise level: Aircraft does not exceed 82 Decibels (dB)

**1.2.2.1.12** Stall: Aircraft must maintain aileron and rudder effectiveness throughout stalls under the following circumstances:

· Trim aircraft for 1.3 Vstall

· Bleed airspeed at 1-2 KIAS / sec (unaccelerated stall)

· Perform straight ahead and turning stalls

· Perform power on (full power) and power idle

· Perform stalls clean and in normal landing configuration

· Perform stalls coordinated and uncoordinated (full rudder and opposite aileron held for one second at time of stall)

8

**1.2.2.1.13** Stability and control: Aircraft must meet minimum longitudinal static stability constraints (speed stability):

· For stick controllers, aircraft must display a minimum of 0.12 pounds per knot speed stability from a trim airspeed of 100 KIAS through + / - 30 KIAS from trim.

· For yoke controllers, aircraft must display a minimum of 0.25 pounds per knot speed stability from a trim airspeed of 100 KIAS through + / - 30 KIAS from trim.

**1.2.2.1.14** Aircraft flight controls: All aircraft flight and fuel controls, and circuit breakers must be accessible from both seats, with seat belts / shoulder harnesses fastened.

**1.2.2.2.15** Ground Operations: Aircraft walk-around must be performed in a timely manner, with required items easily and safely inspected.

**1.2.3 ADMINISTRATIVE MANAGEMENT.**

**1.2.3.1 Insurance.** The contractor, and any subcontractors, shall procure and maintain at all times Aircraft Public Liability Insurance against death, bodily injury, and property damage. Such insurance shall be designated to protect the personnel involved in IFT from claims arising out of acts or omissions as one of the participants in the IFT Program. This insurance shall be procured and maintained in limits of not less than $200,000 with respect to any one person injured or killed, and, subject to that limit per person, an aggregate limit of $500,000 with respect to any number of persons injured or killed as a result of any one accident, and insurance shall bear appropriate endorsement whereby the insurance carrier waives any right of subrogation acquired against the United States of America by reason of any payment under such policy, and such policy shall further provide that the CO receives 30 days prior notice before cancellation of such policy or reduction of coverage there under can be effective. The Contractor shall, prior to the performance of this contract and the performance of an option period or 30 days prior to the expiration of insurance coverage, submit to the Contracting Office either (a) a certified copy of the insurance policy actually procured and maintained, or (b) an insurance certificate issued by the insurance company verifying coverage in conformity with this contract.

**1.2.3.1.1 Insurance Deductible.** The government will be responsible for the contractor's deductible, not to exceed $1,000, for accidents or incidents caused by solo students or military instructors covered under the contractor's provided insurance. During dual instruction, the contractor's CFI conducting the lesson is designated the Pilot in Command, and the government will not assume liability for the deductible.

**1.2.3.2 Release of Information.** The contractor must coordinate with the designated Public Affairs (PA) office regarding any media inquires that involve USAF students. The designated PA office or AETC/PA will be the sole releasing authority for information to the media regarding Air Force students.

**1.2.4 AIRCRAFT MAINTENANCE MANAGEMENT.**

**1.2.4.1 Aircraft Maintenance and Inspection Policies.** The contractor shall be responsible for complete maintenance and logistics for their aircraft. The contractor shall follow all aircraft manufacturer's recommended maintenance procedures / time change / overhaul requirements. This includes all manufacturer / vendor required maintenance IAW airframe, engine, and

propeller maintenance manuals, and any maintenance required by applicable CFRs, including CFR Part 39.

**1.2.4.1.1 Maintenance Status Display.** The contractor shall develop a computerized, daily maintenance status display. It shall include, as a minimum, by registration number, aircraft in inspection, hours remaining to next inspection, and date of next scheduled annual inspection.

**1.2.4.1.2 QAE Follow-up Inspection.** Prior to final reinstallation of inspection panels on an Annual / 100 / 50 hour inspection, the contractor shall notify Maintenance QAE of the completion of the scheduled inspection. QAE shall then notify the contractor whether or not a QAE follow-up inspection is to be performed. If the QAE does not respond within 15 minutes, the contractor shall then proceed with their intended action of closing up the aircraft.

**1.2.4.2 Aircraft Emergencies.** The contractor shall respond immediately to any IFT aircraft emergency. The contractor shall be ready to immediately remove IFT aircraft from the runway. The contractor shall be responsible for their aircraft that land off field. Public release of information surrounding IFT aircraft accidents or incidents involving USAF students will be coordinated by the designated PA office or AETC/PA.

**1.2.4.3 Maintenance Documentation.** The contractor shall be solely responsible for maintaining all maintenance records. An AFTO 781A shall be used for each aircraft to document all unscheduled maintenance discrepancies, corrective actions and / or deferred discrepancies. AFTO 781As shall be maintained by aircraft registration number, date and page number. The contractor shall retain ownership of these records. The contractor shall determine which maintenance record entries will be transferred, if required by CFR, to the appropriate logbook. The AFTO 781A form can be accessed and printed through the government network. The government will provide initial copies to the contractor at award.

**1.2.4.4 Check / Test Flight Requirements.** Test flights shall be conducted as required by CFR. No students will be on board during these tests.

**1.2.4.5 Headset Maintenance.** The contractor will supply two headsets per IFT aircraft and fifteen spare sets. The contractor shall, at no cost to the government, maintain and repair this supply of headsets.

**1.2.5 AIRCRAFT SERVICING.**

**1.2.5.1 Fuel / Oil Storage.** All oil drained from aircraft engines during scheduled inspections or any other interval shall be collected in the used oil storage containers. Used oil will be disposed of through a recycling program consistent with the airfield operational requirements.

**1.2.5.2 Aircraft Movement In / Out of Hangars.** Only contractor personnel may move aircraft into or out of hangars. Students may assist if necessary. Aircraft only need to be pushed out of the hangars far enough to taxi the aircraft.

for the cost of providing fuel. The government shall be listed on the billing invoice and the cost of fuel for that flight will not be included on the contractor's monthly invoice.

**1.2.6 ENVIRONMENTAL MANAGEMENT.**

**1.2.6.1 Environmental Program.** The contractor shall perform the requirements of this PWS in compliance with all applicable OSHA, Air Force, Federal, state, and local environmental laws and regulations. To enable evaluation of potential environmental impacts under the National Environmental Policy Act (NEPA) of 1969, as amended (42 USC Section 1421 et seq), contractor submittals should identify proposed location and surrounding region of social and/or environmental influence (ROI) describing possible direct, indirect, or cumulative effects. Contractor submittals under this PWS will describe how the contractor intends to comply with local regulations, for the airport of intended use, covering the following four sections: 1.2.6.1.1 - Emergency Procedures, 1.2.6.1.2 - Hazardous materials reporting, 1.2.6.1.3 - Hazardous Waste Management, and 1.2.6.1.4 - Wastewater and Storm Water Control.

**1.2.6.1.1 Emergency Procedures:**

**1.2.6.1.1.1 Spill Prevention and Response Procedure.** The contractor shall establish a written spill prevention and response procedure (SPRP) that complies with airport of intended use procedures.

**1.2.6.1.1.2** The contractor shall submit the completed SPRP to the CO a minimum of seven (7) working days prior to commencement of work on site. The airport of intended will certify in writing that the contractor's SPRP complies with airport requirements. The SPRP shall contain as a minimum:

**1.2.6.1.1.2.1** The contractor's primary and alternate points of contact in the event of a spill or emergency;

**1.2.6.1.1.2.2** A list of spill prevention and response equipment and materials the contractor will maintain on site;

**1.2.6.1.1.2.3** A description of the contractor's hazardous materials / wastes;

**1.2.6.1.1.2.4** Spill reporting procedures; spill disposal procedures.

**1.2.6.1.1.3** The Contractor shall maintain at all times a spill kit containing an adequate volume of compatible spill clean up materials to control and clean up spills on site.

**1.2.6.1.1.4** The Contractor shall train employees in emergency procedures to contain and clean up spills as required by all applicable Federal, state, and local regulations.

**1.2.6.1.1.5** The Contractor shall execute timely and appropriate actions to contain all spills in accordance with the Contractor's SPRP. Contractor shall send written notification to the CO when spill occurs and after containment.

**1.2.6.1.1.6 Government liability.** The contractor shall indemnify, save, and hold the Government harmless from any damages, costs, expenses, liabilities, fines, or penalties resulting in any way from releases, discharges, emissions, spills, storage, disposal, or any other acts or omissions by the Contractor, its officers, agents, employees, subcontractors or the invitees of any of them, giving rise to Government liability, civil or criminal, or responsibility under federal, state or local environmental laws. This condition shall survive the expiration or

termination of this contract, and the Contractor's obligations hereunder shall apply whenever the Government incurs costs or liabilities for actions of the type described in this provision.

**1.2.6.1.2 Hazardous materials reporting:**

**1.2.6.1.2.1** The contractor shall establish a written Hazardous Materials Handling and Reporting plan that complies with the procedures of the airport of intended use. The airport of intended will certify in writing that the contractor's Hazardous Materials Handling and Reporting plan complies with airport requirements.

**1.2.6.1.2.2** The contractor shall submit the completed plan to the CO a minimum of seven (7) working days prior to commencement of work on site.

**1.2.6.1.2.3** The Contractor shall submit to the CO a listing of hazardous materials that will be brought on site during the performance of the contract. The listing shall include estimated usage and quantities that will be stored on site for each hazardous material. The Contractor will give a brief description of how the hazardous material will be used. The Contractor shall supply a Material Safety Data Sheet (MSDS). The MSDS shall be OSHA Form 174 or equivalent, as directed by 29 CFR 1910.1200 and FED-STD 313 (Reference CFR 52.223-3).

**1.2.6.1.2.4** Every 90 days from the start of work on site, the contractor shall report hazardous materials used in the previous 90-day period to the CO.

**1.2.6.1.2.4.1** The report shall include a listing of all hazardous materials used while performing work on site, and the total amount of each hazardous material used.

**1.2.6.1.2.4.2** The report shall include description of the disposition of each hazardous material (e.g., fully consumed during contract execution, saved for future use, disposed as hazardous waste in accordance with 40 CFR requirements, etc.).

**1.2.6.1.2.5** The Contractor shall at all times maintain a complete, up-to-date hazardous material inventory along with copies of MSDSs for all materials used on site.

**1.2.6.1.2.6** The Contractor shall maintain a copy of the contractor's employee workplace hazard training program on site at all times.

**1.2.6.1.2.7** All known or potentially hazardous materials shall be transported and stored in original containers with manufacturer labels meeting the information requirements of 29 CFR 1910.1200. Bulk materials and materials that must be repackaged or placed into different containers at the job site shall be clearly labeled in accordance with 29 CFR 1910.1200.

**1.2.6.1.2.7.1** The Contractor shall only use and store hazardous materials in areas that are free from obstructions or hazards such as tripping hazards, fire, standing water, or pests. All hazardous materials shall be separated in accordance with 29 CFR 1910.176[c], 1910.1200[b], and 1910.1200[f].

**1.2.6.1.2.7.2** The Contractor shall store hazardous materials in containers that are in good condition, with no leaks or rust. Leaking containers shall be immediately overpacked in such a manner to fully contain and secure the contents.

**1.2.6.1.3 Hazardous Waste Management.**

**1.2.6.1.3.1** The contractor shall establish a written Hazardous Waste Management plan that complies with the procedures of the airport of intended use. The airport of intended will certify in writing that the contractor's Hazardous Waste Management plan complies with airport requirements.

**1.2.6.1.3.2** The contractor shall submit the completed plan to the CO a minimum of seven (7) working days prior to commencement of work on site. The plan will include the following:

**1.2.6.1.3.2.1** Descriptions and estimated quantities of hazardous wastes that will be generated on-site (including batteries, mercury lighting wastes, paints, solvents, etc.);

**1.2.6.1.3.2.2** Letters designating contractor personnel appointed as primary and alternate hazardous waste managers.

**1.2.6.1.3.3** Contractors shall accumulate hazardous wastes generated on site in compliance with all applicable Federal, state, and local regulations, DOD, and AF policies, and in accordance with the Contractor's hazardous waste management plan.

**1.2.6.1.4 Wastewater and Storm Water Control.**

**1.2.6.1.4.1** The contractor shall establish a written Wastewater and Storm Water Control plan that complies with the procedures of the airport of intended use. The airport of intended will certify in writing that the contractor's Wastewater and Storm Water Control plan complies with airport requirements.

**1.2.6.1.4.2** The contractor shall submit the completed plan to the CO a minimum of seven (7) working days prior to commencement of work on site.

**1.2.6.1.4.3** To the best of the contractor's ability, maintenance should be performed indoors to prevent storm water pollution. The Government can provide the contractor, upon request, a list of Best Management Procedures to prevent storm water pollution.

**1.2.6.1.4.4** The Contractor shall not discharge any domestic, construction and / or industrial waste to the sanitary sewer system without first securing the approval of the airport of intended use. This especially applies to glycol type wastes drained from heating, ventilation, and air conditioning facilities. The quantity and quality of discharge may be limited.

**1.2.6.1.4.5** The Contractor shall prevent oily or other hazardous substances from entering the ground, drainage areas, or local bodies of water. Aircraft washing must be done in compliance with procedures established by the airport of intended use.

**1.2.6.1.4.6** The Contractor is prohibited from discharging hazardous materials, hazardous wastes, hazardous substances, toxic substances, petroleum, oils, lubricants, coolants, etc. into floor drains, sinks, catch basins, etc.

**1.2.6.1.6 Air Quality.** The Contractor shall comply with the provisions of applicable Federal, State, and local Air Quality Management Plans.

**1.2.6.1.7 Noise Abatement.** The contractor will be responsible for identifying an individual, or individuals, in airport management who will handle calls regarding noise abatement issues.

**1.2.7 INFORMATION MANAGEMENT.**

**1.2.7.1 General.** The contractor shall provide government personnel access to the original record, electronic, or reproducible copy of any non-business specific records (such as training reports, training records, status reports, FCIF files, maintenance data, training syllabus, etc.) produced in support of this contract.

**1.2.7.2 Web Access.** To efficiently execute this contract, the contractor must plan to have Web access. The contractor shall ensure appropriate employees have Web access.

**1.2.7.3 Protection of Information.** The privacy of all personal student information (such as student rosters and training folders) must be protected. No contractor employee shall disseminate personal student information.

**1.2.7.4 Student Training Records.** The contractor shall turn over a student's record to the government not later than one month after the student's completion of all required training.

**1.2.7.5 Operational Reports.** The contractor shall be responsible to provide all information in the format requested by the QAE or CO.

**1.2.7.5.1 Weekly Student Tracking Report.** Prior to 0900 hours each Monday the contractor shall provide the QAE with a current summary of each class and each student's progress. The class summary shall include, as a minimum: number of students in class, number of students soloed, number of students completed. The individual student summary will include: name, total flight time, hours until expected solo, assigned instructor, students experiencing difficulties, late / no-show / unprepared students.

**1.2.7.6 Flight Crew Information File (FCIF).** The contractor shall maintain a FCIF file IAW AFI 11-202v2 and associated supplements. The contractor shall also maintain a Read File that discusses pertinent information, meeting minutes, command guidance, etc. The QAE will generate FCIFs. A contractor-designated supervisor shall sign all Read File items prior to posting. Information of a permanent nature shall be incorporated into the Local Procedures Manual during biannual reviews.

**1.2.7.7 Publications and Forms.** Publications, Directives and Forms that apply to this PWS are listed in Appendix 3, and are designated as either "Mandatory" or "Advisory." The contractor shall follow all those listed as mandatory and use those listed as advisory as guides.

**1.2.8 FACILITIES CONTROL**

**1.2.8.1 Facilities control.** The contractor shall ensure that all facilities within the contractor's control are aesthetically pleasing, sanitary, and rodent and insect free.

**1.2.8.2 Hazardous items.** In the event of inclement weather, the contractor will ensure that all walkways, sidewalks, and stairs are free of debris and other hazardous items.

**1.2.8.3 Janitorial services.** The contractor will provide janitorial services for all offices, training facilities, lodging facilities and eating facilities (including break rooms).

**1.2.8.4 Trash and waste materials.** The contractor will provide services for the disposal of all trash and waste materials from a centralized outdoor location.

**1.2.9 PERSONNEL MANAGEMENT.**

**1.2.9.1 Contractor Employees.** The contractor shall provide in writing the names, title, applicable certificate numbers, and phone numbers of all employees. The CO and QAE shall be informed within one week when changes are made to this list. The list shall be provided to the CO and the QAE at the pre-performance conference and updated listings shall be submitted as employee changes occur.

**1.2.9.1.1 Unauthorized Employees.** The contractor shall not employ persons for work on this contract if such employee is identified to the contractor by the CO as a potential threat to the health, safety, security, or general well being of any personnel and / or the operational mission. The contractor shall not employ any person who is an employee of the US Government if employing that person would create a conflict of interest IAW the Joint Ethics Regulation (JER), DoDD 5500.7R. Additionally, the contractor shall not employ any person who is an employee of the Department of the Air Force, either military or civilian, unless such person seeks and receives required approval through their military chain of command. The contractor shall not employ any person who is an employee of the Department of the Air Force if such employee would be contrary to the policies on AFI 64-106, paragraph 3, Air Force Industrial Labor Relations Activities.

**1.2.9.1.2 Off-duty Active Military Employees.** The contractor is aware that off duty active military personnel hired under this contract may be subject to permanent change of station. a change in duty hours, or deployment. The contractor is also aware that Military Reserve and National Guard members may be subject to recall to active duty. The abrupt absence of these personnel could adversely affect the contractor's operation; however, their absence at any time shall not constitute an excuse for nonperformance under this contract.

**1.2.9.2 Employee Conduct.** In the event that aircraft maintenance practices, improper flying practices or techniques, personal appearance or conduct of contractor personnel becomes detrimental to accomplishment of the mission as determined by the government, the CO shall provide written notification of such conditions to the contractor. Following such notification the contractor shall remedy the situation as soon as possible. If the contractor chooses to retain the subject individual, the situation will be reevaluated in fourteen days. If the condition persists, the CO may issue written notification that the individual will be barred from performing duties under this contract. If the infraction is so severe as to present a safety risk, the fourteen-day remedial period will not be observed.

**1.2.9.3 Language of Employees.** All employees shall speak, read, write, and understand the English Language, excluding the speaking skill of hearing impaired employees.

**1.2.9.4 Employee Uniforms.** Contractor personnel shall present a neat appearance and be easily recognized as contractor employees. The contractor shall outfit its employees with distinctive uniforms for each type of work being accomplished (aircraft maintenance, CFI, etc.) CFIs will not wear shorts or sandals. The uniform shall display the employee's first and last name, and the company name. Pin-on nametags are not allowed on the flight line. All uniforms shall be maintained in a professional and serviceable condition. Contractor office personnel may wear clothing that is professional in appearance and appropriate to their normal duties.

Contractor personnel may not wear clothing which is offensive nor which is derogatory toward the USAF or other U.S. military service.

**1.2.9.5 Program Manager.** The contractor shall provide a program manager (PM) who shall be responsible for the performance of this contract. The contractor shall provide an on-site PM, or alternate(s), physically present during scheduled flying. The name of the PM and an alternate, or alternates, who shall act for the contractor when the PM is absent shall be designated in writing to the CO prior to the contract start date and as changes occur. The PM, or alternate(s), shall have full authority to act for the contractor on all contract matters relating to daily operation of this contract. The PM or alternate shall be available during normal hours of operation within 10 minutes to meet with government personnel. After normal hours of operation, the PM, or alternate(s), shall be available on-site within one (1) hour of notification.

**1.2.9.6 Stage Check Instructor.** The contractor shall designate via letter of appointment contractor CFIs who are specifically authorized to administer student Stage Checks. The letter of appointment will be maintained in the employee's training records.

**1.2.9.7 CFI and Student Relationships.** The contractor shall require CFIs to present themselves as positive role models for students. CFIs shall develop and at all times maintain a positive, professional instructor-student relationship. Unacceptable techniques may include fear, sarcasm, ridicule, use of inappropriate or offensive language, or any other verbal or nonverbal communication intended to demean the student or any demographic group.

**1.2.9.8 Substance Abuse Testing and Tobacco Use.** Contractor employees shall be subject to substance abuse testing during an AFI 91-204 investigation when an individual's actions or inactions are suspected as factors in a mishap sequence in such cases. The contractor shall require the employee(s) to submit to substance abuse testing by a certified medical substance abuse testing facility designated by the contractor and approved by the government. The results of all tests shall be provided to the government, upon request.

**1.2.9.8.1 Smoke-Free Environment.** The contractor shall provide Air Force students with an instructional environment free of tobacco smoke. The contractor may designate areas for smoking that are separated from the student classrooms and briefing areas.

**1.2.9.9 Employee Security Requirements.** The Contractor will follow airport security rules with regard to employee identification, such as photo ID badges if required. The contractor shall ensure that airport vehicle passes or decals, if required for contractor employees, are confiscated from terminated employees.

**1.2.9.10 Contractor Operation of Vehicles.** The contractor shall ensure all personnel required to drive on the flight line are trained IAW applicable airport procedures.

**1.2.9.11 Employee Qualifications.** The contractor shall ensure that all employees are qualified, trained, and certified to perform the requirements of this PWS. The contractor shall comply with certification and training required by all federal, state, and local laws, regulations and CFRs. All training and certification shall be documented and available for the government to review at all times.

**1.2.9.11.2 Employee Training Records.** The contractor shall maintain individual training records on each employee. Training records shall be made available to the government upon request. The contractor shall ensure that all employees are fully trained and qualified to perform

the requirements of the PWS at all times. As a minimum, those records shall contain all systems on which the individual is qualified or is to become qualified, the name of the individual that provided the training (government or contractor), the date training was conducted or completed, and for recurring training, the due date. This file shall also include:

Copy of FAA Certificates
Letters of Appointment

### 1.2.10 QUALITY CONTROL SYSTEM.

**1.2.10.1 Quality Control Program.** The contractor shall establish a quality control program that shall encompass all aspects of the contract. The contractor shall provide a quality control plan within 30 days after contract award. The contractor is responsible to accomplish the requirements of the contract as specified, and to identify and prevent deficiencies in the quality of services performed before the level of performance becomes unacceptable.

**1.2.10.2 Quality Control (QC).** The contractor shall develop and maintain a QC inspection system that encompasses all functions of the contract. The QC inspection system shall satisfy the requirements in the Inspection of Services clause referenced in Section E of the RFP and resultant contract, and shall be designed to keep the contractor's management informed of all issues affecting quality. The QC records of inspections shall indicate the nature and number of observations, the number and type of deficiencies, and the nature of corrective action as appropriate.

**1.2.10.3 Corrective Actions.** The contractor shall ensure that timely and effective corrective action is obtained for all deficiencies identified. All deficiency responses shall include the action taken to preclude a recurrence.

**1.2.10.4 Quality Control Inspector / FAA Inspection.** Personnel who perform maintenance quality control duties must possess an Airframe & Powerplant (A&P) license. The chief maintenance QC must possess Inspection Authorization (IA).

### 1.2.11 SAFETY MANAGEMENT.

**1.2.11.1 Occupational Safety and Health Act (OSHA) Compliance.** All contractors performing under the requirements of this PWS shall have an OSHA program in place that meets all applicable Federal, state, and local regulatory requirements. Compliance with worker protection laws and regulations, as they pertain to the Contractor's personnel, shall be the responsibility of the Contractor.

**1.2.11.2 Flying and Ground Safety.** Safety is the highest priority, and the contractor shall take every action possible to ensure this contract is executed in a safe manner; the goal is zero ground and flight mishaps. The contractor shall establish and maintain a written flight and ground accident prevention program that shall identify and correct potentially unsafe conditions in a timely manner and shall provide indoctrination, training, and motivation to students and employees. The contractor shall also designate a person to serve as the contractor Safety Officer (SO).

**1.2.11.3 Safety Inspections.** The contractor will be subject to safety inspections. If the contractor is designated as responsible for correcting a safety deficiency in an area covered by

the contract or FAA, the contractor shall reply, in writing to the QAE, indicating corrective action taken or planned.

**1.2.11.4 Notification.** The contractor shall report to the QAE all flight and ground incidents that result in damage to equipment and / or injury or illness to government personnel. The contractor shall also report to the QAE all emergencies as well as all other hazardous incidents or situations. The contractor shall be responsible for any additional mandatory reporting requirements (i.e. FAA, National Transportation Safety Board (NTSB)). The contractor shall, at no additional cost to the government, assist with investigations to the extent directed by the CO. This may include providing testimony, producing aircraft records, CFI log books, training records, certificates and licenses, medical certificates, and employment records. Accident and incident investigation will be the responsibility of the FAA and the NTSB.  HQ AETC/PA shall control news releases. An unplanned landing at any location other than an approved airfield and all emergency, safety or maintenance related premature landings will be reported immediately to the QAE.

**1.2.11.5 Identifying and Reporting Safety Hazards and Mishaps.** The contractor shall describe in writing and implement a system that shall promptly identify and report safety hazards and mishaps involving Air Force personnel to the QAE. The contractor shall report mishaps to the NTSB as required and cooperate with government safety officials in investigating any mishaps or unusual occurrences. USAF Safety staff will conduct work site visits of contractor operations to ensure facilities and equipment are used and maintained IAW OSHA safety standards. The contractor shall take action as directed by the CO or designated representative to correct unsafe conditions / hazards identified during the visit.

**1.2.11.6 Protection of Safety Investigation Information.** The government will provide the contractor privileged safety information from previous mishaps in order to use the lessons learned from these mishaps. The information is to be used solely for mishap prevention purposes within the contractor organization and no further dissemination is authorized. Only those contract personnel directly involved in training shall have access to the sanitized safety information. Additionally, each of those employees is required to comply with, and sign the Safety Limited Use Form annually. This form at Appendix 5 describes the control of privileged safety information. Written safety information shall be returned to the Air Force Safety Office that provided the information. Retaining copies of the written information provided by the Air Force is not authorized. The contractor shall ensure that all personnel receiving and / or utilizing this information shall abide by these restrictions.

**1.2.11.7 Supervisor of Flying (SOF) Program.** The contractor shall develop a SOF program designed to facilitate safe flight operations. A SOF, selected from the contractor supervisors and CFIs, shall be present for duty at the Operations Duty Desk during all local flying. The program manager shall designate, in writing, personnel to perform SOF duties and those senior SOFs who are authorized to perform upgrade for SOF trainees. The SOF serves as the focal point for all decisions concerning the flying operation. The SOF will not simultaneously perform other duties that distract from ensuring a safe flight operation. The SOF shall:

**1.2.11.7 1** Determine the flying status.

**1.2.11.7.2** Assist with airborne emergencies.

**1.2.11.7.3** Coordinate with other flying organizations as necessary.

**1.2.11.7.4** Review flight plans.

**1.2.11.7.5** Monitor weather and make appropriate weather recalls, as necessary.

**1.2.11.7.6** Inform student command post if flying is canceled and students are not required to report to the flight line.

**1.2.11.7.7** Coordinate aircrew bus scheduling (if busses are used).

**1.2.11.8 Foreign Object Damage (FOD) Prevention.** The contractor shall establish in writing, and actively promote a vigorous FOD prevention program and shall immediately remove foreign objects from aircraft, aircraft parking areas, work areas, and work vehicles.

**1.2.11.8.1 Tool Control.** The contractor shall establish in writing, and maintain a tool control program to ensure tool accountability to minimize potential FOD to aircraft.

**1.2.12 IFT SUPPORT FUNCTIONS.**

**1.2.12.1 Flying Missions.** Flying missions include but are not limited to the following:

**1.2.12.1.1** IFT Student Training Missions

**1.2.12.1.2** Aircrew Flight checks

**1.2.12.1.3** Incentive / Orientation Flights

**1.2.12.1.4** Higher Headquarters Directed Flights

**1.2.12.1.5** Military flight instructor (QAE) Cross-Country Flights

**1.2.12.1.6** Fly-by Support

**1.2.12.1.7 Maintenance / Logistics Support.** Includes evacuation flights, recovery of off-station aircraft and maintenance assistance to pick up and deliver parts. The government will cover the cost of items 1.2.12.1.3 - 4 - 5 and 6 above under a separately funded line item.
- Solo Rate - USAF provides pilot
- Dual Rate - Contractor provides pilot

**1.2.12.2 Special Events.** The contractor shall support up to 30 exercises or special events for each calendar year. Examples include, but are not limited to, flyovers, orientation flights, and static displays. This support includes aircraft preparation, launch and recovery. These events may occur at other than normal operating times. Five to ten percent may be with little or no notice. The contractor shall ensure aircraft designated for static display have the exterior and interior cleaned to include windows and windscreen. Flyaway static kit accompanying the aircraft shall consist of new (or new-looking) equipment (chocks, static ground wire, gust locks, tie-downs, and display signs, all provided by the contractor) to promote a high USAF appearance standard. Aircraft used should project a positive image of the Air Force.

**1.2.12.3 Off Site Support.** Air Force directed off station support requiring contracting personnel attendance will be approved in advance by the FC. The contractor shall provide the initial funding for contractor personnel providing off station support. The government will reimburse

the contractor for per diem, to include lodging and meals, and travel expenses, to include airline fares, at coach rate, and when authorized, a government authorized vehicle, all in accordance with Joint Travel Regulations, under Temporary Duty Travel guidelines found at www.dtic.mil/perdiem. If directed by the government to provide manpower for a TDY and there are tie down costs, hangar fees due to bad weather, landing fees, towing costs etc. the government will cover the cost. If the aircraft breaks during TDY the contractor would be responsible for repair costs.

**1.2.12.4 Radio Operations (VHF).** In view of the large number of aircraft involved and resultant volume of communications, thoroughly coordinate as required the utilization of approved radio frequencies and procedures. The contractor shall coordinate for any new, replacement, and renewal of existing frequency assignments.

**1.2.13 CONTRACTOR FURNISHED EQUIPMENT, SERVICES AND SUPPLIES.**

**1.2.13.1 General Information.** The contractor shall furnish everything needed to perform this contract according to all its terms, except for any items or services specifically stated as government furnished.

**1.2.13.2 Office Equipment.** Provide all general administrative equipment and supplies relative to contractor operations in performing the contract.

**1.2.13.3 Equipment Maintenance.** Provide all day-to-day user maintenance for the care, and / or upkeep of all contractor furnished equipment.

**1.2.13.4 Radio Communication Equipment.** Each contractor-supplied radio shall be capable of transmitting and receiving on appropriate frequencies. The installation radio frequency monitor must approve frequencies.

**1.2.13.5 Contractor Furnished Publications and Documents.** The contractor shall provide QAE access to all contractor developed publications and documents upon request.

**1.2.13.6 FAA and Manufacturer Publications.** The contractor shall obtain and maintain current required FAA, manufacturer, and vendor publications.

**1.2.13.8 Computer / Automated Data Processing.** The contractor is responsible for acquiring all necessary electronic computer hardware or equipment to produce, update, and maintain the reports, documents, or data files specified in the PWS. Computers must operate using a Microsoft Windows operating system.

**1.2.13.9 Fuel Cans.** The contractor shall provide OSHA approved fuel cans for the disposal of fuel samples taken during aircrew inspections.  The use of so-called GATS jars to reuse fuel samples would be an acceptable waste management technique and is encouraged.

**1.2.14 LODGING.**

**1.2.14.1 General.** The contractor shall provide lodging services without charge to students. In performing this function, the contractor shall comply with the following requirements:

**1.2.14.1.1 Training.** Train personnel in lodging functions. Supervise trained, polite, and customer friendly employees performing Lodging functions.

20

**1.2.14.1.2 Management.** Operate the Lodging Office 24 hours per day when students are occupying the lodging facilities. In performing this function, the contractor shall comply with the following requirements:

**1.2.14.1.2.1** Provide quality customer service and actively solicit customer feedback to achieve no more than four valid complaints or QAE noted discrepancies per month per function. AFI 34-246 will be the governing authority for the complaint validation process.

**1.2.14.1.2.2** Perform all front desk services including Check In and Check Out.

**1.2.14.1.2.3 Furnishings Inventory.** Rooms should have a standard configuration and standard furnishings. AFI 43-246 will govern the minimum standard for room furnishings.

**1.2.14.1.2.4** Free washing machines and dryers will be available for student use.

**1.2.14.2 Linen Service.** Coordinate linen service so that clean linen is available at all times.

**1.2.14.2.1** Store and maintain clean linens for daily use as well as emergencies.

**1.2.14.3 Housekeeping Services.** Ensure all lodging rooms and common areas are clean and orderly. Provide guests with friendly, prompt, professional service that reinforces customer service.

**1.2.14.3.1** Housekeeping service must be provided during normal working hours. Guest requests for towels or other housekeeping supplies must be fulfilled as soon as possible. After normal duty hours, towels, spare light bulbs, toilet paper, etc., will be available at the front desk.

**1.2.14.3.2** In addition to full room and common area cleaning, accomplish deep cleaning and preventive maintenance checks when the rooms are vacant between classes. Housekeepers will use locally developed preventive maintenance checklists

**1.2.14.3.3** Develop lodging facility and equipment cleaning schedules that identifies the scope and frequency of cleaning and meet the schedule 90% of the time.

**1.2.14.3.4** Provide room service so as to minimize room unavailability. Clean checkout rooms before "stay over" rooms.

**1.2.14.3.6** Plan for special requests and emergency service to include unscheduled arrivals.

**1.2.14.3.7** Provide training to all personnel on housekeeping duties to include the handling, storage, and disposal of hazardous materials and annual blood-borne pathogen training.

**1.2.15 FOOD SERVICE.**

**1.2.15.1** The contractor shall provide food service without charge to students. In performing this function, the contractor shall comply with the following requirements:

**1.2.15.1.1 Training.** Supervise trained, polite, and customer friendly employees performing food service support functions.

**1.2.15.1.2** Provide quality customer service and actively solicit customer feedback to achieve no more than four valid complaints or QAE noted discrepancies per month per function.

**1.2.15.1.3** Provide meals planned IAW World Wide Menu for at least 95% of scheduled meal periods. Provide meals utilizing the standard Air Force food service recipes for at least 95% of menu items per scheduled meal period.

**1.2.15.1.4** Post all menus in the dining facility and at other approved locations

**1.2.15.1.6** Maintain a count of all meals prepared and served by meal type, by month, and by customers served.

**1.2.15.1.8** In addition to the internal training needs determined by the contractor, personnel assigned to the food service shall receive training in accordance with US Department Health & Human Services Food Code.

**1.2.15.1.9 Food Preparation.** Prepare meals using standard Air Force Food Service recipes and the AF World Wide Menu for food production.

**1.2.15.1.10** Provide sufficient quantities of meals in accordance with historical data and other known contingencies.

**1.2.16.2 Reserved Area.** Provide an "IFT students only" clean and aesthetically pleasing food serving area with an adequate number of personnel to ensure that menu items, materials, and supplies are available during the entire meal period.

**1.2.15.2.1** Prepare the dining area for each meal ensuring an adequate and clean quantity of seating and tableware for the expected number of meals to be served.

**1.2.15.3 Table Bussing Service.** Provide personnel to ensure areas are bussed at a frequency to minimize any waiting.

**1.2.15.4 Scullery services.** Provide scullery services to ensure tableware is cleaned at a frequency to minimize any waiting for tableware.

**1.2.15.5 Cashier.** Operate cashier station during meal hours to identify and admit authorized patrons. Non-student personnel such as military instructors will be allowed to purchase meals.

**1.2.15.5.1** Devise a method, such as meal cards, to control student usage of dining facilities.

**1.2.15.6 Housekeeping.** Develop and submit food service facility and equipment cleaning schedules to include table bussing service that identifies the scope and frequency of cleaning and meet the approved schedule at least 90% of the time.

**1.2.15.7 Appliance Maintenance and Repair.** Provide minor and major appliance and equipment repair.

**1.2.15.8 Uniforms.** Develop and submit complete uniform recommendations. Ensure uniforms are easily recognized, include nametags, and meet sanitation and safety requirements.

**1.2.15.9 Employee Hygiene.** Develop and submit proposed employee hygiene standards that shall promote food safety.

**1.2.15.10 Sanitation.** Comply with sanitation requirements of US Department of Health and Human Services Food Code so as to achieve satisfactory or better rating in 100% of health inspections. Satisfactorily respond to sanitation discrepancies identified from QAE or Public Health inspections within 24 hours of notification of such discrepancies.

**1.2.15.11 Quality Assurance.** AFI 34-239 and AFI 240 will be the governing standards for food service quality assurance.

SECTION C-2

SERVICE DELIVERY SUMMARY

**2.1 SERVICE DELIVERY SUMMARY:**

| PERFORMANCE OBJECTIVE | PWS PARAGRAPH NUMBER | PERFORMANCE THRESHOLD |
|---|---|---|
| Meet Programmed Graduation Dates | 1.2.1.1.4 | 99% Compliance |
| Train Students IAW IFT Syllabus | 1.2 and 1.2.1.2 | 98% students trained without deviation |
| Conduct Flight Safety Brief | 1.2.1.2.3 | 100% Compliance |
| Provide Daily Flying Schedule | 1.2.1.3.5 | 100% Compliance |
| Maintain Qualified Certified Flight Instructors | 1.2.1.7.1 | 100% Compliance |
| Ensure CFIs Comply with Local Area Procedures | 1.2.1.4 | 1 Deviation Reported per Quarter |
| Meet Critical Aircraft Specifications | 1.2.2 | 100% Compliance |
| Maintain Aircraft IAW Manufacturer / Vendor Manuals and Applicable CFRs | 1.2.4 | No airworthiness discrepancies allowed; 95% error-free documentation |
| Establish and Maintain Flying and Ground Safety Program | 1.2.11 | 1)  No OSHA reportable violations resulting from contractor action or inaction. 2)  Ground and flying mishap frequency and severity rate shall not exceed the USAF three-year average. |
| Establish and promote a Foreign Object Damage (FOD) Prevention Program | 1.2.11.8 | No FOD caused by contractor misuse or neglect. |
| Establish and Maintain a Tool Control Program | 1.2.11.8.1 | Individual and special tools to be accountable at all time. |
| Ensure Go / No Go Checklist Accomplished | 1.2.1.7.3 | No safety of flight deviations (FCIF, DNIF status, non-current status). |
| Maintain Student Lodging Function | 1.2.14 | Provide quality customer service to achieve no more than four valid complaints or QAE noted discrepancies per month per function. |
| Maintain Student Lodging Custodial Function | 1.2.15 | Have no more than four valid complaints or QAE noted discrepancies per month. |
| Maintain Student Food Service Function | 1.2.16 | Provide quality customer service to achieve no more than four valid complaints or QAE noted discrepancies per month per function. |

## SECTION C-3

## GOVERNMENT FURNISHED SERVICES

**3.1 GOVERNMENT FURNISHED SERVICES.** The government will provide, without cost, the services listed here.

**3.1.1 Flight Physicals.** The government will provide all students with a USAF Flight Physical.

**3.1.2 Air Force Publications / Forms.** The government will furnish Air Force publications, directives, and forms specified in Appendix 3 of this PWS via the contractor's use of the Internet. The contractor shall download and print any required material.

**3.1.3 Public Affairs.** The government will provide PA support to the contractor's public relations staff or designated spokesperson to include media relations, informational publications and community support as required. Newspaper support will be contingent on the distance from an Air Force base. The contractor must coordinate with the local PA office after receiving any media inquiries about IFT or any other matter concerning USAF students.

**3.1.4 Quality Assurance.** The government will evaluate the contractor's performance under this contract using the method of surveillance specified in the Quality Assurance Surveillance Plan. The government will record all surveillance observations. When an observation indicates unacceptable performance, the Quality Assurance Evaluator (QAE) will request the contractor's representative to sign for the observation.

**APPENDIX A-1**

**WORKLOAD ESTIMATES**

---

# Oct 04 - Sep 05

**Oct 04 – Mar 05**
**100 Students**

**Apr 05 – Sep 05**
**200 Students**

---

# Potential Increases
# Oct 05 – Sep 06

**Oct 05 – Mar 06**
**300 Students**

**Apr 06 – Sep 06**
**400 Students**

---

# Potential Increases
# Oct 06 – Sep 07

**Oct 06 – Mar 07**
**500 Students**

**Apr 07 – Sep 07**
**600 Students**

---

# Potential Increases
# Oct 07 - Sep 08

**Oct 07 - Mar 08**
**700 Students**

**Apr 08 - Sep 08**
**750 Students**

---

# Potential Increases
# Oct 08 – Sep 09

**Oct 08 - Mar 09**
**750 Students**

**Apr 09 - Sep 09**
**750 Students**

26

**APPENDIX A-2**

Appendix A-2 is a separate document. The Air Force Academy's draft 25 flight hour syllabus is being used by HQ AETC/DO as a model from which to build the IFT flight syllabus.  AETC will partner with the contractor to fine-tune the IFT syllabus to make maximum use of the contractor's flight training experience.

**APPENDIX A-3**

**PUBLICATIONS, DIRECTIVES, AND FORMS**

### A- 3.1 GENERAL.

Any reference to a publication includes the basic and all its supplements and amendments. Additionally, any lower-tiered (MAJCOM/NAF) directives shall also be binding. New and replacement directives, supplements or amendments to listed publications from any organizational level may be issued during the life of the contract. The contractor shall immediately implement those changes in publications that result in a decrease or no change in the contract price. Prior to implementing any such mandatory revision or amendment that will result in an increase in contract price, the contractor shall submit to the Contracting Officer (CO) a price proposal and obtain the prior approval of the CO. Said price proposal shall be submitted within 30 calendar days from the date the contractor receives notice of the revision, supplement, or amendment giving rise to the increase in cost of performance; however, the CO may direct immediate implementation and waive the prior approval requirement. Negotiation and or increased cost approval may take place during or after implementation at the discretion of the CO. Failure of the contractor to submit a price proposal within 30 calendar days from the date of receipt of any change shall entitle the government to performance IAW such change at no increase in contract price. It is the contractor's responsibility to ensure that all publications are maintained IAW AFI 90-101, Implementing DOD Issuances. The directives and forms have been coded as Mandatory (M) and Advisory (A). The contractor shall follow those publications/ directives/forms coded as "M" completely. The contractor shall follow those publications/directives/forms coded "A" as necessary to accomplish the intended effect or product contemplated therein. Furthermore, the contractor must ensure absolute compliance with those directives coded as "M" whenever tasks are specifically enumerated in the PWS.

### A- 3.2CODE OF FEDERAL REGULATIONS (CFRs).

The contractor shall procure and maintain the most current editions of the following CFRs:

| NUMBER | TITLE | MANDATORY OR ADVISORY |
|---|---|---|
| CFR, PART 39 | Airworthiness (Specifically, Vol. 1, Airworthiness Directives For Small Aircraft) | M |
| CFR, PART 61 | Certification: Pilots, Flight Instructors, and Ground Instructors | M |
| CFR, PART 91 | General Operating Flight Rules | M |
| CFR, PART 141 | Pilot Schools | M |
| CFR ADVISORY | Circulars | A |

28

| AIM | Aeronautical Information Manual | M |
| NTSBSIR, 830 | National Transportation Safety Board Safety Investigation Regulation | M |

### A-3.3 AIR FORCE PUBLICATIONS.

The following Air Force publications will be available (on the Internet) for contractor review/use:

| NUMBER | TITLE | MANDATORY OR ADVISORY |
|--------|-------|------------------------|
| AFI 11-202V2 | Aircrew Standardization/Evaluation Program | M |
| AFI 11-202V3 | General Flight Rules | M |
| AFI 11-218 | Aircraft Operation and Movement on the Ground | A |
| AFI 11-401 | Flight Management | A |
| AFI 13-201 | USAF Airspace Management | A |
| AFI 13-213 | Airfield Management | A |
| AFI 32-1001 | Operations Management | A |
| AFI 36-2909 | Professional and Unprofessional Relationships | M |
| AFI 64-106 | Air Force Industrial Labor Relations Activities | A |
| AFI 90-101 | Implementing DOD Issuances | M |
| AFI 91-202 | USAF Mishap Prevention Program | M |
| AFI 91-204 | Safety Investigations and Reports | M |
| AFSUPDODR 5406-7 DOD Freedom of Information Act Program | | M |
| EPA/Environmental and Safety Regulations | All guidance, regulations and material issued or approved by referenced agencies | M |

### A-3.4 OPERATING INSTRUCTIONS.

AETC will produce and distribute Operating Instructions (OIs) which clarify and support higher order instructions. The contractor shall comply with these instructions.

**A- 3.5 CONTRACTOR PUBLICATIONS.**
The contractor shall develop, publish, maintain, update and distribute the OIs listed below. The QAE will be the Approval Authority for all contractor-produced OIs. The Approval Authority may direct changes and the contractor shall request changes through the Approval Authority.

> Local Flying Procedures
> Flying Training Supervision
> Squadron Training Program
> Aircrew Qualification and Training
> IFT Flying Training

**A- 3.6 MANUFACTURER PUBLICATIONS.**
The contractor shall maintain all manufacturers' publications which pertain to the operation or maintenance of the IFT aircraft and engines. All manufacturers' publications shall be available for QAE inspection and reference. Publications required shall include, but not be limited to, the following:

> (1)    Service Manuals
> (2)    Parts Catalog
> (3)    Engine Maintenance and Overhaul Manual
> (4)    Service Letters (Airframe, Propeller, and Engine)
> (5)    Service Bulletins (Airframe, Propeller, and Engine)
> (6)    Airworthiness Directives (Airframe, Propeller, and Engine)
> > A- 6.7                    FORMS.

The following is a list of some of the more common forms:

AFTO 781A        Maintenance Discrepancy and Work Document

AF FORM 457      USAF Hazard Report

AF FORM 651      Hazardous Air Traffic Report (HATR)

AF FORM 1297     Temporary Issue Receipt

AF FORM 2420     Quality Assurance Inspection Summary

**APPENDIX A-4**

**REPORTS**

| Report* | Contract Reference | First Submission | Frequency | Distribution |
|---|---|---|---|---|
| Student Training | 1.2.7.4 | As Req by CFR 141.101 | | 1 – QAE |
| Operational Report | 1.2.7.5 | Contract Start | Weekly | 1 – QAE |
| Weekly Student Tracking Report | 1.2.7.5.1 | Contract start | Mondays by 0900 | 1 – QAE |
| Quality Control Plan | 1.2.10.1 | 30 DAC | As Req | 1 – CO |
| Safety Plan | 1.2.11.2 | Pre-proposal Conference | As Req | 1 – CO |
| Spill Prevention & Response Procedure | 1.2.6.1.1.1 | 7 days prior to work start | As Req | 1 - CO |
| Hazardous Materials Handling & Reporting Plan | 1.2.6.1.2.1 | 7 days prior to work start | As Req | 1 - CO |
| Hazardous Waste Management plan | 1.2.6.1.3.1 | 7 days prior to work start | As Req | 1 - CO |
| Wastewater & Storm Water Control plan | 1.2.6.1.4.1 | 7 days prior to work start | As Req | 1 - CO |

As Req – As required
CFR – Code of Federal Regulations
DAC – Days After Contract Award

**APPENDIX A-5**

**SAFETY LIMITED USE FORM**

**NONDISCLOSURE AGREEMENT**

The Air Force affords limited-use privilege protection to persons making official statements related to flight mishaps in order to aid investigation and subsequent mishap prevention efforts. This privileged safety information is used solely for mishap prevention. Protection of privileged safety information resulting from investigations of Air Force mishaps is essential in maintaining the integrity of the process whereby mishap information is obtained and evaluated. You, as an employee of an independent contractor, are performing services that assist the mishap prevention program of the United States Air Force.

For this reason, you are being allowed access to privileged mishap reports that contain privileged safety information. Access is solely for the purpose of mishap prevention and no other use of the information by you of your firm is authorized. You are not to make any copies of the reports or disseminate the information outside your organization or to personnel in your organization that are not directly providing the services required by contract. Your are expressly prohibited from providing this information to your general counsel's office, legal staff, or any personnel involved in litigation.

I acknowledge receipt and understanding of the above and agree to abide by the conditions set forth. I further understand that my unauthorized disclosure of limited-use safety privileged information could result in adverse action against me and/or my employer.


_____          _____
**PRINTED NAME**                            **DATE**


_____
**SIGNATURE**


_____
**CONTRACTOR / ORGANIZATIONAL NAME**

33

## APPENDIX A-6

### ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| A&P | Airframe and Power plant |
| AAF | Army Airfield |
| ABW | Air Base Wing |
| AF | Air Force |
| AFB | Air Force Base |
| AFI | Air Force Instruction |
| AVGAS | Aviation Gas |
| BITS | Base Information Transfer System |
| CC | Commander |
| CFI | Certified Flight Instructor |
| CFR | Code of Federal Regulations |
| CG | Center of Gravity |
| CO | Contracting Officer |
| CSO | Combat Systems Officer |
| DNIF | Duty Not Including Flying |
| DoD | Department of Defense |
| DoDD | Department of Defense Directive |
| DSV | Detected Safety Violation |
| EP | Emergency Procedure |
| EPA | Environmental Protection Agency |
| ER | Exceptional Release |
| FAA | Federal Aviation Administration |
| FC | Functional Commander |
| FCIF | Flight Crew Information File |
| FMC | Fully Mission Capable |
| FO | Foreign Object |
| FOD | Foreign Object Damage |
| FPM | Feet Per Minute |
| FTS | Flying Training Squadron |
| FSDO | Field Service District Office |
| FSO | Flight Safety Officer |
| GFE | Government Furnished Equipment |
| GM | General Manager |
| GPS | Global Positioning System |
| GSO | Ground Safety Officer |
| IA | Inspection Authorization |
| IAW | In Accordance With |
| IFT | Introductory Flight Training |
| JOAP | Joint Oil Analysis Program |
| KIAS | Knots Indicated Airspeed |
| KTAS | Knots True Airspeed |

| | |
|---|---|
| LAN | Local Area Network |
| MEL | Minimum Equipment List |
| MSDS | Material Safety Data Sheet |
| NLT | Not Later Than |
| NM | Nautical Mile |
| NOTAM | Notices to Airmen |
| NTSB | National Transportation Safety Board |
| OG | Operations Group |
| OI | Operating Instruction |
| Ops | Operations |
| OSHA | Occupational Safety and Health Act |
| OSS | Operations Support Squadron |
| PA | Public Affairs |
| POL | Petroleum, Oils, and Lubricants |
| PPL | Private Pilot's License |
| PWS | Performance Work Statement |
| QAE | Quality Assurance Evaluator |
| QASP | Quality Assurance Surveillance Plan |
| QC | Quality Control |
| SB | Service Bulletin |
| SE | Safety |
| SO | Safety Officer |
| SOF | Supervisor of Flying |
| SUNT | Specialized Undergraduate Navigator Training |
| SUPT | Specialized Undergraduate Pilot Training |
| TA | Transient Alert |
| TDY | Temporary Duty |
| TRS | Trunk Radio System |
| TRW | Training Wing |
| UCSOT | Undergraduate Combat Systems Officer Training |
| UFT | Undergraduate Flying Training |
| UHF | Ultra High Frequency |
| US | United States |
| VHF | Very High Frequency |
| WX | Weather |