3 of 14 DOCUMENTS

Copyright 2006 Associated Press
All Rights Reserved
The Associated Press State & Local Wire

February 9, 2006 Thursday 3:37 AM GMT

**SECTION:** STATE AND REGIONAL

**LENGTH:** 522 words

**HEADLINE:** Briefs from around Colorado

**BYLINE:** By The Associated Press

**DATELINE:** COLORADO SPRINGS Colo.

**BODY:**

Would-be Air Force pilots will get their training through Colorado Springs-based DOSS Aviation, which on Wednesday was awarded a contract worth up to $178 million.

The company will initially begin with a one-year, $3.3 million agreement to provide ground school and flight training, but the contract includes nine one-year options, Sen. Wayne Allard, R-Colo., said in a statement.

DOSS Aviation will also provide some flight training courses for undergraduates and will screen between 1,200 and 1,700 students each year. It will furnish all aircraft and provide aircraft maintenance, fire, crash and rescue support, certified flight instructors and physical fitness facilities for the students.

Most of the training will happen at Pueblo Municipal Airport in Pueblo.

LONGMONT, Colo. (AP) Two Larimer County sheriff's deputies who killed a suspected bank robber used justifiable force after the woman pointed a toy pistol at them, the sheriff's office said Wednesday.

Catherine Cariaso, 56, of Estes Park, died Jan. 12 after authorities caught up with her in Longmont. She had allegedly robbed a bank in Loveland.

Sheriff Jim Alderden said the officers were cleared by the Boulder County district attorney, who concluded the deputies were reasonable in believing that the black and silver antique toy revolver was a deadly weapon.

Alderden said the DA reached a conclusion similar to an internal investigation. The two deputies have been cleared to return to duty.

Cariaso was the operator of a puppy mill where 84 caged Labrador retrievers were found starving, deformed or injured at a home in Berthoud in July 2004. She pleaded guilty to 15 misdemeanor counts of neglect and nine counts of abandonment and was sentenced in August to 60 days in jail, five years supervised probation, and ordered to undergo mental health counseling.

EVERGREEN, Colo. (AP) A lock box with about 80 master keys labeled with the owners' names and addresses



Briefs from around Colorado The Associated Press State & Local Wire

was stolen from a locksmith company in a burglary over the weekend, prompting a warning Wednesday from law enforcement.

Trade-related tools, such as "slim-jims," lock picks and other car-opening devices were also taken from Highlands Mobile Safe and Lock Company, according a statement from the Jefferson County Sheriff's Office.

The sheriff's office said the stolen tools provide easy and unlawful access to any residential or commercial building and advised that businesses add or check security measures.

FORT MORGAN, Colo. (AP) Authorities searched six homes in Morgan County and arrested 13 people on suspicion of drug offenses and eight others on alleged immigration violations.

The 12-hour operation Tuesday netted about four pounds of methamphetamine with a street value of about $175,000, $50,000 in cash and several guns, Fort Morgan police Chief Keith Kuretich said.

Nine law enforcement agencies, including the Department of Homeland Security's Immigrations Customs Enforcement, participated in the bust led by Fort Morgan police.

Federal officials are looking into the civil forfeiture of 12 vehicles, one motorcycle and two homes, Kuretich said.

For more information: http://www.fortmorgantimes.com

**LOAD-DATE:** February 9, 2006





# U -- Introductory Flight and Navigator Training

**General Information**

| | |
|---|---|
| Document Type: | Award Notice |
| Solicitation Number: | FA3002-04-R-0009 |
| Posted Date: | May 26, 2006 |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | U -- Education & training services |
| Set Aside: | N/A |
| Naics Code: | 611512 -- Flight Training |

**Contracting Office Address**

Department of the Air Force, Air Education and Training Command, Specialized Contracting Squadron, 2021 First Street West, Randolph AFB, TX, 78150-4302

**Description**

| | |
|---|---|
| Contract Award Date: | May 26, 2006 |
| Contract Award Number: | FA3002-06-D-0010 |
| Contract Award Amount: | $178,218,942.72 |
| Contract Line Item Number: | |
| Contractor: | Doss Aviation, Inc 3320 Carefree Circle West Colorado Springs, Colorado 80917 (Place of Contract Service: Pueblo, Colorado, USA) |

**Original Point of Contact**

Gwendolyn Mills, Contract Administrator, Phone 210-652-7885, Fax 210-652-2304, Email gwen.mills@randolph.af.mil - Cindy Hall, Contracting Officer, Phone 210-652-7885, Fax null, Email cindy.hall@randolph.af.mil

**Current Point of Contact**

Martin Hansen, Contract Specialist, Phone 210.652.6157, Fax 210.652.2304, Email martin.hansen@randolph.af.mil - Mildred Vigil, Contracting Officer, Phone 210-652-2804, Fax 210-652-2304, Email mildred.vigil@randolph.af.mil

**Place of Performance**

Address: To be determined at time of award.
Country: USA

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- USAF AETC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]