57 of 163 DOCUMENTS

Copyright 2006 HT Media Ltd.
All Rights Reserved
US Fed News

May 29, 2006 Monday 1:11 AM EST

**LENGTH:** 81 words

**HEADLINE:** Doss Aviation Wins $178.22 Million Contract

**BYLINE:** US Fed News

**DATELINE:** RANDOLPH AIR FORCE BASE, Texas

**BODY:**

RANDOLPH AIR FORCE BASE, Texas, May 29 -- The U.S. Air Force has awarded a $178.22 million contract to Doss Aviation Inc., Colorado Springs, COlo., for introductory flight and navigator training.

The contract was awarded by USAF's Air Education & Training Command, Randolph Air Force Base, Texas.

For more information about US Fed News contract awards please contact: Myron Struck, Managing Editor/US Bureau, US Fed News, Direct: 703/866-4708, Cell: 703/304-1897, Myron@targetednews.com.

**LOAD-DATE:** May 30, 2006

