

 # J -- Contractor Logistice Support for USAF Academy aircraft

- Synopsis - Posted on Sep 01, 2005

## General Information

Document Type:           Award Notice
Solicitation Number:     Academy06
Posted Date:             Mar 21, 2006
Archive Date:            Aug 30, 2006
Classification Code:     J -- Maintenance, repair & rebuilding of equipment
SetAsides:               N/A
Naics Code:              488190 -- Other Support Activities for Air Transportation

## Contracting Office Address

Department of the Air Force, Air Force Materiel Command, Tinker OC-ALC - (Central Contracting), 3001 Staff Drive, Ste 1AG76A, Tinker AFB, OK, 73145-3015

## Description

Contract Award Date:         Mar 15, 2006
Contract Award Number:       F05611-00-D- M003-P00049
Contract Award Amount:       $4,990,541.28
Contract Line Item Number:   6001-6039
Contractor:                  Doss Aviation, Inc. 3320 Carefree Circle West Colorado Springs, CO 80917-2805

## Point of Contact

Brandi Shelden, Contract Negotiator, Phone (405) 739-4076, Fax (405) 739-5451, Email brandi.shelden@tinker.af.mil - Amy Howerton, Contract Negotiator, Phone (405) 739-4079, Fax (405) 739-5451, Email amy.howerton@tinker.af.mil

## Place of Performance

Address:      USAF Academy Colorado Springs CO
Postal Code:  null
Country:      null

**Goverment-wide Numbered Notes**
USAF-Specific Numbered Notes

