

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

Corporation                                                                D/C 225-221
  Legal Name:   Doss of Alabama, Inc.

Place Of Inc:   Coffee County

Date Of Inc.:   09-23-2002

Reg Agent...:   TINDOL, M CHAD
                203 E LEE AVE
                ENTERPRISE, AL   36331

Prin Address:   ENTERPRISE, AL

Capital Amt.:   $100 Authorized   $8 Paid In

Nat Of Bus..:   MANUFACTURE/SELL APPAREL

Names Of Inc:   FULLER, MARK E

| 2006 ▼ |   **ANNUAL REPORTS**

**← PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama

