

## Industry takes pride in grass roots philosophy

Kim Lewis
Ledger Staff Writer
Sunday, April 3, 2005

Even though sewing is described as a 'lost art' and sewing factories nationwide continue to shut down, leaving hundreds of workers jobless by opting to move production over seas, an Enterprise corporation still takes pride in its 'made in the U.S.A.' label.

Aureus International is described as one of America's leading manufacturers of flight suits and industrial clothing, which protect many American heroes in all walks of life, but more importantly it protects jobs for Americans, choosing craftsmanship and quality over larger profit margins.



Aureus International President Mark Jipson watches as employees inspect each flight suit before shipping. Pictured from left, are Jipson, Sandra Carnely and Josephine Free. (Kim Lewis/klewis@eprisenow.com)

FBI agents, military and civilian pilots and medical professionals all over the world wear the products, which are cut, sewn, inspected, bagged and shipped from its home in Enterprise. Magician David Copperfield can be seen wearing the Aureus International label for protection during his most extreme illusions, as well as actor Dennis Quaid, who wears the flight suits in the 2004 production of "Flight of the Phoenix."

Mark Jipson, president of Aureus International, one of the few remaining textile industries in the southeast, says the company prides itself on the "made in the USA" label, and credits the success of the corporation to its exceptional workforce, who have built the reputation for their products. The production facility at Aureus International brings more than 800 combined years of clothing manufacturing to the market place.

"The only thing we don't do is weave the fabric," Jipson said, adding that on an average day about 110 flight suits are completed.

The corporation's 55 employees take pride in their work and hand inspect the appearance and function of every one of its flight suits, as well as provide customization of products to meet the special needs of the customer.

"Sewing is a lost art, but for us it is the foundation of the company's selling and manufacturing philosophy," Jipson said. "When I was asked to do a feasibility study on Aureus, which was located in Colorado at that time, I told the stockholders that certain things cannot be compromised to make it work. Anyone can buy a sewing machine and fabric, but to be successful you have to provide a quality product with a quick delivery time."

In May 1997 the decision was made to acquire the industry, on the condition that it would relocate to Enterprise, with its rare combination of a highly skilled labor pool, who were also available for immediate employment due to the closings of Kleinerts, the Arrow Shirt Factory and other area factories.

Aureus International, located at 124 Commerce Drive, is the first industry to reside in Yancey Parker Industrial Park. The company started with five employees in the original 12,000 square feet building and a little more than two years ago expanded to 20,000 square feet.

Jipson said with a two person sales staff, the corporation handles about five times as many accounts as it did from its opening in 1998, with 90 percent of the revenues coming from sales of its original products, and the remaining 10 percent of revenue is earned as a wholesale representative for some of the top manufacturers of industrial, specialized and corporate clothing, representing names like Ralph Lauren, Ping and many others. Products are also shipped overseas to places like Columbia, Spain, Germany and South Africa.

"Our work and the work of the manufacturers we represent is warranted to be free of defects in the manufacturing process," Jipson said. "We pride ourselves in providing the best in products and customer satisfaction."

Aureus is also believed to be one of the only companies to offer flight suits in extra short and extra long sizes, as well as odd sizes like 35s, something which started as a means to accommodate female flight personnel in the civilian market.

"We are the only company to my knowledge at this time to offer the additional sizes and the extra long and short versions of the flight suits," Jipson said.

On a recent tour of the facility, Enterprise Mayor Kenneth Boswell said he is proud to have the thriving industry in the city.

"The suits are made right here in Enterprise," Boswell said. "Aureus International is truly the epitome of the American way."

Go Back