

# AUREUS INTERNATIONAL

🛒 **Shopping Cart** >> **Checkout**

[ Search ]

1-800-448-9034

Home | About | Contact

**My Account**

Log into My Account | Register

- Military Clothing
- Flight Coveralls
- EMS Clothing
- Professional Cover Ups
- Flame Resistant Apparel
- Protective Services Clothing
- Industrial Work Apparel
- Corporate Casual Apparel







Flight Suits
Available in
Nomex
and Poly/Cotton
More info >>



FREE

Dear Aureus Customer:

For over 10 years Aureus International has been manufacturing, servicing and supplying flame retardant specialty garments. Our products have been designed with a sincere commitment to quality and service primarily for Medical Rescue Professionals, Law Enforcement, Fire Fighting Departments and Government Agencies.

With this new online catalog, Aureus International now offers a much broader selection of specialty clothing as well as industrial work wear, clean room uniforms and corporate casual wear. This product line expansion enables us to better serve our existing clientele while allowing growth into the corporate and industrial clothing market.

Located in Enterprise, Alabama, the production facility at Aureus International brings over 300 combined years of clothing manufacturing to the market place. We pride ourselves in our ability to outfit you or your organization regardless of the job to be performed or the image you want to portray.

Aureus International is a division of Doss Aviation, Inc. with corporate offices in Colorado Springs, Colorado. Doss Aviation has earned an enviable reputation through their 30 years of service to the Armed Forces and Government Agencies throughout the world.

At Aureus International our commitment to you, our customer, is to provide the best selection of styles, colors and fabrics coupled with the absolute finest workman ship available. We intend to provide the quickest possible delivery times at factory direct prices backed by our "**Customer 1st**" service policy. In short, we are a specialty clothing manufacturer totally committed to 100% customer satisfaction!

**Thanks in advance for shopping with Aureus!!!**

Sincerely,

Mark Jipson
Vice President

Home | About | Contact | Request Catalog | Search |

Copyright © 2007 All Rights Reserved



http://www.aureusinternational.com/about.php