## Air Reserve Personnel Center



Home  vPC-GR  ANG  Assignments  Promotions  Retirements  Separations  Points  E-Publishing  News  Subscribe  Site Map
Biographies > Mobilization Assistants > COLONEL STEPHEN P. FEAGA                                                      Search

search ARPC
▸ Advanced Search

**Headquarters Air Reserve Personnel Center**
**Office of Public Affairs**
**Denver CO 80280-1010**

### COLONEL STEPHEN P. FEAGA



Categories
Biographies Home
ARPC Commander
IMA General Officers
IMA General Officers Home
A-D
E-G
H-MC
ME-O
P-S
T-Z

External Links
Active Duty General Officers (AF Link)
Air Force Reserve Command (AFRC)

Colonel Stephen P. Feaga is the mobilization assistant to the Staff Judge Advocate (SJA) of Air Combat Command (ACC), Langley Air Force Base, Va. He is the principle liaison between the ACC SJA and Air Force Reserve component leadership. He assists in the provision of legal services to the commander, Air Combat Command and his staff, manages the command JA reserve training program, and advises the SJA on effective reserve utilization. He assists in the planning, development and execution of policies and programs required for wartime and emergency reserve mobilization and represents ACC on the TJAG Reserve Executive Council. In wartime he provides high level executive support for the command mission and manages legal reserve force mobilization, utilization and integration. Prior to assuming his present position he was the Staff Judge Advocate at Headquarters 22nd Air Force. He was responsible for managing the legal affairs for 22nd Air Force which is comprised of 26,500 reservists serving in 14 wings, 2 groups, and 20 geographically separated units. He provided comprehensive legal counsel to numbered Air Force and wing commanders, agency chiefs, the inspector general, squadron commanders and first sergeants, on all facets of military justice, ethics, administrative actions, and operations law matters. He supervised, trained, and mentored more than 70 judge advocates and paralegals, providing services to 35 percent of the Air Force Reserve in 23 states.

Bio Tools
🖶 Printable Bio

Colonel Feaga was born at Fort Meade, Md., and was commissioned a Second Lieutenant in 1978 through the Air Force Reserve Officer Training Corps. He entered on full time active duty with the Air Force in October, 1981. Since his separation from active duty in 1985 he has served as a Category B, individual mobilization augmentee, Reserve Coordinator, at the major command level and a Category B individual mobilization augmentee at Headquarters Air Force Reserve Officer Training Corps. He has also served as a Staff Judge Advocate and Deputy Staff Judge Advocate at the wing, and numbered Air Force levels while serving in the Category A, unit assigned, program. Colonel Feaga is an Assistant United States Attorney in the Middle District of Alabama whose principal area of responsibility is criminal litigation.

### EDUCATION:

1978   Bachelor of Science in Accounting, University of Alabama
1981   Juris Doctorate, Samford University, Cumberland School of Law
1992   Air Command and Staff College by correspondence
2002   Air War College by correspondence

### ASSIGNMENTS:

1. May 1980 - July 1980, Student Intern at Judge Advocate General's School, Maxwell Air Force Base, Ala.
2. October 1981 - March 1984, Chief of Military Justice, 6960th Electronic Security Wing, Kelly Air Force Base, Texas.
3. April 1984 - October 1985, Area Defense Counsel, Lackland Air Force Base, Texas.
4. November 1985 - October 1986, Category B individual mobilization augmentee, Headquarters Air Force Reserve Officer Training Corps, Maxwell Air Force Base, Ala.
5. November 1986 - January 1999, Deputy Staff Judge Advocate, 908th Airlift Wing, Maxwell Air Force Base, Ala.
6. February 1999 - February 2003, Deputy Staff Judge Advocate, 22nd Air Force, Dobbins Air Reserve Base, Ga.
7. February 2002 - May 2002, Staff Judge Advocate, 16th Air Expeditionary Wing, Aviano Air Base, Italy
8. March 2003 - April 2004, Reserve Coordinator individual mobilization augmentee, Headquarters Air Combat Command, Langley Air Force Base, Va.
9. April 2004 - January 2006, Staff Judge Advocate, Headquarters, 22nd Air Force, Dobbins Air Force Base, Ga.
10. January 2006 – present, mobilization assistant to the Staff Judge Advocate, Headquarters Air Combat Command, Langley Air Force Base, Va.

### MAJOR AWARDS AND DECORATIONS:

Meritorious Service Medal with two oak leaf clusters
Air Force Commendation Medal
National Defense Service Medal



Air Reserve Forces Meritorious Service Medal
Air Force Outstanding Unit Award with oak leaf cluster
Air Force Organizational Excellence Award
NATO Medal
Armed Forces Service Medal
Small Arms Marksmanship Ribbon
Air Force Training Ribbon

**EFFECTIVE DATES OF PROMOTION:**

| | |
|---|---|
| Second Lieutenant | May 14, 1978 |
| First Lieutenant | May 14, 1981 |
| Captain | Oct. 30, 1981 |
| Major | May 14, 1992 |
| Lieutenant Colonel | May 14, 1999 |
| Colonel | Mar. 1, 2003 |

(Current as of February 2006)

Last Updated: 02 Aug 2006 09:37 PM

Site Map | Contact Us | FOIA | Security and Privacy notice