

## *Air Combat Command*

| Home | News | Photos | Art | Library | Units | Questions | Join |

Library > Biographies > **BRIGADIER GENERAL RICHARD C. HARDING**

**Search Bios**

search bios ▶▶▶
▶ Advanced Search

◉ All   ○ Any   ○ Exact
Include: ☑ Active
☑ Retired
☑ Military
☑ Civilian

[ Search ] ▶▶▶

**Search by name**

search by name ▶▶▶

## BRIGADIER GENERAL RICHARD C. HARDING



Brig. Gen. Richard C. Harding is the staff judge advocate, Air Combat Command, Langley Air Force Base, Va. As staff judge advocate, he is the principal legal adviser to the Air Combat Command commander and staff on all legal issues involving military justice, combat operations, civil litigation, environmental law, international law, administrative law, claims and all other legal matters. He provides professional guidance to more than 200 military and civilian attorneys and to 400 enlisted paralegals and civilians. The general establishes policy oversight for 21 base legal offices, including four general court-martial jurisdictions, which provide legal services to more than 214,000 active-duty personnel and dependents.

General Harding, the son of an Air Force officer and grandson of a Naval officer, entered the Air Force with a direct commission in 1980. Since that time, he has served in a variety of assignments as a judge advocate to include serving six assignments as a staff judge advocate.

**Download Hi-Res**

**Bio Tools**
🖶 Printable bio

## EDUCATION
1975 Bachelor of Science, University of Arkansas, Fayetteville, Ark.
1979 Juris Doctor, University of Arkansas School of Law, Fayetteville, Ark.
1984 Squadron Officer School
1988 Air Command and Staff College (correspondence)
1994 Air War College (seminar)

## ASSIGNMENTS
January 1980 – March 1983, Assistant Staff Judge Advocate, Bitburg Air Base, Germany
March 1983 – July 1986, Deputy Staff Judge Advocate, Dyess AFB, Texas
July 1986 – August 1988, Deputy Chief and later Chief, Executive Services Division, Office of The Judge Advocate General, HQ United States Air Force, the Pentagon, Washington, D.C
August 1988 – May 1990, Chief of the Special Law Branch and later Chief of the Information and Privacy Law Branch, General Law Division, HQ United States Air Force, the Pentagon, Washington, D.C.
May 1990 – July 1992, Chief of Officer Assignments, Judge Advocate General Professional Development Division, HQ United States Air Force, the Pentagon, Washington, D.C
July 1992 – July 1995, Staff Judge Advocate, 12th Flying Training Wing, Randolph AFB, Texas
July 1995 – July 1998, Staff Judge Advocate, 3rd Wing, Elmendorf AFB, Alaska
October 1998 – April 2000, Deputy Chief Counsel, Office of Chief Counsel, USTRANSCOM, Scott AFB, Ill.
April 2000 – June 2002, Staff Judge Advocate, U.S. Strategic Command, Offutt AFB, Neb.



Biographies : BRIGADIER GENERAL RICHARD C. HARDING

June 2002 – July 2004, Staff Judge Advocate, Headquarters 8th Air Force, Barksdale AFB, La.
July 2004 – May 2006, Staff Judge Advocate, Headquarters Air Force Space Command, Peterson AFB, CO.
May 2006 – Present, Staff Judge Advocate, Headquarters Air Combat Command

**MAJOR AWARDS AND DECORATIONS**
Legion of Merit
Defense Superior Service Medal with one oak leaf cluster
Air Force Meritorious Service Medal with five oak leaf clusters

**OTHER ACHIEVEMENTS**
Outstanding Senior Attorney, Air Combat Command, 2002
Outstanding legal office, Pacific Air Forces - 1995 and 1998
Pacific Air Forces' Outstanding Senior Attorney - 1996 and 1997
Fifteenth Air Force's and Strategic Air Command's Outstanding Attorney of the Year – 1985

**EFFECTIVE DATES OF PROMOTION**
Captain Jan. 6, 1980
Major Aug. 1, 1986
Lieutenant Colonel July 1, 1992
Colonel May 1, 1997
Brigadier General May 3, 2006

(Current as of  May 15, 2006)

**Site Map  |  Contact Us  |  Security and Privacy notice**