Search Jobs        My Monster        Career Center        Home        For Employers





## FUELS OPERATIONS PERSONNEL

**Company:** Doss Aviation, Inc.  **Location:** Langely AFB, VA 23665

**Status:** Full Time, Part Time, Employee   **Job Category:** Aerospace/Aviation/Defense

Apply Now

Monster recommends using **Apply Now.** Learn more.
Save to job file

**Job Description**

### FUELS OPERATIONS PERSONNEL

**Doss Aviation, Inc.** is seeking experienced **Fuels Managers, Supervisors, Fuel Laboratory Personnel, Fuels Accountants, Cryogenics, Fuel Maintenance, Fuel Distribution System Operators, Dispatchers, and Fuel Truck Drivers** to accomplish bulk fuel distribution, and ground product deliveries at McGuire AFB NJ, Dover AFB, DE, Langely AFB, VA, Seymour Johnson AFB, NC, Pope AFB, NC, Shaw AFB, SC, Charleston AFB, SC, Hurlburt AFB, FL, Eglin AFB, FL, Barksdale AFB, LA, Dyess AFB, TX, Altus AFB, OK, Little Rock AFB, AR, Whiteman AFB, MO, Beal AFB, CA, Travis AFB, CA, Nellis AFB, NV, Luke AFB, AZ Davis Monthan AFB, AZ, Cannon AFB, NM, Holloman AFB, NM, McChord AFB, WA, Fairchild AFB, WA, Mountain Home AFB, ID, Minot AFB, ND, Ellsworth AFB, SD, Offut AFB, NE, McConnell AFB, KS. DOD experience is required. **Please mail, fax, or e-mail resumes to Bonnie McCandless at:**

Doss Aviation, Inc.
3320 Carefree Circle West
Colorado Springs, CO 80917
Fax: (719) 570-1740
E-mail bmcand@dossaviation.com

