SS Form DFI (Rev. 3/88)

MAIL TO:
COLORADO SECRETARY OF STATE
CORPORATIONS OFFICE
1560 Broadway, Suite 200
Denver, Colorado 80202
(303) 894-2251



**FOREIGN**

SUBMIT ONE
Filing fee $10.00

STATEMENT OF CHANGE OF REGISTERED OFFICE
OR REGISTERED AGENT, OR BOTH.

01-29-90  08:30
901004841    $15.00

This document must be typewritten.

FP. 891052415

Pursuant to the provisions of the Colorado Corporation Code, the Colorado Nonprofit Corporation Act and the Colorado Uniform Limited Partnership Act of 1981, the undersigned corporation or limited partnership organized under the laws of __TEXAS_____ submits the following statement for the purpose of changing its registered office or its registered agent, or both, in the state of Colorado:

First: The name of the corporation or limited partnership is:
__DOSS AVIATION, INC.__ _NC_

Second: the address of its REGISTERED OFFICE is __4055 Nonchalant Circle South__
__Colorado Springs, CO  80917__

Third: The name of its REGISTERED AGENT is __Frank Hunter__

Fourth: The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.    __4055 Nonchalant Circle South__
__Colorado Springs, CO  80917__

Fifth: The address of its place of business in Colorado is _____

__DOSS AVIATION, INC.__ (Note 1)

By __Mark E. Fuller__ (Note 2)

Its __/X__ president
Its _____ authorized agent
Its _____ registered agent (Note 3)
Its _____ general partner

**IMPORTANT! PLEASE READ CAREFULLY!**
If you are a not-for-profit corporation or a limited partnership, this form must be notarized. If you are a business (profit) corporation, no notarization is required.

STATE OF __ALABAMA__

COUNTY OF __COFFEE__

Subscribed and sworn to before me this ____ day of __January__, 19__90__.

My commission expires _____.

Notary Public (Note 4)
__203 E. Lee, Enterprise, Alabama__
Address

Notes: 1. Exact name of corporation or limited partnership making the statement.
2. Signature and title of officer signing for the corporation must be president or vice-president; for a foreign corporation without such officers, the authorized agent; for a limited partnership, must be a general partner.
3. Regarding profit corporations: This statement may be executed by the registered agent when it involves only a registered address change. A copy of this statement has been forwarded to the corporation by the registered agent.
4. Signature of notary public must be accompanied with the date of expiration of the notarial commission.

**COMPUTER UPDATE COMPLETE**
ARB

JA