IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN and RICHARD SCRUSHY | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

### AFFIDAVIT IN SUPPORT OF BRIEF IN SUPPORT OF MOTION TO RECUSE AND MOTION FOR VACATUR OR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE

Comes now, Michael Magrino and in support of the defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence and states as follows;

My name is Michael Magrino and I am a resident citizen of the State of Alabama. I am employed as a private investigator in the State of Alabama and have been since the year 2000. I am licensed as a private investigator in the State of Alabama. I have personal and first hand knowledge of the facts and matters stated herein. I make no statement as to the authenticity of these websites. I was contacted by the firm of Parkman, Adams & White, P.C., on February 21, 2007, regarding services that they wished me to provide for them in the present case at bar. On approximately February 27, 2007, I began my investigation of the facts and matters that had been provided to me. It took me approximately one week to conduct my investigation and retrieve all of the information referenced herein. I was provided information to follow up on regarding Assistant United States Attorney Stephen Feaga. Additionally I researched the Honorable Judge Mark Fuller's involvement



in three companies, Doss Aviation, Inc., Doss of Alabama, Inc. and Aureus International. I began going through the information as follows:

1. As to exhibit 1 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State for the State of Alabama and retrieved this information off of its website.

2. As to exhibit 2 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence is a certified copy of a publicly recorded document.

3. As to exhibit 3 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for www.USA.gov and retrieved this information off of its website.

4. As to exhibit 4 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State of the State of Maine and retrieved this information off of its website.

5. As to exhibit 5 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State for the State of Maine and retrieved this information off of its website.

6. As to exhibit 6 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State for the State of Maine and retrieved this information off of its website.

7. As to exhibit 7 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State for the State of Maine and retrieved this information off of its website.

8. As to exhibit 8 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Judicialwatch.org and retrieved this information off of its website.

9. As to exhibit 9 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Judicialwatch.org and retrieved this information off of its website.

10. As to exhibit 10 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Judicialwatch.org and retrieved this information off of its website.

11. As to exhibit 11 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Doss Aviation at www.dossaviation.com and retrieved this information off of its website.

12. As to exhibit 12 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Vendors for Federal Business Opportunities at www.fbo.gov and retrieved this information off of its website.

13. As to exhibit 13 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Vendors for Federal Business Opportunities at www.fbo.gov and retrieved this information off of its website.

14. As to exhibit 14 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Vendors for Federal Business Opportunities at www.fbo.gov and retrieved this information off

of its website.

15. As to exhibit 15 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to google.com's website and retrieved this information off of its website.

16. As to exhibit 16 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to fedbusops.com's website and retrieved this information off of its website.

17. As to exhibit 17 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Vendors for Federal Business Opportunities at www.fbo.gov and retrieved this information off of its website. I also retrieved a document from the associated press regarding this contract and the date it was announced.

18. As to exhibit 18 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to google.com's website and retrieved this information off of its website.

19. As to exhibit 19 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for Vendors for Federal Business Opportunities at www.fbo.gov and retrieved this information off of its website.

20. As to exhibit 20 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to the website for the Secretary of State for the State of Alabama and retrieved this information off of its website.

21. As to exhibit 21 which is attached to defendant's brief in support of his motion to

recuse and motion for vacatur or new trial based on newly discovered evidence I went to www.aureusinternational.com and retrieved this information off of its website.

22.     As to exhibit 23 and 24 which is attached to defendant's brief in support of his motion to recuse and motion for vacatur or new trial based on newly discovered evidence I went to www.acc.af.mil and retrieved this information off of its website.

I have not altered, amended or changed these documents in any way. They are in substantially the same condition as when I found them and printed them out. Further affiant saith not.

_____
MICHAEL MAGRINO

I, Tracie Brazier, the undersigned, a notary public in and for said county in said state, personally appeared Michael Magrino, who, being first duly sworn, makes oath that he has read the foregoing Affidavit and knows the contents thereof, and that he is informed and believes, and, upon such information and belief, avers that the facts alleged herein are true and correct.

Given under my hand and seal this 18th day of April, 2007.

_____
NOTARY PUBLIC
MY COMMISSION EXP: 7-9-08