# APPENDIX A

# 80TH CONGRESS : : : : 1ST SESSION

JANUARY 3–DECEMBER 19, 1947

# HOUSE REPORTS

# VOL. 7

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1947

# REVISION OF TITLE 18, UNITED STATES CODE

## REPORT

FROM THE

## COMMITTEE ON THE JUDICIARY
## HOUSE OF REPRESENTATIVES

TO ACCOMPANY

## H. R. 3190

A BILL TO REVISE, CODIFY, AND ENACT INTO
POSITIVE LAW TITLE 18 OF THE UNITED
STATES CODE, ENTITLED "CRIMES
AND CRIMINAL PROCEDURE"



APRIL 24, 1947.—Committed to the Committee of the Whole House
on the State of the Union and ordered to be printed

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1947

60770

| 80TH CONGRESS  1st Session | HOUSE OF REPRESENTATIVES | REPORT No. 304 |

# REVISION OF TITLE 18, UNITED STATES CODE

APRIL 24, 1947.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. ROBSION, from the Committee on the Judiciary, submitted the following

# REPORT

[To accompany H. R. 3190]

The Committee on the Judiciary submits the following report in explanation of the accompanying bill entitled "A bill to revise, codify, and enact into positive law, title 18 of the United States Code, entitled 'Crimes and Criminal Procedure.'" The present bill has been substituted for an earlier bill [H. R. 1600] on which hearings were held, and contains changes recommended by the subcommittee.

## PRELIMINARY STATEMENT

### SCOPE OF REVISION

The starting point in this revision was the Criminal Code of 1909. To that were added those criminal provisions in other titles of the United States Code which could be transferred without injury to the text of such titles, and with due regard to maintaining the framework of the official United States Code prepared for Congress in 1926 by the former Committee on Revision of Laws of the House and enacted by Congress June 30, 1926.

This revision includes all applicable criminal laws in effect April 15, 1947.

Before actual revision was begun a scientific plant was assembled. This included:

1. The complete text of title 18, United States Code, 1940 edition.
2. Criminal provisions from other titles of the code pertinent to this revision.
3. Applicable constructions of the courts.
4. Notes based upon a careful examination of the Code of Federal Regulations and law review articles.
5. Exhaustive historical notes.

1