# APPENDIX F

# UNITED STATES STATUTES AT LARGE

CONTAINING THE

LAWS AND CONCURRENT RESOLUTIONS
ENACTED DURING THE FIRST SESSION OF THE
EIGHTIETH CONGRESS
OF THE UNITED STATES OF AMERICA

## 1947

AND

PROCLAMATIONS, TREATIES, INTERNATIONAL
AGREEMENTS OTHER THAN TREATIES,
REORGANIZATION PLANS, AND PROPOSED
AMENDMENT TO THE CONSTITUTION

COMPILED, EDITED, INDEXED, AND PUBLISHED BY AUTHORITY OF LAW
UNDER THE DIRECTION OF THE SECRETARY OF STATE

## VOLUME 61

IN SIX PARTS

PART 2

PRIVATE LAWS, CONCURRENT RESOLUTIONS,
PROCLAMATIONS, AND TREATIES



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1948

The cost of stenographic services in reporting such hearings shall not be in excess of 25 cents per one hundred words. Subpenas shall be issued under the signature of the chairman or vice chairman of the committee and shall be served by any person designated by them.

SEC. 6. The members of the committee shall be reimbursed for travel, subsistence, and other necessary expenses incurred by them in the performance of the duties vested in the committee, other than expenses in connection with meetings of the committee held in the District of Columbia during such times as the Congress is in session.   *Reimbursement of members for certain expenses.*

SEC. 7. The expenses of the committee, which shall not exceed $100,000, shall be paid one-half from the contingent fund of the Senate and one-half from the contingent fund of the House of Representatives upon vouchers signed by the chairman. Disbursements to pay such expenses shall be made by the Secretary of the Senate out of the contingent fund of the Senate, such contingent fund to be reimbursed from the contingent fund of the House of Representatives in the amount of one-half of disbursements so made.   *Payment of expenses of committee.*

Passed July 26, 1947.

---

## ADJOURNMENT

*July 26, 1947*
*[S. Con. Res. 33]*

*Resolved by the Senate (the House of Representatives concurring),* That when the two Houses adjourn on Sunday, July 27, 1947, they shall stand adjourned until 12 o'clock meridian on Friday, January 2, 1948, or until 12 o'clock meridian on the third day after their respective Members are notified to reassemble in accordance with section 2 of this resolution, whichever event first occurs.

SEC. 2. The President pro tempore of the Senate, the Speaker of the House of Representatives, the Majority Leader of the Senate and the Majority Leader of the House of Representatives, all acting jointly, shall notify the Members of the Senate and the House, respectively, to reassemble whenever in their opinion the public interest shall warrant it.   *Reassembly of Congress.*

Agreed to July 26, 1947.

---

## JOINT MEETING

*November 17, 1947*
*[H. Con. Res. 118]*

*Resolved by the House of Representatives (the Senate concurring),* That the two Houses of Congress assemble in the Hall of the House of Representatives on Monday, November 17, 1947, at 1:30 o'clock in the afternoon, for the purpose of receiving such communications as the President of the United States shall be pleased to make to them.   *Communication from the President.*

Passed November 17, 1947.

---

## ADJOURNMENT SINE DIE

*December 19, 1947*
*[H. Con. Res. 127]*

*Resolved by the House of Representatives (the Senate concurring),* That, notwithstanding the provisions of S. Con. Res. 33, Eightieth Congress, the two Houses of Congress shall adjourn on Friday, December 19, 1947, and that when they adjourn on said day, they stand adjourned sine die.

Passed December 19, 1947.

**1030**              CONCURRENT RESOLUTIONS—DEC. 19, 1947              [61 STAT.

December 19, 1947
[H. Con. Res. 128]

SIGNING OF ENROLLED BILLS, ETC.

*Resolved by the House of Representatives (the Senate concurring),* That, notwithstanding the adjournment of the first session of the Eightieth Congress, the Speaker of the House of Representatives and the President pro tempore of the Senate be, and they are hereby, authorized to sign enrolled bills and joint resolutions duly passed by the two Houses and found truly enrolled.

Passed December 19, 1947.