# APPENDIX G

# United States Code
# *Congressional Service*

### Laws of
### 80th Congress

#### First Session

Convened January 3, 1947

Adjourned Sine Die December 19, 1947

St. Paul, Minn.     Brooklyn, N. Y.
West Publishing Co.    Edward Thompson Co.

# Adjournment Resolutions
## 80th Congress, First Session

### Senate Concurrent Resolution 33
### July 26, 1947

*Resolved by the Senate*
            *(the House of Representatives concurring),*

That when the two Houses adjourn on Sunday, July 27, 1947, they shall stand adjourned until 12 o'clock meridian on Friday, January 2, 1948, or until 12 o'clock meridian on the third day after the respective Members are notified to reassemble in accordance with section 2 of this resolution, whichever event first occurs.

Sec. 2. The President pro tempore of the Senate, the Speaker of the House of Representatives, the majority leader of the Senate, and the majority leader of the House of Representatives, all acting jointly, shall notify the Members of the Senate and the House respectively, to reassemble whenever, in their opinion, the public interest shall warrant it.

---

### House Concurrent Resolution 127
### December 19, 1947

*Resolved by the House of Representatives*
            *(the Senate concurring),*

That, notwithstanding the provisions of S. Con. Res. 33, Eightieth Congress, the two Houses of Congress shall adjourn on Friday, December 19, 1947, and that when they adjourn on said day, they stand adjourned sine die.

In accordance with the terms of House Concurrent Resolution 127, the First Session of the Eightieth Congress adjourned sine die on December 19, 1947, the Senate at 7:17 P. M. and the House of Representatives at 7:32 P. M.