# APPENDIX P

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, u[illegible] the seal of the National Archives of the United States, that the attached reproduction(s) is a true and corr[illegible]py of documents in his custody.

SIGNATURE

NAME: Richard H. Hunt

DATE: 10/19/05

TITLE: Director

NAME AND ADDRESS OF DEPOSITORY:
Center for Legislative Archives
The National Archives
Washington, D.C. 20408

NA FORM APR 85 1407-A

80TH CONGRESS
1ST SESSION

# H. R. 3190

IN THE SENATE OF THE UNITED STATES

MAY 13 (legislative day, APRIL 21), 1947

Read twice and referred to the Committee on the Judiciary

# AN ACT

To revise, codify, and enact into positive law, Title 18 of the United States Code, entitled "Crimes and Criminal Procedure".

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That Title 18 of the United States Code, entitled "Crimes and Criminal Procedure", is hereby revised, codified, and enacted into positive law, and may be cited as "Title 18, U. S. C., §—", as follows:

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |
| 1946—July 10 | 547 | ---------- | 60 | 524, 525 | 18 | 641 |
| July 24 | 606 | ---------- | 60 | 656 | 18 | 409–411 |
| Aug. 2 | 735 | ---------- | 60 | 789 | 18 | 408e |
| Aug. 14 | 964 | [66] 3 | 60 | 1064 | 7 | 1026 |

[66] Only the provisions amending section 52 of Act July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Passed the House of Representatives May 12, 1947.

Attest: JOHN ANDREWS,

*Clerk.*



COPY

THE NATIONAL ARCHIVES
Records of the U.S.
Senate
Record Group 46

SEN 80A-E12
HR 3190

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, [illegible] he seal of the National Archives of the United States, that the attached reproduction(s) is a true and c[illegible]y of documents in his custody.

| SIGNATURE | |
|---|---|
| Aloha South | |
| NAME: ALOHA SOUTH | DATE: Oct. 13, 2005 |
| TITLE: ASSISTANT BRANCH CHIEF, NWCTB | |
| NAME AND ADDRESS OF DEPOSITORY: The National Archives<br>Washington, D.C. 20408 | |

NA FORM 14007A (10-86)

[PUBLIC LAW 772]
[CHAPTER 645]

H. R. 3190

DEPARTMENT OF STATE RECEIVED JUN 25 1948 PB LAWS BRANCH

# Eightieth Congress of the United States of America

## At the Second Session

Begun and held at the City of Washington on Tuesday, the sixth day of January, one thousand nine hundred and forty-eight

## AN ACT

To revise, codify, and enact into positive law, Title 18 of the United States Code, entitled "Crimes and Criminal Procedure".

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That Title 18 of the United States Code, entitled "Crimes and Criminal Procedure", is hereby revised, codified, and enacted into positive law, and may be cited as "Title 18, U. S. C., § ——", as follows:

TITLE 18—CRIMES AND CRIMINAL PROCEDURE

| Part | | Sec. |
|---|---|---|
| I. | Crimes | 1 |
| II. | Criminal Procedure | 3001 |
| III. | Prisons and Prisoners | 4001 |
| IV. | Correction of Youthful Offenders | 5001 |

Part I—Crimes

| Chapter | | Sec. |
|---|---|---|
| 1. | General provisions | 1 |
| 3. | Animals, birds and fish | 41 |
| 5. | Arson | 81 |
| 7. | Assault | 111 |
| 9. | Bankruptcy | 151 |
| 11. | Bribery and graft | 201 |
| 13. | Civil rights | 241 |
| 15. | Claims and services in matters affecting government | 281 |
| 17. | Coins and currency | 331 |
| 19. | Conspiracy | 371 |
| 21. | Contempts constituting crimes | 401 |
| 23. | Contracts | 431 |
| 25. | Counterfeiting and forgery | 471 |
| 27. | Customs | 541 |
| 29. | Elections and political activities | 591 |
| 31. | Embezzlement and theft | 641 |
| 33. | Emblems, insignia, and names | 701 |
| 35. | Escape and rescue | 751 |
| 37. | Espionage and censorship | 791 |
| 39. | Explosives and combustibles | 831 |
| 41. | Extortion and threats | 871 |
| 43. | False personation | 911 |
| 45. | Foreign relations | 951 |
| 47. | Fraud and false statements | 1001 |
| 49. | Fugitives from justice | 1071 |
| 51. | Homicide | 1111 |
| 53. | Indians | 1151 |
| 55. | Kidnaping | 1201 |
| 57. | Labor | 1231 |
| 59. | Liquor traffic | 1261 |
| 61. | Lotteries | 1301 |
| 63. | Mail fraud | 1341 |
| 65. | Malicious mischief | 1361 |
| 67. | Military and Navy | 1381 |
| 69. | Nationality and citizenship | 1421 |
| 71. | Obscenity | 1461 |
| 73. | Obstruction of justice | 1501 |

H. R. 3190—240

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |
| 1940—Continued | | | | | | |
| Mar. 26 | 72 | | 54 | 80 | 18 | 97 |
| Apr. 17 | 101 | | 54 | 110 | 28 | 421 |
| Apr. 30 | 164 | | 54 | 171 | 18 | 86 |
| Do | 178 | 1-3 | 54 | 175, 176 | 18 | 733, 733a, 733b |
| June 6 | 241 | | 54 | 234 | 18 | 408 |
| June 8 | 278 | | 54 | 249 | 26 | 217a |
| Do | 286 | | 54 | 255, 256 | 18 | 412a |
| June 11 | 323 | | 54 | 304 | 18 | 451 |
| Do | 326 | 1-3 | 54 | 306 | 18 | 469-471 |
| June 13 | 350 | | 54 | 391 | 18 | 253 |
| June 25 | 428 | | 54 | 571, 572 | 18 | 76a |
| June 28 | 439 | 1-6 | 54 | 670, 671 | 18 | 9-13 |
| June 29 | 445 | | 54 | 688 | 18 | 687 |
| Do | 449 | 1-5 | 54 | 692, 693 | 18 | 641, 716, 719, 723c, 753k |
| Do | 455 | | 54 | 695 | 12 | 588b |
| July 10 | 567 | | 54 | 747 | 18 | 587 |
| July 19 | 640 | 1, 3, 5, 6 | 54 | 767, 772 | 18 | 61a, 61l, 61m-1, 61t |
| Oct 8 | 762 | | 54 | 1021 | 18 | 203 |
| Oct. 9 | 777 | 6 | 54 | 1028 | 18 | 283-285 |
| Do | 785 | 1-5 | 54 | 1058, 1059 | 18 | 576, 576a-576d |
| Oct. 14 | 872 | | 54 | 1134 | 18 | 396a |
| Do | 876 | 346 (a-h), (l), 347 | 54 | 1163-1168 | 8 | 746 (a-h), (l), 747 |
| Oct. 17 | 887 | 1-6 | 54 | 1201-1204 | 16 | 14, 14 note 15-17 |
| Nov. 30 | 926 | | 54 | 1220, 1221 | 50 | 101, 104-106 |
| 1941—May 31 | 156 | 1 (part) | 55 | [61] 220 | 18 | 647 |
| June 14 | 204 | | 55 | 252 | 18 | 753f |
| June 21 | 212 | | 55 | 254, 255 | 18 | 746a, 746b |
| June 28 | 261 | 10 | 55 | 365 | 12 | 1731 (d) |
| July 9 | 282 | | 55 | 581 | 18 | 396a |
| July 11 | 287 | | 55 | 583 | 18 | 318a |
| Aug. 18 | 366 | 1-6 | 55 | 631, 632 | 18 | 419a, 419b, 419c, 419d |
| Aug. 21 | 388 | | 55 | 655 | 50 | 104 |
| Oct. 21 | 453 | | 55 | 743, 744 | 18 | 753f |
| Nov. 15 | 472 | 1, 2 | 55 | 763, 764 | 18 | 106, 107 |
| Nov. 21 | 492 | | 55 | 779 | 18 | 659 |
| Dec. 22 | 618 | | 55 | 853 | 18 | 821 |
| Dec. 31 | 642 | 1-3 | 55 | 876, 877 | 18 | 803, 803, note, 804 |
| 1942—Mar. 7 | 160 | | 56 | 141 | 18 | 261 |
| Mar. 10 | 178 | 1 (part) | 56 | [62] 158 | 18 | 647 |
| Mar. 21 | 191 | | 56 | 173 | 18 | 97a |
| Mar. 27 | 199 | 1106 | 56 | 184 | 50 App. | 641e |
| May 9 | 295 | 1 | 56 | 271, 272 | 18 | 682 |
| Aug. 24 | 555 | 1, 2 | 56 | 747, 748 | 18 | 590a |
| Sept. 16 | 561 | [63] 314 | | | 50 | 344 |
| Dec. 24 | 822 | 1, 2, 3 | 56 | 1087 | 18 | 420f, 420g, 420h |
| Do | 824 | | 56 | 1087, 1088 | 50 | 101 |
| 1943—June 30 | 179 | 1 (part) | 57 | [64] 258 | 18 | 647 |
| Nov. 22 | 302 | | 57 | 591 | 18 | 87 |
| 1944—Mar. 4 | 83 | 1, 2, 3, 4 | 58 | 111 | 18 | 472, 473, 474 |
| Apr. 1 | 151 | | 58 | 149, 150 | 18 | 282a |
| Apr. 4 | 162 | | 58 | 188 | 18 | 489 |
| July 1 | 358 | 19 (a), (d), (e), 19 (b) | 58 | 667, 668 | 41 | [65] 119 |
| Do | 358 | | 58 | 667 | 18 | 590a |
| Sept. 27 | 425 | | 58 | 752 | 18 | 294 |
| Oct. 3 | 479 | 23 | 58 | 781 | 18 | 590a |
| Dec. 20 | 623 | 4 | 58 | 837 | 12 | 1150c |
| Dec. 23 | 706 | 1, 2, 3 | 58 | 914, 915 | 18 | 62, 62a, 62b |
| 1945—Apr. 30 | 103 | | 59 | 101 | 18 | 97b |
| May 15 | 126 | | 59 | 166 | 18 | 518a |
| June 8 | 178 | 1, 2, 3 | 59 | 234, 235 | 18 | 241, 241a, 242 |
| July 31 | 330 | 9 | 59 | 516 | 31 | 804b |
| Sept. 24 | 383 | 1, 2, 3 | 59 | 586 | 18 | 408 |
| 1946—May 15 | 255 | | 60 | 182 | 18 | 516a |
| July 3 | 537 | | 60 | 420 | 15 | 17 note |
| | | | | | 18 | 420a-420e-1 |
| | | | | | 29 | 52 note, 101 note, 151 note |
| July 10 | 547 | | 60 | 524, 525 | 18 | 641 |
| July 24 | 606 | | 60 | 656 | 18 | 409-411 |
| Aug. 2 | 736 | | 60 | 789 | 18 | 408e |
| Aug. 14 | 964 | [66] 2 | 60 | 1,064 | 7 | 1,026 |
| 1947—Apr. 16 | 39 | | 61 | 52 | 18 | 411 |
| May 16 | 73 | | 61 | 97 | 18 | 744b-1 |
| June 21 | 111 | | 61 | 134 | 18 | 244 |
| June 23 | 120 | 304 | 61 | 159 | 2 | 251 |

[61] First proviso, only, appearing on this page.
[62] First proviso, only, appearing on this page.
[63] As added by Act, Apr. 1, 1944, ch. 150 (part), 58 Stat. 149.
[64] Second proviso, only, appearing on this page.
[65] First, second, third, and sixth paragraphs, only, of this section of title 41 of the United States Code, 1940 edition.
[66] Only the provisions amending section 53 of Act, July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Approved
June 25 1948
Harry S. Truman
12:23 P.M. E.D.T.

[signature]
*Speaker of the House of Representatives.*

[signature]
*President of the Senate pro tempore.*