# APPENDIX S

79th Congress, 2d Session · · · · · · · · House Document No. 769

# CONSTITUTION
# JEFFERSON'S MANUAL
AND
# RULES OF THE HOUSE OF REPRESENTATIVES

OF THE UNITED STATES
EIGHTIETH CONGRESS

By
LEWIS DESCHLER
PARLIAMENTARIAN



Austin, Texas

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1947

JEFFERSON'S MANUAL

§§ 587, 588.

5302, 6740) against a demand that business proceed in the regular order (V, 6663).*

§ 587. Adjournment pronounced by the Speaker.

If a question be put for adjournment, it is no adjournment till the Speaker pronounces it. *5 Grey, 137*. And from courtesy and respect, no member leaves his place till the Speaker has passed on.

### SEC. LI.—A SESSION.

§ 588. Sessions of Parliament.

Parliament have three modes of separation, to wit: by adjournment, by prorogation or dissolution by the King, or by the efflux of the term for which they were elected. Prorogation or dissolution constitutes there what is called a session; provided some act was passed. In this case all matters depending before them are discontinued, and at their next meeting are to be taken up de novo, if taken up at all. *1 Blackst., 186*. Adjournment, which is by themselves, is no more than a continuance of the session from one day to another, or for a fortnight, a month, &c., ad libitum. All matters depending remain in statu quo, and when they meet again, be the term ever so distant, are resumed, without any fresh commencement, at the point at which they were left. *1 Lev., 165; Lex. Parl., c. 2; 1 Ro. Rep., 29; 4 Inst., 7, 27, 28; Hutt., 61; 1 Mod., 252; Ruffh. Jac., L. Dict. Parliament; 1 Blackst., 186*. Their whole session is considered in law but as one day, and has

---

* During session of Congress neither House shall adjourn for more than three days without consent of the other. (Constitution U. S., art. 1, sec. 6, par. 1.)

[264]

JEFFERSON'S MANUAL                    §§ 589, 590.

relation to the first day thereof. *Bro. Abr. Parliament, 86.*

§ 589. Sitting of committees in recesses, and creation of commissions to sit after Congress adjourns.
Committees may be appointed to sit during a recess by adjournment, but not by prorogation. *5 Grey, 374; 9 Grey, 350; 1 Chandler, 50.* Neither House can continue any portion of itself in any parliamentary function beyond the end of the session without the consent of the other two branches. When done, it is by a bill constituting them commissioners for the particular purpose.

The House of Representatives may empower a committee to sit during a recess which is within the constitutional term of the House (IV, 4541–4543), but not thereafter (IV, 4545). Therefore committees are created commissioners by law if their functions are to extend beyond the term of the Congress (IV, 4545).

§ 590. Sessions and recesses of Congress.
Congress separate in two ways only, to wit, by adjournment, or dissolution by the efflux of their time. What, then, constitutes a session with them? A dissolution certainly closes one session, and the meeting of the new Congress begins another. The Constitution authorizes the President, "on extraordinary occasions to convene both Houses, or either of them." *I, 3.* If convened by the President's proclamation, this must begin a new session, and of course determine the preceding one to have been a session. So if it meets under the clause of the Constitution which says, "the Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different

[265]

JEFFERSON'S MANUAL

§ 591.

day." *I, 4.* This must begin a new session; for even if the last adjournment was to this day the act of adjournment is merged in the higher authority of the Constitution, and the meeting will be under that, and not under their adjournment. So far we have fixed landmarks for determining sessions. * * *

In the later practice of Congress it has been established that when the two Houses adjourn for more than three days and not to or beyond a day fixed by Constitution or law for the next regular session to begin, the session is not thereby necessarily terminated (V, 6676, 6677). And in one instance the two Houses by concurrent resolution provided for adjournment to a certain day with a provision that if there be no quorum present on that day the session should terminate (V, 6686). In the later but not the earlier practice the fact that Congress has met once within the year does not make uncertain the constitutional mandate to meet on the first Monday of December (I, 10, 11). And where a special session continued until the time prescribed by the Constitution for the annual meeting without an appreciable intervening time (V, 6690, 6692), a question arose as to whether there had actually been a recess of Congress (V, 6687, 6693), with the conclusion that a recess was a real and not an imaginary time (V, 6687). (NOTE.— The Twentieth amendment to the Constitution provides now for the meeting of Congress on the 3d of January).

§ 591. Manner of closing a session by action of the two Houses.

* * * In other cases it is declared by the joint vote authorizing the President of the Senate and the Speaker to close the session on a fixed day, which is usually in the following form: "Resolved by the Senate and House of Representatives, that the President of the Senate and the Speaker of the House of Representatives be authorized to close the present session by adjourning their respective Houses on the ——— day of ———."

In the modern practice the resolving clause of the joint resolution is in form different from that given by Jefferson (sec. 970). At the close of the first session of the Sixty-sixth Congress, the two Houses adjourned sine die under authority granted each House by simple resolutions

[266]