# APPENDIX U

| Name and profession | Rate of gross annual salary | Total salary received |
|---|---|---|
| Kehe Elliott, assistant counsel | $8,350.10 | $1,288.35 |
| Judd Leighton, investigator | 5,116.32 | 1,065.90 |
| Roy St. Lewis, counsel | 6,026.72 | 5,026.98 |
| Helen Austin, stenographer | | 7.31 |
| Doris L. Le Master, stenographer | 3,212.74 | 7.31 |
| Martha Lesicwski, stenographer | 3,212.74 | 14.63 |
| Elizabeth McGunity, stenographer | 3,212.74 | 14.63 |
| Lena Orme, secretary | 3,212.74 | 207.72 |

Funds on hand, July 1, 1948, plus funds authorized by S. Res. 223 agreed to May 19, 1948:

Funds authorized or appropriated for committee expenditure... $172,060.24
Amount expended... 58,410.10

Balance unexpended... 113,650.14

W. E. JENNER,
*Chairman, Subcommittee,
Privileges and Elections.*

---

UNITED STATES SENATE,
*July 1, 1948.*

REPORT OF SPECIAL COMMITTEE TO INVESTIGATE
THE NATIONAL DEFENSE PROGRAM

To the SECRETARY OF THE SENATE:

The above-mentioned committee, pursuant to Senate Resolution 123, Eightieth Congress, first session, submits the following report showing the name, profession, and total salary of each person employed by it and its subcommittees for the period from January 1, 1948, to May 15, 1948, together with the funds available to and expended by it and its subcommittees:

| Name and profession | Rate of gross annual salary | Total salary received |
|---|---|---|
| Jerome S. Adlerman, assistant counsel | $6,495.72 | $7,364.06 |
| Bernard S. Borcovici, investigator | 5,075.76 | 3,030.30 |
| Lucille Brunkin, assistant clerk | 2,878.97 | 1,366.63 |
| William S. Cole, assistant counsel | 9,365.12 | 3,731.76 |
| Frederick M. Conghlin, assistant counsel | 6,026.72 | 1,372.73 |
| Philip R. Davis, assistant counsel | 10,000.00 | 532.32 |
| Agnes P. Dodge, assistant clerk | 2,861.69 | 1,280.62 |
| Francis D. Flanagan, chief assistant counsel | 9,995.14 | 1,996.24 |
| Phelps, Hunt, editorial clerk | 1,981.60 | 192.96 |
| Linton W. Jeffery, investigator | 6,075.76 | 3,038.20 |
| Lydia Lee, editor | 6,032.55 | 1,660.50 |
| Joseph M. Mannix, investigator | 6,026.72 | 304.30 |
| George Meader, consulting counsel | 10,000.00 | 833.32 |
| Gladys E. Montier, assistant clerk | 3,543.60 | 536.71 |
| Constance L. Morris, assistant clerk | 3,861.60 | 980.30 |
| Eric Nordheim, messenger | 1,188.00 | 146.60 |
| Betty F. Oliver, assistant clerk | 2,823.40 | 621.77 |
| Franklin N. Parks, assistant counsel | 6,990.06 | 315.44 |
| Jessie M. Prichard, assistant clerk | 3,212.74 | 712.92 |
| William F. Rogers, chief counsel | 10,000.00 | 1,665.66 |
| Haven Sawyer, investigator | 4,592.22 | 1,572.73 |
| James F. Sheridan, investigator | 5,992.32 | 1,948.46 |
| Dorothy M. Smithson, assistant clerk | 3,212.74 | 535.44 |
| Eleanor L. Taylor, assistant clerk | 3,212.74 | 330.18 |
| Agnes S. Wolf, investigator | 4,190.06 | 933.70 |
| Franklyn F. Yearsley, investigator | 4,905.91 | 976.22 |
| Ruth M. Young, clerk | 2,792.09 | 948.00 |

Funds authorized or appropriated for committee expenditure... 552,946.08
Amount expended (including accrued annual leave)... 44,179.42

Balance unexpended... 7,766.66

OWEN BREWSTER,
*Chairman.*

NOTIFICATION TO THE PRESIDENT

Mr. WHERRY. Mr. President, I send to the desk a resolution and ask that it be read, and that the Senate proceed to its immediate consideration thereafter.

The resolution (S. Res. 266) was read, considered by unanimous consent, and agreed to, as follows:

*Resolved,* That a committee of two Senators be appointed to join such committee as may be appointed by the House of Representatives to wait upon the President of the United States and inform him that a quorum of each House is reassembled and that the Congress is ready to receive any communication he may be pleased to make.

The PRESIDENT pro tempore. The Chair appoints the Senator from Nebraska [Mr. WHERRY] and the Senator from Kentucky [Mr. BARKLEY] as the committee required by the resolution.

ADJOURNMENT

Mr. WHERRY. Mr. President, in keeping with the custom, the tradition, and the precedence of the Senate, I now move that the Senate adjourn until tomorrow at noon.

The motion was agreed to; and (at 12 o'clock and 11 minutes p. m.) the Senate adjourned until tomorrow, Tuesday, July 27, 1948, at 12 o'clock noon.

# HOUSE OF REPRESENTATIVES

MONDAY, JULY 26, 1948

The House met at 12 o'clock noon and was called to order by the Speaker, Hon. JOSEPH W. MARTIN, JR.

The SPEAKER. The Clerk will read the proclamation of the President of the United States convening this extraordinary session of the Eightieth Congress.

The Clerk read as follows:

CONVENING THE CONGRESS OF THE
THE UNITED STATES

A PROCLAMATION

Whereas the public interest requires that the Congress of the United States should be convened at 12 o'clock noon, on Monday, the 26th day of July, 1948, to receive such communication as may be made by the Executive;

Now, therefore, I, Harry S. Truman, President of the United States of America, do hereby proclaim and declare that an extraordinary occasion requires the Congress of the United States to convene at the Capitol in the city of Washington on Monday, the 26th day of July 1948, at 12 o'clock noon, of which all persons who shall at that time be entitled to act as Members thereof are hereby required to take notice.

In witness whereof I have hereunto set my hand and caused to be affixed the great seal of the United States.

Done at the city of Washington this 15th day of July, in the year of our Lord nineteen hundred and forty-eight, and of the independence of the United States of America the one hundred and seventy-third.

HARRY S. TRUMAN.

By the President:
G. C. MARSHALL,
*Secretary of State.*

PRAYER

Rev. Jacob S. Payton, D. D., of Washington, D. C., offered the following prayer:

Eternal God, Father of all mercies, with reverence and gratitude we acknowledge Thy unfailing goodness. Lift up the light of Thy countenance, O Lord, upon the peoples of the earth and give them peace. Out of the testimony of many witnesses may Thy truth be established throughout the world.

At the beginning of this special session of Congress, may these Thy servants give Thee a high and honored place in their lives. Suffer not the works of their hands to be stained with dishonor nor their minds to be abased with unworthy thoughts.

May every memory of patient endurance by which justice has been established, and may every example of sacrificial service by which America's advancement has been made possible, offer inspiration and guidance to those who bear responsibility in government. This we pray in the name of Jesus Christ, the Saviour of the world. Amen.

The Journal of the proceedings of June 19, 1948, was read and approved.

APPOINTMENTS MADE AFTER
ADJOURNMENT

INVESTIGATION OF FEDERAL COMMUNICATIONS
COMMISSION

The SPEAKER, pursuant to the authority conferred upon him by House Resolution 691, Eightieth Congress, and the order of the House of June 19, 1948, empowering him to appoint commissions, boards, and committees authorized by law or by the House, did on June 29, 1948, appoint as members of the select committee to conduct a study and investigation of the organization, personnel, and activities of the Federal Communications Commission the following Members of the House: Hon. FOREST A. HARNESS, Indiana, chairman; Hon. LEONARD W. HALL, New York; Hon. CHARLES H. ELSTON, Ohio; Hon. J. PERCY PRIEST, Tennessee; Hon. OREN HARRIS, Arkansas.

WASHINGTON AND LEE UNIVERSITY BICENTENNIAL
COMMISSION

The SPEAKER, pursuant to the authority conferred upon him by Public Law 636, Eightieth Congress, and the order of the House of June 19, 1948, empowering him to appoint commissions, boards, and committees authorized by law or by the House, did on July 8, 1948, appoint as members of the United States-Washington and Lee University Bicentennial Commission the following: members on the part of the House to serve with himself: Hon. CLARENCE J. BROWN, Ohio; Hon. JAMES W. WADSWORTH, New York; Hon. JOHN W. FLANNAGAN, JR., Virginia; Hon. PAZO CRAVENS, Arkansas.

MESSAGE FROM THE SENATE AFTER
ADJOURNMENT

A message from the Senate, received by the Clerk of the House on June 24, 1948, announced that the Senate had passed a concurrent resolution of the following title in which the concurrence of the House is requested:

S. Con. Res. 59. Concurrent resolution relative to negotiations with the Canadian Gov-

ernment concerning the construction of rail-roads in Alaska and the establishment of re-ciprocal tariff and immigration arrangements.

**ENROLLED BILLS AND JOINT RESOLU-TIONS SIGNED AFTER ADJOURNMENT**

Mr. LeCOMPTE, from the Committee on House Administration, reported that that committee had examined and found truly enrolled bills and joint resolutions of the House of the following titles:

H. R. 233. An act for the relief of sundry residents of Alaska, the veterans of World War II;

H. R. 2009. An act for the relief of the estate of Vito Abarno;

H. R. 2269. An act for the relief of Frank A. Constable;

H. R. 2798. An act to amend section 8, Home Owners' Loan Act of 1933, and for other purposes;

H. R. 3190. An act to revise, codify, and enact into positive law title 18 of the United States Code, entitled "Crimes and Criminal Procedure";

H. R. 3416. An act to provide for the establishment of the Pensacola National Monument;

H. R. 4044. An act to amend the Trading With the Enemy Act, as amended; to create a commission to make an inquiry and report with respect to war claims; and to provide for relief for internees in certain cases;

H. R. 4917. An act to provide further benefits for certain employees of the United States who are veterans of World War II and lost opportunity for probational civil-service appointments by reason of their service in the armed forces of the United States, and who, due to service-connected disabilities, are unable to perform the duties of the positions for which examinations were taken;

H. R. 5416. An act to promote the interests of the Fort Hall Indian Irrigation project, Idaho, and for other purposes;

H. R. 5862. An act to authorize the Secretary of the Army, the Secretary of the Navy, and the Secretary of the Air Force to donate excess and surplus property for educational purposes;

H. R. 5904. An act to continue the Virgin Islands Company as an agency of the United States;

H. R. 6348. An act to authorize the Secretary of Agriculture to stabilize prices of agricultural commodities; to amend section 22 of the Agricultural Adjustment Act, reenacted by the Agricultural Marketing Agreement Act of 1937; and for other purposes;

H. R. 6402. An act to provide for extension of the terms of office of the present members of the Atomic Energy Commission;

H. R. 6448. An act to authorize the Administrator of Veterans' Affairs to convey certain land in Tennessee to the city of Johnson City;

H. R. 6465. An act to amend and supplement section 2 of the act approved August 30, 1935, relating to the construction and financing of toll bridges over the Delaware River by the Delaware River Joint Toll Bridge Commission of the Commonwealth of Pennsylvania and the State of New Jersey;

H. R. 6461. An act making appropriations for Government corporations and independent executive agencies for the fiscal year ending June 30, 1949, and for other purposes;

H. R. 6537. An act to provide assistance to certain local school agencies overburdened with war-incurred or postwar national-defense-incurred enrollments;

H. R. 6641. An act to amend the Civil Service Retirement Act of May 29, 1930, to provide annuities for certain surviving spouses of annuitants retired prior to April 1, 1948;

H. R. 6771. An act making appropriations for military functions administered by the National Military Establishment for the fiscal year ending June 30, 1949, and for other purposes;

H. R. 6801. An act making appropriations for foreign aid, and for other purposes;

H. R. 6829. An act making supplemental appropriations for the Executive Office and sundry independent executive bureaus, boards, commissions, and offices for the fiscal year ending June 30, 1949, and for other purposes;

H. R. 6916. An act to provide for permanent postal rates and to provide pay increases for Government employees;

H. R. 6925. An act making appropriations to supply deficiencies in certain appropriations for the fiscal year ending June 30, 1948, and for other purposes;

H. R. 6969. An act to permit refund or credit to brewers of taxes paid on beer lost in bottling operations;

H. J. Res. 190. Joint resolution authorizing the printing and binding of Cannon's Procedure in the House of Representatives and providing that the same shall be subject to copyright by the author;

H. J. Res. 205. Joint resolution authorizing the issuance of a special series of stamps commemorative of the fiftieth anniversary of the organization of the Rough Riders (First Volunteer U. S. Cavalry) of the Spanish-American War;

H. J. Res. 327. Joint resolution to authorize the issuance of a special series of stamps commemorative of Juliette Low, founder and organizer of Girl Scouting in the United States of America; and

H. J. Res. 433. Joint resolution permitting the free entry of certain articles imported to promote international good will, and for other purposes.

The SPEAKER, pursuant to the provisions of House Concurrent Resolution 219, Eightieth Congress, announced his signature to enrolled bills and joint resolutions of the Senate as follows:

On June 22, 1948:

S. 418. An act to provide for water-pollution-control activities in the Public Health Service of the Federal Security Agency and in the Federal Works Agency, and for other purposes;

S. 595. An act to provide that the rates of compensation for disabilities incurred in active military or naval service other than in a period of war service shall be equal to 80 percent of the rates payable for similar disabilities incurred during active service in time of war;

S. 1343. An act to provide for the payment of revenues from certain lands into the tribal funds of the Confederated Tribes of the Warm Springs Reservation of Oregon, and for other purposes;

S. 1290. An act to create a commission to hear and determine the claims of certain motor carriers;

S. 1323. An act to provide a Federal charter for the Commodity Credit Corporation;

S. 1683. An act to confer jurisdiction on the State of New York with respect to offenses committed on Indian reservations within such State;

S. 1716. An act for the relief of Archie Hamilton and Delbert Hamilton;

S. 1717. An act for the relief of the estate of William R. Stigall, deceased;

S. 1969. An act to amend the Philippine Rehabilitation Act of 1946 in connection with the training of Filipinos as provided for in title III;

S. 2217. An act conferring jurisdiction upon the Court of Claims of the United States to hear, determine, and render judgment upon the joint claims of Silas Mason Co., Inc.; Walsh Construction Co.; and Atkinson-Kier Co.;

S. 2243. An act to authorize for a limited period of time the admission into the United States of certain Ryukyuan displaced persons for permanent residence, and for other purposes;

S. 2281. An act to provide for an air parcel-post service, and for other purposes;

S. 2371. An act validating certain conveyances of the Oregon Short Line Railroad Co. and the Union Pacific Railroad Co. and waiving, relinquishing, and disclaiming all title and all right of reverter and forfeiture of the United States of America to the lands described in said conveyance;

S. 2376. An act to provide a revolving fund for the purchase of agricultural commodities and raw materials to be processed in occupied areas and sold;

S. 2440. An act for the relief of Charles Duncan Montrieth;

S. 2554. An act to promote the common defense by providing for the retention and maintenance of a national reserve of industrial productive capacity, and for other purposes;

S. 2621. An act authorizing the extension of the functions and duties of Federal Prison Industries, Inc., to military disciplinary barracks;

S. 2655. An act to provide for the common defense by increasing the strength of the armed forces of the United States, including the Reserve components thereof, and for other purposes;

S. 2676. An act to authorize the Secretary of the Interior to convey a certain parcel of land in St. Louis County, Minn., to the University of Minnesota;

S. 2692. An act to terminate the retirement system of the Office of the Comptroller of the Currency, and to transfer that retirement fund to the Civil Service Retirement and Disability Fund;

S. 2698. An act to authorize the transfer of horses and equipment owned by the United States Army to the New Mexico Military Institute, a State institution, and for other purposes;

S. 2705. An act to reimburse the James & Phelps Construction Co.;

S. 2709. An act for the relief of Stefan Magura and Michal Magura;

S. 2730. An act to include as allowable service under the act of July 6, 1945, service performed in the military forces and on war transfer by employees in the field service of the Post Office Department;

S. 2743. An act providing for the more expeditious determination of certain claims filed by the Indians;

S. 2747. An act to amend the Canal Zone Code for the purpose of incorporating the Panama Railroad Company;

S. 2767. An act to provide assistance in the recruitment and distribution of farm labor for the increased production, harvesting, and preparation for market of agricultural commodities to meet domestic needs and foreign commitment;

S. 2794. An act to authorize the Administrator of Veterans' Affairs to prescribe the rules of pay for certain positions at field installations;

S. 2830. An act to extend for 2 years the authority to provide for the maintenance of a domestic tin-smelting industry;

S. 2849. An act to authorize the Administrator of Veterans' Affairs to convey a certain tract of land in the State of Arkansas to Washington County, Ark.;

S. 2861. An act to assist by grants-in-aid the Republic of the Philippines in providing medical care and treatment for certain veterans;

S. J. Res. 177. Joint resolution providing for participation by the Government of the United States in the Pan American Railway Congress, and authorizing an appropriation therefor; and

S. J. Res. 219. Joint resolution to continue until March 1, 1949, the authority of the United States Maritime Commission to make provision for certain ocean transportation service to, from, and within Alaska.

And on June 23, 1948, enrolled bills of the Senate as follows:

S. 165. An act for the relief of Doris E. Snyder;