# APPENDIX V(2)

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

| SIGNATURE | | |
|---|---|---|
| NAME: Richard H. Hunt | | DATE: 10/19/05 |
| TITLE: Director | | |
| NAME AND ADDRESS OF DEPOSITORY: Center for Legislative Archives, The National Archives, Washington, D.C. 20408 | | |

NA FORM APR 85 1407·

80TH CONGRESS
1ST SESSION
# H. R. 3190

IN THE SENATE OF THE UNITED STATES

MAY 13 (legislative day, APRIL 21), 1947

Read twice and referred to the Committee on the Judiciary

# AN ACT

To revise, codify, and enact into positive law, Title 18 of the United States Code, entitled "Crimes and Criminal Procedure".

1  Be it enacted by the Senate and House of Representa-
2  tives of the United States of America in Congress assembled,
3  That Title 18 of the United States Code, entitled "Crimes
4  and Criminal Procedure", is hereby revised, codified, and
5  enacted into positive law, and may be cited as "Title 18,
6  U. S. C., §—", as follows:

471

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |
| 1946—July 10 | 547 | ---------- | 60 | 524, 525 | 18 | 641 |
| July 24 | 606 | ---------- | 60 | 656 | 18 | 409–411 |
| Aug. 2 | 735 | ---------- | 60 | 789 | 18 | 408e |
| Aug. 14 | 964 | [66] 3 | 60 | 1064 | 7 | 1026 |

[66] Only the provisions amending section 52 of Act July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Passed the House of Representatives May 12, 1947.

Attest:        JOHN ANDREWS,
                               *Clerk.*



COPY
THE NATIONAL ARCHIVES
Records of the U.S.
Senate
Record Group 46

SEN 80A-E12
HR 3190