# APPENDIX V(3)

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,
seal of the National Archives of the United States, that the attached reproduction(s) is a true and
co____ ___ y of documents in his custody.



| SIGNATURE | | |
|---|---|---|
| R__ H__ | | |
| NAME Richard Hunt | | DATE 10/12/06 |
| TITLE Director Center for Legislative Archives | | |
| NAME AND ADDRESS OF DEPOSITORY The National Archives Washington, D.C. 20408 | | |

*U.S. GPO: 1998-442-221/890

NA FORM 14007A (10-86)

THE SENATE OF THE UNITED STATES

May __ legislative day, APRIL 21), 1947

R__ twice and ___ red to the Committee on the Judiciary

JUN 14 48  FEB DAY JUN 48

Re____ __ __ Mr. Wiley, with amend-
men__.                    Reported with amendments.

# AN ACT

To revise, co____ __, and enact ___ positive law, Title 18 of the
United St___ Code, ent___ "Crimes and Criminal Pro-
cedure".

1    Be it en____ed by the Sen___ and House of Representa-

2    tives of the Un__ d States of Am___a in Congress assembled,

3    That Title 18 o_ __e United State_ __ode, entitled "Crimes

4    and Criminal Proc___ure", is hereby ___vised, codified, and

5    enacted into positive ___ and may b___ ___ted as "Title 18,

6    U. S. C., §—", as follows:

*Copy for printer*

*Copy for Pre...*

Calendar No. *1675*

80TH CONGRESS
1ST SESSION

# H. R. 3190

REPORT NO. *1620*

IN THE SENATE OF THE UNITED STATES

MAY 13 (legislative day, APRIL 21), 1947

Read twice and referred to the Committee on the Judiciary

JUN 1 4 '48 LEG. DAY JUN 3 '48

*Reported by Mr. Wiley, with amendments.*

Reported with amendments.

[Omit...

# AN ACT

To revise, codify, and enact into positive law, Title 18 of the
United States Code, entitled "Crimes and Criminal Pro-
cedure".

1    *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  That Title 18 of the United States Code, entitled "Crimes
4  and Criminal Procedure", is hereby revised, codified, and
5  enacted into positive law, and may be cited as "Title 18,
6  U. S. C., §—", as follows:

367

1 international extradition, including the fees of the com-
2 missioner, shall be certified by the judge or commissioner
3 before whom the hearing shall take place to the Secretary
4 of State of the United States, and the same shall be paid
5 out of appropriations to defray the expenses of the judiciary
6 or the Department of Justice as the case may be.

7     The Attorney General shall certify to the Secretary
8 of State the amounts to be paid to the United States on
9 account of said fees and costs in extradition cases by the
10 foreign government requesting the extradition, and the
11 Secretary of State shall cause said amounts to be collected
12 and transmitted to the Attorney General for deposit in the
13 Treasury of the United States.

## CHAPTER 211.—JURISDICTION AND VENUE

Sec.
3231. District courts.
3232. District of offense—Rule.
3233. Transfer within District—Rule.
3234. Change of venue to another district—Rule.
3235. Venue in capital cases.
3236. Murder or manslaughter.
3237. Offenses begun in one district and completed in another.
3238. Offenses not committed in any district.
3239. Threatening communications.
3240. Creation of new district or division.
3241. Jurisdiction of offenses under certain sections.
3242. Indians committing certain offenses; acts on reservations.
3243. Jurisdiction of State of Kansas over offenses committed by or
    against Indians on Indian reservations.

14 **§ 3231. DISTRICT COURTS**

15     Offenses against the United States shall be cognizable
16 in the district courts of the United States, but nothing in
17 this title shall be held to take away or impair the jurisdiction
18 of the courts of the several states under the laws thereof.

The district courts of the United States shall have
original jurisdiction, exclusive of the courts of the
States, of all offenses against the laws of the United

471

| Date | Statutes at Large | | | | U. S. Code | |
|------|-------|---------|--------|------|-------|---------|
| | Chapter | Section | Volume | Page | Title | Section |
| 1946—July 10__ | 547 | --------- | 60 | 524, 525 | 18 | 641 |
| July 24__ | 606 | --------- | 60 | 656 | 18 | 409–411 |
| Aug. 2___ | 735 | --------- | 60 | 789 | 18 | 408e |
| Aug. 14__ | 964 | [66] 3 | 60 | 1064 | 7 | 1026 |

[66] Only the provisions amending section 52 of Act July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Passed the House of Representatives May 12, 1947.

Attest:                        JOHN ANDREWS,

*Clerk.*

| 1947— Apr. 16 | 39 | — | 61 | 52 | 18 | 411 |
| May 16 | 73 | — | 61 | 97 | 18 | 744h-1 |
| June 21 | 111 | — | 61 | 134 | 18 | 244 |
| June 23 | 120 | 204 | 61 | 159 | 2 | 251 |

80TH CONGRESS
1ST SESSION

H. R. 3190

Calendar No. 1620

REPORT No. 304

AN ACT

To revise, codify, and enact into positive law,
Title 18 of the United States Code, entitled
"Crimes and Criminal Procedure".

MAY 13 (legislative day, APRIL 21), 1947
Read twice and referred to the Committee on the
Judiciary

Reported by Mr. Wiley,
with amendments.

Reported with amendments.