# APPENDIX V(4)

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

𝔗𝔬 𝔞𝔩𝔩 𝔱𝔬 𝔴𝔥𝔬𝔪 𝔱𝔥𝔢𝔰𝔢 𝔭𝔯𝔢𝔰𝔢𝔫𝔱𝔰 𝔰𝔥𝔞𝔩𝔩 𝔠𝔬𝔪𝔢. 𝔊𝔯𝔢𝔢𝔱𝔦𝔫𝔤:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

[under] the seal of the National Archives of the United States, that the attached reproduction(s) is a true and

c[omplete cop]y of documents in his custody.

| SIGNATURE | |
|---|---|
| *Aloha South* (signature) | |
| NAME | DATE |
| ALOHA SOUTH | Oct. 13, 2005 |
| TITLE | |
| ASSISTANT BRANCH CHIEF, NWCTB | |
| NAME AND ADDRESS OF DEPOSITORY | |
| The National Archives<br>Washington, D.C. 20408 | |

NA FORM 14007A (10-86)

[PUBLIC LAW 772]
[CHAPTER 645]

H. R. 3190



# Eightieth Congress of the United States of America
## At the Second Session

Begun and held at the City of Washington on Tuesday, the sixth day of January, one thousand nine hundred and forty-eight

## AN ACT

To revise, codify, and enact into positive law, Title 18 of the United States Code, entitled "Crimes and Criminal Procedure".

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That Title 18 of the United States Code, entitled "Crimes and Criminal Procedure", is hereby revised, codified, and enacted into positive law, and may be cited as "Title 18, U. S. C., § ——", as follows:

### TITLE 18—CRIMES AND CRIMINAL PROCEDURE

| Part | | Sec. |
|---|---|---|
| I. | Crimes | 1 |
| II. | Criminal Procedure | 3001 |
| III. | Prisons and Prisoners | 4001 |
| IV. | Correction of Youthful Offenders | 5001 |

#### Part I—Crimes

| Chapter | | Sec. |
|---|---|---|
| 1. | General provisions | 1 |
| 3. | Animals, birds and fish | 41 |
| 5. | Arson | 81 |
| 7. | Assault | 111 |
| 9. | Bankruptcy | 151 |
| 11. | Bribery and graft | 201 |
| 13. | Civil rights | 241 |
| 15. | Claims and services in matters affecting government | 281 |
| 17. | Coins and currency | 331 |
| 19. | Conspiracy | 371 |
| 21. | Contempts constituting crimes | 401 |
| 23. | Contracts | 431 |
| 25. | Counterfeiting and forgery | 471 |
| 27. | Customs | 541 |
| 29. | Elections and political activities | 591 |
| 31. | Embezzlement and theft | 641 |
| 33. | Emblems, insignia, and names | 701 |
| 35. | Escape and rescue | 751 |
| 37. | Espionage and censorship | 791 |
| 39. | Explosives and combustibles | 831 |
| 41. | Extortion and threats | 871 |
| 43. | False personation | 911 |
| 45. | Foreign relations | 951 |
| 47. | Fraud and false statements | 1001 |
| 49. | Fugitives from justice | 1071 |
| 51. | Homicide | 1111 |
| 53. | Indians | 1151 |
| 55. | Kidnaping | 1201 |
| 57. | Labor | 1231 |
| 59. | Liquor traffic | 1261 |
| 61. | Lotteries | 1301 |
| 63. | Mail fraud | 1341 |
| 65. | Malicious mischief | 1361 |
| 67. | Military and Navy | 1381 |
| 69. | Nationality and citizenship | 1421 |
| 71. | Obscenity | 1461 |
| 73. | Obstruction of justice | 1501 |

H. R. 3190—240

| Date | Statutes at Large | | | | U. S. Code | |
|---|---|---|---|---|---|---|
| | Chapter | Section | Volume | Page | Title | Section |
| 1940—Continued | | | | | | |
| Mar. 29 | 72 | | 54 | 80 | 18 | 97 |
| Apr. 17 | 101 | | 54 | 110 | 28 | 421 |
| Apr. 30 | 164 | | 54 | 171 | 18 | 86 |
| Do | 176 | 1–5 | 54 | 175, 176 | 18 | 733, 733a, 733b |
| June 5 | 241 | | 54 | 234 | 18 | 408 |
| June 8 | 275 | | 54 | 249 | 25 | 217c |
| Do | 288 | | 54 | 255, 256 | 18 | 412a |
| June 11 | 322 | | 54 | 304 | 18 | 451 |
| Do | 336 | 1–3 | 54 | 306 | 18 | 469–471 |
| June 13 | 389 | | 54 | 391 | 18 | 253 |
| June 25 | 420 | | 54 | 571, 572 | 18 | 76a |
| June 26 | 439 | 1–5 | 54 | 570, 571 | 19 | 9–12 |
| June 29 | 445 | | 54 | 668 | 18 | 657 |
| Do | 449 | 1–5 | 54 | 692, 693 | 16 | 641, 712, 719, 723c, 753k |
| Do | 455 | | 54 | 695 | 12 | 588b |
| July 10 | 557 | | 54 | 747 | 18 | 587 |
| July 19 | 640 | 1, 3, 5, 6 | 54 | 767, 772 | 18 | 61a, 81 |
| Oct. 8 | 762 | | 54 | 1021 | | 61m–1, 611 |
| Oct. 9 | 777 | 6 | 54 | 1028 | 18 | 208 |
| Do | 785 | 1–5 | 54 | 1055, 1059 | 18 | 523–525 |
| Oct. 14 | 872 | | 54 | 1134 | 18 | 576, 576a–576d |
| Do | 876 | 346 (a–h), (l), 347 | 54 | 1163–1168 | 18 | 296a 746 (a–h), (l), 744 |
| Oct. 17 | 897 | 1–6 | 54 | | | |
| Nov. 30 | 926 | | 54 | 1201–1204 | 16 | 14, 14 note 15–17 |
| 1941—May 31 | 156 | 1 (part) | 55 | 1220, 1221 | 50 | 101, 104–106 |
| June 14 | 204 | | 55 | 81 220 | 18 | 547 |
| June 21 | 212 | | 55 | 252 | 18 | 753f |
| June 28 | 261 | 10 | 55 | 254, 255 | 18 | 746a, 745b |
| July 9 | 282 | | 55 | 565 | 12 | 1731 (d) |
| July 11 | 283 | | 55 | 581 | 12 | 595a |
| Aug. 18 | 366 | 1–6 | 55 | 583 | 18 | 518a |
| | | | 55 | 631, 632 | 16 | 419a, 419b, 419c, 419d |
| Aug. 21 | 388 | | 55 | 655 | 50 | 104 |
| Oct. 21 | 453 | | 55 | 743, 744 | 18 | 753f |
| Nov. 15 | 472 | 1, 2 | 55 | 763, 764 | 18 | 105, 107 |
| Nov. 21 | 492 | | 55 | 770 | 18 | 658 |
| Dec. 22 | 618 | | 55 | 853 | 18 | 521 |
| Dec. 31 | 643 | 1–3 | 55 | 876, 877 | 18 | 503, 503, note, 504 |
| 1942—Mar. 7 | 160 | | 56 | 141 | 18 | 341 |
| Mar. 10 | 178 | 1 (part) | 56 | 82 158 | 18 | 547 |
| Mar. 21 | 191 | | 56 | 173 | 18 | 97a |
| Mar. 27 | 199 | 1106 | 56 | 184 | 50 App. | 641e |
| May 9 | 206 | | 56 | 1 | 18 | 682 |
| Aug. 24 | 555 | | 56 | 271, 272 | 18 | 660a |
| Sept. 16 | 561 | 1, 2 | 56 | 767, 748 | 18 | 844 |
| Dec. 24 | 822 | 83 314 | 56 | 1087 | 50 | 420f, 420g, 420h |
| Do | 824 | 1, 2, 3 | 56 | 1087, 1088 | 18 | 101 |
| 1943—June 20 | 179 | 1 (part) | 57 | 84 256 | 18 | 647 |
| Nov. 22 | 303 | | 57 | 591 | 18 | 87 |
| 1944—Mar. 4 | 52 | 1, 2, 3, 4 | 58 | 111 | 18 | 472, 473, 474 |
| Apr. 1 | 151 | | 58 | 149, 150 | 18 | 282a |
| Apr. 4 | 163 | | 58 | 188 | 18 | 409 |
| July 1 | 248 | 19 (a), (d), (e), 16 (b) | 58 | 687, 688 | 41 | 85 119 |
| Do | 358 | | 58 | 687 | 18 | 660a |
| Sept. 27 | 436 | | 58 | 752 | 18 | 294 |
| Oct. 3 | 470 | 26 | 58 | 781 | 18 | 660a |
| Dec. 20 | 623 | 4 | 58 | 837 | 12 | 1150c |
| Dec. 22 | 705 | 1, 2, 3 | 58 | 914, 915 | 18 | 62, 62a, 62b |
| 1945—Apr. 30 | 102 | | 59 | 101 | 18 | 97b |
| May 15 | 128 | | 59 | 168 | 18 | 518a |
| June 9 | 178 | 1, 2, 3 | 59 | 234, 235 | 18 | 241, 241a, 242 |
| July 31 | 332 | 9 | 59 | 516 | 31 | 264b |
| Sept. 24 | 383 | 1, 2, 3 | 59 | 536 | 18 | 408 |
| 1946—May 15 | 259 | | 59 | 182 | 18 | 518a |
| July 3 | 537 | | 60 | 420 | 18 | 17 note 420a–420e–1 |
| | | | | | 18 | 52 note, 101 note, 151 note |
| July 10 | 547 | | 60 | 524, 525 | | 541 |
| July 24 | 605 | | 60 | 656 | 18 | 409–411 |
| Aug. 2 | 735 | | 60 | 780 | 18 | 408e |
| Aug. 14 | 964 | 85 3 | 60 | 1,054 | 7 | 1, 028 |
| 1947—Apr. 16 | 39 | | 61 | 52 | 18 | 411 |
| May 16 | 73 | | 61 | 97 | 18 | 744b–1 |
| June 21 | 113 | | 61 | 134 | 18 | 244 |
| June 23 | 120 | 304 | 61 | 159 | 2 | 251 |

[81] First proviso, only, appearing on this page.
[82] First proviso, only, appearing on this page.
[83] As added by Act, Apr. 1, 1944, ch. 150 (part), 58 Stat. 146.
[84] Second proviso, only, appearing on this page.
[85] First, second, third, and sixth paragraphs, only, of this section of title 41 of the United States Code, 1940 edition.
[86] Only the provisions amending section 53 of Act, July 22, 1937, ch. 517, title IV, 50 Stat. 531, 532.

Approved
June 25 1948
Harry S Truman
12:23 P.M. E.D.T.

Joseph W. Martin Jr.
*Speaker of the House of Representatives.*

A. H. Vandenberg
*President of the Senate pro tempore.*