IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

# **ORDER**

This cause is before the Court on the Motion to Dismiss Defendant's [sic] Richard Scrushy's Case for Lack of Jurisdiction and Brief in Support Thereof (Doc. # 552). The Government shall file its response, if any, on or before **May 3, 2007**. The motion shall be submitted without oral argument and without further submissions from the movant on **May 3, 2007**.

DONE this the 19th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE