IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

# <u>ORDER</u>

On April 18, 2007, Defendant Richard M. Scrushy ("Scrushy") filed several documents with this Court. (Doc. # 548, 550, 551, 552, & 553). James W. Parkman, III, one of Scrushy's attorneys, certified that he was filing each of the documents "under seal."[1]

Document # 548 is a motion for leave to file Document # 550 and Document # 551 under seal.[2] That motion (Doc. # 548) has been granted by a prior Order of this Court. Scrushy did not file a separate motion seeking to have Document #552 or Document # 553 placed under seal, but because Mr. Parkman certified that each of these documents (Doc. # 548, 550, 551, 552, & 553) was being filed under seal, the Clerk of the Court placed the documents under seal. Having reviewed Documents # 552 and Document # 553, the Court

---

[1] This certification appears in the certificate of service at the end of each document.

[2] These documents contain information which requires special treatment pursuant to the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228). The Court makes no finding as to whether Scrushy's filing is in full compliance with either the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228).

can find no basis for placing these documents under seal as Scrushy has requested. Accordingly, it is hereby ORDERED that no later than **April 23, 2007**, Scrushy shall file either (1) a brief setting forth the grounds for his request that this Court place Document # 552 and Document # 553 under seal or (2) a written statement affirming that he did not intend to have Document # 552 and Document # 553 filed under seal.

      DONE this the 20th day of April, 2007.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE