IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| V. | ) |
| DON EUGENE SIEGELMAN, AND RICHARD SCRUSHY, | ) Case No: 2:05cr119-MEF |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**MOTION TO UNSEAL**

COMES NOW the undersigned counsel, and moves this Honorable Court to unseal the Defendant's Response to United States' Appeal of Magistrate Coody's Order Denying Government's Motion for Revocation of Order of Post Conviction Release for Defendant Scrushy and Defendant's Motion to Dismiss Defendant, Richard Scrushy's, Case for Lack of Jurisdiction and Brief in Support Thereof, and as grounds therefore would say as follows:

1. The sealing of the above referenced documents were not intended by defendant Scrushy's counsels and inclusion of the document to be filed under seal in the Certificate of Service was a typographical error.

2. Undersigned counsels have no grounds for sealing the above reference documents and will leave the unsealing of the said documents to the Court's discretion.

WHEREFORE, the undersigned counsel prays this Court will consider unsealing

the said documents for the reason stated herein.

    Dated this the $^{23rd}$ day of April, 2007.

    Respectfully submitted,

s/James W. Parkman, III
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
parkman@graceba.net

With consent of s/ R. Martin Adams
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
Parkman@graceb.net

With consent of s/ William C. White, II
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
wwhite@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

Dated this the 23rd day of April, 2007.

                                                  s/ James W. Parkman, III  
                                                  Parkman, Adams & White, LLC  
                                                  505 20th Street North  
                                                  Suite 825  
                                                  Birmingham, AL 35203  
                                                  (205) 244-1920  
                                                  (205) 244-1171 FAX  
                                                  parkman@graceba.net