IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY ) | |
| Defendant. ) | |
| ) | |

### MOTION TO WITHDRAW AS ATTORNEY

Comes now Terry Lucas Butts and files his Motion to Withdraw as Attorney for Richard M. Scrushy in the above styled case and respectfully shows unto the Court the following:

1. Said attorney no longer represents Richard M. Scrushy.

WHEREFORE, Terry Lucas Butts requests that this Court allow him to Withrdraw as Attorney for Richard M. Scrushy in this matter.

Dated this 23rd day of April, 2007.

/s/ Terry Lucas Butts
Terry Lucas Butts
P.O. Drawer 272
Luverne, Alabama 36049
Phone: (334) 355-2262
Fax: (334) 335-2214

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

Dated this 23rd day of April, 2007.

/s/ Terry Lucas Butts
Terry Lucas Butts