IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| V. ) | |
| DON EUGENE SIEGELMAN, ) AND RICHARD SCRUSHY, ) | Case No: 2:05cr119-MEF |
| DEFENDANTS. ) ) | |

**MOTION TO UNSEAL**

    COMES NOW the undersigned counsel, and moves this Honorable Court to unseal the Defendant's Motion for Recusal, Brief in Support Thereof and Exhibits, and as grounds therefore would say as follows:

    1.    The above referenced documents were filed on April 18, 2007 under seal.

    2.    On or about April 20, 2007 the prosecutor in this case made comments to the media regarding the sealed documents and the contents of same.

    3.    On April 23, 2007 the government responded to the defendant's Motion for Recusal without requesting said response to be filed under seal.

    4.    In the interest of justice and full candor for all parties, the defendant's Motion for Recusal, Brief in Support Thereof and the Exhibits attached thereto, should be unsealed.

    5.    Defendant further requests that any personal information included in said documents be redacted prior to unsealing or allow Defendant to file redacted documents as a substitute.

    WHEREFORE, the undersigned counsel prays this Court will unseal the said documents for

the reason stated herein.

    Dated this the 24th day of April, 2007.

                                                 Respectfully submitted,

s/James W. Parkman, III  
Attorney for Defendant Richard Scrushy  
Parkman, Adams & White, LLC  
505 20th Street North  
Suite 825  
Birmingham, AL 35203  
(205) 244-1920  
(205) 244-1171 FAX  
parkman@graceba.net

With consent of s/ R. Martin Adams  
Attorney for Defendant Richard Scrushy  
Parkman, Adams & White, LLC  
505 20th Street North  
Suite 825  
Birmingham, AL 35203  
(205) 244-1920  
(205) 244-1171 FAX  
Parkman@graceb.net

With consent of s/ William C. White, II  
Attorney for Defendant Richard Scrushy  
Parkman, Adams & White, LLC  
505 20th Street North  
Suite 825  
Birmingham, AL 35203  
(205) 244-1920  
(205) 244-1171 FAX  
wwhite@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

Dated this the 24th day of April, 2007.

                                        s/ James W. Parkman, III
                                        Parkman, Adams & White, LLC
                                        505 20th Street North
                                        Suite 825
                                        Birmingham, AL 35203
                                        (205) 244-1920
                                        (205) 244-1171 FAX
                                        parkman@graceba.net