IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| V. | ) | |
| DON EUGENE SIEGELMAN, AND RICHARD SCRUSHY, | ) ) | Case No: 2:05cr119-MEF |
| DEFENDANTS. | ) ) | |

**MOTION FOR LEAVE TO SUPPLEMENT RECORD
OR IN THE ALTERNATIVE TO MAKE
AN OFFER OF PROOF ON THE TIMELINESS ISSUE**

COMES NOW the defendant, Richard Scrushy, and moves this Honorable Court for leave of court to allow Defendant Scrushy to supplement the record or make an offer of proof based on allegations or positions stated in the Governments' Response to Defendant Scrushy's Motion to Recuse, Vacatur or in the Alternative Motion for New Trial. In Support of said motion Scrushy files herewith the Affidavit of James Parkman which is attached as (Exhibit A) and which is incorporated herein by reference as if fully set forth.

WHEREFORE, Defendant Scrushy moves for leave of Court to supplement the record or in the alternative makes his offer of proof as to the timeliness of his Motion to Recuse, Vacatur or in the Alternative Motion for New Trial as previously filed.

Dated this the 25th day of April, 2007.

>Respectfully submitted,
>
>s/James W. Parkman, III
>Attorney for Defendant Richard Scrushy
>Parkman, Adams & White, LLC
>505 20th Street North
>Suite 825
>Birmingham, AL 35203
>(205) 244-1920
>(205) 244-1171 FAX
>parkman@graceba.net
>
>With consent of s/ R. Martin Adams
>Attorney for Defendant Richard Scrushy
>Parkman, Adams & White, LLC
>505 20th Street North
>Suite 825
>Birmingham, AL 35203
>(205) 244-1920
>(205) 244-1171 FAX
>Parkman@graceb.net
>
>With consent of s/ William C. White, II
>Attorney for Defendant Richard Scrushy
>Parkman, Adams & White, LLC
>505 20th Street North
>Suite 825
>Birmingham, AL 35203
>(205) 244-1920
>(205) 244-1171 FAX
>wwhite@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

Dated this the 25th day of April, 2007.

                                            s/ James W. Parkman, III
                                            Parkman, Adams & White, LLC
                                            505 20th Street North
                                            Suite 825
                                            Birmingham, AL 35203
                                            (205) 244-1920
                                            (205) 244-1171 FAX
                                            parkman@graceba.net