IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF-CSC |
| | ) | |
| DON EUGENE SIEGELMAN and RICHARD M. SCRUSHY | ) | |

# **ORDER**

In light of today's ruling on the Motion to Recuse and Motion for Vacatur or New Trial Based on Newly Discovered Evidence (Doc. # 550) on grounds unrelated to the timeliness issue, it is hereby ORDERED that the Motion for Leave to Supplement Record or in the Alternative to Make an Offer of Proof on the Timeliness Issue (Doc. # 565) filed on April 25, 2007 by Defendant Richard M. Scrushy is DENIED as MOOT.

DONE this 26th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE