IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:05cr119-MEF |
| ) | |
| RICHARD M. SCRUSHY   ) | |

**UNITED STATES' RESPONSE TO MOTION TO DISMISS
DEFENDANT'S [SIC] SCRUSHY'S CASE FOR LACK OF
JURISDICTION AND BRIEF IN SUPPORT THEREOF**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and William M. Welch, II, Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and hereby responds to the Motion to Dismiss Defendant's [sic] Scrushy's Case for Lack of Jurisdiction and Brief in Support Thereof (hereinafter, the "Motion"). This Court should deny the Motion because Title 18, United States Code, Section 3231, was properly enacted and this Court has subject matter jurisdiction over this case. As grounds for its position, the United States submits the following:

I.   **Title 18, United States Code, Section 3231, was Properly Enacted, is Constitutional, and Provides this Court with Subject Matter Jurisdiction over this Case.**

Defendant Scrushy argues that this Court lacks subject matter jurisdiction over this case because Title 18, United States Code, was not properly enacted. Mot. at 4-5. In particular, he argues that Public Law 80-772 was passed after a sine die adjournment, thus rendering it void. Mot. at 6-10. Though Defendant Scrushy's Motion makes no reference to their decisions, numerous courts have already considered and flatly rejected this very argument. Chao v. USA Mining, Inc., Nos. 1:04-CV-1, 1:04-CV-138, 2007 WL 208530 at * 16 (E.D. Tenn. Jan. 24, 2007)("Every court that has

considered this argument has ruled against the defendant."); Lister v. United States, Nos. 3:06-CV-1355-N & 3:03-CR-374-N, 2006 WL 3751324 at *2 (N.D. Tex. Dec. 20, 2006); Mims v. United States, Cr. No. 9:98cr39, 2006 WL 2559534 at * 4-5 (E.D. Tex. Sept. 1, 2006); Jones v. Unknown Warden, No. 4:06-CV-193-CDP, 2006 WL 1459841 at * 1 (E.D. Mo. May 23, 2006); United States v. Martinez, Cr. No. C-04-157, 2006 WL 1293261 at * 5-6 (S.D. Tex. May 6, 2006); United States v. Risquet, 426 F.Supp. 2d 310, 311-12 (E.D. Pa. 2006)(noting that "[e]ven if the 1948 amendment to § 3231 were somehow defective, this court would retain jurisdiction over this case because the predecessor to § 3231, which Defendant does not challenge, provides for such jurisdiction as well."). Based on the reasons and authorities cited in these cases, this Court should accordingly deny Defendant Scrushy's Motion to Dismiss for Lack of Jurisdiction.

Respectfully submitted this the 26th day of April, 2007.

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY<br><br>/s/ Louis V. Franklin, Sr.<br>Acting United States Attorney<br>1 Court Square, Suite 201<br>Montgomery, AL 36104<br>Phone: (334) 223-7280<br>Fax:    (334) 223-7135<br>Email: louis.franklin@usdoj.gov | /s/ Joseph L. Fitzpatrick, Jr.<br>Special Assistant United States Attorney<br>Assistant Attorney General<br>Office of the Attorney General<br>11 S. Union Street<br>Montgomery, AL 36130<br>Phone: (334) 353-4839<br>Fax:    (334) 242-4890<br>Email: j.fitzpatrick@ago.al.state.us |

/s/ J.B. Perrine
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax:    (334) 223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Stephen P. Feaga
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax:    (334) 223-7135
Email: steve.feaga@usdoj.gov
ASB-7374A60S

WILLIAM M. WELCH, II
CHIEF, PUBLIC INTEGRITY SECTION

/s/ Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202) 514-1412
Fax:    (202) 514-3003
Email: richard.pilger@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr119-MEF |
| ) | |
| RICHARD M. SCRUSHY ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax:    (334) 223-7135
Email:  louis.franklin@usdoj.gov