IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cr-119-MEF-CSC |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

# **ORDER**

This cause is before the Court on Defendant's Response to United States' Appeal of Magistrate Coody's Order Denying Government's Motion for Revocation of Order of Post Conviction Release for Defendant Scrushy (Doc. # 553). Although not referenced in the title of the document, this response includes two motions. *See* Doc. # 553 at p.15. First, Scrushy asks this Court to delay ruling on the Government's appeal until the transcript of the April 9, 2007 hearing is available. That motion is GRANTED. Second, Scrushy asks this Court to grant him ten days from the date on which the hearing transcript is filed with the Court to file a supplement to his response. That motion for leave to supplement is DENIED.

DONE this the 27th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE