IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cr-119-MEF-CSC |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

**ORDER**

It is hereby ORDERED that the Motion to Unseal (Doc. # 562) filed on April 24, 2007 by Defendant Richard M. Scrushy is GRANTED in part and DENIED in part as follows:

1. To the extent that the motion requests that *the Court* redact documents filed under seal by Defendant Richard M. Scrushy and then make the redacted documents public, the motion is DENIED. Such a request is wholly inconsistent with the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228). It is the obligation of counsel, not of the Court, to make sure that documents are properly redacted.

2. To the extent that the motion seeks leave for counsel for Richard M. Scrushy to file redacted documents in compliance with the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228), it is GRANTED.

3. It is further ORDERED that the Clerk of the Court unseal the following documents: (a) the Motion to Recuse and Motion for Vacatur or New Trial Based on Newly Discovered Evidence (Doc. # 550); (b) Brief in Support of Motion to Recuse and Motion for Vacatur or New Trial Based on Newly Discovered Evidence (Doc. # 551); all exhibits attached to the Brief in Support of Motion to Recuse and Motion for Vacatur or New Trial Based on Newly Discovered Evidence (Doc. # 551), **except for Exhibit 1, 4, 5, 6, 7, and 27. Exhibits 1, 4, 5, 6, 7, and 27 shall remain under seal** because they contain addresses of individuals, Social Security numbers of individuals, dates of birth for individuals.

4. It is further ORDERED that on or before May 4, 2007, counsel for Defendant Richard M. Scrushy shall file redacted copies of Exhibits 1, 4, 5, 6, 7 and 27 to the Brief in Support of Motion to Recuse and Motion for Vacatur or New Trial Based on Newly Discovered Evidence (Doc. # 551). **Counsel for Richard M. Scrushy is admonished to carefully review the applicable provisions of both the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228) before filing any redacted document and redact all Social Security numbers, names of minor children, dates of birth, financial account numbers, and addresses of individuals from any document filed with this Court. As the General Order Implementing Requirements of the E-Government Act entered by this Court on December 16, 2004 (General Order No. 2:04-mc-3228) makes plain, the "responsibility**

**for redacting personal identifiers rests solely with counsel and the parties who should not include sensitive information in any document filed with the court unless the information is necessary and relevant to the case."** As counsel admitted to practice before this Court either as members of the bar or on motions for admission *pro hac vice*, the attorneys in this case must comply with the rules and General Orders of this Court and must be responsible for familiarizing themselves with those rules and General Orders. Future failure to comply could result in sanctions against counsel.

      DONE this 30th day of April, 2007.

                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE