IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| V. | *   CASE NO: 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN and RICHARD SCRUSHY | * |
| | * |
| DEFENDANTS. | |
| | * |

**NOTICE OF FILING REDACTED COPIES OF EXHIBITS
TO MOTION TO RECUSE AND
MOTION FOR VACATUR OR NEW TRIAL
BASED ON NEWLY DISCOVERED EVIDENCE
AND THE BRIEF IN SUPPORT THEREOF**

COMES NOW the undersigned counsels for Defendant, Richard Scrushy, in the above styled cause, and pursuant to the ORDER of this Court dated April 30, 2007, Document Number 575, and files the redacted copies of the Exhibits 1,4,5,6,7 and 27 with all requested information redacted.

Dated this the 4th day of May, 2007.

Respectfully submitted,

s/James W. Parkman, III
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
parkman@graceba.net

<u>With consent of s/ R. Martin Adams</u>
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
Parkman@graceb.net

<u>With consent of s/ William C. White, II</u>
Attorney for Defendant Richard Scrushy
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
wwhite@graceba.net

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

Dated this the 4th day of May, 2007.

<u>s/ James W. Parkman, III</u>
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
(205) 244-1920
(205) 244-1171 FAX
parkman@graceba.net
