

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

```
Corporation                                                    F/C 893-643
   Legal Name:   Doss Aviation, Inc.

   State Of Inc:  Texas

   Qualified...:  01-04-1990

   Date Of Inc.:  * Not On Data Base

   Reg Agent...:  FULLER, MARK E
```




Prin Address:


Nat Of Bus..:  ALL LAWFUL PURPOSES

TRANSACTION LIST       2002   ANNUAL REPORTS
              ← PREVIOUS PAGE



© 2007, Office of the Secretary of State, State of Alabama

DEFENDANT'S EXHIBIT
1