# Maine Secretary of State



## 2006 Annual Report
## Electronic Filing Acknowledgment

For Business Corporations on file as of December 31, 2005

Charter Number: 20010160 F
DCN Number: 2060019837263
Legal Name: DOSS AVIATION INC.

Registered Agent and Registered Office:

C T CORPORATION SYSTEM
ONE PORTLAND SQUARE
PORTLAND, ME 04101

Home Office Address:

3320 W. CAREFREE CR.
COLORADO SPRINGS, CO 80917-2805

Brief statement of the character of the business:

AVIATION SUPPORT SERVICES

Name and Address of Officers:

SECRETARY
FRANK G. HUNTER

PRESIDENT
FRANK G. HUNTER

TREASURER
FRANK G. HUNTER



DEFENDANT'S
EXHIBIT

██████████████████████████

Name and Address of Director or Shareholders:

DIRECTOR OR SHAREHOLDER
JAMES CAMPBELL
██████████████████████

DIRECTOR OR SHAREHOLDER
MARK E. FULLER
██████████████████████

DIRECTOR OR SHAREHOLDER
FRANK G. HUNTER
██████████████████████

DIRECTOR OR SHAREHOLDER
ELLIS D. PARKER
██████████████████████

DIRECTOR OR SHAREHOLDER
HERBERT BARR
██████████████████████

DIRECTOR OR SHAREHOLDER
MARK JIPSON
██████████████████████

DIRECTOR OR SHAREHOLDER
CORA SNOWBERGER
██████████████████████

DIRECTOR OR SHAREHOLDER
JOE C. CASSADY SR.
██████████████████████

DIRECTOR OR SHAREHOLDER
ROBERT SNOWBERGER
██████████████████████

Date of Filing: March 30, 2006

Name and Capacity of Authorizing Party:

JENNIFER TARPENNING, DIRECTOR OF FINANCE