## Maine Secretary of State



## 2005 Annual Report
## Electronic Filing Acknowledgment

For Business Corporations on file as of December 31, 2004

Charter Number: 20010160 F
DCN Number: 20500398393395
Legal Name: DOSS AVIATION INC.

**Registered Agent and Registered Office:**

C T CORPORATION SYSTEM
ONE PORTLAND SQUARE
PORTLAND, ME 04101

**Home Office Address:**

3320 W. CAREFREE CR.
COLORADO SPRINGS, CO 80917-2805

**Brief statement of the character of the business:**

AVIATION SUPPORT SERVICES

**Name and Address of Officers:**

SECRETARY
FRANK G. HUNTER

PRESIDENT
FRANK G. HUNTER

TREASURER
FRANK G. HUNTER



DEFENDANT'S EXHIBIT 5

Name and Address of Director or Shareholders:

DIRECTOR OR SHAREHOLDER
JAMES CAMPBELL

DIRECTOR OR SHAREHOLDER
CORA SNOWBERGER

DIRECTOR OR SHAREHOLDER
MARK JIPSON

DIRECTOR OR SHAREHOLDER
HERBERT BARR

DIRECTOR OR SHAREHOLDER
ELLIS D. PARKER

DIRECTOR OR SHAREHOLDER
FRANK G. HUNTER

DIRECTOR OR SHAREHOLDER
MARK E. FULLER

DIRECTOR OR SHAREHOLDER
JOE C. CASSADY SR.

DIRECTOR OR SHAREHOLDER
ROBERT SNOWBERGER

Date of Filing: April 13, 2005

Name and Capacity of Authorizing Party:

JENNIFER TARPENNING, DIRECTOR OF FINANCE