## Maine Secretary of State



## 2004 Annual Report
## Electronic Filing Acknowledgment

For Business Corporations on file as of December 31, 2003

Charter Number: 20010160 F
DCN Number: 2040029841382
Legal Name: DOSS AVIATION INC.

**Registered Agent and Registered Office:**

C T CORPORATION SYSTEM
ONE PORTLAND SQUARE
PORTLAND, ME 04101

**Home Office Address:**

3320 W. CAREFREE CR.
COLORADO SPRINGS, CO 80917-2805

**Brief statement of the character of the business:**

AVIATION SUPPORT SERVICES

**Name and Address of Officers:**

PRESIDENT
FRANK G. HUNTER
███████████████████████████████████

TREASURER
FRANK G. HUNTER
███████████████████    ███████████████

SECRETARY
M. CHAD TINDOL



DEFENDANT'S
EXHIBIT



**Name and Address of Director or Shareholders:**

DIRECTOR OR SHAREHOLDER
FRANK G. HUNTER

SHAREHOLDER
MARK E. FULLER

DIRECTOR OR SHAREHOLDER
JOE C. CASSADY SR.

DIRECTOR OR SHAREHOLDER
ROBERT SNOWBERGER

SHAREHOLDER
JAMES CAMPBELL

SHAREHOLDER
CORA SNOWBERGER

SHAREHOLDER
MARK JIPSON

DIRECTOR
HERBERT BARR

DIRECTOR OR SHAREHOLDER
ELLIS D. PARKER

Date of Filing: March 26, 2004

**Name and Capacity of Authorizing Party:**

JENNIFER H. TARPENNING, DIRECTOR OF FINANCE