Filing Fee: $60.00
Must Accompany Report

Make check payable to:
**Secretary of State**

Please file by
**APRIL 1, 2003**

**STATE OF MAINE
2003 ANNUAL REPORT**
FOR BUSINESS CORPORATIONS ON FILE AS OF
DECEMBER 31, 2002
The information on the report must be current as of the date signed.

Do not change any preprinted information on this form.

Filing by April 1, 2003 will allow us to provide better service. The legal filing deadline is and June 1, 2003. A $25 late filing fee will be assessed if the report is late.

DCN Number:
2030178044104

Charter Number:
20010160     F

DOSS AVIATION INC.
3320 W. CAREFREE CR.
COLORADO SPRINGS, CO 80917-2805

C T CORPORATION SYSTEM , REGISTERED AGENT
ONE PORTLAND SQUARE
PORTLAND, ME 04101

If you have any questions regarding the completion of this annual report, contact the Reporting & Information Section at (207) 624-7752. If the preprinted information on this report form is incorrect, contact the Corporate Examining Section at (207) 624-7740 or visit our website at www.maine.gov/sos/cec/corp to obtain the proper form to make the necessary changes. To file your annual report online, go to www.informe.org/aro. Please see reverse side of this form for additional filing instructions. →→→

1. A brief statement of the character of the business in which the corporation is actually engaged in the State of Maine; if none, so indicate:   Aviation support services.

2. Name of each officer:          Street address of each officer (not P.O. Box):
                                  (physical location (not P O Box) – street or rural route number, town/city, zip)

   Pres:  Please see attached report.
   Treas: _____

3. Name of Directors or Shareholders          Street address of each (not P.O. Box):

   Please see attached report.

THIS PREPRINTED FORM MUST BE USED. However if more space is needed, please attach additional pages, using one side only. All attachments must contain the name and charter number of the corporation across the top of the page. Each page should be numbered consecutively. List number of pages attached: __1__

Dated: 3-28-03          _____ (signature)
                        (AUTHORIZED __)

MAR 31 2003             Frank G. Hunter, Pres.
                        (TYPE OR PRINT NAME)
                        Penalty for untrue or __

RETURN TO: Reporting Section, Bureau of Corporations, Elections and Commissions, 101 State Ho___
FORM NO. MBCA-13

FILING INFORMATION: Filing Date & Time 03/31/2003 05:00PM   Image_location <
                    Corporate ID 20010160 F   DCN # 2030178044104


DEFENDANT'S EXHIBIT



# DOSS AVIATION INC.

**STATE OF MAINE**
**2003 ANNUAL REPORT**

DOSS AVIATION INC
CHARTER NUMBER 20010160

## OFFICERS / DIRECTORS / SHAREHOLDERS

| NAME | TITLE | STREET ADDRESS | MAILING ADDRESS |
|---|---|---|---|
| Frank G. Hunter | Pres/CEO/Chairman/ Shareholder (6.25)/ Director — treasurer personnel. | [redacted] | Same |
| Mark E. Fuller | Shareholder (43.75) | [redacted] | [redacted] |
| Joe C. Cassady, Sr. | Shareholder (25.00) Director | [redacted] | [redacted] |
| James Campbell | Vice President Shareholder (6.25) | [redacted] | Same |
| Robert Snowberger | Shareholder (6.25)/ Director | [redacted] | [redacted] |
| Cora Snowberger | Shareholder (6.25) | [redacted] | [redacted] |
| Mark E. Jinson | Shareholder (6.25) | [redacted] | Same |
| Herbert Barr | Director | [redacted] | Same |
| Ellis D. Parker | Director | [redacted] | |
| Chad Tindol | Secretary | [redacted] | |

3320 Carefree Circle West • Colorado Springs, CO 80917-2805
719 570-9804 • Fax 719 570-1740 • E-mail: dai@dossaviation.com

- 11 -