| | | |
|---|---|---|
| ☐ | STATE OF COLORADO | 007 |
| FEE $ 100.00 | BIENNIAL REPORT OF | |
| ON OR BEFORE DATE DUE 07/31/1999 | A CORPORATION OR LIMITED LIABILITY COMPANY | |
| REPORT YEAR 1999 | READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING SUBMIT SIGNED FORM WITH FILING FEE | THIS FORM MUST BE TYPED |

MAILING DATE 05/01/1999

INFORMATION BELOW IS ON FILE IN THIS OFFICE - DO NOT CHANGE PRE-PRINTED INFORMATION

19991090037 M

CORPORATE NAME, REGISTERED AGENT, REGISTERED OFFICE, CITY, STATE & ZIP

19891052415   FPC   STATE/COUNTRY OF INC   TX
HUNTER FRANK
DOSS AVIATION, INC.

FOR OFFICE USE ONLY
SECRETARY OF STATE
05-11-1999  14:30:34      M.L.

FIRST REPORT OR CORRECTIONS IN THIS COLUMN

Return completed reports to:
Department of State
Corporate Report Section
1560 Broadway, Suite 200
Denver, CO 80202

TYPE NEW AGENT NAME

SIGNATURE OF NEW REGISTERED AGENT

MUST HAVE A STREET ADDRESS

CITY                STATE   ZIP
                     CO

| OFFICERS NAME AND ADDRESS | TITLE | |
|---|---|---|
| HUNTER FRANK G | PR | |
| CAMPBELL JAMES M | VP | |
| JAMES HIGHAM L | VP | |

| DIRECTORS OR LIMITED LIABILITY COMPANY MANAGERS | | (If you have less than 3 shareholders, you may list less than 3 directors) |
|---|---|---|
| HUNTER FRANK G | | |
| BARR HERBERT A | | |
| SNOWBERGER ROBERT M | | |

Address of Principal Place of Business

Street _____
City _____ State _____ Zip _____

SIGNATURE

Under penalties of perjury and as an authorized officer, I declare that this biennial report and, if applicable, the statement of change of registered office and/or agent, has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.

BY _Frank G Hunter_
         Authorized Agent
TITLE _President_      DATE _5 May_ 1999

☐ NOTE: DO NOT USE THIS BOX IF THIS IS YOUR FIRST REPORT!!! SEE INSTRUCTIONS ON REVERSE. IF THERE ARE NO CHANGES SINCE YOUR LAST REPORT, MARK THIS BOX, SIGN ABOVE AND RETURN WITH THE FEE AND BY THE DATE DUE INDICATED ABOVE (UPPER LEFT HAND CORNER). IF YOU ARE FILING AFTER THE DATE DUE ABOVE, CONTACT THIS OFFICE FOR THE PROPER FEE. (303) 894-2251

SEE INSTRUCTIONS ON BACK


DEFENDANT'S EXHIBIT

DOSS AVIATION INC.
3320 CAREFREE CIRCLE WEST
COLORADO SPRINGS, CO 80917
(719) 570-9804, (719) 570-1740 fax

### OFFICERS AND DIRECTORS



| NAME | SSN | TITLE | ADDRESS | PHONE | OWNERSHIP |
|---|---|---|---|---|---|
| Frank G. Hunter | ▮ | Pres/Sec/Trea/Stockholder/Dir | ▮ | ▮ | 12.50% |
| Mark E. Fuller | ▮ | CEO/Stockholder Dir | ▮ | ▮ | 43.75% |
| Joe C. Cassady, Sr | ▮ | Stockholder | ▮ | ▮ | 25.00% |
| James Campbell | ▮ | Stockholder | ▮ | ▮ | 06.25% |
| Robert Snowberger | ▮ | Stockholder/Dir | ▮ | ▮ | 06.25% |
| Cora Snowberger | ▮ | Stockholder | ▮ | ▮ | 06.25% |
| James L. Higham | ▮ | Vice President | ▮ | ▮ | |
| Herbert Barr | | Dir | ▮ | ▮ | |

File name: dossdata/deb/owners.wpd