IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.: 2:05-CR-119-MEF |
| ) | |
| RICHARD M. SCRUSHY, ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

NOW COMES Fred D. Gray and files this Motion to Withdraw as Attorney for Richard M. Scrushy in the above styled case and respectfully shows unto the Court the following:

1. Said attorney no longer represents Richard M. Scrushy; he has completed the professional services for which he was retained.

2. That the Defendant has additional counsel who are representing him in this case.

WHEREFORE, Fred D. Gray requests that this Court allow him to withdraw as attorney for Richard M. Scrushy in this matter.

    / s /    Fred D. Gray    .
Fred D. Gray (GRA022)
GRAY, LANGORD, SAPP, MCGOWAN,
   GRAY & NATHANSON
P.O. Box 830239
Tuskegee, Alabama 36083
(334)727-4830 Telephone
(334)727-5877 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Withdraw as Attorney has been served upon Counsel of Record via the court's CM/ECF electronic filing system, on this 10th day of May, 2007.

    / s /  Fred D. Gray    .
**OF COUNSEL**