IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CASE NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, *et al.* ) | |

## **O R D E R**

Upon consideration of the Motion by Fred Gray to Withdraw as Attorney (Doc. #578) filed on May 10, 2007, it is hereby

ORDERED that motion is GRANTED.

DONE this the 11th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE