IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD M. SCRUSHY | ) | |

# **ORDER**

This cause is now before the Court on Defendant Richard M. Scrushy's Motion to Compel Disclosure of All Evidence upon Which the Government Will Rely at Sentencing in Support of its Argument for an Enhancement under U.S.S.G. § 2C1.1(b)(2)(A)(ii)[sic] (Doc. # 584). By this motion, Defendant Richard M. Scrushy asks this Court to enter an Order requiring the Government to produce to him certain evidence that it intends to produce at sentencing and to require that the evidence be produced by no later than May 25, 2007. To the extent that Scrushy asks this Court to require the Government to produce any evidence prior to May 25, 2007, the motion is DENIED. It is further ORDERED that the Government shall file a response to the motion by no later than **May 25, 2007**. After the Court has had a reasonable opportunity to review the motion, the response, and the applicable case law, it will rule on Scrushy's request that the Government produce the evidence and if production is ordered, the Court will set a reasonable deadline for it.

DONE this the 21st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE