IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:05-CR-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**UNITED STATES' MOTION FOR UPWARD DEPARTURE FOR ABUSE OF POSITION OF PRIVATE TRUST**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and William M. Welch, II, Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and hereby moves this Court to depart upwardly in the sentence of Defendant Scrushy. The United States so moves this Court because Defendant Scrushy's criminal activity is far outside the "heartland" of cases considered by the Guidelines. In particular, Defendant Scrushy's criminal conduct constituted an abuse of a position of private trust that was not taken into consideration by the applicable sentencing guidelines and constitutes an aggravating factor justifying an upward departure. To support this Motion, the United States provides as follows:

**I.  This Court Should Upwardly Depart in the Sentence of Defendant Scrushy Because He Abused a Position of Private Trust as Chief Fiduciary of HealthSouth in Committing His Criminal Offenses.**

The United States asserts that an upward departure of two levels is warranted in this case as to Defendant Scrushy because he abused a position of private trust in committing his crimes. Specifically, Guidelines § 3B1.3 does not fully account for the extraordinary situation present in this case, where each of the offenses of conviction inherently contain not only an abuse of public trust through corruption of Defendant Siegelman and his office, but a further, distinct abuse of private

trust by Defendant Scrushy himself as the Chief Executive Officer and Chairman of the Board of HealthSouth.

In particular, the testimony of Mike Martin and Bill McGahan showed that Defendant Scrushy used his "managerial discretion" over the financial relationship between HealthSouth and its investment bank, UBS, to coerce the concealed and disguised payment of $250,000 to Defendant Siegelman. By virtue of Defendant Scrushy's fiduciary positions placing him in command of HealthSouth's financial operations, he was able to turn the commercial value of HealthSouth's trade with UBS into a lever to extract half of the bribe paid to Defendant Siegelman from a third party, and was further able to do so by ordering subordinates to act for him and attempt to conceal his role.

Defendant Scrushy's violation of private trust as the primary fiduciary of HealthSouth is an independent abuse of trust that is distinct from and in addition to the abuse of public trust for which Guidelines § 3B1.3 already accounts. In other words, the government expressly acknowledges that Guidelines § 3B1.3 states that the "adjustment may not be employed if an abuse of trust or skill is included in the base offense level or specific offense characteristic," and that the base offense level for each offense of conviction for Defendant Scrushy already addresses the abuse of public trust presented by this case. However, the further, different abuse of private trust by Defendant Scrushy is not addressed in either the base offense level or in any specific offense characteristic.

Thus, pursuant to 18 U.S.C. § 3553(b) and Guidelines § 5K2.0 "there exists an aggravating … factor of a kind, or to a degree, not adequately taken into consideration" by the Guidelines. Moreover, this aggravating additional abuse of trust by Defendant Scrushy, as the single most important and powerful fiduciary of an enormous corporate entity wielding tremendous financial leverage over third parties, takes this case far from the heartland of public corruption cases addressed

by Guidelines § 2C1.1. Accordingly, the government submits that a two level upward departure for Defendant Scrushy's abuse of a position of private trust is warranted. Cf. United States v. Barr, 963 F.2d 641, 654-55 (3rd Cir. 1992) (upward departure based on position unrelated to offense).

**II.     Conclusion.**

The United States respectfully moves this Court to depart upwardly two levels in Defendant Scrushy's sentence to account for his extraordinary abuse of a position of private trust in committing the crimes for which the jury convicted him.

Respectfully submitted this the 25th day of May, 2007.

| | |
|---|---|
| LOUIS V. FRANKLIN, SR.<br>ACTING UNITED STATES ATTORNEY | WILLIAM M. WELCH, II<br>CHIEF, PUBLIC INTEGRITY SECTION |

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/ Joseph L. Fitzpatrick, Jr.
Special Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:05-CR-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
louis.franklin@usdoj.gov