*US v. Richard M. Scrushy*
Case No. 2:05cr119-MEF

**EXHIBIT1**

Table 7

## AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2006

| PRIMARY OFFENSE | National Mean Months | National Median Months | National Number | Eleventh Circuit Mean Months | Eleventh Circuit Median Months | Eleventh Circuit Number |
|---|---|---|---|---|---|---|
| TOTAL | 59.1 | 36.0 | 62,963 | 78.7 | 50.0 | 5,808 |
| Murder | 253.1 | 240.0 | 77 | -- | -- | 2 |
| Manslaughter | 46.7 | 37.0 | 59 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 216.5 | 204.0 | 61 | 240.5 | 201.5 | 4 |
| Sexual Abuse | 103.5 | 60.0 | 256 | 230.5 | 135.0 | 14 |
| Assault | 41.3 | 30.0 | 502 | 48.3 | 16.5 | 32 |
| Robbery | 91.5 | 70.0 | 1,131 | 114.3 | 81.5 | 80 |
| Arson | 82.7 | 60.0 | 66 | 106.6 | 87.0 | 8 |
| Drugs - Trafficking | 84.4 | 60.0 | 24,248 | 107.5 | 87.0 | 2,657 |
| Drugs - Communication Facility | 47.0 | 48.0 | 354 | 46.6 | 48.0 | 24 |
| Drugs - Simple Possession | 16.1 | 4.0 | 294 | 9.1 | 4.0 | 21 |
| Firearms | 82.1 | 56.0 | 7,851 | 99.9 | 60.0 | 850 |
| Burglary/B&E | 19.7 | 16.0 | 41 | 22.0 | 24.0 | 4 |
| Auto Theft | 86.4 | 42.0 | 53 | 36.1 | 30.0 | 9 |
| Larceny | 18.3 | 12.0 | 728 | 19.3 | 12.0 | 111 |
| Fraud | 26.2 | 18.0 | 4,637 | 30.3 | 21.0 | 564 |
| Embezzlement | 15.1 | 12.0 | 294 | 19.2 | 10.0 | 25 |
| Forgery/Counterfeiting | 22.4 | 15.0 | 777 | 21.0 | 15.0 | 79 |
| Bribery | 20.9 | 15.0 | 108 | 33.5 | 20.5 | 12 |
| Tax | 22.4 | 15.0 | 361 | 21.5 | 18.0 | 36 |
| Money Laundering | 43.9 | 30.0 | 726 | 47.7 | 37.0 | 83 |
| Racketeering/Extortion | 95.6 | 60.0 | 576 | 119.7 | 60.0 | 47 |
| Gambling/Lottery | 12.7 | 8.5 | 39 | -- | -- | 1 |
| Civil Rights | 66.3 | 21.0 | 40 | -- | -- | 2 |
| Immigration | 23.5 | 18.0 | 16,653 | 18.9 | 8.0 | 740 |
| Pornography/Prostitution | 98.6 | 63.0 | 1,262 | 112.5 | 78.0 | 155 |
| Prison Offenses | 18.5 | 12.0 | 324 | 23.2 | 18.0 | 19 |
| Administration of Justice Offenses | 26.9 | 18.0 | 694 | 23.8 | 18.5 | 80 |
| Environmental/Wildlife | 15.1 | 13.5 | 42 | 23.3 | 24.0 | 3 |
| National Defense | 49.2 | 29.0 | 34 | 34.2 | 33.5 | 6 |
| Antitrust | 5.8 | 5.0 | 8 | -- | -- | 0 |
| Food & Drug | 25.2 | 19.0 | 16 | 21.5 | 19.0 | 4 |
| Other Miscellaneous Offenses | 18.8 | 6.0 | 651 | 15.5 | 5.0 | 136 |

Of the 72,585 guideline cases, 9,622 cases were excluded for one or more of the following reasons: zero months prison ordered (8,871), missing primary offense category (67) or missing or indeterminable sentencing information (751).

Of the 7,101 guideline cases from the Eleventh Circuit, 1,293 cases were excluded due to one or more of the following reasons: zero prison months ordered (1,164), missing primary offense category (2) or missing or indeterminable sentencing information (129).

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2006 Datafile, OPAFY06.