*US v. Richard M. Scrushy*  **EXHIBIT 2**
Case No. 2:05cr119-MEF

Table 7

## AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2006

| PRIMARY OFFENSE | National Mean Months | National Median Months | National Number | Middle Alabama Mean Months | Middle Alabama Median Months | Middle Alabama Number |
|---|---|---|---|---|---|---|
| TOTAL | 59.1 | 36.0 | 62,963 | 67.8 | 43.0 | 198 |
| Murder | 253.1 | 240.0 | 77 | -- | -- | 0 |
| Manslaughter | 46.7 | 37.0 | 59 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 216.5 | 204.0 | 61 | -- | -- | 0 |
| Sexual Abuse | 103.5 | 60.0 | 256 | -- | -- | 0 |
| Assault | 41.3 | 30.0 | 502 | -- | -- | 0 |
| Robbery | 91.5 | 70.0 | 1,131 | 142.7 | 108.5 | 6 |
| Arson | 82.7 | 60.0 | 66 | -- | -- | 0 |
| Drugs - Trafficking | 84.4 | 60.0 | 24,248 | 83.6 | 66.0 | 67 |
| Drugs - Communication Facility | 47.0 | 48.0 | 354 | -- | -- | 2 |
| Drugs - Simple Possession | 16.1 | 4.0 | 294 | -- | -- | 2 |
| Firearms | 82.1 | 56.0 | 7,851 | 77.3 | 46.0 | 73 |
| Burglary/B&E | 19.7 | 16.0 | 41 | -- | -- | 1 |
| Auto Theft | 86.4 | 42.0 | 53 | -- | -- | 0 |
| Larceny | 18.3 | 12.0 | 728 | -- | -- | 2 |
| Fraud | 26.2 | 18.0 | 4,637 | 14.7 | 5.0 | 10 |
| Embezzlement | 15.1 | 12.0 | 294 | -- | -- | 1 |
| Forgery/Counterfeiting | 22.4 | 15.0 | 777 | 8.9 | 5.0 | 3 |
| Bribery | 20.9 | 15.0 | 108 | -- | -- | 0 |
| Tax | 22.4 | 15.0 | 361 | -- | -- | 1 |
| Money Laundering | 43.9 | 30.0 | 726 | -- | -- | 0 |
| Racketeering/Extortion | 95.6 | 60.0 | 576 | -- | -- | 0 |
| Gambling/Lottery | 12.7 | 8.5 | 39 | -- | -- | 0 |
| Civil Rights | 66.3 | 21.0 | 40 | -- | -- | 0 |
| Immigration | 23.5 | 18.0 | 16,653 | 10.1 | 6.0 | 21 |
| Pornography/Prostitution | 98.6 | 63.0 | 1,262 | 119.7 | 91.5 | 6 |
| Prison Offenses | 18.5 | 12.0 | 324 | -- | -- | 0 |
| Administration of Justice Offenses | 26.9 | 18.0 | 694 | 28.3 | 24.0 | 3 |
| Environmental/Wildlife | 15.1 | 13.5 | 42 | -- | -- | 0 |
| National Defense | 49.2 | 29.0 | 34 | -- | -- | 0 |
| Antitrust | 5.8 | 5.0 | 8 | -- | -- | 0 |
| Food & Drug | 25.2 | 19.0 | 16 | -- | -- | 0 |
| Other Miscellaneous Offenses | 18.8 | 6.0 | 651 | -- | -- | 0 |

Of the 72,585 guideline cases, 9,622 cases were excluded for one or more of the following reasons: zero months prison ordered (8,871), missing primary offense category (67) or missing or indeterminable sentencing information (751).

Of the 252 guideline cases from the District of Middle Alabama, 54 cases were excluded due to zero prison months ordered.

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2006 Datafile, OPAFY06.