UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case Number: 2:05-CR-119-MEF** |
| | ) | |
| **DON SIEGELMAN** *et.al.* | ) | |

## EXHIBIT A

FD-448 (Rev. 6-2-97)



# FBI FACSIMILE
# COVER SHEET

**PRECEDENCE**  
☐ Immediate  
☐ Priority  
☒ Routine  

**CLASSIFICATION**  
☐ Top Secret  
☐ Secret  
☐ Confidential  
☐ Sensitive  
☒ Unclassified  

Time Transmitted: 11:20 AM  
Sender's Initials: _____  
Number of Pages: 2  
(including cover sheet)

To: _____  Date: 06/18/2007  
Name of Office

Facsimile Number: 205-685-8338

Attn: Attorney John Aaron       205-685-8383  
Name           Room      Telephone

From: FBI - PBCRa  
Name of Office

Subject: Subpoena for William Kurtz. Thanks.

Special Handling Instructions: _____

Originator's Name: SA Gary E. Hellmer, Jr.   Telephone: 561-833-7517

Originator's Facsimile Number: 561-833-7970

Approved: _____

Brief Description of Communication Faxed: _____

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC. § 641). Please notify the

# United States District Court

| MIDDLE | DISTRICT OF | ALABAMA |

UNITED STATES OF AMERICA

v.

DON EUGENE SIEGELMAN
RICHARD M. SCRUSHY

**SUBPOENA IN A CRIMINAL CASE**

TO: William Kurtz

CASE NUMBER: 2:05-cr-119-MEF

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Federal Building U.S. Courthouse<br>One Church Street<br>Montgomery, Alabama | 2F |
| | **DATE AND TIME**<br>June 26, 2007, 9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>DEBRA P. HACKETT<br><br>(BY) DEPUTY CLERK *[signature]* | DATE<br>June 1, 2007 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Stephen P. Feaga, AUSA
One Court Square, Suite 201
Montgomery, AL 36104
334/223-7280