UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 2:05-CR-119-MEF |
| | ) | |
| DON SIEGELMAN *et.al.* | ) | |

**EXHIBIT B**

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

Richard M. Scrushy

SUBPOENA IN A CRIMINAL CASE

Case Number: 2:05 CR 119-MEF

TO: William J. Kurtz

☑ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Frank M. Johnson, Jr. Federal Building & U.S. Courthouse Annex<br>1 Church Street<br>Montgomery, Alabama 36104 | 4B |
| | DATE AND TIME |
| | 4/9/07 10:00 AM |

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all records relating to your employment for or by Richard M. Scrushy or Marin LLC or Marin Inc, including but not limited to your employment regarding the vessel Chez Soiree, for the time period of June 1, 2006 to present.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| DEBRA P. HACKETT, Clerk | April 4, 2007 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Asst. U. S. Attorney
P. O. Box 197
Montgomery, Alabama 36101-0197    (334) 223-7280