IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 2:05cr119-MEF

RICHARD M. SCRUSHY,
    Defendant.

## DEFENDANT RICHARD M. SCRUSHY'S NOTICE OF FILING

COMES NOW Defendant Richard M. Scrushy, by and through his undersigned counsel of record, and gives notice of the filing of photographs of Government charts in order to preserve the record in this case. In support of this filing, Defendant respectfully shows this Court the following:

1. On May 25, 2006, Defendant Scrushy filed "Defendant Richard M. Scrushy's Motion to Prevent the Jury from Using the Government's Charts During Its Deliberations and Motion to Permit Creation Of Photographic Copies of the Charts to Preserve the Record for Appeal." (Doc. 407.)

2. On June 13, 2006, the Government filed "United States' Response to Defendant Scrushy's Motion to Exclude Summary Charts" in which the Government represented that it did not object to taking photographs of the charts as "long as they fairly and accurately reflect the actual charts in this case." (Doc. 428.)

3. On June 14, 2006, the Court orally granted "Defendant Richard M. Scrushy's Motion to Prevent the Jury from Using the Government's Charts During Its Deliberations

and Motion to Permit Creation Of Photographic Copies of the Charts to Preserve the Record for Appeal." (Docket Entry dated June 14, 2006.)

4. Counsel for Defendant Scrushy was allowed by the Courtroom Deputy to photograph the 46 charts. The photographs of the charts fairly and accurately reflect the actual charts in the case, and are attached to this filing as Attachments 1 through 46.

This 26th day of June, 2007.

Respectfully submitted,

*/s/ Leslie V. Moore*

Arthur W. Leach
Leslie V. Moore
3501 Lorna Road, Suite 3
Birmingham, Alabama 35216
Phone: 205-403-9116
Fax: 205-988-9133

James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone: 404-875-2700
Fax: 404-875-7857

Frederick G. Helmsing
Helmsing, Leach, Herlong, Newman
 & Rouse, P.C.
P.O. Box 2767
Mobile, Alabama 36652
Phone: 251-432-5521
Fax: 251-432-0633

Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2007, I personally filed the foregoing "Defendant Richard M. Scrushy's Notice of Filing" with the Clerk of the Court. I further certify that I served a true and correct copy of the foregoing on Louis V. Franklin, Acting United States Attorney and David McDonald, Counsel for Defendant Siegelman, by hand delivery.

Leslie V. Moore
3501 Lorna Road, Suite 3
Birmingham, Alabama 35216
Phone: (205) 403-9116
Fax:   (205) 988-9133
E-Mail: les.moore@malaw1.com