IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

# **ORDER**

This cause is before the Court on the Defendant Richard M. Scrushy's Motion for Release on Bond Pending Appeal (Doc. # 615) filed on June 28, 2007. It is hereby ORDERED that the motion is DENIED.

DONE this the 29th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE