IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DON EUGENE SIEGELMAN,    )<br>PAUL MICHAEL HAMRICK,    )<br>GARY MACK ROBERTS, and    )<br>RICHARD M. SCRUSHY    ) | CR. NO. 2:05-cr-119-MEF |

MOTION FOR LEAVE TO DISMISS FIRST SUPERSEDING INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Superseding Indictment filed on October 26, 2005, heretofore filed in the above styled cause as to Don Eugene Siegelman, Paul Michael Hamrick, Gary Mack Roberts, and Richard M. Scrushy, on the following grounds, to wit:

Second Superseding Indictment filed on December 12, 2005.

Respectfully submitted this the 2nd day of July, 2007.

                                                Respectfully submitted,

                                                /s/ Louis V. Franklin, Sr.
                                                LOUIS V. FRANKLIN, SR.
                                                Acting United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, Alabama 36104
                                                Telephone: (334) 223-7280
                                                Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135