# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>       Defendant. | |

### DEFENDANT RICHARD M. SCRUSHY'S NOTICE OF APPEAL

Notice is hereby given that Richard M. Scrushy, Defendant in the above-styled action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from his judgment of conviction and sentence entered in this case on July 3, 2007. (Doc. 627.)

This 11th day of July, 2007.

                                        Respectfully submitted,

                                        /s/Arthur W. Leach
                                        Arthur W. Leach
                                        25th Floor
                                        75 Fourteenth Street, NW
                                        Atlanta, Georgia  30309
                                        Phone:  404-786-6443

Leslie V. Moore                         James K. Jenkins
Suite 3                                 Maloy & Jenkins
3501 Lorna Road                         25th Floor
Hoover, Alabama 35216                   75 Fourteenth Street, NW
Phone:  205-403-9116                    Atlanta, Georgia 30309
                                        Phone:  404-875-2700

                                        Attorneys for Richard M. Scrushy

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2007, I personally filed the foregoing "Defendant Richard M. Scrushy's Notice of Appeal" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Suite 3
3501 Lorna Road
Hoover, Alabama 35216
205-403-9116