| Hearing Date | Description | Judge | Court Reporter | Docket Entry Date | Doc # | Type Entry | Record Vol. # |
|---|---|---|---|---|---|---|---|
| 4/19/2006 | Status conference | Mark E. Fuller | James R. Dickens | 4/19/2006 | 377 | Minute | |
| 4/19/2006 | voir dire | Mark E. Fuller | James R. Dickens | 4/19/2006 | | Minute | |
| 4/19/2006 | jury selection 4/19-4/20/2006 | Mark E. Fuller | James R. Dickens | 4/19/2006 | 378 | Minute | |
| 4/21/2006 | Status conference | Mark E. Fuller | James R. Dickens | 4/21/2006 | 379 | Minute | |
| 5/1/2006 | trial | Mark E. Fuller | James R. Dickens | 5/1/2006 | | Jury Trial | |
| 5/2/2006 | trial | Mark E. Fuller | James R. Dickens | 5/2/2006 | | Jury Trial | |
| 5/3/2006 | trial | Mark E. Fuller | James R. Dickens | 5/3/2006 | | Jury Trial | |
| 5/3/2006 | excerpt of in camera conference with juror | Mark E. Fuller | James R. Dickens | 5/3/2006 | | Sealed Transcript | |
| 5/3/2006 | excerpt of in camera conference with juror | Mark E. Fuller | James R. Dickens | 5/3/2006 | | Sealed Transcript | |
| 5/4/2006 | trial | Mark E. Fuller | James R. Dickens | 5/4/2006 | | Jury Trial | |
| 5/5/2006 | trial | Mark E. Fuller | James R. Dickens | 5/5/2006 | | Jury Trial | |
| 5/5/2006 | excerpt of in camera conference with juror | Mark E. Fuller | James R. Dickens | 5/5/2006 | | Sealed Transcript | |
| 5/5/2006 | excerpt of in camera conference with juror | Mark E. Fuller | James R. Dickens | 5/5/2006 | | Sealed Transcript | |
| 5/8/2006 | trial | Mark E. Fuller | James R. Dickens | 5/8/2006 | | Jury Trial | |
| 5/9/2006 | trial | Mark E. Fuller | James R. Dickens | 5/9/2006 | | Jury Trial | |
| 5/10/2006 | trial | Mark E. Fuller | James R. Dickens | 5/10/2006 | | Jury Trial | |
| 5/11/2006 | trial | Mark E. Fuller | James R. Dickens | 5/11/2006 | | Jury Trial | |
| 5/15/2006 | trial | Mark E. Fuller | James R. Dickens | 5/15/2006 | | Jury Trial | |
| 5/15/2006 | excerpt of in camera conference with juror | Mark E. Fuller | James R. Dickens | 5/15/2006 | | Sealed Transcript | |
| 5/16/2006 | trial | Mark E. Fuller | James R. Dickens | 5/16/2006 | | Jury Trial | |
| 5/17/2006 | trial | Mark E. Fuller | James R. Dickens | 5/17/2006 | | Jury Trial | |
| 5/18/2006 | trial | Mark E. Fuller | James R. Dickens | 5/18/2006 | | Jury Trial | |
| 5/19/2006 | trial | Mark E. Fuller | James R. Dickens | 5/19/2006 | | Jury Trial | |
| 5/22/2006 | trial | Mark E. Fuller | James R. Dickens | 5/22/2006 | | Jury Trial | |
| 5/23/2006 | trial | Mark E. Fuller | James R. Dickens | 5/23/2006 | | Jury Trial | |
| 5/24/2006 | trial | Mark E. Fuller | James R. Dickens | 5/24/2006 | | Jury Trial | |
| 5/25/2006 | trial | Mark E. Fuller | James R. Dickens | 5/25/2006 | | Jury Trial | |
| 5/26/2006 | trial | Mark E. Fuller | James R. Dickens | 5/26/2006 | | Jury Trial | |
| 5/30/2006 | trial | Mark E. Fuller | James R. Dickens | 5/30/2006 | | Jury Trial | |
| 5/31/2006 | trial | Mark E. Fuller | James R. Dickens | 5/31/2006 | | Jury Trial | |
| 6/1/2006 | trial | Mark E. Fuller | James R. Dickens | 6/1/2006 | | Jury Trial | |
| 6/2/2006 | trial | Mark E. Fuller | James R. Dickens | 6/2/2006 | | Jury Trial | |
| 6/5/2006 | trial | Mark E. Fuller | James R. Dickens | 6/5/2006 | | Jury Trial | |
| 6/6/2006 | trial | Mark E. Fuller | James R. Dickens | 6/6/2006 | | Jury Trial | |
| 6/7/2006 | trial | Mark E. Fuller | James R. Dickens | 6/7/2006 | | Jury Trial | |

| Date | Description | Judge | Attorney | Date | Doc# | Type |
|---|---|---|---|---|---|---|
| 6/8/2006 | trial | Mark E. Fuller | James R. Dickens | 6/8/2006 | | Jury Trial |
| 6/9/2006 | trial | Mark E. Fuller | James R. Dickens | 6/9/2006 | | Jury Trial |
| 6/12/2006 | trial | Mark E. Fuller | James R. Dickens | 6/12/2006 | | Jury Trial |
| 6/13/2006 | trial | Mark E. Fuller | James R. Dickens | 6/13/2006 | | Jury Trial |
| 6/14/2006 | trial | Mark E. Fuller | James R. Dickens | 6/14/2006 | | Jury Trial |
| 6/15/2006 | trial | Mark E. Fuller | James R. Dickens | 6/15/2006 | | Jury Trial |
| 6/16/2006 | trial | Mark E. Fuller | James R. Dickens | 6/16/2006 | | Jury Trial |
| 6/21/2006 | trial | Mark E. Fuller | James R. Dickens | 6/21/2006 | | Jury Trial |
| 6/22/2006 | trial | Mark E. Fuller | James R. Dickens | 6/22/2006 | | Jury Trial |
| 6/23/2006 | trial | Mark E. Fuller | James R. Dickens | 6/23/2006 | | Jury Trial |
| 6/23/2006 | in camera hearing with juror | Mark E. Fuller | James R. Dickens | 6/23/2006 | | sealed |
| 6/26/2006 | trial | Mark E. Fuller | James R. Dickens | 6/26/2006 | | Jury Trial |
| 6/27/2006 | trial | Mark E. Fuller | James R. Dickens | 6/27/2006 | | Jury Trial |
| 6/28/2006 | trial | Mark E. Fuller | James R. Dickens | 6/28/2006 | | Jury Trial |
| 6/29/2006 | exhibit lists filed | Mark E. Fuller | James R. Dickens | 6/29/2006 | 446 | Minute |
| 9/27/2006 | Status conference on motion for new trial | Mark E. Fuller | James R. Dickens | 9/27/2006 | | Minute |
| 2/6/2007 | motion hearing to supplement jury challenge | Charles S. Coody | James R. Dickens | 2/6/2007 | 526 | Minute |