# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



07-13163-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DON EUGENE SIEGELMAN,
RICHARD SCRUSHY,

Defendants-Appellants.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE: ANDERSON, BLACK, and HULL, Circuit Judges.

BY THE COURT:

Now before the Court are Appellant Scrushy's twenty-nine page "Time-Sensitive Motion for Issuance of Rule 17(c) Subpoenas and Motion to File Exhibits Under Seal," as well as a separate request for leave to exceed the twenty-page limit for motions with respect to the "Time-Sensitive Motion..."

Scrushy's motion for leave to exceed the page limit for motions by nine pages

is GRANTED, and Scrushy's "Time-Sensitive Motion...," with the excess pages, is now deemed properly filed.

Scrushy's "Time-Sensitive Motion..." is construed as requesting the following relief:

(a) For leave to file under seal the Exhibits to the "Time-Sensitive Motion...," in order to protect the identity of the individuals who served as jurors, as ordered by the district court;

(b) For the Court to take one of the following actions:

(i) authorize Scrushy to issue subpoenas for certain records;

(ii) directly subpoena the records and examine them in camera; or

(iii) appoint a special master with subpoena power;

(c) For the Court to issue an injunction directed to the individuals who served as jurors and certain Internet Service Providers.

The motion for leave to file the Exhibits under seal is GRANTED. Scrushy is directed to file one redacted copy of the Exhibits for public use within fourteen (14) days of the date of entry of this order.

In all other respects, the "Time-Sensitive Motion..." is DENIED. We express no view on the merits of any issue which may be raised in this appeal, and nothing in this order should be construed as such.

The Clerk is DIRECTED to schedule this appeal for oral argument once briefing has been completed.