

LEONIDAS RALPH MECHAM
Director

CLARENCE A. LEE, JR.
Associate Director

**ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS**

WASHINGTON, D.C. 20544
May 24, 2006

JOHN M. HUGHES
Assistant Director

MATTHEW G. ROWLAND
Deputy Assistant Director

Office of Probation
and Pretrial Services

MEMORANDUM TO ALL:   CHIEF PROBATION OFFICERS
                     CHIEF PRETRIAL SERVICES OFFICERS

SUBJECT:   Cost of Incarceration and Supervision (**IMPORTANT INFORMATION**)

The chart below reflects the fiscal year 2005 cost of supervision by probation and pretrial services officers as compared to cost of incarceration and pretrial detention. The cost of supervision is calculated using the current work measurement formula, the average salary and benefits for a probation/pretrial services officer, obligations in the law enforcement account, and miscellaneous operating expenses.

The Bureau of Prisons provided the figures for the cost of imprisonment and Community Corrections Center placement. Pretrial detention costs were provided by the Department of Justice's Office of Federal Detention Trustee.

|  | Imprisonment in Bureau of Prisons Facility | Community Correction Centers | Supervision by Probation Officers | Supervision by Pretrial Services Officers | Pretrial Detention Services |
|---|---|---|---|---|---|
| Daily | $ 64.19 | $ 57.10 | $ 9.45 | $ 5.70 | $ 62.09 |
| Monthly | $ 1,952.66 | $ 1,736.98 | $ 287.50 | $ 173.29 | $ 1,888.78 |
| Annually | $ 23,431.92 | $ 20,843.78 | $ 3,450.00 | $ 2,079.52 | $ 22,665.33 |

Pursuant to U.S.S.G. §5E1.2(d)(7) and 18 U.S.C. § 3572(a)(6), the court shall, when determining whether to impose a fine, and the amount, time for payment, and method of payment of a fine, consider the expected costs to the government of any imprisonment, supervised release, or probation component of the sentence. We ask that probation officers begin to reference the updated costs in their presentence reports.

Questions regarding calculations of the supervision costs may be directed to Program Analyst Kevin Wilson at (202) 502-1639 or by e-mail at Kevin Wilson/DCA/AO/USCOURTS.

Matthew G. Rowland

cc:   Clerks, United States District Court

GOVERNMENT EXHIBIT
CASE NO. 2:05-cr-119-MEF
EXHIBIT NO. 1