IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

# O R D E R

This matter is currently before the Court based upon the Defendant Richard M. Scrushy's Motion Pursuant to Fed. R. Crim. P. 38 to Pay Fine and Restitution Amounts into the Registry of the Court Pending Appeal (Doc. # 648). As part of the sentence imposed in this case, the Court imposed a $600 special assessment, a $150,000 fine, and $267,000 in restitution; all of which were due immediately. The Court also ordered Defendant Scrushy to pay the cost of imprisonment and supervision at the rate of $1,952.66 per month for imprisonment and $3,450.00 per year for supervision. As of the date of this Order, Defendant Scrushy has paid only the $600 special assessment.

Defendant Scrushy's Motion seeks authority to submit the sums due in fines and restitution into the Registry of the Court pending the outcome of Defendant Scrushy's appeal to the Eleventh Circuit Court of Appeals. Additionally, Defendant Scrushy seeks to have the interest that would normally accrue on the outstanding balance stop while the funds are on deposit with the Clerk of the Court for the United States District Court for the Middle District of Alabama. Finally, Defendant Scrushy seeks clarification of this Court's earlier order that the costs of incarceration and supervision are due as accrued rather than immediately.

After negotiations with Defendant Scrushy, the United States filed a response to his motion.  By and large, Defendant Scrushy and the United States were able to reach agreement on many of the issues raised by Defendant Scrushy's motion; however, some issues remain unresolved.

The Court has carefully considered the interests of justice, the interest of all parties involved and the submissions of both Defendant Scrushy and the United States.  It is hereby ORDERED as follows:

1.  The Motion Pursuant to Fed. R. Crim. P. 38 to Pay Fine and Restitution Amounts into the Registry of the Court Pending Appeal (Doc. # 648) is GRANTED in PART and DENIED in PART as set forth in this Order.

2.  Defendant Scrushy shall have until **September 14, 2007** to deposit the $150,000 fine and the $267,000 in restitution owed into the Registry of the Court.  The Clerk of the Court is DIRECTED to place these funds into the commercial Registry account so that the funds will earn interest during the time they are so deposited.  The parties are hereby advised that all funds paid into the Registry of the Court and deposited into interest bearing accounts are subject to a handling and processing charge in the amount of 10% of the interest earned during the period of time the funds are so deposited.  Because the funds are being paid into the Registry of the Court and deposited into interest bearing accounts at the request of and for the benefit of Defendant Scrushy, the Court is of the opinion that he should be responsible for payment of the handling and processing charges and that such charges should in no way reduce the amount of the restitution and interest received by the victim's designee

2

or the amount of the fine and interest collected by the United States should Defendant Scrushy's appeal be unsuccessful.[1]

3.  The $267,000 of restitution owed by Defendant Scrushy to the United Way of Central Alabama, Inc., the designee of the victim U.B.S. Warburg, shall be paid to the Clerk of the Court to be paid into the Registry of the Court and deposited into interest bearing accounts until the issuance of the mandate by the Eleventh Circuit Court of Appeals on its decision on Defendant Scrushy's appeal.  If Defendant Scrushy's appeal results in the Judgment against him being vacated, the Clerk of the Court shall release to Defendant Scrushy, after the issuance of the mandate by the Eleventh Circuit Court of Appeals, the $267,000 and all interest accrued on that sum, less the handling and processing fee which he shall forfeit.  If Defendant Scrushy's appeal results in the Judgment against him being affirmed, the Clerk of the Court shall release the $267,000 in restitution plus interest accrued to the designee of the victim, less the amount of the handling and processing fee.  Upon issuance of the Eleventh Circuit's mandate, the Clerk of the Court shall immediately notify Defendant Scrushy of the amount of the handling and processing fee deducted from the accrued interest.  Defendant Scrushy shall within ten days of the notification issuing from the Clerk of the Court remit the amount of the handling and processing fee deducted from the accrued interest to the Clerk of the Court so that those funds may also be released to the

---

[1]  The Court notes that these sums were due immediately upon entry of the Judgment in this case and for that reason no interest was ordered imposed on those sums.  Months later the sums have not yet been paid and Defendant Scrushy has enjoyed the time value of the money during that time.

designee of the victim as part of the restitution.

4.   The $150,000 fine owed by Defendant Scrushy shall be paid to the Clerk of the Court to be paid into the Registry of the Court and deposited into interest bearing accounts until the issuance of the mandate by the Eleventh Circuit Court of Appeals on its decision on Defendant Scrushy's appeal.  If Defendant Scrushy's appeal results in the Judgment against him being vacated, the Clerk of the Court shall release to Defendant Scrushy, after the issuance of the mandate by the Eleventh Circuit Court of Appeals, the $150,000 and all interest accrued on that sum, less the handling and processing fee which he shall forfeit.  If Defendant Scrushy's appeal results in the Judgment against him being affirmed, the Clerk of the Court shall immediately process the fine as it would have if it had been paid upon the entry of Judgment.  All interest accrued on the sums shall also be treated as part of the fine, except for the handling and processing fee deducted from the interest accrued.  Upon issuance of the Eleventh Circuit's mandate, the Clerk of the Court shall immediately notify Defendant Scrushy of the amount of the handling and processing fee deducted from the accrued interest.  Defendant Scrushy shall within ten days of the notification issuing from the Clerk of the Court remit the amount of the handling and processing fee deducted from the accrued interest to the Clerk of the Court so that those funds may be processed by the Clerk of the Court as part of the fine.

5.  In its Judgment (Doc. # 627), the Court ordered Defendant Scrushy to pay the cost

of imprisonment and supervision as an additional criminal monetary penalty.[2]  It was the intention of the Court when imposing this penalty that Defendant Scrushy pay a sum equal to the expected costs of his imprisonment and supervision for the periods that he was actually imprisoned, in a community correction center, or supervised.[3]  The Administrative Office of the United States Courts has provided figures to be used in calculating the cost of imprisonment and the cost of supervision:

|  | Imprisonment in Bureau of Prisons Facility | Community Corrections Centers | Supervision by Probation Officer |
|---|---|---|---|
| Daily | $ 64.19 | $ 57.10 | $9.45 |
| Monthly | $1,952.66 | $1,736.98 | $287.50 |
| Annually | $23,431.92 | $20,843.78 | $3,450.00 |

It was this Court's expectation that these figures would be used to calculate the amount of these additional criminal monetary penalties against Defendant Scrushy.

6.  It is further ORDERED that the costs of incarceration while Defendant Scrushy is imprisoned in a Bureau of Prisons facility will be due to be paid to the Clerk of the Court. These sums shall be paid on a monthly basis with each month's payment due by no later than

---

[2]  This penalty was imposed in addition to the fine of $150,000 and the restitution of $267,000.00.

[3]  The Court appreciates the argument made by the United States on this issue, but at the time sentence was imposed, the Court's actual intention was that Scrushy would pay the sums only for the time he was actually in the custody of the Bureau of Prisons or a community corrections center or on supervised release.

5

the fifteen day of the following month.  To the extent that Defendant Richard Scrushy has not paid this penalty for any of the time he has already been incarcerated, the penalty for the period from June 28, 2007 through August 31, 2007 shall be paid by no later than **September 15, 2007**.  Because these sums will be treated by the Clerk of the Court as part of the fine imposed and applied to the Crime Victims Fund, it is further Ordered that the sums shall be held by the Clerk of the Court in the same way as the $150,000 fine assessed against Scrushy until the resolution of Defendant Scrushy's appeal.  If Defendant Scrushy's appeal results in the Judgment against him being vacated, the Clerk of the Court shall return all such sums held to Defendant Scrushy along with any interest earned thereon, but less the handling and processing charges associated with the funds being held by the Clerk of the Court pending the outcome of his appeal.  If Defendant's Scrushy's appeal is unsuccessful, the Clerk of the Court shall, upon issuance of the mandate of the United States Court of Appeals for the Eleventh Circuit, process these funds as received for the cost of incarceration as part of the fine imposed.  All interest accrued on the sums shall also be treated as part of the fine, except for the handling and processing fee deducted from the interest accrued.  Upon issuance of the Eleventh Circuit's mandate, the Clerk of the Court shall immediately notify Defendant Scrushy of the amount of the handling and processing fee deducted from the accrued interest.  Defendant Scrushy shall within ten days of the notification issuing from the Clerk of the Court remit the amount of the handling and processing fee deducted from the accrued interest to the Clerk of the Court so that those funds may be processed by the Clerk of the Court as part of the fine.

7.  Once Defendant Scrushy begins to serve his term of supervised release, he shall be obligated to pay the costs of his supervision at a rate of $3,450.00 per year.  This sum shall be paid on a monthly basis with the sum owed for a month due to be paid by no later than the fifteenth day of the following month.  All payments to be made to the Clerk of the Court, who shall treat all such payments as part of the fine imposed.

8.  Interest on the fine and restitution amounts shall accrue from the date of the imposition of Judgment (June 28, 2007) and shall be paid to the Clerk of Court by no later than **September 14, 2007** and be deposited into the Registry of the Court in an interest bearing account.  In the event that Defendant Scrushy's appeal is successful, the Clerk of the Court shall return these funds to him less the handling and processing fee.

9.  This Order shall be incorporated into and become a part of the original Judgment (Doc. # 627), in lieu of entering an Amended Judgment.

10.  Any objection to any part of this Order shall be filed with the Court by no later than **September 7, 2007**.

DONE this the 31st day of August, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE