RECEIVED IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

OCT 16 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 5 2007

THOMAS K. KAHN
CLERK

07-13163-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee-
Cross-Appellant,

versus

DON EUGENE SIEGELMAN,
RICHARD SCRUSHY,

Defendants-Appellants-
Cross-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE:   TJOFLAT and ANDERSON, Circuit Judges.

BY THE COURT:

Now before the Court are Appellant Scrushy's motion for release on bond pending appeal and his motion to supplement the motion for release.

The district court denied Scrushy's motion for release pending appeal without explaining the reasons for its ruling. Accordingly, this matter is REMANDED to the district court for the limited purpose of entry of an order explaining its denial of the

motion for release which Scrushy filed below. See Fed.R.App.P. 9(a)(1) and (b)(1); In re Smith, 823 F.2d 401 (11th Cir. 1987). The court should enter its order expeditiously. Once the district court has entered its order on limited remand, Scrushy's motion for release, as well as his motion to supplement such motion, will be ripe for decision by this Court.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2007

2007 OCT 16  A 10: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13163-B**
Case Style: USA v. Don Eugene Siegelman
District Court Number: 05-00119 CR-F-N

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Enclosures:

   Volume(s) of Record

   Box(es) of Exhibits

   Envelope(s) of Exhibits

**LIMITED REMAND**

CLK-3 (3-2004)



RECEIVED

2007 OCT 16  A 10: 23

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

October 15, 2007

**Appeal Number: 07-13163-B**
Case Style: USA v. Don Eugene Siegelman
District Court Number:  05-00119 CR-F-N

TO:   Debra P. Hackett

CC:   Vincent F. Kilborn, III

CC:   Hiram Chester Eastland, Jr.

CC:   G. Robert Blakey

CC:   David Allen McDonald

CC:   Arthur W. Leach

CC:   James K. Jenkins

CC:   Louis V. Franklin, Sr.

CC:   James B. Perrine

CC:   Stephen P. Feaga

CC:   John Alex Romano

CC:   Richard Martin Adams

CC:   Redding Pitt

CC:   Susan Graham James

CC:   Jennifer M. Garrett

CC:   Joseph L. Fitzpatrick, Jr.

CC:   Richard C. Pilger

CC:   Leslie V. Moore

CC:   Carmen D. Hernandez

CC:   Frederick G. Helmsing

CC:   W. Bruce Maloy

CC:   James W. Parkman, III

CC:   William C. White, II

CC:   Bruce Rogow

CC:   Cynthia E. Gunther

CC:   Hon. Mark E. Fuller

CC:   Administrative File