# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| DEBRA P. HACKETT<br>CLERK | March 20, 2008 | TELEPHONE<br>(334) 954-3610 |

Mr. Thomas K. Kahn, Clerk                              USDC No **CR-05-F-119-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW                                  USCA No. **07-13163-B**
Atlanta, GA   30303

In Re:  **USA VS. DON EUGENE SIEGELMAN, RICHARD SCRUSHY**

_____

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

   **11**  Volume(s) of Pleadings

   **71**  Volume(s) of Transcripts

   **X**  Exhibits: ___ Box **X** Binders: ___ Envelopes;

         ___ Other: **X** SEAL Envelopes (s) : **2** PSI(s)

   **X** Other: **BOXES OF SEALED TRANSCRIPTS AND DOCUMENTS**

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk


By:  Yolanda Williams

cc: **VINCENT F. KILBORN, III**      **HIRAM CHESTER EASTLAND, JR.**   **G. ROBERT BLAKEY**
    **DAVID ALLEN MCDONALD**      **ARTHUR W. LEACH**               **JAMES K. JENKINS**
    **JOHN ALEX ROMANO**           **RICHARD MARTIN ADAMS**          **REDDING PITT**
    **SUSAN GRAHAM JAMES**         **LOUIS V. FRANKLIN, SR.**        **JAMES B. PERRINE**
    **JENNIFER M. GARRETT**        **JOSEPH L. FITZPATRICK, JR.**    **RICHARD C. PILGER**
    **STEPHEN P. FEAGA**           **LESLIE V. MOORE**               **W, BRUCE MALOY**
    **CARMEN D. HERNANDEZ**        **FREDERICK G. HELMSING**         **BRUCE ROGOW**
    **JAMES W. PARKMAN, III**      **WILLIAM C. WHITE, II**          **CYNTHIA E. GUNTHER**