IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD M. SCRUSHY | ) | |

# **ORDER**

This cause is before the Court on the Joint Motion to Unseal Trial Transcript (Doc. # 873) filed by Defendant Richard M. Scrushy and the United States of America. Upon consideration of the motion, it is hereby ORDERED as follows:

1. On or before **April 4, 2008**, Defendant Don Eugene Siegelman shall file a response to this motion indicating whether he opposes it and, if so, on what grounds.

2. On or **before April 3, 2008**, Defendant Richard M. Scrushy and the United States of America shall file a statement indicating what efforts they made to determine whether unsealing the portions of the transcript indicated will comply with federal law, including the E-Government Act, and this Court's local rules.

3. If this motion is unopposed, the parties shall submit a proposed order granting the motion to the undersigned's proposed order box on or before **April 7, 2008**.

DONE this the 1st day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE