IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>RICHARD M. SCRUSHY, *et al.*,<br>        Defendants. | Case No. 2:05cr119-MEF |

**JOINT STATEMENT IN FURTHERANCE OF
JOINT MOTION TO UNSEAL TRIAL TRANSCRIPT**

Come now Defendant Richard M. Scrushy and the United States of America and file this Joint Statement in Furtherance of Joint Motion to Unseal Trial Transcript pursuant to this Court's order of April 1, 2008.

1. The Court's April 1st order directs Defendant and the Government to "file a statement indicating what efforts they made to determine whether unsealing the portions of the transcript indicated will comply with federal law, including the E-Government Act, and this Court's local rules."

2. Section 203(c)(3) of the E-Government Act of 2002, Pub. L. 107-347, as amended, requires the promulgation of rules "to protect privacy and security concerns relating to electronic filing of documents and the public availability under [that] subsection of documents filed electronically." The General Order Implementing Requirements of E-Government Act, General Order No. 2:04-mc-3228 ("General Order"), entered by this Court on December 16, 2004, requires parties to redact from all pleadings and other documents filed with the Court, whether filed electronically or by paper, the following personal identifying information: social security

numbers, names of minor children, dates of birth, financial account numbers, and addresses of individuals.  The General Order establishes procedures for filing under seal the unredacted version of documents containing such protected information.  Local Rule 25-5 of the Court of Appeals for the Eleventh Circuit provides comparable protections and procedures for filing documents with personal identifying information.

       3. Appellate counsel for Defendant and the Government have reviewed the sealed segments of the trial transcript to ascertain their contents.  Appellate counsel for Defendant also prepared an informal index of the sealed transcript segments to aid the determination of what segments of the trial transcript should be the subject of the motion to unseal.  The Joint Motion to Unseal Trial Transcript filed by Defendant and the Government does not request unsealing of personal identifying information protected by this Court's General Order or by 11th Cir. R. 25-5. *See* Doc. # 873 at 2.  Nor does it request unsealing of juror names.  *See id.* at 2-3.  As noted in the Joint Motion, the transcript segments designated for unsealing by Defendant and the Government largely consist of bench and chambers conferences concerning evidentiary objections and motions for a mistrial.  *See id.* at 2.[1]  Defendant and the Government believe that unsealing the designated transcript segments would be consistent with federal law.

       WHEREFORE, for the foregoing reasons and those previously stated, Defendant Scrushy and the Government respectfully pray that the Court grant their Joint Motion to Unseal Trial Transcript.

       This 3rd day of April, 2008.

---

[1] For the sake of completeness, we bring the Court's attention to another sealed segment of the trial transcript dealing with a non-sensitive matter related to jurors (in addition to the segments cited in footnote 4 of the Joint Motion).  *See* Tr. 7547-52.  That segment does not mention any juror by name and, in our view, may be unsealed.

Respectfully submitted,

/s/ *James K. Jenkins*
James K. Jenkins
Maloy Jenkins Parker
Twenty-Fifth Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700
Fax:  404-875-7857
E-Mail:  Jenkins@mjplawyers.com

Arthur W. Leach
Attorney at Law
Twenty-Fifth Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-786-6443
E-Mail:  art @arthurwleach.com

Leslie V. Moore
Moore & Associated, LLC
3501 Lorna Road, Suite 3
Hoover, Alabama  35216
Phone:  205-403-9133
E-Mail:  les.moore@lvmlaw.com

Attorneys for Richard M. Scrushy


LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney

131 Clayton Street  
Montgomery, AL 36104  
Phone: (334)223-7280  
Fax:    (334)223-7135  
Email: jb.perrine@usdoj.gov  
ASB-9077-E31J  

/s/ Stephen P. Feaga  
Assistant United States Attorney  
131 Clayton Street  
Montgomery, AL 36104  
Phone: (334)223-7280  
Fax:    (334)223-7560  
Email: steve.feaga@usdoj.gov  
ASB-7374A60S  

/s/ Joseph L. Fitzpatrick, Jr.  
Special Assistant United States Attorney  
Assistant Attorney General  
Office of the Attorney General  
11 S. Union  
Montgomery, AL 36130  
Phone: (334)353-4839  
Fax:    (334)242-4890  
Email: j.fitzpatrick@ago.al.state.us  


WILLIAM M. WELCH, II  
CHIEF, PUBLIC INTEGRITY SECTION  

/s/Richard C. Pilger  
Department of Justice, Criminal Division  
Public Integrity Section  
10th & Constitution Ave, NW  
Bond Building - 12th Floor  
Washington, DC 20530  
Phone: (202)514-1412  
Fax:    (202)514-3003  
Email: richard.pilger@usdoj.gov  


Attorneys for the United States.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2008, I personally filed the foregoing "Joint Motion to Unseal Transcripts" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ *Leslie V. Moore*
Leslie V. Moore
Moore & Associates, LLC
3501 Lorna Road, Suite 3
Hoover, Alabama 35216
Phone: 205- 403-9116
E-Mail: les.moore@lvmlaw.com