IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case No. 2:05cr119-MEF

RICHARD M. SCRUSHY, *et al.*,
    Defendants.

## NOTICE OF FILING OF REDACTIONS

COMES NOW Richard M. Scrushy, by and through undersigned counsel of record, and files this Notice of Filing of Redactions. Counsel for Scrushy has consulted with counsel for the Government, and both parties request that the following redactions be made by the Clerk of the Court prior to the unsealing of sealed transcripts pursuant to the Court's Order (Doc. 877):

1. Transcript redactions identified in the first sentence of paragraph 3 of the Order (Doc. 877), as follows:

    Page 1133, line 22, redact the name of the juror;
    Page 1133, line 24, redact the name of the juror;
    Page 2514, line 25, redact the name of the juror;
    Page 2515, line 2, redact the name of the juror;
    Page 2515, line 9, redact the name of the juror;
    Page 2515, line 20, redact the name of the juror;
    Pages 7547-52 contain no juror names;
    Page 7717, line 22, redact the name of the juror;
    Page 7730, line 1, redact the name of the juror;
    Page 7734, line 19, redact the name of the juror; and
    Page 7736, line 19, redact the name of the juror.

2. Transcript redactions identified in the second and third sentences of paragraph 3 of the Order (Doc. 877), as follows:

>   Page 593, line 25, redact the name of the individual;
>   Page 594, line 4, redact the name of the individual;
>   Page 594, line 7, redact the name of the individual;
>   Page 594, line 15, redact the name of the individual;
>   Page 594, line 18, redact the name of the individual;
>   Page 594, line 25, redact the name of the individual;
>   Page 595, line 11, redact the name of the individual;
>   Page 595, line 15, redact the name of the individual;
>   Page 596, line 4, redact the name of the individual;
>   Page 596, line 5, redact the first name of the individual;
>   Page 596, line 6, redact the last name of the individual;
>   Page 598, line 25, redact the name of the individual;
>   Page 599, line 3, redact the name of the individual;
>   Page 600, line 5, redact the name of the juror;
>   Page 600, line 6, redact the name of the juror;
>   Page 600, line 7, redact the name of the juror;
>   Page 600, line 14, redact the name of the individual;
>   Page 600, line 16, redact the first name of the individual;
>   Page 600, line 17, redact the last name of the individual;
>   Page 600, line 19, redact the name of the individual;
>   Page 600, line 20, redact the first name of the individual;
>   Page 601, line 8, redact the name of the individual;
>   Page 602, line 7, redact the name of the juror;
>   Page 602, line 12, redact the name of the juror;
>   Page 602, line 13, redact the name of the individual; and
>   Page 602, line 21, redact the name of the juror.

3. Finally, counsel for both parties believe that the transcript of jury selection (conducted on April 19-21, 2006) should also be unsealed. Although members of the jury pool were identified only by number during jury selection, counsel jointly recommend the following redactions to ensure that the identities of the individual jurors are fully protected:

>   Page 133, line 19, redact name of juror's father;
>   Page 155, line 13, redact name of juror's first cousin;
>   Page 224, line 5, redact name of business co-owned by juror's husband;
>   Page 225, line 17, redact name of juror's brother-in-law;
>   Page 338, line 5, redact name of probation officer who is juror's brother-in-law;
>   Page 347, line 14, redact name of witness in N.D. Ala. trial who works with juror;
>   Page 349, line 19, redact name of witness in N.D. Ala. trial who works with juror;

Page 350, line 14, redact name of witness in N.D. Ala. trial who works with juror;
Page 351, lines 5-6, redact name of juror's grandfather;
Page 357, line 23, redact name of judge for whom juror worked as secretary; and
Page 403, lines 5-7, redact names of juror's wife.

This 23rd day of April, 2008.

Respectfully submitted,

/s/ *James K. Jenkins*
James K. Jenkins
Maloy Jenkins Parker
Twenty-Fifth Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-875-2700
Fax:  404-875-7857
E-Mail:  Jenkins@mjplawyers.com

Arthur W. Leach
Attorney at Law
Twenty-Fifth Floor
75 Fourteenth Street, NW
Atlanta, Georgia 30309
Phone:  404-786-6443
E-Mail:  art @arthurwleach.com

Leslie V. Moore
Moore & Associated, LLC
3501 Lorna Road, Suite 3
Hoover, Alabama  35216
Phone:  205-403-9116
E-Mail:  les.moore@lvmlaw.com

Attorneys for Richard M. Scrushy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2008, I personally filed the foregoing "Notice of Filing of Redactions" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
Moore & Associates, LLC
3501 Lorna Road, Suite 3
Hoover, Alabama 35216
Phone: 205- 403-9116
E-Mail:  les.moore@lvmlaw.com