IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:05cr119-MEF |
| RICHARD M. SCRUSHY,<br>    Defendant. | |

**MOTION TO UNSEAL**

COMES NOW Defendant Richard M. Scrushy, by and through undersigned counsel of record, and moves this Court for entry of an Order unsealing the conditions of release imposed on June 29, 2006, (Doc. 442), as to Richard M. Scrushy. In support of this request, Defendant shows this Court the following:

1.   On June 29, 2006, Defendant Richard M. Scrushy was released and allowed to continue under the same conditions imposed on him on October 28, 2005, with certain additional conditions included. (Doc. 442). This document was filed Under Seal.

2.   Document 442 contains no protected identifying information and therefore should be unsealed.

WHEREFORE, Defendant Richard M. Scrushy respectfully prays that this Court enter an Order directing the Clerk to unseal the conditions of release filed Under Seal as Document 442.

This 6th day of May, 2008.

2

Respectfully submitted,

/s/ Leslie V. Moore
Leslie V. Moore
3501 Lorna Road, Suite 3
Hoover, Alabama 35216
Phone: 205-403-9116
Fax: 888-831-5219

Attorney for Richard M. Scrushy

**CERTIFICATE OF SEVICE**

I hereby certify that on the 6th day of May, 2008, I electronically filed the foregoing "Motion to Unseal" with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

/s/ Leslie V. Moore
Leslie V. Moore
3501 Lorna Road, Suite 3
Hoover, Alabama 35216
Phone:  205-403-9116
Fax:  888-831-5219
