IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:05-cr-119-MEF |
| v. | ) | |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT SCRUSHY'S MOTION TO UNSEAL CONDITIONS OF RELEASE**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and William M. Welch, II, Chief, Public Integrity Section of the Criminal Division of the United States Department of Justice, and, pursuant to this Court's Order of May 6, 2008, (Doc. #881) responds to Defendant Scrushy's Motion to Unseal the conditions of release imposed on June 29, 2006.

1. On May 1, 2008, the United States moved for this Court to unseal the conditions of release imposed on Defendant Siegelman on June 29, 2006. (Doc. # 879).

2. This Court granted the United States' Motion to Unseal on May 6, 2008. (Doc. #884).

3. Given that this Court has unsealed the conditions of release as to Defendant Siegelman, that the standard practice in this District is not to seal the conditions of release for a defendant, that Defendant Scrushy is currently incarcerated, and that the Court of Appeals for the Eleventh Circuit has denied Defendant Scrushy's request for release pending appeal, the United States does not oppose Defendant Scrushy's Motion to Unseal the conditions of release imposed on him on June 29, 2006.

Respectfully submitted this the 8th day of May, 2008.

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

WILLIAM M. WELCH, II
CHIEF, PUBLIC INTEGRITY SECTION

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Stephen P. Feaga
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

/s/ Joseph L. Fitzpatrick, Jr.
Special Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I filed the forgoing via the Court's electronic filing system which shall send a copy of the same to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
louis.franklin@usdoj.gov