IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| RICHARD M. SCRUSHY | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Unseal (Doc. #881) filed on May 6, 2008 and the response of the government filed on May 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this 9th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE