IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF-CSC |
| | ) | (WO) |
| RICHARD M. SCRUSHY | ) | |

### ORDER

It is hereby ORDERED that Defendant Richard M. Scrushy shall have until August 28, 2009 to file any motion seeking to amend or stay this Court's Order (Doc. # 651) of August 31, 2007 regarding the monies paid into the Registry of the Court pending resolution of his appeal to the Eleventh Circuit Court of Appeals.  The Government shall have seven calendar days to file any response to any motion Defendant Richard M. Scrushy files.  The Clerk of the Court shall not comply with the requirements of the August 31, 2007 Order (Doc. # 651) regarding disbursement of the sums paid into the Registry of the Court until after the Court rules on the motion.

Done this the 21st day of August, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE